

[EXHIBIT (A)]

**University of Alabama
Health Services Foundation, P.C.**
**Management Services Organization**

06/13/2005
Mr./Ms. Robert Mccray
Po Box 56
Elmore, AL 36025

Patient Name:      Mccray, Robert
MR#:               000001921995
Acct. Balance:     $200.00

Dear Mr./Ms. Mccray:

Our records indicate you have an outstanding balance that is now seriously past due.

We feel that we have given you more than enough time to settle this account. If we do not receive payment in full within 15 days, we have no alternative but to refer your account to an outside agency for immediate collection.

If you have any questions please contact our Customer Service Department at (205) 731-6055 or 1-866-610-6055.

Sincerely,
Customer Service/Self Pay Collection Department

P.O. Box 55309 Birmingham, Alabama 35255-5309
500 22nd Street South Birmingham, Alabama 35233