**UAB HEALTH SYSTEM**    [EXHIBIT (B)]

University of Alabama Hospital
619 19th Street S.
Birmingham, Alabama 35233-6510

July 10, 2005

STATEMENT
065325515

ROBERT MCCRAY
PO BOX 56
ELMORE   AL   36025
SOA

PATIENT:      ROBERT MCCRAY
PATIENT #:    0638767595055
CHARGES:      $137.82
BALANCE:      $137.82
ADM. DATE:    02/24/05

DEAR ROBERT MCCRAY

Thank you for choosing UAB Hospital for your healthcare needs.

The balance of your account is your responsibility and is now due.  We accept checks, money orders, cash and credit cards.  If you choose to pay this balance by credit card, please complete the lower portion of this letter and return it to the hospital business office.

If you have insurance coverage that will pay for these services, you must call us immediately!  If you have questions regarding this account or you are unable to pay-in-full, please contact the business office promptly.

Note:  To ensure proper crediting of your account, please include your patient number on all payments.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT


UNIVERSITY OF ALABAMA HOSPITAL         PATIENT:      ROBERT MCCRAY
PATIENT ACCOUNT REPRESENTATIVE         PATIENT #:    0638767595055
205-934-5015 OR 888-309-8435           BALANCE:      $137.82
8:00 AM - 4:30 PM                      ADM. DATE:    02/24/05
SOA       75


    ** CREDIT AUTHORIZATION **
    75
                                        UNIVERSITY OF ALABAMA HOSPITAL
      MC(__)VISA(__)DISC(__)AMX(__)     P. O. BOX 2252
      EXP DATE (_____) PMT AMT(_____)   BIRMINGHAM  AL  35246-0036
      CARD # (_____)
      SIGN(_____)

                                        6387675950559000000137828 5

5893

DATA 301CR2-24#-K