**UAHSF MSO**

University of Alabama Health Services
Foundation, P.C.
P.O. Box 55309
Birmingham, Alabama 35255-5309
**Return Service Requested**

Questions about this statement, please call
Customer service at 205-731-9050 or Toll Free 1-877-533-0334
Between the hours of 8 AM to 5 PM
FAX: 205-731-9789  EMAIL: msocs@uabmc.edu

Patient Name: ROBERT MCCRAY

] Please check box if below address is incorrect or insurance information has changed and indicate change(s) on reverse side.

ROBERT MCCRAY
PO BOX 56
ELMORE, AL 36025

[EXHIBIT (D)]

UAHSF
DEPARTMENT 2050
PO BOX 2153
BIRMINGHAM, AL 35287-2050

| | IF PAYING BY VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER, FILL OUT BELOW |
|---|---|
| ☐ VISA  ☐ MASTERCARD  ☐ AMER.EXP.  ☐ DISCOVER | |
| CARD NUMBER | AMOUNT |
| SIGNATURE | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO. |
|---|---|---|
| 06/13/2005 | 200.00 | 000001921995 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE  $

0003000192199510050000200000000000005

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Provider | Invoice No. | Description | Transactions |
|---|---|---|---|---|
| 02/24/2005 | CHHIENG MD | 7835720 | CONSULT, REFER SLIDE | 200.00 |
| | | | SUBTOTAL-----------------> | 200.00 |

Customer Service at 205-731-9050
Toll Free at 1-877-533-0334

Please make checks payable to: **UAHSF MSO**

Patient Balance:  200.00

University of Alabama Health Services
Foundation, P.C.
P.O. Box 55309
Birmingham, Alabama 35255-5309
Tax ID# 63-0649108

THIS ACCOUNT IS NOW DELINQUENT. PLEASE PAY THE ACCOUNT IN FULL OR WE WILL BE FORCED TO INITIATE COLLECTION PROCEEDINGS.

Statement Date: 06/13/2005
Patient Name: ROBERT MCCRAY
Account Number: 000001921995

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION