**UAB HEALTH SYSTEM**

University of Alabama Hospital
619 19th Street S.
Birmingham, Alabama 35233-6510

[ EXHIBIT (E) ]

August 05, 2005

```
                              STATEMENT
                              065325515
ROBERT MCCRAY
PO BOX 56
ELMORE    AL   36025
SOA
                              PATIENT:     ROBERT MCCRAY
                              PATIENT #:   0638767595055
                              CHARGES:     $137.82
                              BALANCE:     $137.82
                              ADM. DATE:   02/24/05
```

DEAR ROBERT MCCRAY

Thank you for allowing UAB Hospital to serve your healthcare needs.

A balance remains on your account.  Your account is now delinquent. Payment must be made immediately to avoid the referral of your account to an attorney or collection agency.  Check, money order or credit card payments are accepted.

Prompt attention is critical!

If you have any questions regarding this account or you are unable to pay-in-full, you must contact us promptly to make payment arrangements.

Note:  To ensure proper crediting of your account, please include your patient number on all payments.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT

```
UNIVERSITY OF ALABAMA HOSPITAL      PATIENT:     ROBERT MCCRAY
PATIENT ACCOUNT REPRESENTATIVE      PATIENT #:   0638767595055
205 933-9738 or 800 648-4954        BALANCE:     $137.82
8:00 AM - 4:30 PM                   ADM. DATE:   02/24/05
SOA      76
```

```
     ** CREDIT AUTHORIZATION **
     76
                                        UNIVERSITY OF ALABAMA HOSPITAL
     MC(__)VISA(__)DISC(__)AMX(__)      P. O. BOX 2252
     EXP DATE (_____) PMT AMT(_____)   BIRMINGHAM AL  35246-0036
     CARD # (_____)
     SIGN(_____)
```

b３８７６７５９５０５５９００００００１３７８２８５

4798