

University of Alabama Hospital    [EXHIBIT (F)]
619 19th Street S.
Birmingham, Alabama 35233-6510

August 16, 2005

STATEMENT
065325515

ROBERT MCCRAY
PO BOX 56
ELMORE   AL   36025
SOA

PATIENT:     ROBERT MCCRAY
PATIENT #:   0638767595055
CHARGES:     $137.82
BALANCE:     $137.82
ADM. DATE:   02/24/05

DEAR ROBERT MCCRAY

This account is past due! Immediate attention is required!

Unless payment or payment arrangements are made in the next ten days this account will be referred to an attorney or collection agency.

Send your check, money order or credit card payment today!

Note:   To ensure proper crediting of your account, please include your patient number on all payments.

PLEASE RETURN LOWER PORTION WITH YOUR PAYMENT

UNIVERSITY OF ALABAMA HOSPITAL              PATIENT:     ROBERT MCCRAY
PATIENT ACCOUNT REPRESENTATIVE              PATIENT #:   0638767595055
205 933-9738 or 800 648-4954                BALANCE:     $137.82
8:00 AM - 4:30 PM                           ADM. DATE:   02/24/05
SOA      78

   ** CREDIT AUTHORIZATION **
78
       MC(__)VISA(__)DISC(__)AMX(__)           UNIVERSITY OF ALABAMA HOSPITAL
       EXP DATE (_____) PMT AMT(_____)   P. O. BOX 2252
       CARD # (_____)    BIRMINGHAM AL   35246-0036
       SIGN(_____)

                                            63876759505590000001378285
4406                                                         DATA 301CR2-24#-K