IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

RECEIVED

2005 OCT -7  A 9: 27

ROBERT L. McCRAY #167644
Plaintiff(s)

v.

PRISON HEALTH SERVICES, INC et al.,
Defendant(s)

I, ROBERT L. McCRAY, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )   No (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. 1992 RESD. DIRECTOR /GROTHARISON / 30,000.00 YEAR

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )   No (X)
   B. Rent payments, interest, or dividends?    Yes ( )   No (X)
   C. Pensions, annuities, or life insurance payments?    Yes (X)   No ( )
   D. Gifts or inheritances?    Yes ( )   No (X)
   E. Any other sources?    Yes ( )   No (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. V.A. MONTHLY ($104.00 MONTH)

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].    Yes ( )   No ( )

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    Yes ( )   No (x)

   If the answer is YES, describe the property and state its approximate value. __NA__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __(-0-)__
   RobeRT S. McCRAY (SON) Life + Health Insurance Premium
   Cassey L. McCRay (DAUGHTER)  "    "    "    "    "
   Coverage ID: 5951990; 5951991 Mutual of Omaha Nebraska $78.00 Annually.

   _____
   Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF _____    )

Before me, a Notary Public in and for said County, in said State, personally appeared Robert McCray _____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this ___ day of _____, 19 2005

_____
NOTARY PUBLIC
_____ County, Alabama
My Commission Expires: _____

LAST PAGE: 31

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 167644        NAME: MCCRAY, ROBERT                    AS OF: 10/05/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 26 | $20.59 | $100.00 |
| NOV | 30 | $24.16 | $100.00 |
| DEC | 31 | $2.67 | $0.00 |
| JAN | 31 | $57.58 | $200.00 |
| FEB | 28 | $53.35 | $0.00 |
| MAR | 31 | $14.26 | $50.00 |
| APR | 30 | $143.63 | $300.00 |
| MAY | 31 | $44.98 | $0.00 |
| JUN | 30 | $14.97 | $100.00 |
| JUL | 31 | $116.10 | $200.00 |
| AUG | 31 | $53.62 | $100.00 |
| SEP | 30 | $19.70 | $100.00 |
| OCT | 5 | $7.33 | $0.00 |

SWORN AND SUBSCRIBED TO before me this ___ day of _____, 2005.

Notary Public
My Commission Expires:

Robert L McCray

Estelle Weathers
Business Office, Staton CF