Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

November 7, 2005

Robert L. McCray
#167644 E-72
No. 2:05-CV-887-F

Dear Ms. Hackett:

Request you please advise whether or not the partial filing fee ($26.67) directed by the Magistrate Judge has been received.

Certified receipt # 7000 1670 0012 6258 6676 The bank received authorization to make the partial payment October 31, 2005.

Would earnestly appreciate your response.

Sincerely
Robert L. McCray