IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644            *

    Plaintiff,            *

v.            * CIVIL ACTION NO. 2:05-CV-887-F
                      (WO)

PRISON HEALTH SERVICES, *et al*.,   *

    Defendants.            *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's November 9, 2005 pleading, which has been docketed as a Motion for Extension of Time to comply with the court's October 21, 2006 order, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 5) is GRANTED: and

2. Plaintiff is GRANTED an extension from November 10, 2005 to November 23, 2005 to submit the initial partial filing fee as directed by order filed October 21, 2006.

Done this 15th day of November 2005.

                                  **/s/ Delores R. Boyd**
                                  DELORES R. BOYD
                                  UNITED STATES MAGISTRATE JUDGE