IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644   *

    Plaintiff,   *

v.   * CIVIL ACTION NO. 2:05-CV-887-F

PRISON HEALTH SERVICES, *et al*.,   *

    Defendants.   *

_____

## ORDER

Plaintiff files the instant 42 U.S.C. § 1983 action complaining about a denial of adequate medical care and treatment. Plaintiff's complaint has been accepted for filing. Before further proceedings in this matter are conducted, however, the court deems it appropriate to direct Plaintiff to amend his complaint with regard to the factual allegations contained therein.

Accordingly, it is ORDERED that on or before December 28, 2005 Plaintiff shall file an amendment to his complaint which provides the following information:

    1. How long have you been housed at the Staton Correctional Facility;

    2. Where were you incarcerated prior to your transfer to Staton Correctional Facility and how long were you at that facility;

    3. With regard to Defendants Robbins, Williams, Pleasant, Bhuta, Beatrous, and

McClain, state whether these individuals are prison or free-world physicians and provide an address where each of these individuals may be served;

    4. State the date when you first became aware of and/or were advised that you had prostate cancer;

    5. On what date did Dr. Bhuta perform an unanesthetized biopsy;

    6. On what date did you receive an "initial bone scan [which] showed no spread of the Prostate Cancer" and yet "P.H.S., for actual reasons best known to itself, . . began aggressive overt activation of a concert action to deny plaintiff timely treatment in a life threatening critical situation." (*Complaint*, pg. 12);

    7. When in 2003 were you formally approved for radiation implants;

    8. State the time period during which you took the medication "Vasitex;"

Plaintiff is hereby advised that the amendment to the complaint must set forth short and plain statements showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

Plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 8th day of December 2005.

                                             /s/ **Delores R. Boyd**
                                             DELORES R. BOYD
                                             UNITED STATES MAGISTRATE JUDGE