UNITED STATES DISTRICT COURT RECEIVED
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION    2005 DEC 22 P 2: 54

| | | |
|---|---|---|
| **ROBERT L. MCCRAY**<br>**PLAINTIFF** | ) <br> ) <br> ) | DEBRA P. H... ....K<br>U.S.DIS... COURT<br>MIDDLE D... OF ALA. |
| **Vs.** | ) **CIVIL ACTION NO:2:05-CV-887-F** |
| | ) <br> ) <br> ) |
| **PRISON HEALTH SERVICES,et al.,**<br>**DEFENDANT(S),** | ) <br> ) |

## MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff, Robert L. McCray, in *proper persona*, moves this Honorable Court, pursuant to Title 28 U.S.C. § 1915(d)(1996) 18 U.S.C. 3006(A)(1996) for appointment of counsel in the above styled cause as grounds herein would show:

1. The plaintiff filed a Civil Right's Complaint, Title 42 U.S.C. 1983, and a Motion to Proceed in Forma Papupers, on the 10th. day of November, 2005.

2. This Court, by Order, granted the plaintiff leave to proceed as an indigent on the 21st.day of October, 2005.

3. Plaintiff request appointment of counsel in this casues due to his lack of any legal training in the arts of juris, the complexity of the issues, and the

need for professional investigation and representation.

4.That in the interest of justice, a full and fair hearing on the merits, and due process, this court may appoint plaintiff counsel.

The eleventh circuit in **Wahl V. McLver, 773 F.3d. 1174 (11th. Cir. 1985)**; accord,**Lopez V. Reyes, 692 F.2d. 15, 17 (5th.Cir. 1982)**; **Branch V. Cole, 686 F.2d. 265 (5th.Cir. 1982)** has held that "generally speaking no right to counsel exists in § 1983 actions." In **Hardwich V. Ault, 517 F.2d. 295, 298 (5th. Cir. 1975), however,** later decisions of this court appointments of counsel make clear that the words "generally speaking" contain  an important limitation on *Hardwick's "no right"*

language.**Write V. Dallas County Sheriff's Dept., 660 F.2d.(5th.Crim. 1981)**; **Knight V. Watkins, 616 F.2d. 795, 799 (5th.Cir. 1980)**.Other circuits have also recognized that appointment of counsel should be made under the authority of 28 U.S.C. 1915(d) if cases meet the stated threshold requirements. see **Stinger V. Rowe, 616 F.2d. 993 (7th.Cir. 1989), or when exceptional circumstances are present.**

**Aldabe V. Aldabe, 616 F.2d. 1089 (9th. Cir. 1980) see also, Ray V. Robinson,640 F.2d. 474 (3rd.Cir. 1981)**;**Tabron V. Grace,6F.3d. 147 (3rd.Cir. 1993)** *cert*

*denied 114 S.Ct. 1306 (1994)*; <u>cf Lucero</u> V. <u>Gunter,</u> 52
**F.3d. 874 (10th. Cir. 1995).**

Plaintiff asserts his complaint has potential merit
although he is unlettered in the law and arts of *juris*
and that it would be a service to the court and the
parties for the court to appoint counsel to explain the
applicable legal principles to the complaint and limit
litigation to potentially meritorious issues.
Additionally, appointment of counsel would provide the
inmate plaintiff with an opportunity to obtain
representation equally qualifed with the professional
counsel provided by the state for the defendant.

Respectfully Submitted

Robert L. McCray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope

and depositing the same in the U.S.Mail on this the _19 th_ day of _December. 19_ 2005.

SERVICE TO:Debra P.Hackett (Clerk)
Middle District of Alabama
United States Courthouse
15 Lee Street
Montgomery, Alabama.36104

**OFFICE OF THE ATTORNEY GENERAL**
**TROY KING**
**11 SOUTH UNION STREET**
**MONTGOMERY, AL. 36130**

SUBMITTED BY

Robert L. McCray (pro-se)
A.I.S#167644/G-5-27-B
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056

The aforenamed after making themself known to me
a Notary Public for the said County of Elmore, Alabama
did after being sworn and subscribed to before me and "I"
placing my offical seal this ____19th____ day of
____December____ 2005

SEAL
                        Notary Public _Felecia Pearson_
            My Commission Expires _1-22-08_


            _Robert J. McCray_
            Robert L. McCray (pro-se)
            A.I.S#167644/G-5-27-B
            STATON COR.FAC.
            P.O.BOX #56
            ELMORE,ALABAMA.36025-0056