IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT L McCRAY<br>    PLAINTIFF | )<br>)<br>) |
| Vs. | ) CIVIL ACTION NO :2:05-CV-887-F<br>) |
| PRISON HEALTH SERVICES.,et.al<br>    DEFENDANT(S) | )<br>)<br>) |

## PETITIONER'S REQUEST FOR PRODUCTION

Come Now, the Plaintiff, Robert L.McCray, (pro-se) and move this Honorable District Court for an order for production by all parties herein and named in the above numbered cause. Dr.Mike Robbins, Dr. Williams. Dr.Pleasant, Dr. D.P.Bhuta, Dr.Thomas E. Beatrous, Dr. Donald A.Urban, Dr.McClain.

   The Plaintiff invokes the Federal Civil Rules Procedure, (34)Plaintiff Robert L.McCray request the defendants herein

to respond within (30) days to the following document.

Plaintiff Robert L. McCray, moves the court for an order

requiring defendant(s):

(1) To produce and permit plaintiff to inspect and to copy each of the following documents:

(i)Copies of all Treatment Orders.

(ii)Copies of all Treatments administered to the Plaintiff

(iii)Copies of all test and there results.

(iv)Copies of all diagnoses, and /or Prognoses made in

regards to the Plaintiff's medical care and or treatment.

(v) Statement regarding the billing and payment responsibility as apply to the Medical Care and Treatments of the Plaintiff.

(vi) The Plaintiff further request that the defendants supply the names and correct addresses of any other consultants used in the diagonsis of the Plaintiff.

(vii) The Plainitff request the a listing of all medications used or admindtered during any and all procedures be submitted thereof as well.

The Plaintiff Robert L. McCray is incarcerated and thereby to set a place and time to inspect copy and test is not an option to the plaintiff and thereby request that this Honorable Court enter an order to the Defendants to supply copies of all documentation ask within and that they be served by U.S.Mail to the plaintiff's mailing address listed below.

Service to.  Robert L. McCray #167644/G-5-27B
             Staton Corr.Facility
             P.O.Box #56
             Elmore, Al. 36026

Respectfully Submitted
Robert L.McCray (pro-se)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the _19th_ day of _December_ 2005.

**SERVICE REQUESTED TO:**
**Dr.Mike Robbins (PHS)** Kilby Corr;

**Dr. Williams (PHS)**, Tutwiler Corr.

**Dr.Pleasant(Staton Corr. Facility,HCU Dept.)**
P.O.Box 56,
Elmore, Al.36025-0056.

**Dr.McClain (PHS)**
Kilby Correctional Facility
12201 Wares Ferry Road,

**Dr.D.P. Bhuta (Free World)**
345 Saint Lucke's Drive,
Montgomery, Alabama. 36117,

**Dr. Thomas E. Beatrous(Free World)**
Cancer Care Center
300 Lucke's Drive
Montgomery,Alabama 36117;

**Dr. Donald A. Urban (Free World)**
FOT 1105 3rd. Avenue So.
Birmingham, Alabama 35294-3411;

Office of the Attorney General
Mr.Troy King
11 South Union Street
Montgomery, Al. 36130

SUBMITTED BY
Robert L.McCray#167644/G-5-27T
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056

## {IN AND FOR THE SAID COUNTY}
## {OF ELMORE, STATE OF ALABAMA}

The aforenamed after making themself known to me a Notary Public for the said County of Elmore, Alabama did after being sworn and subscribed to before me and "I" placing my offical seal this __19TH__ day of __December__, 2005

                                      Robert L. McCray
                                   A.I.S. #167644/G-5-27T
                                       STATON COR. FAC.
                                           P.O. BOX #56
                              ELMORE, ALABAMA. 36025-0056

SEAL            Notary Public _Jefferi Pearson_

                     My Commission Expires __1-22-08__