IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644            *

     Plaintiff,            *

     v.            * CIVIL ACTION NO. 2:05-CV-887-MEF

PRISON HEALTH SERVICES, *et al*.,            *

     Defendants.            *

_____

## ORDER ON MOTION

Pending before the court is Plaintiff's  request for discovery.  The record reflects that Defendants are under order to file a written report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint.   Consequently, Plaintiff's discovery request shall be denied at this time.  The request may be reconsidered if warranted by further developments in this case.

Accordingly, it is ORDERED that Plaintiff's discovery request, construed as a Motion for Production of Documents (Doc. No.11), be and is hereby DENIED.

Done this 20th day of January 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE