**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Mike Robbins
Kilby Correctional Facility
PO Box 150
Mt. Meigs, AL   36057

C & O    05-887

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Foster
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
C Foster    1/25/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0000 5269 2134

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Williams
Tutwiler Correctional Facility
8966 U.S. Highway 231, North
Wetumpka, AL    36092

CAO   05-887

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Susie M____     ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)
Susie Mini

C. Date of Delivery
1-25-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0002 3465 2157

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540