**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. McClain
   Kilby Correctional Facility
   PO Box 150
   Mt. Meigs, AL  36057

   C & O  05-887

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dural Baxter_
☐ Agent
☐ Addressee

B. Received by (Printed Name): DURAL BAXLEY
C. Date of Delivery: 1-27-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3465 2171

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540