IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644         *

    Plaintiff,                                      *

    v.                                                  *        2:05-CV-887-MEF

PRISON HEALTH SERVICES, *et al*.,   *

    Defendants.                                *
_____

**ORDER**

It appears that service has not been perfected on Defendant McClain. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant McClain, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before February 16, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant McClain. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant McClain will not be served, he will not be a party to this cause of action, and this case will proceed

only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done, this 2nd day of February 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE