In The United States District Court
For The Middle District Of Alabama
Northern Division

Robert L. McCray
    Plaintiff
    V.                                    Civil Action No. 2:05CV-887-MEF

Prison Health Services, et al,
    Defendants

Motion For Extention Of Time
To Respond To The Court's Order
In the Instant Complaint Dated
January 20, 2006...

For good cause, plaintiff Robert L. McCray comes now requesting This Honorable Court To Allow An extention of time for plaintiff To Respond To The Courts order in This pleading of January 20, 2006.

Plaintiff was released on parole January 23, 2006 conditioned on plaintiff beinging treated for his prostate cancer condition at the Veterans Administration Hospital at Tuskegee Alabama appointmented sheduled for 1-25-06 at Tuskeegee and 2-1-06 at Veterans Administration Hospital at Montgomery, Alabama.

Upon his release plaintiff was without access to material reference to duely respond to the Court Order and without transportation initially to reach his propose dwelling at Faith Crusade Accomadation in Montgomery

Therefore, unable to timely respond as desired and asks the court, given the afore unusual circumtance to allow an extention for plaintiff to respond. This courts' consideration would earnesty be appreciated.

Respectfully submitted
Robert L. McCray
17 Mildred Street
Montgomery, Alabama
36104

Certificate Of Service

I hereby certify that a true correct copy of the foregoing was mailed first class postage to the Office of the Attorney General Alabama State House, 11th South Union Street Montgomery, Alabama 36130 on this 31st day of January, 2006.

No Timely access to Notary Service

Robert L. McCray,
Plaintiff