IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ROBERT L. MCCRAY, #167 644 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-887-MEF |
| PRISON HEALTH SERVICES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time filed February 6, 2006, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 21) is GRANTED; and

2. Plaintiff is GRANTED an extension from February 1, 2006 to February 16, 2006 to file his objections to the court's January 20, 2006 Recommendation.

Done, this 8th day of February 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE