IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644          *

     Plaintiff,                              *

     v.                                      *          2:05-CV-887-MEF

PRISON HEALTH SERVICES, *et al.*,   *

     Defendants.                             *

_____

**ORDER ON MOTION**

On February 27, 2006 Defendants Prison Health Services, Inc., Robbins, Williams, Peasant, Bee, Lassiter, and Austin filed a  Motion for Extension of Time to file their answer and written report.  In support of their request for additional time, Defendants assert that Plaintiff's complaint involves complex allegations against multiple health care providers which occurred at three different correctional facilities.

While Defendants pending motion shall be granted, in light of the reasons set forth in the motion, the undersigned deems it appropriate to note that the court entered a Recommendation on January 20, 2006 which recommended dismissal of claims barred by the statute of limitations and which involved allegations of inadequate  medical care received at correctional facilities located within the jurisdiction of the United States District Court for

the Northern District of Alabama.[1]  The purpose of entering the Recommendation  stems

from the court's interest in  streamlining the written report from those Defendants who

remain as parties to this action so that only those claims which may be considered timely and

which occurred in this District and against Defendants located in this district are before the

court for review and disposition.

In light of the foregoing, and for good cause, it is ORDERED that:

1.  Defendants'  Motion for Extension of Time (Doc. No. 24) is GRANTED; and

2.  Defendants  Prison Health Services, Inc. ["PHS"], Robbins, Williams, Peasant,

Bee, Lassiter, and Austin are GRANTED an extension from February 28, 2006 to March 30,

2006 to file their answer and written report.

The Clerk is DIRECTED to send to counsel for Defendants  PHS, Williams, Peasant,

Bee, Lassiter, and Austin a copy of Document Numbers 13 and 23.

Done, this 28th day of February 2006.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The court adopted the  January 20, 2006 Recommendation of the Magistrate Judge by order filed February 27, 2006. (*See* Doc. Nos. 13 and 23.)  The Clerk will be directed to mail a copy of these documents to counsel for the medical defendants.