IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644        *

    Plaintiff,        *

v.        *        2:05-CV-887-MEF

PRISON HEALTH SERVICES, *et al*.,        *

    Defendants.        *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' March 30, 2006 Motion for Extension of Time to file their answer and written report, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 26) is GRANTED; and

2. Defendants are GRANTED an extension from March 31, 2006 to April 13, 2006 to file their answer and written report.

Done, this 3rd day of April 2006.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE