IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT L. MCCRAY (AIS# 167644),          *

                                           *

       Plaintiff,

                                           *          2:05-CV-887-F

V.          *

PRISION HEALTH SERVICES, INC., ET AL.
                                           *

       Medical Defendants.

## EVIDENTIARY SUBMISSION

COME NOW Defendants Prison Health Services, Inc. (hereinafter "PHS"), Winfred
Williams, M.D. (incorrectly named in the Plaintiff's Complaint as "Dr. Walter Williams"), John
Peasant, M.D. (incorrectly named in Plaintiff's Complaint as "Dr. Pleasant"), Michael Robbins,
M.D., Aaron Bee, R.N. (incorrectly named in the Plaintiff's Complaint as "Mr. Arron Bee"),
Lisa Lassiter, C.R.N.P. and Debra Austin, L.P.N. (hereinafter referred to as "the Medical
Defendants"), and file this Evidentiary Submission to attach to the Special Report, and state as
follows:

On April 13, 2006, attempts were made to e-file the Special Report with exhibits attached
pursuant to Court Order. After several unsuccessful attempts trying to file the entire document,
we were only able to file the Special Report and Answer without exhibits. Attached are the
exhibits to the Special Report that was filed on April 13, 2006.

Respectfully submitted,


s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for the Medical Defendants

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 14th day of April, 2006, to:


Robert L. McCray AIS #167644
Staton Correctional Facility
P.O. Box 56
Elmore, Alabama  36025


s/R. Brett Garrett GAR085
Attorney for the Medical Defendants