

# A F F I D A V I T

**STATE OF ALABAMA**       )
                             )
<u>Montgomery</u>    **COUNTY**    )

I, <u>Catherine Stallworth</u>, hereby certify and affirm that I am a <u>Medical Records Supv.</u>, at <u>Kilby</u>; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one <u>Robert McCray</u>, AIS# <u>167644</u>; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at <u>Kilby</u>; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the <u>22nd</u> day of <u>February</u>, 2006.

*Catherine Stallworth*

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**

<u>22</u> **Day of** <u>Feb</u>, 2006.

*Betty S Co*
_____
Notary Public
<u>12-17-09</u>
My Commission Expires

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  MCCRAY, ROBERT

MR#:  E000221912
Sex:  Male
DOB:

Account:  E0229100034
Admit:  10/18/02
Room/Bed:  -

Admit Type:  Outpatient
Discharge Date:  10/18/02
Age:  71 Years
SS Number:
Admitting Physician:  Bhuta, Dharampal P., MD
Ordering Physician:  Bhuta, Dharampal P., MD

---

## *S u r g i c a l   P a t h o l o g y   F i n a l   R e p o r t*

PATHOLOGY NO:        ES-02-0003773

Collected:
Received:
Physician:

10/18/02
10/18/02 12:11:00 PM
Bell, Norman D, MD

**Performed At**

Baptist Medical Center East
400 Taylor Rd
Montgomery, Alabama 36117
phone (334) 244-8495    fax (334) 277-0471

**Clinical Information**

Increased PSA

**Final Diagnosis**

**A.  RIGHT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**  CHRONIC INFLAMMATION,
BASAL CELL HYPERPLASIA AND FOCAL GLANDULAR ATROPHY.
- CARCINOMA NOT IDENTIFIED.

**B.  LEFT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:**  PROSTATIC
ADENOCARCINOMA, INTERMEDIATE GRADE - GLEASON'S SCORE 6 (3+3) IN ONE CORE FROM
THE ANTERIOR WALL OF THE CAPSULE.
- MAXIMUM INVOLVEDCORE VOLUME: 10%
- PERINEURIAL INVASION NOT IDENTIFIED.
- CHRONIC AND FOCAL ACTIVE INFLAMMATION, BASAL CELL HYPERPLASIA, FOCAL

MR#:  E000221912
Printed: 2/15/2005 11:01 AM
Name:  MCCRAY, ROBERT

Room/Bed:  -
Sex:  Male

Account:  E0229100034
DOB:

Page 1 of 3

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:  MCCRAY, ROBERT

Account:  E0229100034

## Surgical Pathology Final Report

| | | | |
|---|---|---|---|
| **PATHOLOGY NO:** | ES-02-0003773 | Collected:<br>Received:<br>Physician: | 10/18/02<br>10/18/02 12:11:00 PM<br>Bell, Norman D, MD |

**GLANDULAR ATROPHY.**   NB/argh/10/21/02

Bell, Norman D, MD
(Electronically signed by)
Verified: 10/22/02 2:39 pm
NDB/ARH

### Gross Description —

A. The specimen is received in a container of formalin labeled "right X4" and consists of 4 elongated white cores that range up to 1.1 x 0.1 cm and are submitted in cassette A.

B. The specimen is received in a container of formalin labeled "left X4" and consists of 5 elongaged white cores that range up to 1.2 x 0.1 cm and are submitted in cassette B.   NB/argh/10/21/02

### Summary of Sections

A. 1 block, 3 H&E slides
B. 1 block, 3 H&E slides
SPECIAL STAIN:  HMWK

### Microscopic Description

A. The cores show basal cell hyperplasia present in multiple foci, and a moderate lymphocytic infiltrate. Glandular atrophy is focally present.  Carcinoma is not identified.

B. In one core that also has prominent skeletal muscle fibers (and so likely represents the anterior wall of the capsule) is seen a minute cluster of small glands which are closely adjacent to these fibers and which have enlarged atypical appearing nuclei. The neoplastic nature of these glands is further confirmed by the fact that they stain negative with HMWK, thus indicating loss of their basal layer. The neoplasm is approximately 10%

| | | |
|---|---|---|
| MR#:  E000221912 | Room/Bed:  - | Account:  E0229100034 |
| Printed: 2/15/2005 11:01 AM | Sex:  Male | DOB: |
| Name: MCCRAY, ROBERT | | |



**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name:   MCCRAY, ROBERT

Account:   E0229100034

# S u r g i c a l    P a t h o l o g y    F i n a l    R e p o r t

| | | |
|---|---|---|
| **PATHOLOGY NO:**   ES-02-0003773 | Collected: | 10/18/02 |
| | Received: | 10/18/02 12:11:00 PM |
| | Physician: | Bell, Norman D, MD |

of the core volume and is without perineurial invasion.  The remainder of the cores show findings as described for part A, and active inflammation is also focally present in one of them.   NB/argh/10/21/02

MR#:   E000221912
Printed: 2/15/2005 11:01 AM
Name:  MCCRAY, ROBERT

Room/Bed:   -
Sex:   Male

3 of 3

Account:   E0229100034
DOB:





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: McCray, Robert | **DIAGNOSIS (If Chg'd)** Overcheck glasses px c̄ eye docto, place in chart please. — doesn't need exam necessarily |
| D.O.B. [redacted] | |
| ALLERGIES: catapres | |
| Use Last    Date 6/3/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Watters [illegible] |

| | |
|---|---|
| NAME: McCray, Robert 167644 | **DIAGNOSIS (If Chg'd)** D/C Lopid 600mg po bid X 180 days, Mevacor 20mg 1 q hs X duration (1 yr) |
| D.O.B. [redacted] | |
| ALLERGIES: catapres | |
| Use Fourth    Date 5/20/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    [signature] |

| | |
|---|---|
| NAME: McCray, Robert | **DIAGNOSIS (If Chg'd)** send to UAB for seed implant    toenail clipping ✓ Panel I q 3 months ✓ ↑ Minipres 2mg 1 day X 180 days. ✓ BP X 3 days (notify if ↑) ✓ AF cream tid X 7 days |
| D.O.B. [redacted] | |
| ALLERGIES: | |
| Use Third    Date 5/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    [signature] |

| | |
|---|---|
| NAME: McCray, Robert 167644 | **DIAGNOSIS (If Chg'd)** RTC for eval |
| D.O.B. [redacted] | |
| ALLERGIES: Catapres | |
| Use Second    Date 5/3/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    [signature] |

| | |
|---|---|
| NAME: McCray, Robert 167644 | **DIAGNOSIS** RTC for eval |
| D.O.B. [redacted] | |
| ALLERGIES: Catapress | |
| Use First    Date 4/21/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    [signature] |

**MEDICAL RECORDS COPY**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert | D.O.B.: ███████ |
|---|---|---|

| | |
|---|---|
| 6-23-04 1:30 | R,cvd SCC/SHU vol I + II of III c̄ meds J.Elleboo |
| 8-6-04 | MD appt for Prostate CA. ————— M Barrett |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Staton

No Show

## PROGRESS NOTES

| Date/Time | Inmate's Name: Mc Cray, Robert # 167644 | D.O.B.: ▓▓▓▓ |
|---|---|---|

| | |
|---|---|
| 08/13/04 | To see NCP for F/U UGI |
| wgt | 219, 20, 99.1, 0299, 77, 164/88. |
| | Ø show for MD 08/13/04 |
| 10/18/04 @ PISO | Escorted to now per DOC officer for FWA in AM |
| | B/P 150/80 Resp-18 temp 97 pulse 78 ————— S Miller RN |
| 10/20/04 | |
| | S- F/u from Free World Dr Stephen White |
| | O- No notes sent → pt. Elevated PSA |
| | A/P- Contact Dr White's office. Notes to be faxed. |
| | Has F/u appt ~~next~~ w/ 11/02/04 - um submitted |
| | Also has urology appt 11/8/04 ————— Gaston LPN |
| | |
| 11/7/04 | MOU FWA 110/70 98⁶ 80 20 ————— AHSmith lpn |
| 11/8/04 | 4²⁰ pm Ret from FWA via DOC - 97.9 - 64 - 20 - 140/80 - Placed |
| | in MOU - NDN ————— ssickly |
| 11/9/04 | S- No complaints |
| 12ᴾᴾ | O- lying in bed quietly. Alert & Orient X3 |
| | Resp ē ease. No acute distress noted at |
| | this time |
| | A) Alteration in health Maintains |
| | P) Continue Abx plan of Care ————— a Kay lp |
| 11/9/04 | MOU pt |
| wgt 217 | B/P 130/72 T 98.2    P- 72    R - 18    O2 98% |
| | F/u F/u Dr Bhula Hx Prostate Cancer |
| | X-rays needed of Abs 10th 11th LS spine w/ |

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

F/u To Dr Bhutah . who Also Rec Radiotn see
implants.

Patient reports ↓ Po intake due to Prison
food . Refuses Isordil — No Hx of CP but
HAS SL NTG — which he has Never USED.
Has A Rxn to Isordil & has not taken Med
since ordered in April 04. — Dizzy, Aches, HA
& has SOB.

GEN NAD
HEENT ⊖ PERL
Lungs: clear (B)
CV: NSR S S₂
Abd ⊖
ext ⊖ cclubbing ⊘ cyanosis

A: prostate cancer
  1. X-Rays
  2. F/u c Dr Bhuta c X-Rays 1-2 wks
  3. Approval age seed implants

                                        H. Shelly

| Date/Time | Inmate's Name: | D.O.B.:        /        / |
|-----------|----------------|---------------------------|
| 5-12-04 11:30A | NO show for MD appt. ———— M Meill, LPN |
| 6/3/04 | Refused kitchen clearance + PPD — state gave one this year. Shift command notified. M |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert | D.O.B.: |
|---|---|---|

**7/1/04**
**1²⁰ pm**

T 97¹   P 61   R 20   B/P 180/99   Wt 160

see CCC HTN   *JKin*

**4/20/04**
**8²⁵ AM**

inmate stopped me on the sidewalk & stated that "Isordil was causing him to be dizzy." I instructed him to put in a sick call slip so we could evaluate him and check his blood pressure. He became irritated and stated that it was a ploy/racket to get his $3.⁰⁰. Again, I instructed him to come to HCU for evaluation.   *JKin*

**4/30/04**

spoke z Dr Bhuta (urology) in montgomery AL & will try to get inmate back in here to discuss Rx options and what he wants done.   *JKin*

X-ray
radiation seed

**5-6-04**
**9⁴⁰ AM**

t 98.4   BP (169/99) P 72, R 20, Wt 159.
"has not received all his BP meds yet." sleeps 8-9 hrs/
but still has fatigue & quit taking both Isordil & Cardizem because
he felt dizzy headed.

O: bm in NAD

Lung CTA        CV: RRR s̄ murmur        BP (154/94)

A: HTN

prostate CA

Plan: send to UAB urology for implant seeding & √ BP x 3 days

*JKin*



**SCHOOL OF MEDICINE**
Department of Surgery

**UROLOGY INITIAL CLINIC VISIT**

| ROBERT MCCRAY | MR# 000001921995 | 08/25/2005 |
|---|---|---|
| Patient Name | Record No. | Visit Date |

Requesting Physician: Winfred Williams, M.D.
Address: State Correctional Facility. P.O. Box 56, Elmore, Alabama 36025
Phone: (334) 567-1528/(334) 567-7167 (fax)

**DIAGNOSIS:**
Prostate cancer

**MEDICATIONS:**
Flomax 0.4 daily, Minipress 2mg b.i.d., Aspirin 325, Fiber and Mevacor

**ALLERGIES:**
Visitec, Cetapred

**CHIEF COMPLAINT:**
Prostate cancer

**PRESENT ILLNESS:**
72-year-old male who is incarcerated at Elmore State Prison with diagnosis of prostate cancer in 2002 by Dr. Bhuta. His outside pathology slides were reviewed at UAB and confirmed diagnosis of prostate cancer with a Gleason pattern of 3+3=6/10 in the left lobe single focus. The patient has a large prostate but we do not have his outside ultrasound measurement. His PSA is 8.4.

**REVIEW OF SYSTEMS:**
Muscle cramps in his legs. His American Urological Association (AUA) symptoms score is 25 and is quality of life is unhappy.

**PAST FAMILY / SOCIAL HISTORY:**
Orthopedic knee surgery. He had a bone scan on August 31, 2004 showing increased uptake of the lumbar spine with negative plain films. Family history negative for cancer. Father died at age 93. Mother died at age 86. He denies tobacco. He was a former teacher in Language Arts, Tuskegee Institute, and he grew up in Philadelphia in the German town neighborhood.

**PHYSICAL EXAMINATION:**
Weight 160 lb; blood pressure 125/82. LUNGS: Clear. HEART: Regular. ABDOMEN: Benign. Normal penis and testicles. Digital rectal exam notes a 5 x 5 60-80 gram prostate, smooth texture. Extremities without edema.

**IMPRESSION:**
T1CNXMO prostate cancer with a Gleason score of 3+3=6/10. Low-risk disease with a PSA of 8.4 but a very large prostate, severe lower tract obstructive symptoms.

Options reviewed and patient recommended a hormone reduction. If he desires seed implantation he will need consult with Dr. Robert Kim. Consult was done with Dr. Kim and the patient has elected to follow his cancer expectedly and not undergo treatment. He does not want hormone shots or hormone reduction therapy and implantation would be the only acceptable form of therapy for him. He does not want surgery and does not want to have external radiation therapy so we recommended check of PSA every three months and watchful waiting for prostate cancer.

 

**SCHOOL OF MEDICINE**
Department of Surgery

**UROLOGY INITIAL CLINIC VISIT**

| ROBERT MCCRAY | MR# 000001921995 | 08/25/2005 |
|---|---|---|
| Patient Name | Record No. | Visit Date |

Requesting Physician: Winfred Williams, M.D.
Address: State Correctional Facility. P.O. Box 56, Elmore, Alabama 36025
Phone: (334) 567-1528/(334) 567-7167 (fax)

**DIAGNOSIS:**
Prostate cancer

**MEDICATIONS:**
Flomax 0.4 daily, Minipress 2mg b.i.d., Aspirin 325, Fiber and Mevacor

**ALLERGIES:**
Visitee, Cetapred

**CHIEF COMPLAINT:**
Prostate cancer

**PRESENT ILLNESS:**
72-year-old male who is incarcerated at Elmore State Prison with diagnosis of prostate cancer in 2002 by Dr. Bhuta. His outside pathology slides were reviewed at UAB and confirmed diagnosis of prostate cancer with a Gleason pattern of 3+3=6/10 in the left lobe single focus. The patient has a large prostate but we do not have his outside ultrasound measurement. His PSA is 8.4.

**REVIEW OF SYSTEMS:**
Muscle cramps in his legs. His American Urological Association (AUA) symptoms score is 25 and is quality of life is unhappy.

**PAST FAMILY / SOCIAL HISTORY:**
Orthopedic knee surgery. He had a bone scan on August 31, 2004 showing increased uptake of the lumbar spine with negative plain films. Family history negative for cancer. Father died at age 93. Mother died at age 86. He denies tobacco. He was a former teacher in Language Arts, Tuskegee Institute, and he grew up in Philadelphia in the German town neighborhood.

**PHYSICAL EXAMINATION:**
Weight 160 lb; blood pressure 125/82. LUNGS: Clear. HEART: Regular. ABDOMEN: Benign. Normal penis and testicles. Digital rectal exam notes a 5 x 5 60-80 gram prostate, smooth texture. Extremities without edema.

**IMPRESSION:**
T1CNXMO prostate cancer with a Gleason score of 3+3=6/10. Low-risk disease with a PSA of 8.4 but a very large prostate, severe lower tract obstructive symptoms.

Options reviewed and patient recommended a hormone reduction. If he desires seed implantation he will need consult with Dr. Robert Kim. Consult was done with Dr. Kim and the patient has elected to follow his cancer expectedly and not undergo treatment. He does not want hormone shots or hormone reduction therapy and implantation would be the only acceptable form of therapy for him. He does not want surgery and does not want to have external radiation therapy so we recommended check of PSA every three months and watchful waiting for prostate cancer.

**UAB Department of Urology**
**Initial Clinic Note**

| MCCRAY, ROBERT | MR# 000001921995 | 08/25/2005 |
|---|---|---|
| Patient Name | Record No. | Visit Date |

**PLAN:**
1.   Check PSA every three months,
2.   We have to make sure that the Prison system gets proper notification for bill.

DAU/abs/2437
D: 2005-08-25
T: 8/26/2005 4:49 AM

Donald A Urban, M.D.
Associate Professor

**Electronically Signed by Donald Urban M.D. on 09/09/2005 at 1034 CDT**

cc:  Winfred Williams, M.D.

06/15/2005 11:57 FAX 3343958156    REGIONAL OFFICE    → STATON    ☐ 004
06/14/2005 TUE 13:50  FAX 334 567 1538 Staton Health Unit    ☐ 002/002

*St other Carl Stroke*

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the appointment.

RECEIVED JUN 29 2005

PHS

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: | Patient Name: (Last, First) | Date (mm/dd/yy) |
| Staton 843 | McCRAY, Robert | 6.14.05 |
| Site Phone #: (334) 567-1543 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| | Inmate #: | PHS Custody Date: (mm/dd/yy) |
| Site Fax #: (334) 567-1538 | 167644 | 05.21.92 |
| Will there be a charge?  ☑ Yes ☐ No | Sex: ☑ Male ☐ Female | SS Number: | Potential Release Date: (mm/dd/yy) 09 . . 05 |
| Responsible party: ☐ PHS ☐ Add Ins | ☐ Health Ins (Exclude Medicaid/Medicaid Managed Care alternative plans) ☐ Other, be specific (Exclude Medicare, Medicaid and Veterans Administration Services) | |

### CLINICAL DATA

| | |
|---|---|
| Requesting Provider: ☑ Physician ☐ MD, PA ☐ Dental | History of Illness/Injury/Symptoms with Date of Onset: |
| John M. Peasant SR, MO | 71 yo ♂ c̄ CA of prostate |
| Facility Medical Director Signature and Date: | for 2 yrs. He wants bxy |
| *John M. Peasant* | therapy. Pt needed repeat |
| ☐ Service meets criteria for "approval via protocol" | prostate surgery but refused |
| Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields. | to have it done locally. |
| ☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | Results of a compliant directed physical examination: |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | Pt want repeat surgery done |
| ☐ Routine  ☐ Urgent | at UAB. |
| Estimated Date of Service (mm/dd/yy)  / / | |
| (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy | |
| Number of Visits/Treatments: 3  ☐ Other: | |
| Specialist referred to: UAB Urology  Dr. Urba | Previous treatment and response (including medications): |
| Type of consultation, treatment, procedure or surgery: | Lupron injection |
| Dr Urban Urology | |
| Consultation for brachytherapy | |
| Diagnosis: Prostate CA- | |
| ICD-9 code: | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
| ☐ Pertinent Documents have been attached and faxed. | |
| UM DETERMINATION: | ☐ Offsite Service Recommended and Authorized |
| ☐ Alternative Treatment Plan (explain here): | Has he seen Dr Urban Before |
| ☑ More Information Requested: (See Attached) | FAXED |
| ☐ Readmitted with requested information. | Date authorized: |
| Regional M _____ MD | 6.15.5 |
| printed name and date required | |
| Do not write below this line. For Case Manager and Corporate Data Entry ONLY. | |
| UM Type: | CPT Code: 99220 | UR Auth #: 5186548 |

6/29/05  Pt. has not seen Dr. Urban before, Only phone
calls to Dr. Urban by providers.  Thanks
APR Consultation 1st  6/30/5

DIPLOMATES AMERICAN BOARD OF UROLOGY
P.M. Shashy, M.D., F.A.C.S.
P.S. Shashy, M.D., F.A.C.S.
Margaret Vereb, M.D.

DRS. SHASHY, SHASHY & VEREB
ADULT AND PEDIATRIC UROLOGY • UROLOGIC ONCOLOGY • IMPOTENCY • MALE INFERTILITY
1722 PINE STREET • MONTGOMERY, ALABAMA 36106-1179
TELEPHONE (334) 262-4418        FAX (334) 264-5483

May 17, 2005


Winfred D. Williams
Facility Medical Director
Staton Correctional Center
Staton 843
P.O. Box 56
Elmore, AL 36025

RE:  ROBERT McCRAY, Inmate #167644, ▇▇▇▇▇▇▇▇▇

Dear Ms. Williams:

I regret to inform you that Mr. McCray refused any biopsy
or any further intervention and it is his desire to proceed
immediately to UAB Department of Urology. I agree with him
in some respect that if there is documented evidence of
prostate carcinoma on the previous biopsy done two years
ago, that is enough reason for proceeding with whatever
treatment is recommended and accepted by the patient.
Accordingly, he has insisted on brachytherapy.

I would urge that you immediately refer to the patient to
UAB Department of Urology and let them discuss their
requirements before this procedure.

Sincerely,

*Paul Shashy*

Paul M. Shashy, M.D.

PMS/dl

**REFERRAL REVIEW FORM**

PHS

Form must be Complete and Legible. You must Type or Print
*Please send this* with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843  *Staton* | **Patient Name: (Last, First,)**  McCRAY  Robert | **Date: (mm/dd/yy)** 0 4 . 2 1 . 0 5 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓ |
| **Site Fax #** (334) 567-1538 | **Inmate #** 167 644 | **PHS Custody Date: (mm/dd/yy)** 0 5 . 2 1 . 9 2 |
| **Will there be a charge?** ☒ Yes ☐ No   **Sex** ☒ Male ☐ Female | **SS Number** ▓▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 0 9 . 1 . 0 5 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental

WINFRED P. WILLIAMS

**Facility Medical Director Signature and Date:**

*[signature]*

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☐ Routine   ☒ Urgent

**Estimated Date of Service (mm/dd/yy)** __ / __ / __
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy  ☐ Other:
**Number of Visits/Treatments:** 3

**Specialist referred to:** Dr Shashy - 1722 pine street

**Type of Consultation, Treatment, Procedure or Surgery:**
Urologist For Biopsy of Prostate

**Diagnosis:** Prostate Cancer.   5/17/05 10:30 A
**ICD-9 code:**   Flets theme 1 hr before

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Prostate Cancer

**Results of a complaint directed physical examination:**
Patient needs repeat biopsy for radioactive seed implant.

Last biopsy - 10/2002 w/ Gleason 6/10 UAB Required current biopsy for therapy.

**Previous treatment and response (including medications):**
Lupron injections, Bone scan, Dr Bhula Refuses to see patient.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __ / __ / __

FAXED 4-21-05

**Regional Medical Director Signature, printed name and date required:** _____ / __ / __ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #** 149406 08 |
|---|---|---|---|

USA - UM Referral review form

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print.
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843  *Staton* | **Patient Name: (Last, First,)** *McCRAY Robert* | **Date: (mm/dd/yy)** 04.21.05 |
| **Site Phone #** (334) 567-1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** [redacted] |
| **Site Fax #** (334) 567-1538 | **Inmate #** 167644 | **PHS Custody Date: (mm/dd/yy)** 05.21.92 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** [redacted] | **Potential Release Date: (mm/dd/yy)** 09.__.05 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental
WINFRED D. WILLIAMS

**Facility Medical Director Signature and Date:**
*[signature]*

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☒ Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** 3  ☐ Other:___

**Specialist referred to:** Dr Shashy - 1722 pine street

**Type of Consultation, Treatment, Procedure or Surgery:**
Urologist for Biopsy of Prostate  5/17/05 10:30 A
Flets Demerol hr before

**Diagnosis:** Prostate Cancer.
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Prostate cancer

**Results of a complaint directed physical examination:**
Patient needs Repeat Biopsy for Radioactive seed implant.

Last Biopsy - 10/2002 w/ Gleason 6/10 UAB requires current biopsy for therapy.

**Previous treatment and response (including medications):**
Lupron injections, Bone scan, Dr Bhula Refuses to see patient.

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

FAXED
4-21-05
EF

**Regional Medical Director Signature,**
**printed name and date required:** __/__/__  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | **UR Auth#** 149406608 |
|---|---|---|---|

Diane

## MONTGOMERY CANCER CENTER



Harry M. Barnes, III, M.D.
Keith A. Thompson, M.D.
Stephen L. Davidson, M.D.
Stephen Andrew White, M.D.

William W. Helvie, M.D.
R. Lee Franklin, M.D.

Michael L. Ingram, M.D.      Cr

# FACSIMILE COVER SHEET

DATE: 2/2/05

TO: Don McArthur     #: 567-1538

**NUMBER OF PAGES INCLUDING COVER SHEET:** 7

**FROM: Montgomery Cancer Center – Telephone Triage Nurse**

NAME: _____
FAX: 334-273-2376          Telephone: 334-273-7000
Message:

Dr. White said Mr. McCray can be referred to urologist @ UAB rather than return to see him. Call UAB (1-800-292-6508) & ask for urology clinic. If additional help is needed, please contact us.

### CONFIDENTIALITY NOTATION

The information contained in this facsimile may be legally privileged and confidential intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited under Federal Regulation (42 CHR Part 2). If you have received this facsimile in error; please immediately notify this office at (334) 273-7000 and return the original message to us at the address below by United States mail. Thank You.

**Montgomery Cancer Center 4145 Carmichael Rd Montgomery, Alabama 36106**

DOCUMENT IN MICROSOFT INTERNET EXPLORER



# Carmichael Imaging

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>MCCRAY,ROBERT | **ACCOUNT N0**<br>54534 | **AGE/SEX**<br>71/M | **MPI NUMBER**<br>51053 |

**REFERRING PHYSICIAN:**
STEPHEN WHITE MD
4145 CARMICHAEL ROAD
MONTGOMERY AL 36106-

**DATE OF BIRTH**

**DATE OF SERVICE**
01/17/05

**01/17/05: NM BONE SCAN-WHOLE BODY**


**REVIEWED AND INTERPRETED BY:**
CYNTHIA LORINO, MD

**ELECTRONICALLY VERIFIED BY:**
CYNTHIA LORINO, MD  01/18/2005


CL/EE

MCCRAY, ROBERT
Exam #: E-00081307
Page 2

# Carmichael Imaging

4147 Carmichael Road Montgomery, AL 36106-2801   334-387-1100

| | | | |
|---|---|---|---|
| **PATIENT NAME** | **ACCOUNT N0** | **AGE/SEX** | **MPI NUMBER** |
| MCCRAY, ROBERT | 54534 | 71/M | 51053 |

**REFERRING PHYSICIAN:**  
STEPHEN WHITE MD  
4145 CARMICHAEL ROAD  
MONTGOMERY AL 36106-

**DATE OF BIRTH**

**DATE OF SERVICE**  
01/17/05

**COPY TO:**

## 01/17/05: NM BONE SCAN-WHOLE BODY

**EXAM INDICATIONS:**

CLINICAL HISTORY: Prostate carcinoma.

COMPARISON: There is a report from a prior bone scan at AMI done on 08/31/04. Those films are not available.

TECHNIQUE: The patient was injected with 30.75mCi of Technetium 99 m-MDP. Whole body images were obtained.

**FINDINGS:**
On this exam there is good uptake of the radionuclide throughout the bony skeleton. There is increased uptake in the sternoclavicular joints, worse on the left. This is described on the previous study and is more consistent with degenerative process. There is also increased uptake in the sternum proximally which is more suspicious. This is described on the previous report also. Uptake seen previously in the right 10th and 11th ribs posteriorly (according to the prior report) is again noted. These are not quite in alignment although they could still be post traumatic. This is thought more likely than metastatic disease although certainly that cannot be excluded. There is intense uptake in the L5 region. Again this may be degenerative. Increased uptake is also noted in the right knee medially which is more degenerative in appearance. This is also described on the prior report. No other focal areas of increased uptake are seen. There is excretion of radionuclide by both kidneys.

**IMPRESSION:**
1. FROM THE PRIOR BONE SCAN REPORT THERE DOES NOT APPEAR TO BE A SIGNIFICANT CHANGE IN THE APPEARANCE OF THE BONE SCAN SINCE THAT STUDY OF 08/31/04.
2. AREAS OF INCREASED UPTAKE IN THE SC JOINTS, L5 REGION, AND RIGHT KNEE WHICH ARE CONSISTENT WITH DEGENERATIVE CHANGE. OTHER ETIOLOGIES ARE POSSIBLE PARTICULARLY IN THE L5 REGION.
3. UPTAKE IN THE RIGHT 10TH AND 11TH RIBS WHICH COULD BE POST TRAUMATIC.
4. UPTAKE IN THE PROXIMAL STERNUM WHICH IS THE MOST SUSPICIOUS AREA SEEN.

JAW  
# 2-2-05

*Dictation Date/Time:01/18/05 07:23*  
*Ordered Date: 01/14/05 13:10*

*MCCRAY, ROBERT*  
*Exam #: E-00081307*  
*Page 1*

10/29/2004 FRI 9:05 FAX →→→ Staton                                                      ☒002/025
10/21/2004 THU 14:52 FAX 334 567 1538 Staton Health Unit                                 ☒002/014

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM                                    **PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

### DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | McCray, Robert | 10 20 04 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| (334) 567 - 1548 | | ▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 567 - 1538 | 167644 | 05 21 98 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☒ Yes ☐ No | ☒ Male ☐ Female | ▓▓▓▓ | 12 07 13 |

Responsible party: ☒ PHS ☐ Area Ins. | ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare and Medicaid):

### CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☐ Physician ☒ NP, PA ☐ Dental | **History of Illness/Injury/symptoms with Date of Onset:** |
| Lassiter CRNP | Gleason Score 6 |
| ☐ Service meets criteria for "approval via protocol" | Prostate CA? possible mts to Lower lumbar spine Right Ribs, sternum |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | |
| ☒ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | **Results of a complaint directed physical examination:** |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | Bonescan 8-31-04 abnormal |
| ☒ Routine   ☐ Urgent  1430 | uptake (R) Ribs & sternum & possible L5 spine |
| **Estimated Date of Service (mm/dd/yy)** 11 10 2 0 4 | PSA 8.4 7/6/04 |
| (This starts the approval window for the "open authorization period") | |
| **Multiple Visits/Treatments:** ☒ Radiation Therapy | |
| **Number of Visits/Treatments:** 3  ☒ Chemotherapy  ☐ Other | |
| **Specialist referred to:** Stephen White (CA Center) | **Previous treatment and response (including medications):** |
| **Type of Consultation, Treatment, Procedure or Surgery:** | Appt 11/8 c urologist |
| Evaluate & treat - Has Appt 11/2/04 | |
| **You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.** | ****For security and safety, please do not inform patient of possible follow-up appointments*** |
| ☐ Pertinent Documents have been attached and faxed. | |

### UM DETERMINATION:
☒ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.       Date resubmitted: ___/___/___

**Regional Medical Director Signature,**
**printed name and date required:**            _(signature)_   10 21 04
                    **Will Mosier, MD**

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Call Type: | Med Class: | UR Auth #: |
|---|---|---|
| ON/OV | 99201 | 14336980 |

UM Referral review form 2-05-2004

## ADVANCED MEDICAL IMAGING CENTER

### NUCLEAR MEDICINE

PATIENT: _Robert McCRay_

DATE: _8-31-04_

YOU HAVE BEEN INJECTED WITH A RADIOACTIVE
MATERIAL FOR A BONE SCAN.  THE DOSE NEEDS TO
CIRCULATE SEVERAL HOURS BEFORE IMAGES ARE MADE.

YOU MUST RETURN AT _12:00_ FOR YOUR SCAN.

YOU MAY EAT IF YOU WISH.  YOU MUST DRINK AT LEAST 18 -
24 OUNCES OF FLUIDS BEFORE YOU RETURN.
EMPTY YOUR BLADDER AS OFTEN AS NECESSARY.

THANK YOU.

_Bone scan completed 8/31/04_
_Report to follow._

_A Haase, CNMT_

ADVANCE MEDICAL          3 42612641          09/01 '04 06:02 NO.880  01/01



**Advanced Medical**
**Imaging Center**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Winfred Williams, MD 08/31/2004
P O Box 56 Hwy 143 Staton Correctional Facility
Elmore, AL 36025

Re: McCray, Robert
   DOB: ███████
   Account#: 888440
   Chart#: 70708
   Exam: NM BONE SCAN 08-31-04

**NM BONE SCAN:**
CLINICAL HISTORY: Prostate cancer. Back pain

TECHNIQUE: The patient was administered 26.8 millicuries of Tc99m MDP for a whole body
bone scan.

FINDINGS: The prior bone scan of December 2002 is not available for comparison.
There is an area of abnormal increased uptake of radiotracer in the proximal aspect of the
sternum. There is mild increased uptake in both sternoclavicular joint regions that is felt to be
degenerative in nature. There are two areas of focal increased uptake in the right posterior
lower rib regions that appear to be in rib #10 and #11. Also, there is increased uptake that
project over the facet regions of the L5 vertebral body that may relate to degenerative change.
Recommend correlation with lumbar spine radiographs for this finding. There is increased
uptake in the medial compartment of the right knee consistent with degenerative joint disease.

IMPRESSION:
1. Several areas of abnormal uptake, some of which are suspicious for a metastatic process,
particularly in the right ribs and sternum.
2. Uptake in the lower lumbar spine that may be degenerative in nature but radiographs are
recommended for correlation.

JEFF ADAMS, MD

JA/lgh



# Advanced Medical
## Imaging Center

Ivanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL  36104
334-262-7226
Toll Free: 800/844-7226
Fax:  334-261-2641

Winfred Williams,MD 08/31/2004
P O Box 56 Hwy 143 Staton Correctional Facility
Elmore, AL  36025

Re:  McCray, Robert
     DOB:
     Account#:  888440
     Chart#:   70708
     Exam: NM BONE SCAN 08-31-04

9/2/04

**NM BONE SCAN:**
CLINICAL HISTORY: Prostate cancer. Back pain

TECHNIQUE: The patient was administered 26.8 millicuries of Tc99m MDP for a whole body bone scan.

FINDINGS: The prior bone scan of December 2002 is not available for comparison. There is an area of abnormal increased uptake of radiotracer in the proximal aspect of the sternum. There is mild increased uptake in both sternoclavicular joint regions that is felt to be degenerative in nature. There are two areas of focal increased uptake in the right posterior lower rib regions that appear to be in rib #10 and #11. Also, there is increased uptake that project over the facet regions of the L5 vertebral body that may relate to degenerative change. Recommend correlation with lumbar spine radiographs for this finding. There is increased uptake in the medial compartment of the right knee consistent with degenerative joint disease.

IMPRESSION:
1. Several areas of abnormal uptake, some of which are suspicious for a metastatic process, particularly in the right ribs and sternum.
2. Uptake in the lower lumbar spine that may be degenerative in nature but radiographs are recommended for correlation.

JEFF ADAMS, MD

JA/lgh

Robert McCray
Chart 376
Age 69, sex M
11/4/02

Mr. McCray came to see us for further followup. He had a biopsy done and his
pathology report was adenocarcinoma of the prostate gland with Gleason score of 6
(3+3). Biopsy was positive from the left lobe. He has no other urological complaints.
He is having difficulty voiding and claims that Flomax did help.

We have talked with him in detail about treatment. He elected not to have surgery done.
We talked to him about radiation therapy treatment and Lupron injections. He agreed to
have this treatment done. We told him that radiation therapy might not cure the prostate
cancer. He understood.

He will need a bone scan. Once the bone scan is complete, he should have hormone
treatment with Lupron injections. He will also have radiation therapy treatment.

Will send a letter to Kilby Correctional Facility. They will do the bone scan and if it is
negative they will proceed with radiation therapy treatment and Lupron injections. He
also needs to continue taking Flomax- we gave him the samples.

Copy to Dr. McLain

# PROBLEM LIST

Name _Mc Cray, Robert_

ID # _167644_

D.O.B. _███████_

Medication Allergies  Ō   NKDA  Catapres (hypersensitive to it)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| | 1) HCVD | | BA |
| 3/6/95 | 2) indifferent med compliance | ? 1/29/97 | |
| 4/24/96 | 3) arthritic changes, (R) 3rd finger | | |
| 6/24/93 | 4) mild deg. spurring throughout (thoracic spine) | | |
| | 5) sacralization of 5th lumbar segment | | |
| | ? TIA | | |
| | DSD | | |
| 7/31/01 | CRI | | |
| 2/ | | | |
| 1/14/07 | ADENOCARCINOMA ↑ Feb.03 PROSTATE PSA | | JPW |
| 4/25/07 | HEMORRHOIDS | | |
| 1992 | HTN | | JPW |
| 5/6/04 | tinea (feet) | | JPW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Master Problem List

Name: McCray, Robert

Date of Birth: ▓▓▓▓▓▓

| PROBLEM | DATE ONSET | INITIALS | ACTIVE PROBLEM | TREATMENT GOALS |
|---|---|---|---|---|
| | 2/2003 | ms | S/P Radiation Tx Prostatic CA | |
| | | | HTN | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

08 (4/87)

Inmate:
DOC #
Race:_____ Gender____

# Physician's Chronic Care Clinic

Date: 12/9/05     Time: 1410     Facility: Staton

Check all applicable CICs being evaluated: ✓ Card/HTN __DM__GI__ID__PUL__SZ__TB

**OBJECTIVE:** BP 130/80 HR 44 RR 20 Temp 97⁸ Wt 163 Peak Flow ___ 97%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Catepres
Distigue

PSA 7.6ᵃ 9/01/05

Fiber lax 625mg              BUN 15 | Creat 1.5 7/22/05          ① EOB WNL noted
ASA EC 305mg                 AP 92 | Bili 0.5 | AST 17 | Alt 15   ② Carotid bruits
Diltiazem 240mg              Chol 130                            w/ JVD
Atenolol 50mg                Trig 66                             Lung CTA B
Mevacor 20mg                 HDL 43                              Abd NBS ⊕
) Colace 100mg               LDL 74                              ♥ RT WNP
Flomax 0.4mg                 Eye Exam 4/9/04                     2+ BS clear
Prazosin 1mg                 01/10/05

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

Prostate CA

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | (P) |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | (S) | W |

**PLAN:** ① HTN ASA / Atenolol / Diltiazem

② Prostate cancer followed by UAB. Has refused hormone/surgery

**F/U:** Routine 90 days: ✓   ③ Dyslipidemia Mevacor, monitor LFTs & lipids

Other _____ ① Health

Labs pending 12/05 not in computer yet

② recheck CXR
✓ Eye Exam

_____ MD
~~Physician~~

) **Problem List updated:** Yes (No)

Robert, McCray 164944

(01/31/05)

8/4/05 - Pt seen again
will be *Physician's Chronic Care Clinic*
CIC seen 7/19/05

Date: 7/19/05   Time: 11 30   Facility: Stat

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB __SN

**OBJECTIVE:** BP 122/78  HR 58  RR 18  Temp 98°  Wt 160  Peak Flow __ O2Sat 96%

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

V.S. 100/58 P48, RR20 98'   repeat Pulse 52   Wt 161
① c/o fatigue + swelling in legs ( see PN 8/4/05
② Eyes opened not seen

Neck - 3 bruits
lungs clear
H+5 rrr√
legs ī 1+ - 1+ edema
DP - pulse 1+ bilat

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| (G) F P | (G) F P | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | (I) S W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** ① Because of ↓ Pulse + c/o fatigue - I will decrease
Minipres to .12 mg qd ② HCV is late
② Cont all other meds as is
③ awaiting FLA for profile

F/U:   Routine 90 days: ✓

Other_____

_____ MD
Physician

Problem List updated:   Yes  (No)

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|

PRISON HEALTH SERVICES

Name: _____
Inamte #: _____
DOB: _____ Race: _____ Gender ____

## Physician's Chronic Care Clinic

Date: 8/02/05     Time: 1103 AM     Facility: Staton

Check all applicable CICs being evaluated: √ Card/HTN __DM_GI_ID_PUL_SZ_TB ___ SN/CA

**OBJECTIVE:** BP 170/100 HR 67 RR 20 Temp 97⁵ Wt 154⁵ Peak Flow ____
O2 Sat 98⁰/0

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

retake.
178/84

Prostate CA. Chart reviewed current UM submitted for
repeat Biopsy. Bone Scan 8/1/04 ? ® rib lesions.

Needs Lipids re'd. Review of chart shows consistent
↑ Systolic readings. Chronic dry cough? Will D/C ACE +
↑ CCB. States he did not recieve Ted Hose

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Case will be brought to HSA + MD for eval.

**F/U:** Routine 90 days: ___X___

Other_____

_signature_ MD
Physician

Problem List updated: (Yes)   No

(01/31/05)

| INMATE NAME | NUMBER | AGE | RACE/SEX |
|---|---|---|---|
| McCray, Robert | 167614 | 71 | BM |

**PRISON HEALTH SERVICES**

Name:_____
Inamte #: _____
DOB: _____ Race:_____ Gender___

## Nurse's Chronic Care Clinic

Date: 5/2/05          Time: 1103 AM    Facility: Staton

Check all applicable CICs being evaluated: √Card/HTN __DM__GI__ID__PUL__SZ__TB √SN CA

### SUBJECTIVE:

~~For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____~~
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits:____Dates:_____

ALLERGIES:____NKA_____          CURRENT DIET: Regular_____
DESCRIBE MED AND DIET ADHERANCE: Picked up Med 4/4/05
DESCRIBE ANY MED SIDE EFFECTS: ____Denies any problems c Meds
VACCINES: Flu_____Pneumovax _____ Hep A _____ Hep B_____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA ___/___ on_____;
Peak Flow____: LFTs____ on _____; Serum Drug Levels __ on _____; EKG 4/5/04; CXR None
BMP & BUD CR 11/15/04    CBC 4/1/05    UA Dip 1/14/05

MEDICATIONS:
Atenolol 50mg + PO q day
Vasotec 10mg + PO q day
Mevacor 20mg + PO q day
Fiber - Lax 625 BID
Cardizem CD 120mg + PO q day
EC ASA 325 mg + PO q day
Colace 100mg + PO q day
Flomax 0.4mg + PO q day

Patient Educated on:
Taking ASA for your heart

Inmate SignatureX Robert L McCray

Nurses Signature and Title _____ RN.

| | INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|---|---|---|---|---|---|
| (01/31/05) | McCray, Robert | ▓▓▓ | 71 | BM | 167644 |



DEPARTMENT OF CORRECTIONS
PHYSICIAN'S
## CHRONIC CARE CLINIC
SPECIAL NEEDS

*Needs Flomax reordered non form end of Jan 05*

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|------|------|--|--------------|--------------|--|
| 1/7/05 | | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES Catopres |
| | | O: VS  T  P 62  R 16 | | | |
| | | BP 150/70  WT 160 | PSA 8.4 7/04 | | |
| | | REVIEW OF NURSES CCC RECORD  YES  NO | | | |
| | | NOTES | Will ↑ Prazosin to 2mg BID to improve Obst Sx | | P: LABS |
| | | Prostate CA | | | |
| | | Has had one Bone Scan | | | |
| | | ō possible rib & spine ↑ uptake | | | |
| | | Has seen Dr. Bhuta & Dr. White (urology)  (cancer center) | | | ORDERS: |
| | | Awaiting F/U Bone Scan requested | | | |
| | | by Dr White. Repeat xrays | | | MEDICATION: See CCC CV/HTN |
| | | requested by Dr White have been | | | |
| | | shot | | | |
| | | Pt has elected for radiation seed | | | F/U CCC WITH NURSE EVERY ____ DAYS. |
| | | implant option | | | |
| | | Will schedule 1 week F/U HCU to | | | F/U CCC WITH MD EVERY ____ DAYS. |
| | | monitor progress of studies & | | | |
| | | F/U's | | | SIGNATURE |
| | | EDUCATION DONE  YES  NO  Prognosis & Care plan | | | |

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|-------------|--------|-----|----------|------|
| McCray, Robert | ▓▓▓▓ | 71 | B/M | 167644 |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
**PHYSICIAN'S**
# CV/HTN CHRONIC CARE CLINIC

| | |
|---|---|
| S: CHRONIC CARE CLINIC | ALLERGIES |
| DATE/TIME 1/1/03    62    16 | Catapress |
| O: VS    T    P    R  16 | |
| 169/14   BP 158/80  WT 160 | |
| REVIEW OF NURSES CCC RECORD | |
| YES            NO | |
| Carotid Bruits    Y  N        RT  LT | |
| Gallops        Y  N | |
| Murmurs        Y  N | |
| Describe | |
| Fundoscopic Exam:  WNL | P: LABS |
| Peripheral pulses.  RRMG | WNL    Y    N |
| BMP WNL | Fasting Chem profile yrly  5/04 |
| | UA yrly  2/03 |
| | CXR q 2 yr if > 50 y/o |
| | EKG q yr if > 50 y/o  4/04 |
| TREATMENT GOALS: | ORDERS: |
| ✓ BP + Cardiac | |
| | Plomax .04 QD |
| | Prazosin 1mg QD |
| NOTES: Not taking Isordil - will DC | MEDICATION: Atenolol 50 QD |
| will ↑ Prazosin to 2mg BID for | Vasotec 10 mg QD |
| addtional BP benefit + for obst | Cardizem CD 120 QD |
| voiding sx  2° to prostate | Isordil 10mg QD |
| | ASA 325 QD |
| See CCC | Mevacor 20 QD |
| SN Prostate | Fiberlax 625 OTC |
| note | STATUS: (circle) IMPROVED, UNCHANGED, WORSENED. |
| | CONTROL LEVEL: (circle) GOOD, FAIR, POOR |
| Has ↑ L ext edema that | CCC WITH NURSE (circle) EVERY 1, 2, 3 MONTHS. |
| has been ↑ lately  1+ Bilat | CCC WITH MD (circle) EVERY 1, 2, 3, 4, 5, 6 MONTHS. |
| EDUCATION DONE   TOPIC DioVexerec    Pitting edema | |
| YES   NO | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McCroy, Robert | 167644 | 71 | B/M | DW Kunt |

Control   Good----BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status:  Improved---BP< previous visit
Unchanged----BP unchanged
Worsened----BP increased,

60519-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | | ALLERGIES |
|---|---|---|---|---|
| **DATE/TIME** 1/7/04  1215 pm | | | | Catapress |
| O: VS T 97³ P 62 R 16   WT 160 | | | | HX a treadmill?   Y   N |
| BP 150/74   IF BP > 140/90 REFER TO MD/NP/PA | | | | Date: |
| Do you smoke?   retake 154/30 | | Y | (N) | HX bypass surgery:   Y   N |
| Use salt? very little | | (Y) | N | Date: |
| Family History of CV HTN? | | (Y) | N | |
| Obese? | | Y | (N) | |
| Stress? | | Y | (N) | |
| Blurred vision | | (Y) | N | |
| Headache | | Y | (N) | |
| Fatigue | | (Y) | N | |
| Muscle weakness | | (Y) | N | |
| Polyuria | | Y | (N) | |
| Epistaxis | | Y | (N) | P: LABS REVIEWED |
| S.O.B. | | Y | (N) | Labs ordered |
| Compliant with meds | | (Y) | N | Last CMP-14 |
| KOP | | (Y) | N | Last EKG |
| Counseled on risk factors | | (Y) | N | |
| Describe: Age, Race, Gender, Family Hx | | | | |
| Labs/EKG WNL              NA | | Y | N | |
| CXR if over 50 | | | | |
| Education Done | | (Y) | N | |
| Topic: What are Heart Disease | | | | |
| Recently admitted to hospital/infirmary | | Y | (N) | CURRENT MEDICATIONS: |
| Notes: c/o dizzy spells. No chest pain. O2 Sat 99-98% | | | | Mr. Cray Robert |
| | | | | Fiber Lax 635 |
| | | | | Cardizem CD 120 |
| | | | | Pro 30 in 1 ml |
| | | | | Vasotec 10 mg |
| | | | | Colace 100 |
| | | | | Mevacor 20 mg |
| | | | | Atenolol 50 m |
| | | | | EC ASA 325 |
| | | | | Flomax 0.4 m |
| | | | | Status: (circle) IMPROVED UNCHANGED WORSENED |
| | | | | Level of Control: (circle) GOOD (FAIR) POOR |
| | | | | CCC WITH NURSE (circle) 1, 2, (3) Months |
| | | | | CCC WITH MD  (circle) 1, 2, 3, 4, 5, (6) Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McCray Robert | 167644 | 71 | B M | |
| Control   Good---BP < 140/90   Fair-----BP 140-160/90/100   Poor----BP > 160/100 | | | Status:   Improved---BP< previous visit   Unchanged---BP unchanged   Worsened----BP increased, | |

60520-AL



DEPARTMENT OF CORRECTIONS
## NURSE'S
# CHRONIC CARE CLINIC
## SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|------|------|--|--------------|--------------|--|
| | | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES Catapres |
| 1/7/05 | 1215 pm | O: VS T 97.3 P 62 R 16 BP 150/74 WT 160 | | | |
| | | Prostate Cancer | | | |
| | | Currently taking | | | |
| | | Minipress + | | | |
| | | Flomax. | | | P: LABS |
| | | ① Rectal Bleeding | | | |
| | | ② ⊖ Hematuria | | | |
| | | ③ Frequency ⊕ | | | |
| | | ④ ⊕ Dribbler | | | ORDERS: |
| | | ⑤ No pubic | | | |
| | | or groin pain | | | |
| | | ⑥ Appetite | | | MEDICATION: Flomax 0.4n |
| | | very poor. | | | Prazin 1mg |
| | | O₂ sat 99%/ | | | |
| | | | | | F/U CCC WITH NURSE EVERY 180 DAYS. |
| | | | | | F/U CCC WITH MD EVERY ____ DAYS. |
| | | | | | |
| | | | | | SIGNATURE: |
| | | | | | |

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|-------------|--------|-----|----------|------|
| McCray Robert | ████ | 71 | BM | 167644 |

**Prison Health Services**
**Treatment Record**

**Treatment Ordered:**

BP✓ q WK x4

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 8/17 | 8/24 | 8/31 | 9/7 | | | |
| No Show | | | | | | |
| AA | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

D McClurt
1/4/04

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| 167644 | Catapres | STATON |
| McCray, Robert | | |



DEPARTMENT OF CORRECTIONS
## NURSE'S
# CHRONIC CARE CLINIC
# SPECIAL NEEDS

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|------|------|--|--------------|--------------|--|
| 9/29/04 | 12N | S: 30 DAY CHRONIC CARE CLINIC | | | **ALLERGIES** NKA |
| | | O: VS T 99.1 P 75 R 20 | | | |
| | | BP 124/82 WT 156 | | | |
| | | + Fatigue | | | |
| | | (+) Constipation | | | |
| | | (+) Blurred Vision | | | **P: LABS** ↑ PSA |
| | | (+) Incomplete | | | |
| | | evacuation | | | |
| | | (+) Rectal bleeding | | | |
| | | (+) Urine stream | | | **ORDERS:** |
| | | thin | | | |
| | | (-) poor appetite | | | |
| | | (+) wt loss | | | **MEDICATION:** |
| | | ↑ Ensure. | | | + Flomax 0.4 |
| | | (+) Back pain | | | Atenalol 50 mg qd |
| | | (+) Leg spasm | | | ASA 325 mg |
| | | (+) numbness | | | **F/U CCC WITH NURSE EVERY 90 DAYS.** |
| | | Both legs | | | |
| | | (+) Urinary retention | | | **F/U CCC WITH MD EVERY ____ DAYS.** |
| | | (+) fatigue | | | |
| | | | | | **SIGNATURE:** |
| | | O2 Sat 97 | | | |

| INMATE NAME McCray, Robert | D.O.B. 1/67/1644 | AGE 71 | RACE/SEX B/M | ID # 167644 |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
## CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | | ALLERGIES |
|---|---|---|---|---|
| DATE/TIME 9/2a/04  12N | | | | NKA |
| O: VS 9a' P 75 R 20  WT 156 | | | | HX a treadmill?  Y (N) |
| BP        IF BP > 140/90 REFER TO MD/NP/PA | | | | Date: |
| Do you smoke? | Y | (N) | | HX bypass surgery:  Y (N) |
| Use salt? | Y | (N) | | Date: |
| Family History of CVHTN? | (Y) | | | |
| Obese? | Y | (N) | | |
| Stress? | (Y) | N | | |
| Blurred vision | Y | N | | |
| Headache | (Y) | N | | |
| Fatigue | (Y) | (X) | | |
| Muscle weakness | (X) | | | |
| Polyuria | Y | (N) | | P: LABS REVIEWED |
| Epistaxis | Y | | | Labs ordered |
| S.O.B. | (Y) | N | | Last CMP-14 |
| Compliant with meds | (Y) | N | | Last EKG |
| KOP | (Y) | N | | |
| Counseled on risk factors | (Y) | N | | |
| Describe: age, family Hx, race | | | | |
| Labs/EKG WNL          NA | (Y) | N | | |
| CXR if over 50 | (Y) | N | | |
| Education Done | (Y) | N | | |
| Topic: | | | | CURRENT MEDICATIONS: |
| Recently admitted to hospital/infirmary | Y | (N) | | Tenormin 0.1m |
| Notes: c/o dizzyness, No chest pain. | | | | Atenolol 50m  ASA 325  Minipress |

| Status: (circle) IMPROVED (UNCHANGED) WORSENED |
| Level of Control: (circle) (GOOD) FAIR POOR |
| CCC WITH NURSE (circle) 1, 2, (3) Months |
| CCC WITH MD (circle) 1, 2, 3, 4, 5, (6) Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McCray Robert | 164606 | 71 | B/M | |

Control  Good---BP 140/90
Fair---BP 140-160/90/100
Poor---BP 160/100

Status:  Improved---BP< previous visit
Unchanged---BP unchanged
Worsened---BP increased,



**PHS**
PRISON HEALTH SERVICES INC.

DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
## CHRONIC CARE CLINIC
### SPECIAL NEEDS    *Prostate CA*

| DATE | TIME | | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| | | S: 30 DAY CHRONIC CARE CLINIC | | | **ALLERGIES** |
| 8/10/04 | 12:55pm | O: VS T 98 P 84 R 20 | | | |
| | | BP 118/80   WT 155 | | | |
| | | REVIEW OF NURSES CCC RECORD | | | |
| | | YES         NO | | | |
| | | NOTES | | | |
| | | MRI shows increased uptake in (R) | | | **P: LABS** |
| 8-3+04 | | ribs & sternum - questionable for mets | | | |
| | | Ls spine c possible degeneration dx but | | | |
| | | needs X Ray to correlate | | | |
| | | | | | **ORDERS:** |
| | | See orders | | | |
| | | C/o back pain, constipation | | | **MEDICATION:** |
| | | urinary retention - Bone Scan | | | |
| | | requested will note results when | | | |
| | | completed | | | |
| | | Gleason Score of 6 | | | **F/U CCC WITH NURSE EVERY ____ DAYS.** |
| | | Wants tx c Lupron for prostate | | | **F/U CCC WITH MD EVERY ____ DAYS.** |
| | | implant - will request consult | | | |
| | | | | | |
| | | | | | **SIGNATURE:** |
| | | EDUCATION DONE | | | |
| | | YES         NO | | | |

| INMATE NAME | D.O.B. | AGE | RACE/SEX | ID # |
|---|---|---|---|---|
| McCray Robert | ▮▮▮▮▮ | 71 | B/m | 167644 |



## DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
## CVHTN CHRONIC CARE CLINIC

| | |
|---|---|
| **S: CHRONIC CARE CLINIC** | **ALLERGIES** |
| | Catapres |
| **DATE /TIME** 8/10/04  1255 pm | |
| **O: VS** T 98.6  P 84  R 0 | |
| BP 118/80  WT 155     99% | |
| **REVIEW OF NURSES CCC RECORD** | |
| (YES)    NO    @ Staton 6 wks was @ Bibb | |
| Carotid Bruits     Y (N)     RT  LT | |
| Gallops     Y (N) | |
| Murmurs     Y (N) | |
| **Describe** | |
| **Fundoscopic Exam:** | **P: LABS** |
| | WNL    Y    N |
| **Peripheral pulses:** | |
| EBBS clear | **Fasting Chem profile yrly** |
| HR reg = m̄ S₁ S₂ reg | **UA yrly** |
| | CXR q 2 yr if > 50 y/o |
| | EKG q yr if > 50 y/o |
| **TREATMENT GOALS:** | **ORDERS:** |
| | |
| | |
| | |
| **NOTES:** | **MEDICATION:** |
| | EC ASA , Flomax Oicn |
| | Fiber Lax |
| Na – "little"  cigs ⊖ never | Atenolol 50mg |
| Exercise walks "depends on how I feel" | Vasotec 10mg |
| | Prazosin 1mg |
| | HCTZ 25 |
| | Mevacor 20mg |
| | **STATUS:** (circle) |
| | IMPROVED, UNCHANGED, WORSENED. |
| | **CONTROL LEVEL:** (circle) |
| | (GOOD), FAIR, POOR |
| | **CCC WITH NURSE** (circle) |
| | EVERY 1, 2, (3) MONTHS. |
| **EDUCATION DONE** (YES)  NO    TOPIC | **CCC WITH MD** (circle) |
| | EVERY 1, 2, 3, 4, 5,(6) MONTHS. |
| **INMATE NAME** | NUMBER | AGE | RACE/SEX | **SIGNATURE:** |
| McCray Robert | 167644 | 71 | BM | |

Control    Good---BP < 140/90
          Fair-----BP 140-160/90/100
          Poor----BP > 160/100

Status:    Improved---BP< previous visit
          Unchanged—BP unchanged
          Worsened----BP increased,



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
## CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME** 8/14/04 1255pm | | | Catapress (N) |
| O: VS  T        P        R        WT 155 | | | HX a treadmill?   Y   (N) |
| BP            **IF BP > 140/90 REFER TO MD/NP/PA** | | | Date: |
| Do you smoke? | Y | (N) | HX bypass surgery:   Y   (N) |
| Use salt? | (Y) | N | Date: |
| Family History of CVHTN? | | (N) | Date: |
| Obese? | Y | (N) | |
| Stress? | (Y) | N | |
| Blurred vision | (Y) | N | |
| Headache | (Y) | (N) | |
| Fatigue | (Y) | N | |
| Muscle weakness | (Y) | N | |
| Polyuria   Prostate problem (CA?) | (Y) | N - | |
| Epistaxis | Y | (N) | P: LABS REVIEWED |
| S.O.B. | (Y) | (N) | Labs ordered |
| Compliant with meds | (Y) | N | Last CMP-14 |
| KOP | (Y) | N | Last EKG |
| Counseled on risk factors | (Y) | N | |
| Describe:  Salt diet; Age, Sex, Race | | | |
| Labs/EKG WNL           NA | Y | N | |
| CXR if over 50 | | | |
| Education Done | (Y) | N | |
| Topic: HTN Info | | | |
| Recently admitted to hospital/infirmary | Y | N | **CURRENT MEDICATIONS:** |
| | | | Atenolol |
| Notes: | | | |
| Dizzness, etc | | | tube con |

| | |
|---|---|
| **Status:** (circle) | |
| IMPROVED  UNCHANGED  WORSENED | |
| **Level of Control:** (circle) | |
| GOOD     FAIR     POOR | |
| **CCC WITH NURSE** (circle) | |
| 1, 2, 3 Months | |
| **CCC WITH MD** (circle) | |
| 1, 2, 3, 4, 5, 6 Months | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| McCray Robert | 167044 | 71 | BM | |

Control    Good---BP ≤ 140/90
           Fair-----BP 140-160/90/100
           Poor----BP >160/100

Robert L McCray

Status:    Improved---BP< previous visit
           Unchanged—BP unchanged
           Worsened----BP increased,



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _____

PHYSICIAN: Mozier

| Date | wt B.P. | L Arm R | Initial |   | Date | B.P. | Arm | Initial |
|------|---------|---------|---------|---|------|------|-----|---------|
| 11/26/03 | 162 | 130/84 130/82 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

NAME: McRae, Robert           LOCATION: Bibb

60103 (3/98)

# INMATE FOOD SERVICE WORKER CLEARANCE

## MEDICAL RECORD REVIEW:

| | | |
|---|---|---|
| Past history of hepatitis: | ___ Yes | ✓ No |
| TB test current: | ✓ Yes | ___ No |
| TB test negative: | ✓ Yes | ___ No |

If history of positive TB test, verified completed treatment: _____ (Date)

## PHYSICAL ASSESSMENT:

| | | |
|---|---|---|
| Open sores or rashes on hands, arms, face and neck: | ___ Yes | ___ No |
| Has diarrhea: | ___ Yes | ___ No |
| Has a cough: | ___ Yes | ___ No |
| Lungs clear to auscultation: | ___ Yes | ___ No |
| Signs and symptoms of other contagious diseases: | ___ Yes | ___ No |

Specify: _____

This inmate's Medical Record has been reviewed and he/she has been examined:

____ He/she IS medically cleared for duty as a food service worker.
____ He/she IS NOT medically cleared for duty as a food service worker.

Signature _____  Date _____

Name: _McCray Rbt._
ID#/DOB: _167644_ ████████
Location:

*Chronic Care HTN Prob'*
*∅ Work Rel*

| HYPERTENSIVE AND CARDIAC CHRONIC CARE CLINIC | | INTAKE AND CARE PLAN | | | | |
|---|---|---|---|---|---|---|
| NAME: McCray, Robert | AIS: 167644 | INST: Bibb | DOB: | AGE: 42 | R/S: BM | YEAR: 2001 |
| | DATE | | DATE | | | DATE |
| Urinalysis q 2 yrs. | | EKG q 3 yrs. | Ace drug K+, BUN at 2 weeks | | | |
| Hct, Chol & FBS q 3 yrs. | | BUN q 1 yr. | | then 4 weeks | | |
| CXR q 3 yrs. | | Creat. if BUN abn. | | then q 6 months | | |

| DATE: | 1-13-01 | 4/16/01 | 1-11-02 | | | | |
|---|---|---|---|---|---|---|---|
| **SUBJECTIVE DATA: q 3 mo.** | | | | | | | |
| 1. Headache | Denies | denies | denies | | | | |
| 2. Dizziness | Denies | denies | denies | | | | |
| 3. Chest pain | Denies | denies | occlly | | | | |
| 4. Exercise capacity | Walks QD | walk | Active | | | | |
| 5. Dyspnea/PND/Cough | Denies | denies | rec | | | | |
| 6. Smoking - Pks. per day | Denies | denies | denies | | | | |
| 7. Amaurosis (trans. blindness) | Denies | glasses | glasses | | | | |
| 8. Dietary compliance (salt) | Noncompl | yes | moderate | | | | |
| 9. Claudication | yes | | freq | | | | |
| 10. Trans. focal weakness or speech change | Denies | | denies | | | | |
| 11. Nocturia | 3or4x a night | yes | 3x | | | | |
| 12. Weakness | Occasional | no | occ | | | | |
| **NURSING EXAM: q 3 mo.** | (L) (R) | | | | | | |
| 1. BP left & right arm | 140/100 140/100 | 139/88 139/86 | 130/84 | | | | |
| 2. Pulse, resp. rate, temp. | 74 20 98.8 | 97.4 | 72 18 98.4 | | | | |
| 3. Weight | 162 | 166 | 164 | | | | |
| 4. Edema | -legs | Ø | legs | | | | |
| 5. Pedal pulse | (+) PS lat | (+) | (+) PS lat. | | | | |
| 6. Dyspnea | None | Ø | NONE | | | | |
| 7. Lungs | | clear | clear bilat. | | | | |
| 8. Heart | | RR | RRR | | | | |

| **Tests** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. K+ q 3 mo. if on diuretic | 4.9 | 8/00 | 3/01 3.6 | | | | |
| 2. BUN / Creatinine | 12 | 8/00 | 12 | | | | |
| 3. Urine protein, RBC, WBC | | | | | | | |
| 4. Other lab. (top of page) | | | 02-97'l | | | | |
| 5. EKG | 4/1/99 | | 4/99 | | | | |
| 6. Chest Xray | 8/99 | | 3/99 | | | | |
| 7. Cholestrol level | 232 | 8/00 | 232 | | | | |
| 8. Blood Sugar | 103 | 8/00 | 3/01 - 118 | | | | |
| **MEDICATIONS:** | | | | | | | |
| ASA 325 PO QD | ✓ | | | | | | |
| HCTZ 50mg PO QD | ✓ | | | | | | |
| Minipress 2mg #4 PO Bid | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Medication compliance | 100% | | 100% | | | | |
| Date meds. reordered | | | 1-5-02 | | | | |
| Education and counseling | yes Chkptrn | | yes. MS. | | | | |

| MD EXAM: q 6 mo. | DATE: 3/22 (L) | | DATE: | | |
|---|---|---|---|---|---|
| 1. Fundus | clear | | | | |
| 2. Heart | RR Ø (L) | | | | |
| 3. Lungs | | | | | |
| 4. Pedal pulses  DP/PT | yes | | | | |
| 5. Edema | yes | | | | |
| 6. JVD | yes | | | | |

# PATIENT EDUCATION FOR HYPERTENSION

Name: _McCray, Robert_    AIS#: _1671644_    INSTITUTION: _B.b.b_

## PATIENT CAN DESCRIBE OR EXPLAIN:

| | DATE: 1-13-01 | 4-16-01 | 1-11-02 | |
|---|---|---|---|---|
| 1. Hypertension | ✓ | ✓ | ✓ | |
| 2. Cause of hypertension | ✓ | ✓ | ✓ | |
| 3. That hypertension is a lifetime condition that can be controlled but not cured | ✓ | ✓ | ✓ | |
| 4. Hypertension is often asymptomatic | ✓ | ✓ | ✓ | |
| 5. Complications of hypertension: CVA, MI, kidney failure | ✓ | ✓ | ✓ | |
| 6. Importance of keeping follow-up appointments for B/P checks | ✓ | ✓ | ✓ | |
| 7. Effect of smoking on blood pressure | ✓ | ✓ | ✓ | |
| 8. Effect of alcohol on blood pressure | ✓ | ✓ | ✓ | |
| 9. Effect of sodium on blood pressure | ✓ | ✓ | ✓ | |
| 10. Effect of obesity on blood pressure | ✓ | ✓ | ✓ | |
| 11. Effect of stress on blood pressure | ✓ | ✓ | ✓ | |
| 12. Effect of rest on blood pressure | ✓ | ✓ | ✓ | |
| 13. Effect of exercise on blood pressure | ✓ | ✓ | ✓ | |
| 14. High and low sodium foods and high potassium foods | ✓ | ✓ | ✓ | |
| 15. Avoidance of high sodium foods | ✓ | ✓ | ✓ | |
| 16. Own medications | ✓ | ✓ | ✓ | |
| 17. Importance of taking medication(s) | ✓ | ✓ | ✓ | |
| 18. Ways to remember to take medication(s) | ✓ | ✓ | ✓ | |

Comments:

_____

_____

_____

_____

_____

_____

## HYPERTENSION FLOW SHEET

NAME _McCray Robert_     ID# _167644_

GUIDELINES:   Blood Pressure and Pulse recorded for all encounters.  Baseline OPTC, EKG, Weight, UA and P.A. Chest X-Ray.  OPTC every 6 months.  UA annually.  Seen by staff every month x 3 then every 3 months.  OPTC and PE annually.


PHYSICIAN SIGNATURE _____     DATE _____

| 1995        DATE | BASE | 2.15 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B/P (Position/Site) | LA | 142/88 | | | | | | | | | | |
| PULSE | | | | | | | | | | | | |
| WEIGHT | | 148 | | | | | | | | | | |
| HISTORY UPDATE (See progress notes) | | | | | | | | | | | | |
| NURSE'S INITIALS | | | | | | | | | | | | |
| DATE MEDICATIONS REORDERED | | | | | | | | | | | | |
| UA | | | | | | | | | | | | |
| CXR | | | | | | | | | | | | |
| EKG | | | | | | | | | | | | |
| SERUM POTASSIUM | | | | | | | | | | | | |
| HEALTH EDUCATION | | | | | | | | | | | | |
| REFERRED TO PHYSICIAN | | | | | | | | | | | | |
| MEDICAL ASSESSMENT | | | | | | | | | | | | |

10

## Cardiovascular / Hypertensive and Cardiac Chronic Care Clinic

| NAME | AIS | INST | DOB | AGE | R/S | YEAR |
|---|---|---|---|---|---|---|
| McCray, Robert | 167644 | WDCF | | | B/M | 2000 |

| | Date | | Date | | | Date |
|---|---|---|---|---|---|---|
| Urinalysis q 2 yrs | | EKG q 3 yrs | | Ace drug K+ BUN @ 2 wks | | |
| Hct. Chol & FBS q 3 yrs | | BUN q 1 yr | | | @ 4 wks | |
| CXR q 3 yrs | | Creat. if BUN abn. | | | @ 6 mth | |
| DATE | 5/12/00 | | 8/25/00 | | | |

### SUBJECTIVE DATA: Q 3 MONTHS

| | | | | |
|---|---|---|---|---|
| 1. Headache | neg | neg | | |
| 2. Dizziness | neg | neg | | |
| 3. Chest pain | muscle cramps | muscle cramps | | |
| 4. Exercise capacity | neg | neg | | |
| 5. Dyspnea / PND / Cough | neg | neg | | |
| 6. Smoking – Pks per day | neg | neg | | |
| 7. Amaurosis (trans. blindness) | neg | neg | | |
| 8. Dietary compliance (salt) | fair | fair | | |
| 9. Claudication | neg | neg | | |
| 10. Trans. focal weakness / speech change | neg | neg | | |
| 11. Nocturia | sometimes | sometimes | | |
| 12. Weakness | neg | neg | | |

### NURSING EXAM: Q 3 MONTHS

| | | | | |
|---|---|---|---|---|
| 1. BP left & right arm | 138/92 | 148/93 | | |
| 2. Pulse resp. rate. temp | 84/18, 98.8 | 68/18/98 | | |
| 3. Weight | 162 | 159 | | |
| 4. Edema | neg. | neg | | |
| 5. Pedal pulse | ⊕x2 | ⊕x2 | | |
| 6. Dyspnea | neg | neg | | |
| 7. Lungs | clear | clear | | |
| 8. Heart | WNL | | | |

### LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. K+ q 3 mo if on diuretic | | | | |
| 2. BUN / Creatinine | | | | |
| 3. Urine protein RBC, WBC | | 4/19/99 | | |
| 4. Other lab (top of page) | | | | |
| 5. EKG | | | | |
| 6. Chest X-ray | | | | |
| 7. Cholestrol level | | | | |
| 8. Blood sugar | | | | |

### MEDICATIONS

| | | | | |
|---|---|---|---|---|
| Minipres 6mg BID | ✓ | ✓ | | |
| ASA gd | ✓ | ✓ | | |
| HCTZ gd | ✓ | | | |
| | | | | |
| | | | | |
| Medication compliance | 98% | 95% | | |
| Date meds. reordered | yes 5/4/00 | 5/4/00 | | |

### DOCTOR EXAM Q 6 MONTHS

| | | | |
|---|---|---|---|
| Date | 8/30/00 | | |
| 1. Fundus | | | |
| 2. Heart (M / G / Rhythm) | WNL | | |
| 3. Lungs | clear | | |
| 4. Pedal pulses DP/PT | WNL | | |
| 5. Edema | ⊖ | | |
| 6. JVD | ⊖ | | |
| 7. Liver | WNL | | |

## CORRECTIONAL MEDICAL SERVICES
## CHRONIC CARE CLINIC
NURSING INITIAL EVALUATION / UPDATE

NAME: _McCray, Robert_     AIS# _16764_     DOB ▓▓▓▓▓

1. Problems by
   Diagnosis or
   Symptoms

   1. _HTN_                      2. _____
   3. _____            4. _____

2. Differential diagnosis for symptoms by #: _____

   _____

   _____

3. Data supporting diagnosis by #: _① Bp checks_

   _____

   _____

4. Treatments: (by each therapy write the # of the problem it addresses) _____
   _① Low sodium diet   ① Possible use of medication to_
   _lower Bp   ① Walking exercise program_

5. Diagnostic tests for problems: _① Bp checks, ① periodic eye exam_

   _____

6. Treatments to be avoided in this patient: _① No added salt   ② no alcohol_
   _① No smoking_

7. Complications to be anticipated: _① CVA, MI, kidney failure_

   _____

8. General description of long-term goals for this patient: _① Keep Bp under control_

   _____

9. Follow-up plans and needs: _① Monitor in CCC  ① Continue pt. education_

_G Cash L_  | _Donaldson_ | _3/25/99_
Clinic Nurse          Institution          Date

## PATIENT EDUCATION FOR HYPERTENSION

NAME: _McCray, Robert_ AIS#: _16764_ INSTITUTION: _Donaldson_

### PATIENT CAN DESCRIBE OR EXPLAIN:

| | DATE: 3/25/99 | | | |
|---|---|---|---|---|
| 1. Hypertension | ✓ | | | |
| 2. Cause of hypertension | ✓ | | | |
| 3. That hypertension is a lifetime condition that can be controlled but not cured | ✓ | | | |
| 4. Hypertension is often asymptomatic | ✓ | | | |
| 5. Complications of hypertension: CVA, MI, kidney failure | ✓ | | | |
| 6. Importance of keeping follow-up appointments for B/P checks | ✓ | | | |
| 7. Effect of smoking on blood pressure | ✓ | | | |
| 8. Effect of alcohol on blood pressure | ✓ | | | |
| 9. Effect of sodium on blood pressure | ✓ | | | |
| 10. Effect of obesity on blood pressure | ✓ | | | |
| 11. Effect of stress on blood pressure | ✓ | | | |
| 12. Effect of rest on blood pressure | ✓ | | | |
| 13. Effect of exercise on blood pressure | ✓ | | | |
| 14. High and low sodium foods and high potassium foods | ✓ | | | |
| 15. Avoidance of high sodium foods | ✓ | | | |
| 16. Own medications | ✓ | | | |
| 17. Importance of taking medication(s) | ✓ | | | |
| 18. Ways to remember to take medication(s) | ✓ | | | |

Comments:

_____

_____

_____

_____

_____

_____

## Cardiovascular / Hypertensive and Cardiac Chronic Care Clinic

| NAME | AIS | INST | DOB | AGE | R/S | |
|---|---|---|---|---|---|---|
| McCray, Robert | 167644 | | | | | |

| | Date | | Date | | @ 2 wks | Date |
|---|---|---|---|---|---|---|
| Urinalysis q 2 yrs | Date | EKG q 3 yrs | Date | Ace drug K+ BUN @ 2 wks | | Date |
| Hct. Chol & FBS q 3 yrs | Date | BUN q 1 yr | Date | | @ 4 wks | Date |
| CXR q 3 yrs | Date | Creat. if BUN abn. | Date | | @ 6 mth | Date |
| DATE | 3/25/99 | 6/17/99 | | | | |

### SUBJECTIVE DATA: Q 3 MONTHS

| | | |
|---|---|---|
| 1. Headache | neg | neg |
| 2. Dizziness | neg | neg |
| 3. Chest pain | not atypical | neg |
| 4. Exercise capacity | walking | walk |
| 5. Dyspnea / PND / Cough | neg | neg |
| 6. Smoking - Pks per day | neg | 6 cig daily |
| 7. Amaurosis (trans. blindness) | neg | neg |
| 8. Dietary compliance (salt) | good | neg |
| 9. Claudication | neg | neg |
| 10. Trans. focal weakness / speech change | neg | neg |
| 11. Nocturia | neg | neg |
| 12. Weakness | neg | neg |

### NURSING EXAM: Q 3 MONTHS

| | | |
|---|---|---|
| 1. BP left & right arm | 130/86 | 130/80 |
| 2. Pulse resp. rate. temp | | 76, 18, 97.2 |
| 3. Weight | 165 | 156 |
| 4. Edema | mild | neg |
| 5. Pedal pulse | ⊕×2 | |
| 6. Dyspnea | neg | neg |
| 7. Lungs | clear | |
| 8. Heart | WNL | |

### LAB TEST RESULTS (as ordered)

| | | |
|---|---|---|
| 1. K+ q 3 mo if on diuretic | | |
| 2. BUN / Creatinine | | |
| 3. Urine protein RBC, WBC | | nl K+ 4.1 9.9 |
| 4. Other lab (top of page) | | |
| 5. EKG | | |
| 6. Chest X-ray | | |
| 7. Cholestrol level | | |
| 8. Blood sugar | | |

### MEDICATIONS

| | | |
|---|---|---|
| Minipres TT 2 mg caps bid | ✓ | ✓ |
| HCTZ 50 mg po qd | ✓ | ✓ |
| ASA 325 mg po qd | ✓ | ✓ |
| Nitro SL prn | ✓ | |
| | | |
| | | |
| Medication compliance | good | good |
| Date meds. reordered | 3/8/99 | 6/7/99 |

### DOCTOR EXAM Q 6 MONTHS

| Date | 4/5/99 | 9/28/99 |
|---|---|---|
| 1. Fundus | nl | nl |
| 2. Heart (M / G / Rhythm) | nl | nl |
| 3. Lungs | nl | nl |
| 4. Pedal pulses DP/PT | nl | nl |
| 5. Edema | trace | |
| 6. JVD | | |
| 7. Liver | nl | |

QUESTCARE CLINIC
HYPERTENSIVE

NAME: McCray Robert          AIS: 167644          ALLERGIES: NKA

| | DATE | | DATE | | | DATE |
|---|---|---|---|---|---|---|
| Urinalysis | * 9/93 | CXR q 3 yrs | * 9/93 | EKG q 3 yrs | | * 12/92 |
| HCT, Chol, & FBS q 3 yrs | h/84 | BUN q 1 yr | | | | |

| DATE | 7/25 | 8/94 | | | | |
|---|---|---|---|---|---|---|
| SUBJECTIVE DATA: *q 1 mo. | | | | | | |
| 1. Headache | — | | | | | |
| 2. Dizziness | | | | | | |
| 3. Chest Pain | | | | | | |
| 4. Exercise Capacity | fair | | | | | |
| 5. Smoking–Pks/Day | | | | | | |
| 6. Amaurosis (trans. blind) | | | | | | |
| 7. Dietary Compliance | fair | | | | | |
| 8. Weight | 147 1/2 lbs | | | | | |
| NURSING EXAM: *q 1 mo. | | | | | | |
| 1. BP Left Arm | 130/83 | 118/84 | | | | |
| BP Right Arm | 130/82 | 118/84 | | | | |
| 2. Pulse | | | | | | |
| 3. Edema | | | | | | |
| 4. Pedal Pulse | | | | | | |
| MD Exam: *q 1 mo. | | | | | | |
| 1. Fundus | | | | | | |
| 2. Heart | | | | | | |
| 3. Lungs | | | | | | |
| 4. Pedal Pulse | | | | | | |
| 5. Edema | | | | | | |
| LAB & X-Ray | | | | | | |
| 1. K+ q 3 mo if on diuretic | | | | | | |
| 2. K+ & BUN q 1 mo 3X then | | | | | | |
| q 6 mo if on ACE Inhibitor | | | | | | |
| 3. K+ q 1 yr if no diuretic/ACE | | | | | | |
| 4. Creat. only if BUN abnormal | | | | | | |
| 5. Other lab (*from top of page) | | | | | | |
| MEDICATIONS | | | | | | |
| 1. Catapres 0.1mg | non-compliant | poor comp. | | | | |
| 2. Inderal 40mg | c̄ 3AM | c̄ 3AM | | | | |
| 3. Calan 120mg | pt call | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |

QC-17

| HYPERTENSIVE AND CARDIAC CHRONIC CARE CLINIC | | | INTAKE AND CARE PLAN | | | |
|---|---|---|---|---|---|---|
| NAME: | AIS: | INST: | DOB: | AGE: | R/S: | YEAR: |
| | **DATE** | | **DATE** | | | **DATE** |
| Urinalysis q 2 yrs. | 4/26/98 | EKG q 3 yrs. | 2/20/98 | Ace drug K+, BUN at 2 weeks | | |
| Hct, Chol & FBS q 3 yrs. | 2/26/98 | BUN q 1 yr. | | | then 4 weeks | |
| CXR q 3 yrs. | 11/6/97 | Creat. if BUN abn. | | | then q 6 months | |
| **DATE:** | 2/25/98 | 3/26/98 | 5-14-98 | | | |

**SUBJECTIVE DATA: q 3 mo.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Headache | neg | neg | 6P.C. | | | |
| 2. Dizziness | neg | neg | O.C. | | | |
| 3. Chest pain | diffuse | neg | | | | |
| 4. Exercise capacity | none | none | | | | |
| 5. Dyspnea/PND/Cough | neg | neg | | | | |
| 6. Smoking - Pks. per day | neg | neg | | | | |
| 7. Amaurosis (trans. blindness) | | | | | | |
| 8. Dietary compliance (salt) | good | good | | | | |
| 9. Claudication | neg | neg | | | | |
| 10. Trans. focal weakness or speech change | — | — | | | | |
| 11. Nocturia | neg | neg | | | | |
| 12. Weakness | neg | neg | | | | |

**NURSING EXAM: q 3 mo.**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. BP left & right arm | 136/88 | 142/88 | 158/90 | | | |
| 2. Pulse, resp. rate, temp. | 96,20,98° | 96,22,98° | 84 | | | |
| 3. Weight | 150 | 150.5 | | | | |
| 4. Edema | neg | neg | | | | |
| 5. Pedal pulse | ⊕ x 2 | ⊕ x 2 | | | | |
| 6. Dyspnea | neg | neg | | | | |
| 7. Lungs | clear | clear | | | | |
| 8. Heart | NSR | NSR | | | | |

**Tests**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. K+ q 3 mo. if on diuretic | 4.4 | | | | | |
| 2. BUN / Creatinine | 12 | | | | | |
| 3. Urine protein, RBC, WBC | trace pro. | | | | | |
| 4. Other lab. (top of page) | Chol 228 | | | | | |
| 5. EKG | — | | | | | |
| 6. Chest Xray | neg | | | | | |
| 7. Cholestrol level | 228 | | | | | |
| 8. Blood Sugar | 93 | | | | | |

**MEDICATIONS:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Minipres HT 2mg cap BID | ✓ | ✓ | | | | |
| ASA ↑ qd | ✓ | ✓ | | | | |
| HCTZ 50mg q | ✓ | ✓ | | | | |
| NTG 150 SL prn | ✓ | ✓ | | | | |
| | | | | | | |
| Medication compliance | | | | | | |
| Date meds. reordered | | | | | | |
| Education and counseling | Re: Smoking Cessation | | | | | |

**MD EXAM: q 6 mo.**

| | DATE: 2-25-98 | | DATE: | | | |
|---|---|---|---|---|---|---|
| 1. Fundus | Poorly Seen - WNL on all | | | | | |
| 2. Heart | NSR ⊝ m | | | | | |
| 3. Lungs | Clear - ↓ BS Diffusely | | | | | |
| 4. Pedal pulses DP/PT | None | | | | | |
| 5. Edema | None | | | | | |
| 6. JVD | None | | | | | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _6/14/04_    Time: _3⁰⁰_    A.M. (P.M.)

I have been advised by Medical Staff _PHS - BiBB_

that it is necessary for me to undergo the following treatment:

_Cec — CUNTN_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release the above named Medical Personnel, the _BiBB_,

(Name of Facility)

and its agents and employees from any liability.

Inmate: _NO SHOW_    Date: _____

Witness: _Pegro_    Date: _6/14/04_

Witness: _EDwen Stu_    Date: _6-14-04_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| McCRAY ROBERT | 167644 | | | BiBB |

PHS-MD-70032    DOC # 010-127-004

PRISON HEALTH SERVIC

Name: _____ McCray, Robert
Inmate#: _____ 167644

**Chronic Care FOLLOW-UP**

DOB: _____ Race: B  Gender: M

Date: 4/1/04      Time: pm    Facility: Bibb

Check all applicable CICs being evaluated: __ Card/HTN __DM __GI __ID __PUL __ SZ __Other

**SUBJECTIVE:**
For Diabetic patients, list the # of hypoglycemic reactions since the last CIC visit. __ Dates: _____
For Asthma patients, list the # of asthma attack visits since the CIC clinic visit. __ Dates: _____
For Seizure patients, list the # of witnessed seizures since the last CIC visit. __ Dates: _____

ALLERGIES: Catapres _____ CURRENT DIET: _____
MEDICATIONS: Minipres 1mg bid/ Nitrol SL, HCTZ 25mg bid, Lopid 600mg bid, Aspirin daily, Atenolol 50mg h
DESCRIBE MED AND DIET ADHERANCE: compliant
DESCRIBE ANY MED SIDE EFFECTS: none

For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. ___
(* This should equate to one inhaler per month.)                    Ht 5'7"

**OBJECTIVE:** B/P 180/99  HR 61  RR 20  Temp 97'  Wt 160  Peak flow ____

non smoker

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ complications
DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye ground, cardiopulmonary, abdomen, extremities;
ID-all systems, PUL-HEENT. Cardiopulmonary, A/P ratio; SZ-HEENT, Neurological; GI-Abdomen

| | | |
|---|---|---|
| HEENT | bm in NAD | 71 yo bm Z HTN since 1992 |
| Neck | Supple | and adenoct prostate (Feb 03) |
| Chest | CTA/RRR Z murmur | c/o fatigue & nocturia, but states sleep |
| Abdomen | ⊖ | OK. constipation⊕, no chest pain |
| GU/Rectal | ⊖ | SOB/ palpitations. "does not want prostate |
| Extremities | no edema | Surgery, only Seeding" |
| Skin | NL | Also, "left thigh waving" |
| Neuro | A&O X 3, no deficit | |

Lab/Diagnostic test(s) w/ date(s): HbA1c ___ on____; CD4 & HIV-RNA __/__ on _____;
Peak Flow___; LFTs ___ on ____; Serum Drug Levels___on ___; EKG ___; CXR _____;
Fundoscopic Exam___; BMP___; Other_____

needs dilated eye exam

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's visit.
Degree of Control: G=Good, F=Fair, P=Poor    Status: I=Improved, S=Stable, W=Worsened

| DM | THE / CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G F P | G (F/P) | G F P | G F P | G F P | G F P | G F P |
| Status | Status | Status | Status | Status | Status | Status |
| I S W | I (S) W | I S W | I S W | I S W | I S W | I S W |

**PLAN:** Follow-up in 4 weeks; 3 months for Chronic care
Medications: _____

Patient Educated on:
_____ See urology / Start Flomax, Add Isordil + Cardizem 180mg
                                                    Send to urology / cont all BP meds
have yearly eye exam/Labs/EKG

Clinician's Signature and Title J.P. Muey



## DEPARTMENT OF CORRECTIONS

### NURSE'S
### CHRONIC CARE CLINIC
### CV AND HYPERTENSION

| DATE | TIME | CV and Hypertension | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 2/7/01 | 1.00 p | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES: NKDA |
| | | O: VS:  T- 98.6  P- 90  R- 20  BP- 118/82  Wt- 162 lbs. | | | |
| | | RISK FACTORS: | | | P: LABS REVIEW   Last lab   2/10/03 |
| | | DO YOU SMOKE          Y (N) | | | |
| | | USE SALT          (Y) N | | | |
| | | FAMILY HISTORY OF CV/HYPERTENSION   Y (N) | | | ORDERS: |
| | | OBESE          Y (N) | | | |
| | | STRESS          Y (N) | | | |
| | | RACE:  Black | | | |
| | | SYMPTOMS: | | | HAS PATIENT HAD A TREADMILL  Y (N) |
| | | HEADACHE          Y (N) | | | DATE OF TREADMILL: |
| | | BLURRED VISION          Y (N) | | | HAS PATIENT HAD BYPASS SURGERY   Y (N) |
| | | MUSCLE WEAKNESS          Y (N) | | | DATE OF BYPASS SURGERY: |
| | | FATIGUE          (Y) N | | | MEDICATIONS: |
| | | EPISTAXIS          Y (N) | | | Minipress BID |
| | | S.O.B.  Y (N)   POLYURIA  (Y) N | | | Atenolol  q day |
| | | NOCTURIA          (Y) N | | | aspirin  q day |
| | | COMPLIANT WITH MEDS          (Y) N | | | F/U CCC WITHIN 30 DAYS BY THE NURSE |
| | | PATIENT COUNSELED ON RISK FACTORS   (Y) N | | | F/U CCC WITHIN 90 DAYS BY THE DOCTOR |
| | | LABS/EKG WNL          NA  Y  N | | | |
| | | CHEST XRAY IF OVER 50          (Y) N | | | |
| | | EDUCATION DONE          (Y) N | | | |
| | | PATIENT ADMITTED TO INFIRMARY/HOSPITAL   Y (N) | | | S. Will... |
| | | A: | | | |

| INMATE NAME (LAST, FIRST, MIDDLE)  McCray Robert | DATE OF BIRTH | AGE 70 | RACE/SEX B/M | ID# 167644 |
|---|---|---|---|---|

# DEPARTMENT OF CORRECTIONS

## NURSE'S
## CHRONIC CARE CLINIC
## CV AND HYPERTENSION



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DATE | TIME | CV and Hypertension | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 1/29/04 | 75° R | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES: Catapres |
| | | O: VS;   T 98° P 69 R 20 | | | |
| | | Sat 97% Bp 13/62 Wt 162 | | | |
| | | RISK FACTORS: | | | P: LABS REVIEW CMP 1/9/03 |
| | | DO YOU SMOKE        Y (N) | | | PSA 2/16/02 |
| | | USE SALT        (Y) N | | | CBC 2/10/03 |
| | | FAMILY HISTORY OF CV/HYPERTENSION     Y (N) | | | ORDERS: |
| | | OBESE        Y (N) | | | |
| | | STRESS        Y (N) | | | |
| | | RACE: Black | | | |
| | | SYMPTOMS: | | | HAS PATIENT HAD A TREADMILL  Y (N) |
| | | HEADACHE        Y (N) | | | DATE OF TREADMILL: |
| | | BLURRED VISION    (Y) N   2 x / month | | | HAS PATIENT HAD BYPASS SURGERY     Y (N) |
| | | MUSCLE WEAKNESS      Y (N) | | | DATE OF BYPASS SURGERY: |
| | | FATIGUE        (Y) N | | | MEDICATIONS: |
| | | EPISTAXIS        Y (N) | | | Atenolol 50mg ÷ QP |
| | | S.O.B.   Y (N)   POLYURIA  (Y) N | | | Minipres ÷ ⚪⚪ Bid |
| | | NOCTURIA        (Y) N | | | ASA ÷ qd |
| | | COMPLIANT WITH MEDS    (Y) N | | | F/U CCC WITHIN 30 DAYS BY THE NURSE |
| | | PATIENT COUNSELED ON RISK FACTORS     (Y) N | | | F/U CCC WITHIN 90 DAYS BY THE DOCTOR |
| | | LABS/EKG WNL        NA  Y  N | | | |
| | | CHEST XRAY IF OVER 50    (Y) N  2/10/03 | | | |
| | | EDUCATION DONE        (Y) N | | | |
| | | PATIENT ADMITTED TO INFIRMARY/HOSPITAL    Y (N) | | | |
| | | A: attenalol for Tenormin | | | [signature] |

| INMATE NAME (LAST, FIRST, MIDDLE) McCray Robert | DATE OF BIRTH | AGE 70 | RACE/SEX B/M | ID# 167644 |
|---|---|---|---|---|



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) |  | ✓ |  |
|  (Compare Weight Below) |  |  | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination | ✓ |  | Slow starting to urinate |
| Other Illnesses (Details) |  | ✓ |  |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES | ✓ |  | Compazine |

5'7"   Weight 163   Temp 97.7   Pulse 60   Resp 20   Blood Pressure 173/96 174/90 140/80

Eye Exam: 20/70 OD   20/70 OS   20/70 OU

**If greater than > 140/90, repeat in 1hour.**
**Refer to M.D. if remains > 140/90.**

c̄ glasses

**II.    TESTING – (LPN or RN)        RESULTS**      done 6/03/04 supplemental notified

| | |
|---|---|
| Tuberculin Skin Test (q yr)  PPD given refused | Date given_____ Site_____ |
| LFA | Read on_____ Results 5 ____mm Watts CRNP |
| Past Positive TB Skin Test → | Survey Completed |
| (Chest x-ray if clinical symptoms) | Date_____ Results_____ |
| RPR (q 3 yrs) | Date_____ Results_____ |
| EKG (baseline at 35, over 45 q 3 yrs) | |
| Cholesterol (at 35 then q 5 yrs) | 5/04 |
| Tetanus/Diptheria  (q 10 yrs) | Last Given_____ Due_____ |
| (if done today) | Site given_____ Dose_____ Lot #_____ |
| Optometry Exam (@ 50 if not already seen) | _____ |
| Mammogram | Date n/a Results_____ |
| (females @ 40, q 2 yrs/other M.D. order) | |

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

| | |
|---|---|
| Heart | RRR s̄ m, r, g |
| Lungs | lungs clear bilat |
| Breast Exam | n/a |
| Rectal (yearly after 45) | Results |
| with Hemoccult | Results n/a |
| Pelvic and PAP (q 1 yr) | Date n/a Results_____ |

Facility B.bb   Nurse Signature _____ RN   Date 6/3/04

M.D. or Mid-Level Signature _____ Watts CRNP   Date_____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| McCray, Robert | 167644 | ▓▓▓▓ | B/m |

Case 2:05-cv-00887-MEF-TFM     Document 31-2     Filed 04/14/2006     Page 58 of 126



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

_Carita E McCray (former wife)_

Name _____ Relationship _____

_1104 C Wallace Circle_

Street Address _____ Phone Number _____

_Marion Senct Carolina 29571_

City _____ State _____ Zip Code _____

_(McCray)_

Inmate Signature _____ Doc# _____ S.S.# _____ Date _6/3/04_

_V Jackson RN_

Witness _____ _6/3/04_ Date _____

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| McCray, Robert | 167644 | ▓▓▓ | B/M | Bibb |

PHS-MD-70003

(White – Medical Record, Yellow – Active File, Pink – Control Center)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

| | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ___ | ✓ |
| TB TEST CURRENT | | ✓ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ___ | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _W. Jackson_  DATE: _6/3/04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: X_____  DATE: _refused_

EXPIRATION DATE: _6/3/05_

| INMATE NAME (LAST, FIRST, MIDDLE) McCrary, Robert | DOC# 167644 | DOB | Race/Sex B | FAC. |
|---|---|---|---|---|

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

#### ADULT AND PEDIATRIC UROLOGY

345 ST LUKES DRIVE
MONTGOMERY AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1048

September 30, 2002

Dr. McClain
Kilby Correctional Facility
12201 Wares Ferry Road
Montgomery, AL  36116

RE: Robert McCray
    Age 70, sex M
    Chart MCC 67560
    SS#

Mr. McCray was referred to us by Dr. McClain at Kilby Correctional Facility.  He was referred to us because of PSA of 10.4.  We saw him in 1998 and at that time he was having difficulty voiding with abnormal PSA.  He had a PSA done in November 1997 and it was 6.1.  In December of that year it was 9.3.  In February of 1998 it was 5.3.  His PSA was fluctuating at that time so nothing was done.  He is still having nocturia 5x, frequency many times with a slow stream.

**MEDICATION**
Atenolol
Minipres
Cholesterol medication
**ALLERGIES**
none

On examination: abdomen normal, prostate normal, GU normal

**PLAN**
Start Flomax 0.4mg pohs- we gave him samples for two weeks
Biopsy of the prostate- procedure and risks were explained to him in detail.  We told him the only way I can do the biopsy is when NafCare approves it.  He understood.
Further treatment depends upon the response to Flomax and biopsy of the prostate gland.

Copy to Dr. McClain

Thank you for your referral,

D.P. Bhuta

DPB/amc

B/11

Robert McCray
Age 70, sex M
Chart MCC 67560
SS#██████████

Mr. McCray was referred to us by Dr. McClain at Kilby Correctional Facility. He was referred to us because of PSA of 10.4. We saw him in 1998 and at that time he was having difficulty voiding with abnormal PSA. He had a PSA done in November 1997 and it was 6.1. In December of that year it was 9.3. In February of 1998 it was 5.3. His PSA was fluctuating at that time so nothing was done. He is still having nocturia 5x, frequency many times with a slow stream.

MEDICATION
Atenolol
Minipres
Cholesterol medication

ALLERGIES
none

On examination: abdomen normal, prostate normal, GU normal

PLAN
Start Flomax 0.4mg pohs- we gave him samples for two weeks
Biopsy of the prostate- procedure and risks were explained to him in detail. We told him the only way I can do the biopsy is when it is approved by NafCare. He understood. Further treatment depends upon the response to Flomax and biopsy of the prostate gland.

Copy to Dr. McClain

B/12

PATIENT NAME:   Robert McCray
DATE:           01/14/03

Continued...Page 2

ABDOMEN: Soft with normal liver span.  No masses.  There is no inguinal adenopathy.
GENITALIA: Penis and testes appear normal.
RECTAL: Shows 35 gram prostate, left lobe greater than right lobe with increased thickening of left
lobe.  No rectal masses.  No blood on examining gloved finger.
EXTREMITIES: Free of edema.

**IMPRESSION:** Patient is a 70-year-old black male with newly diagnosed adenocarcinoma of
prostate with elevated PSA 9.3 ng/ml.

**RECOMMENDATIONS/PLAN:** I have recommended definitive management with radiation
therapy plus hormonal deprivation with Lupron injections for a cumulative of one year.  I have
discussed rationale, risks, benefits, techniques, and results of radiation therapy.  Patient states that
he would like to think about these recommendations before he makes final treatment decision.  We
will have patient return next week to discuss his decision and to proceed on to CT directed
simulation if he decides in favor of radiation therapy.

I appreciate this consultation and I will keep you apprised of patient's status as he progresses
through treatment.

Best personal regards,


Thomas E. Beatrous, M.D.
Radiation Oncologist
Cancer Care Center of Montgomery

TEB/wm
D: 01/19/03
T: 01/20/03

CC:   Dr. Mike Robbins
      Dr. D. P. Bhuta

2/7/03 — PT. HAS DECIDED TO
HAVE PROSTATE IMPLANT. WILL
ARRANGE THIS AT UAB
MEDICAL CENTER WITH
DR. FIVEASH
TEL# 205-975-0224 / TEB

# D. P. Bhuta, M.D., F.A.C.S.

DIPLOMATE AMERICAN BOARD OF UROLOGY

ADULT AND PEDIATRIC UROLOGY

345 ST LUKES DRIVE
MONTGOMERY AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1043

February 17, 2003

Dr. Mike Robbins

RE: Robert McCray
Chart 376
SS# ▓▓▓▓▓▓

Dear Dr. Robbins,

Mr. McCray is a 69 year-old gentleman with PSA of 9.3.

His entire metastatic workup was completely normal. His pathology report was adenocarcinoma of the prostate gland from the left lobe. He elected to have radiation therapy treatment but when he saw Dr. Beatrous, he decided that he might want to have surgery done.

He came back to us for further discussion. He was under the impression that I can take only the left part of the prostate out since only the left lobe of the prostate showed cancer. I have talked to him in detail and told him that it is impossible to take just one side of the prostate. I told him that if he undergoes surgery I would have to take the entire prostate out. Complications include impotency and urinary complications.

He elected to have radiation therapy treatment. Again, he should be started on Lupron injections of 7.5 mg IM every month for a period of 3-4 months and then he can be referred to Dr. Beatrous for radiation therapy treatment. After this is completed he should continue hormone treatment. He should have PSA done once a year after completing both treatment regimens.

Again, I would like to stress that he elected to have radiation therapy treatment and that he should be started on Lupron as soon as possible.

Thank you,

D.P. Bhuta

DPB/amc

3 VOLS
FILES

## Cancer Care Center of Montgomery

Medical Oncologist/Hematologist    Medical Oncologist/Hematologist    Radiation Oncologist
**Phatama Padavanija, M.D.**    **David G. Morrison, M.D.**    **Thomas E. Beatrous, M.D.**

**PATIENT NAME:**  **Robert McCray**
**DATE:**  **01/14/03**
**CHART #:**  **15067**

### RADIATION THERAPY CONSULTATION

**DIAGNOSIS:** Adenocarcinoma of prostate with PSA 9.3 ng/ml.

**HISTORY:** I was asked to see patient regarding radiation therapy evaluation. Patient is a 70-year-old black male found on routine screening to have elevated PSA 9.3. Prostate biopsy showed Gleason score 6 adenocarcinoma from left lobe biopsies. Bone scan showed arthritic uptake at right knee, shoulders, elbows, feet, and sternomanubrial joint as well as uptake at L-5 vertebral body thought to represent arthritic change. Patient has undergone consultation regarding possible surgery. He has decided, however, to forego surgery and to take definitive treatment with radiation therapy plus Lupron injections. I have been asked to see patient regarding radiation therapy evaluation.

**PAST MEDICAL HISTORY:** Positive for history of hypertension. Negative for heart disease, diabetes, or collagen vascular disease. Previous surgeries: Repair of leg fractures in 1951 and on two separate occasions thereafter.

**CURRENT MEDICATIONS:** HCTZ 25 mg q. day, Lopid 600 mg b.i.d., Maalox 30 cc t.i.d. p.r.n., Hytrin q.h.s., Tenormin 50 mg q. day, aspirin 325 mg q. day.

**ALLERGIES:** Catapres.

**SOCIAL HISTORY:** Patient is divorced. He has worked as a teacher. He is presently an inmate at Kilby Correctional Facility. He denies chronic tobacco or alcohol use.

**FAMILY HISTORY:** Negative for cancer.

**REVIEW OF SYSTEMS:** Patient admits to frequent urination with nocturia times three. He denies painful urination, hematuria, diarrhea, or blood per rectum.

**PHYSICAL EXAMINATION:** Shows weight 160 pounds. Vital signs: See intake H&P data sheet.
GENERAL: Alert, oriented, black male in no distress.
HEENT: Extraocular muscles are intact. Oral cavity and oropharynx free of tongue and mucosal lesions.
NECK: Shows no venous distention, thyromegaly, or cervical/supraclavicular adenopathy.
RIB CAGE/SPINE: Nontender.
LUNGS: Clear with no signs of atelectasis, consolidation, or effusion.
HEART: Regular rate and rhythm. No diastolic murmurs.

Continued....

Appt Date **2-3- 3**
**2:00PM**

Auth # 030129KGU02

## NaphCare *(National Prison HealthCare)*
## Hospital/Consultant Referral Form

Inmate Name: McCray, Robert   AIS#: 167 644   Date: 1-28-03

DOB ▓▓▓▓   Race: B   Sex: M   Allergies: Catapres

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): Prostate Cancer – was referred for radiation but refused – wanted to have surgery.

SERVICES REQUESTED/PROVIDER: Dr Bhata
Discuss Surgery option

P. Laurence HSA   Signature (M.D.): [signature]

Pertinent Chronic Conditions/Diagnosis: See above
DOC Facility: Kilby   Time Out: _____
Receiving Facility/Hospital: Dr Bhata   Return Time: _____
Route of Transportation: (X) ____ Ambulance ____ DOC Van X Other: United
Date & Result/Last PPD: _____   Date & Result/Last Chest X-Ray _____

OFFSITE HEALTHCARE REPORT: Pt decided for Radiation
Please make sure he get Lupron
Orders/Recommendations: 7-5 mg I-M Q 1 month
x 4 month than Radiation
than continue Lupron x 1 yr

Physician: _____   Date: _____   Time: _____
Notify (Facility): Kilby   at: # 33x 215-6706   of patient's discharge
Advanced Medical Directive: Yes _____ (Attached) No _____
Report called to: (Name/Title): _____   Date: _____
Signature & Title _____   Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

#### ADULT AND PEDIATRIC UROLOGY

345 ST LUKES DRIVE
MONTGOMERY AL 36113

PHONE (334) 279-5737
FAX (334) 279-1045

November 18, 2002

Dr. McLain
Kilby Correctional Facility
12201 Wares Ferry Road
Montgomery, Al 36116

RE: Robert McCray
    Chart 376
    Age 69, sex M
    11 4 02

Mr. McCray came to see us for further follow-up. He had a biopsy done and his pathology report was adenocarcinoma of the prostate gland with Gleason score of 6 (3+3). Biopsy was positive from the left lobe. He has no other urological complaints. He is having difficulty voiding and claims that Flomax did help.

We have talked with him in detail about treatment. He elected not to have surgery done. We talked to him about radiation therapy treatment and Lupron injections. He agreed to have this treatment done. We told him that radiation therapy might not cure the prostate cancer. He understood.

He will need a bone scan. Once the bone scan is complete, he should have hormone treatment with Lupron injections. He will also have radiation therapy treatment.

Will send a letter to Kilby Correctional Facility. They will do the bone scan and if it is negative they will proceed with radiation therapy treatment and Lupron injections. He also needs to continue taking Flomax- we gave him the samples.

Copy to Dr. McLain

Thank you for your referral,

D P Bhuta

DPB/amc

Robert McCray
Chart 376
Age 69, sex M
11/4/02

Mr. McCray came to see us for further followup. He had a biopsy done and his
pathology report was adenocarcinoma of the prostate gland with Gleason score of 6
(3+3). Biopsy was positive from the left lobe. He has no other urological complaints
He is having difficulty voiding and claims that Flomax did help.

We have talked with him in detail about treatment. He elected not to have surgery done.
We talked to him about radiation therapy treatment and Lupron injections. He agreed to
have this treatment done. We told him that radiation therapy might not cure the prostate
cancer. He understood.

He will need a bone scan. Once the bone scan is complete, he should have hormone
treatment with Lupron injections. He will also have radiation therapy treatment.

Will send a letter to Kilby Correctional Facility. They will do the bone scan and if it is
negative they will proceed with radiation therapy treatment and Lupron injections. He
also needs to continue taking Flomax- we gave him the samples.

Copy to Dr. McLain

# NAPHCARE
## Annual Health and TB Screening for Inmates

Facility ___Bibb___

Date Given ___4-28-03___          Date Read ___4-30-03___

Site Given ___Off___              Size in M M ___0m___

Lot# ___per health dep___                 ___per health dep.___

Nurse _____          Nurse _____

Note: Past Positives and conversions, use Assessment of Tuberculin status for PPD reactors form *in addition to completing the bottom of this form.*

I have received a fact sheet on TB and have had the opportunity to have my questions answered. I agreed to testing by PPD  I understand the PPD must be read 72 hours after being administered  I have never had a positive reaction to a TB skin test, nor have I ever been treated with TB drugs. I have also been instructed to check with my regular physician or the public health department if I am released prior to the TB test being read.

Current Weight ___164___   Previous Weight ___162___   B/P ___138/84___

                                          *circle*
              Recent chest pain          Yes  or  No
Kitchen clearance assess. done and attached   Yes  or  No
              Productive cough            Yes  or  No
              Any bleeding               Yes  or  No  —periodically

Emergency contact ___Robert McCray___    Phone# ___703-803-7288___

Address _____

              ___Philidelphia PA.___

Inmate signature ___Robert A. McCray___          Date ___6/25/03___

Witness signature ___Skinner LPN___              Date ___6-25-03___

DOB ▮▮▮   AGE ___70___   Race ___B___   SEX ___M___   SSN ▮▮▮▮

Inmate Name ___McCray, Robert___          AIS# ___167644___

Naphcare

## Inmate Food Service Worker Clearance

Medical Record Review:

- ⊘ Yes  ○ No    Past history of hepatitis
- ⊘ Yes  ○ No    TB test current
- ⊘ Yes  ○ No    TB test negative

If history of positive TB test, verified completed treatment: _____ Date

Physical Assessment

- ○ Yes  ⊘ No    Open sores or rashes on hands, arms, face and neck
- ○ Yes  ⊘ No    Has diarrhea
- ○ Yes  ⊘ No    Has a cough
- ⊘ Yes  ○ No    Lungs clear to auscultation
- ⊘ Yes  ○ No    Signs and symptoms of other contagious diseases

Specify: _____

_____

_____

This inmate's Medical Record has been reviewed and he/she has been examined.

He/she IS  IS NOT  medically cleared for duty as a food service worker.

Skinner LPN                                          6/25/03
Signature                                              Date

ID # / 008:                    Location:

# HEALTH EDUCATION
## FOOD SERVICE WORKER GUIDELINES

### HAIRNETS

1. Put hairnet on before washing hands

2. Be sure to include all hair, especially bangs on the front of the head

3. Do not touch hair or hairnet when handling food

### HANDWASHING

1. Turn warm water on.

2. Wet hands

3. Lather hands with soap. Scrub at least 30 seconds

4. Rinse off bar of soap. Replace in soap dish

5. Rinse hands.

6. Dry hands with paper towels.

7. Turn faucet off with paper towels.

### SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on handwashing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail

refused to sign
_____
Inmate Signature

_____
Date

Skinner, LPN
_____
Nurse Signature

6/25/03
_____
Date

LOOD PRESSURE FLOW SHEET

NAME McCray, Robert          AIS# 167644

| MONTH | DAY / YEAR | B/P RIGHT ARM | B/P LEFT ARM |
|---|---|---|---|
| JANUARY | | | |
| FEBRUARY | | | |
| MARCH | | | |
| APRIL | | | |
| MAY | | | |
| JUNE | | | |
| JULY | | | |
| AUGUST | | | |
| SEPTEMBER | | | |
| OCTOBER | | | |
| NOVEMBER | | | |
| DECEMBER | 12/24/02 | 130/8v | 150/80 |

Wt 160

# TechCare



## Hypertension Chronic Care Appointment

5/14/2002

| | |
|---|---|
| Name | **MCCRAY, ROBERT** |
| DOC # | **167644** |
| Birth Date | ▓▓▓▓▓▓ |

| Appointment Date | **5/14/2002** |
|---|---|

### Subjective Data

| | |
|---|---|
| Headache | denies |
| Syncope | denies |
| Chest Pain | denies |
| Exercise Capacity | walk qd |
| Dyspnea/PND/Cough | denies |
| Smoking (Packs Per Day) | denies |
| Amaurosis (Trans. Blindness) | denies |
| Dietary Compliance (Salt) | no |
| Claudication | denies |
| Trans.Focal Weakness | |
| Speech Change | denies |
| Nocturia | x3 qhs |
| Weakness | at times |

### Nursing Exam

| | |
|---|---|
| Blood Pressure (L & R) | 138/82 |
| Pulse | 82 |
| Repiratory Rate | 18 |
| Temperature | 98.8 |
| Weight | 163 |
| Edema | none noted |
| Pedal Pulse | present |
| Dyspnea (At Rest/Exertion) | none noted |
| Lungs | clear |
| Heart | RRR |
| JVD | |

### Lab Test Results

K+ q3 (if on diuretic)
BUN / Creatinine
Urine Protein RBC, WBC
Other Lab
EKG
Chest X-ray
Cholesterol Level
Blood Sugar

### Medications

| | |
|---|---|
| Medication Compliance | 100 |
| Date Medication Reordered | 4 29 02 |

### Doctor Exam

Fundus
Heart (M/G/Rhythm)
Lungs
Pedal Pulses DP/PT
Edema
JVD
Liver

# PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: **McCray, Robert**   AIS# **167644**   R/S **BM**

Date: **10** / **14** / **92**   DOB: **3** / **10** / **33**   AGE **59**

Beta II **85**   WAIS / /   WRAT-RL **11.8**   Last School Grade Completed **18**

MMPI Welsh Code _____   Megargee Type _____

## General Appearance

____ a. Neat and generally appropriate          **X** c. Flat or avoiding interaction

____ b. Poorly groomed                                ____ d. Sad or worried

____ e. Other _____

## I. Interpersonal Functioning

____ a. Normal-good relationships likely        ____ d. Lacks skill or confidence

____ b. Withdrawn / apparent loner                ____ e. Probably difficult to get along with

**X** c. Likely to ignore rights / needs           *Other (Specify) ____ 1. ____ 2.

____ 3. ____ 4. ____ 5. ____ 6. (See Copy) _____

## II. Personality

____ a. Healthy                                    **X** d. Explosive

**X** b. Antisocial                                ____ e. Dependent

____ c. Paranoid                                   ____ f. Passive-Aggressive

Other (Specify): ____ 1. Schizoid ____ 2. Schizotypal ____ 3. Histrionic ____ 4. Narcissistic

____ 5. Borderline ____ 6. Avoidant ____ 7. Compulsive ____ 8. Atypical/mixed

____ 9. See Copy (Write in your wording) _____

## III. Substance Abuse

____ a. Alcohol addiction / abuse history   **No indication of problems**

____ b. Drug addiction / abuse history   **No indication of problems**

Date _10/15_ Entered Terminal By _jc_

N-259

White to Central Records File
Yellow to Institutional File
Pink to Hospital Records

*See manual for selections and numbers for "other"

Psychological Interview - Data Entry Form
Page Two

    c. Current use _____

    d. Current addiction _____

    *Other ___ 1. ___ 2. ___ 3. ___ 4. ___ 5. ___ 6. ___ 7. ___ 8.
           9. (See Copy) _____

IV. Emotional Status
    _____ a. No significant problems
    _____ b. Depressed _____

    _____ c. Anxious or stressful _____

    _____ d. Angry or resentful _____

    _____ e. Confusion or psychotic symptoms _____

    _____ f. Mood disturbances _____

    _____ g. Sexual maladjustment _____

    __X__ h. Paranoid ideation **Extremely suspicious; spoke of all of his present & prior offenses (of which there are many) as the result of others' resolve to get him, or the "political situation"**
    _____ i. Sleep / appetite disorder _____

    *Other ___ 1. ___ 2. ___ 3. ___ 4. ___ 5. X 6. ___ 7. ___ 8.
           9. (See Copy) _____

V. Mental Deficiency
    _____ a. Mild                        _____ d. Borderline
    _____ b. Moderate                  _____ e. Organic impairment
                                        suspected
    _____ c. Severe                      _____ f. Memory deficit
Remarks: _____

_____

*See manual for selections and numbers for "*other"

Case 2:12-cv-00601-RRM-CAA Document 1744 Filed 06/14/2016 Page 75 of 126

Psychological Interview / Data Entry Form
Page Three

VI. Management Problems    Ideation _____

_____ a. Suicide potential    Plans _____

                             History of attempts / gestures _____

_____ b. Serious mental history (specify) _____

_____ c. Impulsive / acting-out behaviors predicted _____

_____ d. Authority conflict _____

__X__ e. Manipulative / untrustworthy    Severe denial and defense mechanism system

_____ f. Easily victimized _____

_____ g. Escape potential _____

_____ h. Assaultiveness _____

*Other ___1. ___2. ___3. ___4. ___5. ___6. ___7. ___8. ___9. (See Copy)
_____

VII. Educational Needs

_____ a. ABE        _____ b. Special Education        _____ c. Trade School        _____ d. Jr. College

VIII. Mental Health Needs                    Date referred  Month _____  Year _____

_____ A. Refer to psychiatric service    _____ C. Depression              _____ K. Personal Development

_____ B. Substance abuse counseling      _____ E. Sexual adjustment

_____ D. Stress management               _____ G. Anger induced acting out

_____ F. Reality therapy                 _____ I. Self-concept enhancement

_____ H. Values clarification            _____ J. Healthy use of leisure

RECOMMENDATIONS / REMARKS:    Med (sex, violence)/St. Clair or Donaldson
At least average intelligence, with apparently good academic skills.
Severe character disorder, with sexual acting out for the past 35 years.
Severe underlying hostility and contempt for others, especially women.
Severe denial system, with aggressive attempt to use the law to excuse
him from the duty of serving his time. Very poor candidate for sex
offender treatment. Severe risk to society--let's make sure he stays
locked up the rest of his life.

_____          10/14/92
Signature                                 Date

*See manual (pages 23-25) for selections for "other" Give number and wording of selection.

```
ID=00467644   DATE=199210    SEX = M   MCCRAY, ROBERT          IN =  17
F

            L    F    K    HS    D    HY   PD   MF   PA   PT   SC   MA   SI
RAW:        9    5    21   16    22   23   24   29   12   25   30   19   31
 T:         67   55   66   62    63   62   62   67   62   54   65   56   56


   WELSH CODE:   *  '5821346-907/:=

   I IS THE BEST GROUP, LEVEL IS LOW

              GROUP= I        LEVEL= LOW      TYPE= (01)
```

THIS IS THE BEST ADJUSTED OF ALL THE INMATE GROUPS WITH FEWEST PROBLEMS IN
INSTITUTIONAL ADJUSTMENT AND INTERPERSONAL RELATIONSHIPS WITH BOTH PEERS AND
AUTHORITIES. CRIMINAL RECORDS ARE USUALLY LESS SERIOUS THAN THOSE OF OTHER
INMATE GRUPS AND THERE IS LESS SIGNIFICANT DRUG ABUSE. MORE OF THESE INMATES
HAVE USUALLY BEEN INCARCERATED FOR PROPERTY CRIMES. THEY ARE LEAST LIKELY TO
RECEIVE DISCIPLINARY WRITE-UPS AND RECIDIVISM RATES ARE TYPICALLY LOW. THERE
IS, HOWEVER, HIGH ENERGY LEVL AND THEY ARE APT TO BE IMPULSIVE.
TREATMENT APPROACHES SHOULD SHOULD BE DESIGNED TO TAKE ADVANTAGE OF THE FACT THAT
THEY ARE THE MOST LIKELY GROUP TO SUCCEED IN COMMUNITY PLACEMENT OR RESTITUTION
CENTER TYPE PLACEMENT WHERE SENTENCING DATA PERMIT. THEY RESPOND WELL TO ED-
UCATIONAL AND VOCATIONAL TRAINING PROGRAMS AIMED AT DEVELOPING LEGITIMATE AVE-
NUES OF FINANCIAL SUPPORT. ALTHOUGH THERAPEUTIC INTERVENTION IS NOT USUALLY
A HIGH PRIORITY, REALITY THERAPY CAN BE EFFECTIVE.

00167844  MALE  AGE 59 FORCE 19921014  MCCRAY, ROBER[...]  INST = 17

## M M P I    P R O F I L E

```
       L    F    K   HS    D   HY   PD   MF   PA   PT   SC   MA   SI
     +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
120-                 I                                             -120
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
110-                 I                                             -110
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
100-                 I                                             -100
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
90-                  I                                             - 90
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
80-                  I                                             - 80
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
70-------------------I---------------------------------------------- 70
  -    *             I                         *                   -
  -             *    I                                   *         -
  -                  I         *                                   -
  -                  I  *       *    *              *             -
60-                  I                                             - 60
  -        *         I                                  *    *    -
  -                  I                          *                 -
  -                  I                                             -
50-------------------I---------------------------------------------- 50
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
40-                  I                                             - 40
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
30-------------------I---------------------------------------------- 30
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
  -                  I                                             -
20-                  I                                             - 20
     +++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
       L    F    K   HS    D   HY   PD   MF   PA   PT   SC   MA   SI
RAW    9    5   21   16   22   23   24   29   12   25   30   19   31
T     17   45   57   62   65   62   62   57   62   54   65   60   76
```

00167044   MALE   AGE 59 FORD 19921014   MCCRAY, ROBER    INST = 17

P R O F I L E    I N T E R P R E T A T I O N

THE FOLLOWING MMPI INTERPRETATION SHOULD BE VIEWED AS A SERIES OF
HYPOTHESES WHICH MAY REQUIRE FURTHER INVESTIGATION. THIS REPORT IS
CONFIDENTIAL AND SHOULD NOT BE SHARED WITH THE PATIENT.

THIS IS A VALID PROFILE. THIS PATIENT RESPONDED TO THE TEST ITEMS IN A
DEFENSIVE FASHION. SIMILAR INDIVIDUALS TEND TO PRESENT THEMSELVES IN A
GOOD LIGHT AND MINIMIZE OR OVERLOOK SOCIALLY ACCEPTABLE LIMITATIONS.
THOUGH THIS CONFIGURATION SUGGESTS GOOD SOCIAL SKILLS AND EGO
FUNCTIONING, ESPECIALLY IN WELL-EDUCATED INDIVIDUALS, IT IS LIKELY TO
BE PREDICTIVE OF RESISTANCE TO TREATMENT FOR THOSE INDIVIDUALS WHO ARE
REFERRED OR ONLY SEMI-VOLUNTARILY REQUEST TREATMENT.

THE 'V' CONFIGURATION ADDS SUPPORT TO THESE STATEMENTS AND FURTHER
SUGGESTS MARKED EVASIVENESS. LOOK FOR PRONOUNCED USE OF REPRESSION AND
DENIAL. A NEUROTIC PICTURE IS LIKELY. GENERALIZED LACK OF FLEXIBILITY,
POOR INSIGHT, AND OVER-EVALUATION OF MORAL WORTH MAY BE PRESENT.

THIS PROFILE IS ESSENTIALLY WITHIN NORMAL LIMITS. THERE ARE, HOWEVER,
CERTAIN SCALE ELEVATIONS WHICH SUGGEST PERSONALITY CHARACTERISTICS
WHICH MAY BE OF CLINICAL INTEREST.

SIMILAR INDIVIDUALS TEND TO STRESS ABSTRACT INTERESTS TO THE NEGLECT
OF INVOLVEMENT WITH PEOPLE AND PRACTICAL MATTERS. THERE MAY BE SOME
QUALITIES IN THIS PATIENTS THINKING WHICH REPRESENT AN ORIGINAL OR
UNCONVENTIONAL ORIENTATION OR SCHIZOID TENDENCIES. FURTHER EVALUATION
WILL BE NECESSARY TO MAKE THIS DIFFERENTIATION.

SUCH INDIVIDUALS ARE OFTEN MILDLY DEPRESSED, PESSIMISTIC AND WORRIED.
THEY OFTEN FEEL DISCOURAGED AND MAY HAVE DIFFICULTY ORGANIZING OR
IMPLEMENTING NEW ACTIVITIES.

SIMILAR INDIVIDUALS ARE OFTEN DESCRIBED AS SOMEWHAT OVER-SENSITIVE AND
RIGID. THEY OFTEN FEEL PRESSED BY SOCIAL AND VOCATIONAL ASPECTS OF
THEIR LIFE SPACE. SUSPICIOUSNESS, DISTRUST, BROODING AND RESENTMENT
MAY BE CHARACTERISTIC. INDIRECT EXPRESSION OF HOSTILITY IS LIKELY.

HIS INTEREST PATTERNS ARE SOMEWHAT DIFFERENT FROM THOSE OF THE AVERAGE
MALE AND MAY REFLECT A PASSIVE, NON-COMPETITIVE PERSONALITY. THOSE WHO
HAVE OBTAINED MORE THAN A HIGH SCHOOL EDUCATION MAY HAVE ESTHETIC
INTERESTS AND MAY BE SEEN BY OTHERS AS SENSITIVE AND SOCIALLY
PERCEPTIVE.

00167644   MALE   AGE 59 FORM B 19921014   MCCRAY, ROBERT          INST =  17

## B A S I C    A N D    S U P P L E M E N T A L    S C A L E S

|   | QU | L | F | K | HS | D | HY | PD | MF | PA | PT | SC | MA | SI |
|---|----|---|---|---|----|----|----|----|----|----|----|----|----|----|
| R | 1 | 9 | 5 | 21 | 16 | 22 | 23 | 24 | 29 | 12 | 25 | 30 | 19 | 31 |
| T | 50 | 67 | 55 | 66 | 62 | 63 | 62 | 62 | 67 | 62 | 54 | 65 | 56 | 56 |

|   | D-O | D-S | HY-O | HY-S | PD-O | PD-S | PA-O | PA-S | MA-O | MA-S |
|---|-----|-----|------|------|------|------|------|------|------|------|
| R | 7 | 15 | 3 | 20 | 5 | 11 | 3 | 9 | 3 | 12 |
| T | 48 | 67 | 46 | 66 | 48 | 58 | 52 | 63 | 40 | 60 |

|   | A | R | ES | DY | CA | LB | OH | HE | AL | CR | PZ | DR | SM | AR |
|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|
| R | 3 | 25 | 46 | 8 | 9 | 10 | 18 | 20 | 22 | 55 | 32 | 23 | 26 | 25 |
| T | 38 | 70 | 53 | 37 | 49 | 53 | 70 | 42 | 48 | 60 | 58 | 50 | 61 | 47 |

|   | D1 | D2 | D3 | D4 | D5 | HY1 | HY2 | HY3 | HY4 | HY5 | PD1 | PD2 | PD3 | PD4A |
|---|----|----|----|----|----|-----|-----|-----|-----|-----|-----|-----|-----|------|
| R | 7 | 6 | 4 | 5 | 0 | 4 | 10 | 2 | 2 | 3 | 1 | 5 | 9 | 5 |
| T | 50 | 54 | 56 | 66 | 38 | 53 | 71 | 49 | 47 | 53 | 45 | 55 | 55 | 49 |

|   | PD4B | PA1 | PA2 | PA3 | SC1A | SC1B | SC2A | SC2B | SC2C | SC3 | MA1 | MA2 | MA3 | MA4 |
|---|------|-----|-----|-----|------|------|------|------|------|-----|-----|-----|-----|-----|
| R | 3 | 2 | 1 | 6 | 3 | 2 | 1 | 2 | 0 | 1 | 1 | 2 | 6 | 2 |
| T | 47 | 50 | 42 | 61 | 48 | 48 | 47 | 50 | 40 | 44 | 45 | 38 | 65 | 46 |

|   | SOC | DEP | FEM | MOR | REL | AUT | PSY | ORG | FAM | HOS | PHO | HYP | HEA |
|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| R | 12 | 5 | 13 | 1 | 11 | 4 | 5 | 7 | 1 | 2 | 5 | 4 | 5 |
| T | 57 | 46 | 61 | 36 | 65 | 36 | 45 | 54 | 38 | 35 | 48 | 32 | 50 |

F-K =  -16      AI =    55     IR =   0.99

00167544   MALE   AGE 59 FULL 8 19921014   MCCRAY, ROBE      INST =  17
 •

                    C R I T I C A L      I T E M S

THESE ITEMS WERE ANSWERED IN THE INDICATED DIRECTION. THOUGH TOO MUCH
SIGNIFICANCE SHOULD NOT BE PLACED ON ANY INDIVIDUAL TEST RESPONSE,
THESE RESPONSES MAY SUGGEST AREAS FOR FURTHER INVESTIGATION.

                --- DISTRESS AND DEPRESSION ---

I AM EASILY AWAKENED BY NOISE. (T)
MY MEMORY SEEMS TO BE ALL RIGHT. (F)

                --- SEXUAL DIFFICULTIES ---

MY SEX LIFE IS SATISFACTORY. (F)
I HAVE NEVER BEEN IN TROUBLE BECAUSE OF MY SEX BEHAVIOR. (F)

                --- AUTHORITY PROBLEMS ---

I HAVE NEVER BEEN IN TROUBLE WITH THE LAW. (F)

                --- SOMATIC CONCERNS ---

I AM ABOUT AS ABLE TO WORK AS I EVER WAS. (F)
I AM ALMOST NEVER BOTHERED BY PAINS OVER THE HEART OR IN MY CHEST. (F)

00167044   MALE   AGE 59 FOR B 19921014   MCCRAY, ROBER        INST = 17

## I T E M   R E S P O N S E S

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 F | 2 T | 3 T | 4 T | 5 T | 6 F | 7 T | 8 T | 9 F | 10 F |
| 11 F | 12 F | 13 | 14 F | 15 F | 16 F | 17 T | 18 T | 19 F | 20 T |
| 21 F | 22 F | 23 F | 24 F | 25 F | 26 T | 27 F | 28 F | 29 F | 30 T |
| 31 F | 32 F | 33 F | 34 F | 35 F | 36 T | 37 T | 38 F | 39 F | 40 T |
| 41 F | 42 F | 43 F | 44 F | 45 T | 46 F | 47 T | 48 F | 49 F | 50 F |
| 51 T | 52 F | 53 T | 54 F | 55 F | 56 F | 57 T | 58 F | 59 F | 60 T |
| 61 T | 62 F | 63 T | 64 T | 65 T | 66 F | 67 F | 68 T | 69 F | 70 T |
| 71 T | 72 F | 73 T | 74 F | 75 T | 76 F | 77 T | 78 F | 79 T | 80 F |
| 81 F | 82 F | 83 T | 84 F | 85 F | 86 F | 87 F | 88 T | 89 F | 90 F |
| 91 F | 92 F | 93 F | 94 F | 95 T | 96 T | 97 T | 98 T | 99 F | 100 F |
| 101 F | 102 T | 103 T | 104 F | 105 F | 106 F | 107 T | 108 F | 109 F | 110 F |
| 111 T | 112 F | 113 T | 114 F | 115 F | 116 F | 117 F | 118 F | 119 T | 120 F |
| 121 F | 122 T | 123 F | 124 F | 125 F | 126 T | 127 F | 128 T | 129 F | 130 T |
| 131 T | 132 F | 133 T | 134 F | 135 F | 136 F | 137 T | 138 F | 139 F | 140 T |
| 141 F | 142 F | 143 F | 144 F | 145 F | 146 F | 147 T | 148 F | 149 F | 150 T |
| 151 F | 152 T | 153 T | 154 F | 155 F | 156 F | 157 T | 158 F | 159 F | 160 T |
| 161 F | 162 F | 163 F | 164 T | 165 F | 166 F | 167 T | 168 F | 169 F | 170 T |
| 171 T | 172 F | 173 T | 174 T | 175 T | 176 T | 177 T | 178 F | 179 F | 180 T |
| 181 F | 182 F | 183 F | 184 F | 185 T | 186 T | 187 T | 188 T | 189 F | 190 T |
| 191 F | 192 T | 193 T | 194 F | 195 T | 196 T | 197 T | 198 T | 199 T | 200 F |
| 201 F | 202 F | 203 F | 204 F | 205 F | 206 T | 207 F | 208 F | 209 F | 210 F |
| 211 F | 212 T | 213 F | 214 F | 215 F | 216 F | 217 F | 218 F | 219 T | 220 F |
| 221 T | 222 T | 223 F | 224 F | 225 F | 226 F | 227 F | 228 T | 229 F | 230 T |
| 231 F | 232 F | 233 F | 234 F | 235 T | 236 F | 237 T | 238 F | 239 F | 240 T |
| 241 F | 242 T | 243 F | 244 F | 245 F | 246 F | 247 F | 248 F | 249 T | 250 F |
| 251 F | 252 F | 253 F | 254 F | 255 F | 256 F | 257 F | 258 T | 259 F | 260 F |
| 261 F | 262 T | 263 F | 264 T | 265 F | 266 F | 267 F | 268 F | 269 F | 270 T |
| 271 F | 272 T | 273 F | 274 F | 275 F | 276 T | 277 F | 278 F | 279 F | 280 F |
| 281 F | 282 T | 283 F | 284 T | 285 F | 286 F | 287 F | 288 F | 289 F | 290 T |
| 291 F | 292 T | 293 F | 294 F | 295 F | 296 T | 297 F | 298 F | 299 F | 300 F |
| 301 T | 302 F | 303 F | 304 F | 305 F | 306 F | 307 F | 308 F | 309 F | 310 F |
| 311 F | 312 F | 313 T | 314 F | 315 F | 316 F | 317 F | 318 T | 319 F | 320 F |
| 321 F | 322 F | 323 F | 324 F | 325 F | 326 F | 327 F | 328 F | 329 F | 330 T |
| 331 F | 332 F | 333 F | 334 F | 335 F | 336 F | 337 F | 338 F | 339 F | 340 F |
| 341 F | 342 F | 343 F | 344 F | 345 F | 346 F | 347 T | 348 T | 349 F | 350 F |
| 351 F | 352 F | 353 T | 354 F | 355 F | 356 F | 357 F | 358 F | 359 F | 360 F |
| 361 F | 362 F | 363 F | 364 F | 365 F | 366 F | 367 T | 368 F | 369 T | 370 T |
| 371 F | 372 F | 373 F | 374 T | 375 F | 376 T | 377 F | 378 T | 379 F | 380 T |
| 381 F | 382 F | 383 F | 384 F | 385 F | 386 F | 387 F | 388 F | 389 F | 390 F |
| 391 F | 392 F | 393 F | 394 F | 395 F | 396 F | 397 T | 398 F | 399 F | 400 F |
| 401 F | 402 F | 403 T | 404 F | 405 T | 406 F | 407 F | 408 F | 409 F | 410 F |
| 411 F | 412 T | 413 F | 414 F | 415 F | 416 F | 417 F | 418 F | 419 F | 420 T |
| 421 F | 422 F | 423 F | 424 F | 425 T | 426 F | 427 F | 428 T | 429 F | 430 T |
| 431 F | 432 T | 433 F | 434 F | 435 F | 436 F | 437 F | 438 F | 439 F | 440 T |
| 441 T | 442 F | 443 F | 444 T | 445 F | 446 F | 447 F | 448 F | 449 T | 450 F |
| 451 F | 452 F | 453 F | 454 F | 455 F | 456 F | 457 T | 458 F | 459 F | 460 T |
| 461 F | 462 F | 463 T | 464 T | 465 F | 466 F | 467 T | 468 F | 469 F | 470 F |
| 471 F | 472 F | 473 F | 476 T | 475 T | 476 F | 477 T | 478 T | 479 T | 480 F |
| 481 F | 482 F | 483 F | 484 F | 485 F | 486 F | 487 F | 488 T | 489 T | 490 F |
| 491 F | 492 F | 493 F | 494 F | 495 F | 496 F | 497 T | 498 F | 499 R | 500 F |
| 501 T | 502 T | 503 F | 504 F | 505 F | 506 F | 507 T | 508 T | 509 F | 510 F |
| 511 T | 512 T | 513 T | 514 F | 515 F | 516 F | 517 T | 518 F | 519 F | 520 T |
| 521 F | 522 F | 523 F | 524 T | 525 F | 526 F | 527 F | 528 F | 529 T | 530 T |
| 531 T | 532 T | 533 T | 534 T | 535 F | 536 T | 537 T | 538 F | 539 F | 540 F |
| 541 T | 542 F | 543 F | 544 F | 545 F | 546 F | 547 T | 548 T | 549 F | 550 T |
| 551 F | 552 T | 553 T | 554 F | 555 F | 556 F | 557 F | 558 T | 559 F | 560 T |
| 561 F | | | 566 F | 565 F | 570 T | | | | |

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Bibb_

Resident's Name: _McCray, Robert_ ID# _167644_

D.O.B. ▰▰▰▰▰▰▰

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____ A.  Refused medication.                    ____ E.  Refused X-Ray services.

____ B.  Refused dental care.                    ____ F.  Refused other diagnostic tests.

____ C.  Refused an outside medical appointment.  ____ G.  Refused physical examination.

____ D.  Refused laboratory services.            ✓ H.  Other (Please specify)

_refused to sign kitchen clearance_

_refused to sign refusal of treatment for_

Reason For Refusal   _+ refused PPD_

_last documented PPD 4/03 - states he recd_
_last winter and will not repeat PPD_
Potential Consequences Explained

_explained I would have to notify_
_shift commander +/or nursing admin._

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.   _notified_
_Sgt Perry_
I have read this form and certify that I understand its contents.

_Linda O Sutton CRNP_
Witness Signature

_J White_                                         _PPD given_
Witness Signature                                 _6/3/04_

_6/3/04_                                          _CRNP_
Date                    Patient Signature

_____                          _____
Date                                     Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

PHS MD-70108

# HEPATITIS B VACCINE PROGRAM

## Declination Form

I hereby decline participation in the ADOC Hepatitis
B Vaccine Program.  I was made aware of the
possible health issues pertaining to Hepatitis B.

_Robert L. McCray_    _167644_      _11-17-05_
Inmate Name       AIS#        Date

State reason for declining:
I have never participated in any risk behavior
Already daily heavily medicated direct contact
experience with P.H.S. personnel has taught me
that timely access to treatment for reactions to
drug treatment (serious reactions) met by sign up
for sick call and mark indifference . . . .

             Sincerely

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _McCRay, Robert_ ID# _167644_

D.O.B. _███████_

I, _Robert McCray_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ☒ G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ____ H. | Other (Please specify) |

_Refused total digital rectal exam_

Reason For Refusal _Had it done in Dec 05_

Potential Consequences Explained _Early detection of prostate/colon CA_

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_[signature]_
Witness Signature

_[signature]_
Witness Signature

_[signature]_
Patient Signature

_1/12/06_
Date

_938_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

Robert McCray — Staten

Officer requests maybe he be
issued a profile to use the
bathroom whenever necessary
Other inmates are complaining
that he voids in cups in
the dorm —

Pt has appt this
AM —
Dr P is to see him.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11-24-05

**To:** Staton

**From:** SHCU

**Inmate Name:** McCray, Robert     **ID#:** 167644

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

May use the bathroom whenever
necessary X 60 days

_____

_____

_____

**Date:** 11/24/05   **MD Signature:** R. Johnson RN / D. Pleasant   **Time:** 7am

60418



PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, **Robert McCray** (Print Name)                          (Doc#) 167644

acknowledge receipt of the following medical equipment or appliance:

( ) Splint

( ) Eyeglasses

( ) Dentures

( ) Prothesis        describe _____

( ) Wheelchair

( ) Cane

( ) Crutches

(X) Other        describe Anti-Embolism Stocking

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X Robert L McCray                    8/18/05
(Inmate)                             (Date)

S Duggordner                         8/18/05
(Witness)                            (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | F. |
|---|---|---|---|---|
| McCray, Robert | 167644 | | BM | |

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Staton_

Resident's Name: _Robert McCray_    ID# _167644_

D.O.B. ████████

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____  A.    Refused medication.                    ____  E.    Refused X-Ray services.

____  B.    Refused dental care.                    ____  F.    Refused other diagnostic tests.

____  C.    Refused an outside medical appointment. ____  G.    Refused physical examination.

____  D.    Refused laboratory services.            _P_   H.    Other (Please specify)

_No show for MD appt_ _____

Reason For Refusal _____

_____

_____

Potential Consequences Explained _____

_____

_____

   I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

   I have read this form and certify that I understand its contents.

_____ LPN
Witness Signature

_____ COR        _____
Witness Signature                          Patient Signature

_8 / 16 / 05_                               _____
Date                                        Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.



**SPECIAL NEEDS COMMUNICATION FORM**

**Date:** 5/2/05

**To:** Staton

**From:** HCU

**Inmate Name:** Robert McCray     **ID#:** 167644

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:**

Allow inmate to have winter coat for duration of term

**Date:** 5/2/05     **MD Signature:** [signature]     **Time:** _____

60418

## Prison Health Services
### Treatment Record

**Treatment Ordered:**

B/P Q W X 4 wccks

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/8/05 | 1/14/05 No Show | 1/21/05 No Show | 1/28/05 170/88 | 2/4/05 No Show | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

**Comments:**

| Patient Name/Number<br>mccray Robert<br>167044 | Allergies:<br>NKA | Housing Unit:<br>Staton |
|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: McCray, Robert 167644

Date of Birth: _____     Social Security No: _____

Date: 2-7-05     Time: 10⁰⁰     A.M. / P.M.

This is to certify that I, McCray, Robert , currently in
(Print Inmate's Name)

custody at the Staton , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations:
No Show for M.D appt
(Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____     _____
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

6011 S (5/86)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE<br>01/17/05 | TIME<br>7:25 ☑AM ☐PM | ORIGINATING FACILITY SCC<br>☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY<br>☑ OUTPATIENT |

ALLERGIES *Calapress*

| CONDITION ON ADMISSION |
| ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98.1 | ☐ ORAL RECTAL | RESP 20 | PULSE 68 | B/P 142/78 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z z | LACERATION / _____ SUTURES |

S) I'm having a sharp pain on the
(L) side of my neck + my neck is
filling to salary. This started
happening + I came back from
my appointment today.

(diagram of face, profile, body front/back, and two hands)

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION
O) Oral M/M intact. Denies soreness
AA tender to touch + IM guarding.
AA Denies any numbness to (R)
AA + any other part of his body.
Also denies any numbness to
(L) side of body. Ambulates c
steady gait. Redness + swelling
noted. Discoloration, good RROR. No
A) Alteration in comfort. Pain

P) M.D. Notification
Motrin 600 mg as ordered

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| Motrin 600 mg p.o. now | 7:35 pm | M. Williams |

DIAGNOSIS
(L) side Neck pain

INSTRUCTIONS TO PATIENT
Return to HCU in AM for appointment c M.D. - Voiced understanding

| DISCHARGE DATE<br>01/17/05 | TIMES<br>7:50 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐ DOC<br>☐ AMBULANCE ☐ | CONDITION ON DISCHARGE<br>☑ SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 01/18/05 | PHYSICIAN'S SIGNATURE R. Rose Tn CNP | DATE 1-18-05 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE)<br>McCraw Robert | DOC#<br>167644 | DOB | R/S<br>B/M | FAC<br>SCC |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _McCray, Robert_

Date of Birth: ~~[redacted]~~                Social Security No.: _167644_

Date: _1/14/05_                Time: _1945_        A.M.
                                                    P.M.

This is to certify that I, _McCray, Robert_, currently in
                        (Print Inmate's Name)

custody at the _Staton_, am refusing to
                (Print Facility's Name)

accept the following treatment/recommendations: _No show   for treatment/BP_
                                                (Specify in Detail)

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_S Johnson, LPN_
(Signature of Inmate)**                            (Signature of Medical Person)

_S Milton, RN_                                     _Marvin L. Williams, COI_
(Witness)                                          (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/7/05

**To:** Staton

**From:** Heu

**Inmate Name:** Robert McCray     **ID#:** 167644

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom Bunk Profile for duration of term

No prolonged standing > 10 minutes for duration of stay/ term

Front of line for duration of term

**Date:** _____ **MD Signature:** DMKCunt _____ **Time:** _____

60418

## EATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: Robert McCray     AIS# 167644     DATE: 6-22-04

TIME: 7800pm     DOB: ▓▓▓▓▓▓▓     OFFICER: Lorenzo Davis

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ |  |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? |  | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? |  | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? |  | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? |  | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? |  | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) |  | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? |  | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? |  | ✓ |
| 10. Does the inmate have any obvious physical handicaps? |  | ✓ |
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? |  | ✓ |
| 12. Do you want to talk to a mental health counselor? | ✓ |  |
| a. Did inmate respond? | ✓ |  |
| 3. Do you have epilepsy? |  | ✓ |
| Do you have any medical problems we should know about? |  | ✓ |

THE OFFICER: (circle action)
e inmate was: **A:** Released for normal processing. **B:** Referred to appropriate health care unit.
Immediately sent to health care unit

_____     _____
SIGNATURE/AIS #     OFFICER'S SIGNATURE

Region

# NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| B.66- A456 | McCray, Robert | 4/1/04 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| 205-225-0338 | 167644 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| 205-225-0338 | | |

**Diagnosis**

adenoCA of prostate

☑ Male   ☐ Female

**Medication Allergies**

Catapres

**Requested Non-Formulary and Strength:**

Flomax 0.4mg

**Directions:**

i qHS

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☐ 90 days  ☐ Other   180 days

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

71 yo bm z adenoCA prostate Feb 03 and took
Flomax per urology recommendation
(has tried Hytrin & other med z limited
results)

**Compliance:**  ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**   ☑ Physician   ☐ NP/PA   ☐ Dentist

Name: James Whitley          Signature: _____

Daytime Phone: _____        Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested. | ☐ Alternative clinical rational |
|---|---|---|---|

**Corporate/Regional Medical Director/Designee**

Name: _____          Signature: _____

Date: _____

faxed
4/02/04
10pm
RN

29





**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Mc Cray, Robert_

Date of Birth: ▓▓▓▓▓▓

Social Security No.:

Date: _08/13/04_          Time: _Any_          (A.M.) / P.M.

This is to certify that I, _Robert Mc Cray_ _____, currently in
(Print Inmate's Name)

custody at the _Robert Mc Cray Staton_ _____, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call HD / Chronic Care_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_____          _D. Austin LPN_
(Signature of Inmate)**                (Signature of Medical Person)

_____          _____
(Witness)                              (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60116 (5/86)



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

Date: _8/10/04_

To: _STATON_

From: _SHCU_

Inmate Name: _McCray, Robert_    ID#: _167604_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _No prolonged standing greater than 20 min_
   _8/11/04 ← 11/11/04_

**Comments:**

_____

_____

_____

_____

Date: _8/10/04_  MD Signature: _L. Cassiter CRNP / _____  Time: _9:30/pm_

60418

Staton Correctional Facility:

Sick call is performed at 7:00 pm in the health care unit Monday through Friday. All completed sick call requests and grievances must be placed in the locked sick call request box located beside the pill call window. All sick call requests must be completed and turned in by 2:30 pm daily.

Pill call is performed three times a day from the pill call room located in the common area at the times stated below. Pill call is subject to change by health care unit and security.

1.  Morning pill call: 3:30 am
2.  Noon pill call: 11:00 am
3.  Evening pill call: 3:30 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _Robert L. McGrew_    Date: _6/25/04_

Nurse Signature: _C. Hell, LPN_    Date: _6/25/04_

4/13/04

### Access to Care
### Prison Health Services
### Alabama Department of Corrections

Incarcerated individuals are afforded timely access to care to meet their serious medical, dental and mental health needs in each health care unit.

In emergency situations you are to advise the nearest correctional officer for immediate health services activation.

Inmates in population areas may fill out a routine sick call request form and place the completed form in the sick call collection locked box conveniently located in your facility for daily medical collection and routing to the correct health division.

Population, weekend and holiday sick call written request are reviewed by nurse triage staff each day – weekends and holidays. Those identified as unable to medically wait for the next routine and scheduled nurse triage will be located for necessary assessment. Those found able to wait for the next regularly scheduled nurse triage encounter will be forwarded for review during normal operating hours.

Inmates in lock down or single cells (segregation) may give their sick call request daily to nursing service. You will be contacted within a 24 hour timeframe barring extenuating circumstances.

Incarcerated individuals are not punished for seeking care for their serious health needs.

You will not be denied access to care or care services by medical staff based on any inability to meet co-pay assessments. There is no charge for physicals as scheduled by medical staff, chronic care, medical initiated care, follow-up care (to include test results) or public health care needs.

Inmate health care encounters in each institution are set in accordance with institutional requirements as approved by the Warden.

Medical grievance forms concerning health services may be obtained in the same manner as sick call request forms and returned to health services in the same manner. In segregation you may also ask a correctional officer for a medical grievance form and return the completed form to the officer for forwarding to the unit Health Services Administrator for review. If you are unable to resolve the initial grievance submitted you will be issued a formal grievance for completion by the Health Services Administrator. This form is to be returned to the Health Services Administrator at your site. Grievances are reviewed within three days of receipt.

If you are eligible for our Keep on Person medication program you will be advised and offered the opportunity to participate.

Some over the counter medications are available to you in the canteen. Over the counter medications are not issued from health services as Keep on Person medication.

Medical staff is unable to release your health information to family members.

If you initiate a medical care encounter and are scheduled an appointment for medical or dental services, you are expected to keep your appointment or sign a release of liability form prior to the scheduled encounter. Medication is to be taken as ordered. If you miss your medication you are subject to a counsel by medical staff. Your medical care is important. This is a joint effort between the patient, department of corrections and Prison Health Services.

Your assigned institution will provide you a copy of pill call times, sick call times and other unit specific information you should be aware of.

4/13/04

# IDENTIFICATION OF SPECIAL NEEDS

SCC

NAME (PLEASE PRINT) McCray          Robert

LAST                    FIRST                    MI

DATE OF BIRTH ████████████          SS# ████████████

**Housing Recommendations:**

General Population _X_

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____          no prolonged standing Profile

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____          stated that he has Prostate Cancer

Other _____

Specify _____

Nurse ___C. Hill, RN___          Date ___6/25/04___



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Robert L Mc Cray_                    _167644_
   (Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   ) Splint

(X) Eyeglasses

(   ) Dentures

(   ) Prothesis     describe _____

(   ) Wheelchair

(   ) Cane

(   ) Crutches

(   ) Other       describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Robert F McCray_                    _May 1, 04_
(Inmate)                                           (Date)

_S. Williams_                          _5/1/04_
(Witness)                                          (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

# INSTITUTIO  L EYE CARE

P.O. Box 390
Lewisburg, PA 17837

(570) 523-3493
FAX (570) 524-2817

4/19

| PATIENT | | | MC CRAY, ROBERT | | | DATE | 4/19/2004 | |
|---|---|---|---|---|---|---|---|---|
| NUMBER | | | 167644 | | BIBB | INSTITUTION | BIBB|BRENT | |
| | SPHERE | CYLINDER | AXIS | HEIGHT | DIST PD | PRISM | NEAR PD | BASE |
| OD | 1.00 | -1.50 | 18 | | 72 | 0 | 69 | |
| OS | 1.00 | -1.50 | 160 | | | 0 | | |
| OD | ADD | 2.50 | | 18 | | 0 | 0 | |
| OS | 0.00 | | | 0 | | 0 | 0 | |
| LENS COLOR/COATINGS | | | | | | Clear | | |

| FRAME | | STYLE | | FRAME COLOR | GREY |
|---|---|---|---|---|---|
| EYE SIZ | NICK | DROP BALL | | | |
| 52 | | | | | |

FINAL INSPECTION

| LENSES: | $9.86 |
|---|---|
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PKG: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | $0.00 |
| OTHER: | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

VISION SAFETY NOTICE:
• Your lenses meet or exceed American National Standard Z80.1 and FDA
requirement 21CFR Sec 801.410 for impact resistance but are not
unbreakable or shatterproof. Of all the materials that lenses can be made
from polycarbonate is the most impact resistant.

• The continued impact resistance of your lenses depends on how well
you protect them from physical shocks and abuse. For your own
protection, scratched or pitted lenses should be replaced immediately.

• If your occupational or recreational activities expose you to the risk of

① ● Toe nail clipping x 1 day    Watson

**Treatment Continued:**

② B P ✓ x 3 days (notify if up

① 

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5/7/04 done | | | | | | |
| **Initials** | **Initials** | **Initials** | **Initials** | **Initials** | **Initials** | **Initials** |

② 

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 5/7 141 82 | 5/8 no show | 5/9 no show | | | | |
| **Initials** | **Initials** | **Initials** | **Initials** | **Initials** | **Initials** | **Initials** |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| McCray, Robert | NKA | 167644 |

**Treatment Continued:**

*Clip toenails*

| Date 5/6/04 toes nails clipped | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Mclray, Robert | | 167644 |

BP x 3 days then monthly x 6 months

**Treatment Continued:**

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 04/08/04 | 04/04/04 | 04/05/04 | 5/05/04 | 6/05/04 | 7/05/04 | 8/05/04 |
| 110/70 | 110/68 | No Show | no show | No Show | | |
| CC | JH | BC | SK | A.K | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 9/05/04 | 10/05/04 | | | | | |
| | | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|------------|---------------|
| McCray Robert | NKA | |





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE | TIME ☐AM ☑PM | ORIGINATING FACILITY Bibb Inmate | ☐ SICK CALL ☑ EMERGENCY |
|---|---|---|---|
| 4/3/04 | 10:50 | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

ALLERGIES Catapress

CONDITION ON ADMISSION
☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 97.5 ☑ORAL ☐RECTAL | RESP. 20 | PULSE 57 | B/P 98,62 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

" I felt like I was gonna fall
out, I was dizzy and sweating
a lot."

PHYSICAL EXAMINATION

Ⓞ fair condition, brought over
on a ~~stretcher~~ stricker no
acute distress noted calm
and pleasant demeanor skin
cool to touch slight wet resp
ear and unlabored no c/o
pain states he felt "tightness
in my jaws." Was started
on two new meds today
Cardizem 120mg and Isordil 10mg
Ⓐ Alteration in health ment.
Ⓟ Notify MD and received orders.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| D/C Cardizem 120mg | | |
| ~̄ day x 180 | | |
| po. Dr. Whitley / Williams, Cⁿ | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 4/3/04 | TIME ☐AM ☑PM 11:15 | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☑ POP | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Williams | DATE 4/3/04 | PHYSICIAN'S SIGNATURE J. Baker | DATE 4/5/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) McCray Robert | | DOC# | DOB █████ | R/S B/M | FAC. Bibb |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _4/3/04_                                        Time: _11:15_  (A.M.) / P.M.

I have been advised by Medical Staff _S. willeu LPN_

that it is necessary for me to undergo the following treatment:

_Observation in HCu_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences involved and release the above named Medical Personnel, the _Bibb Co med centr_ ,
(Name of Facility)

and its agents and employees from any liability.

Inmate: _Robert J McCray_                        Date: _4/03/04_

Witness: _S. willeu Rn_                            Date: _4/3/04_

Witness: _E Owens LPN_                             Date: _4-3-04_

DOC # 010-127-004

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MC Cray, Robert | 167444 | ▓▓▓ | B/m | Bibb |

PHS-MD-70032                                               DOC # 010-127-004

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY: Bibb | ☐ SICK CALL  ☑ EMERGENCY |
|---|---|---|---|
| 3/26/04 | 8:55 AM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

| ALLERGIES Catapres | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 97⁸ ORAL/RECTAL  RESP. 20  O₂ Sat 97%  PULSE 69  B/P 138/72  RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S) "I feel dizzy and I felt nauseated on yesterday."

O) A&O x 3. Breathing even and unlabored. Skin warm & dry to touch. No diaphoresis noted. Heart R.R.R. Lungs clear. Abdomen soft & nondistended. B.S. hypoactive in √ R quad. ✓ N & V/D noted @ present. States he had a partial BM this BM. C/O stomach

**PHYSICAL EXAMINATION**

Cramping.

A) alt. in comfort

P) Refer to M.D.

E) Return to HCU PRN

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 3/26/04 | TIME 9 AM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☑ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE M. Muir, LPN | DATE 3-26-04 | PHYSICIAN'S SIGNATURE JRulus | DATE 3/29/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 11a7644 | ▓▓▓▓ | B/M | Bibb |

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Bibb_

Resident's Name: _McCray, Robert_    ID# _167644_

D.O.B. _▮▮▮▮▮▮▮_

I, _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| ____ | A. | Refused medication. | ____ | E. | Refused X-Ray services. |
| ____ | B. | Refused dental care. | ____ | F. | Refused other diagnostic tests. |
| ____ | C. | Refused an outside medical appointment. | ____ | G. | Refused physical examination. |
| ____ | D. | Refused laboratory services. | ✓ | H. | Other (Please specify) |

_Did not show for MD Appointment_

_____

Reason For Refusal _____

_____

_____

Potential Consequences Explained _____

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Melton_
Witness Signature

_M. Muse, LPN_
Witness Signature

Patient Signature

_____    _11:30 AM_
Date                                Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

NaphCare

# Treatment Request and Record

| Date | Request | Requested By | Patient Status | Rx. Ordered |
|------|---------|--------------|----------------|-------------|
| | | | ○ IP   ○ OP | |

| Clinical Diagnosis | Date of Onset |
|--------------------|---------------|

B/P check q̄ month

CCC

| | Date of Surgery |
|--|----------------|

## Area of Treatment (Circle)

## Progress Notes

11/26/03  162  Ⓡ 130/82  Ⓛ 130/84

## Record of Treatment

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|-------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|-------|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| (Last, First, Middle) | Age | ID No. |
|-----------------------|-----|--------|
| McRay Robert | | 167644 |

## Treatment Request and Record

| st 10-23-03 | Requested By R Jett, CRNP | Patient Status ○ IP  ○ OP | Rx. Ordered |
|---|---|---|---|

gnosis

*Foot Soaks + use toenail clippers X I*

Date of Onset

Date of Surgery

| Area of Treatment (Circle) | Progress Notes |
|---|---|

10-24-03 - Foot Soak done - Spine

### Record of Treatment

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(irst, Middle)    McCray, Robert    Age    ID No 167644

equest and Record

NC06*

# DEPARTMENT OF CORRECTIONS

## EMERGENCY/ _Bebb_ _____ TREATMENT RECORD
### (OTHER)

| DATE 7-2-03 | TIME 6²⁰ AM (PM) | FACILITY _Bebb_  ☐ SIR ☐ PDL ☐ ESCAPEE _inmate_ | ☐ EMERGENCY  ☑ OTHER F-15 |
|---|---|---|---|

ALLERGIES _NKDA_

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP. 98.9 (ORAL)/RECTAL   RESP. 18   PULSE 70   B/P 118/76   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S" I got a brusted lip and
(R) side back hurt"

O: Alert & oriented X3. Skin
w/d to touch Resp even it
nunlabored ↓ lip on (R) side
has a discoloration Abrasion red
in color. Voiced c/o pain

PHYSICAL EXAMINATION
in ↓ back on (R) side. No bruis
or skin Abrasion visible. on
pain scale 1-10 pain is #8
pain upon urination No S/S of
blood in urine.

A: Alteration in skin integrity /
comfort

p: refer Jacket to M.D. J
motrin 600mg PO. Tid X 10days

ORDERS, MEDICATION, etc.
Avoid heavy lifting & strenuous excercise
Will obtain U/A.



Abrasion to lip

back pain

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE 7/2/03 | TIME 6²⁰ AM PM | RELEASE/TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J Prince LPN | DATE 7/2/03 | PHYSICIAN'S SIGNATURE | DATE 7/9/03 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE 20 | DATE OF BIRTH 7/16/82 | R/S B/M | AIS # 226602 |
|---|---|---|---|---|



## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: Bibb

NAME: Robert McCray

NUMBER: 167644    R/S: BM

Lay-in for _____ days from _____ (date) to _____ (date) due to _____

Instructions: DOC denied coat profile per Assistant Warden Estes (V. Knott #16/3/05)
May have state coat X 180 days ⊕ 6/18/03 → 13/18/03

*Failure to follow the directions above may result in a disciplinary.*

Date Issued: 6/10/03

Signature: _____

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: Bibb

NAME: McCray Robert

NUMBER: 167644 3/R/S

Lay-in for _____ days from _____ (date) due to _____ (date)

Instructions: Creat Profile/May have coat 180 days

Start 6/12/03 Stop 12/12/03

Failure to follow the directions above may result in a disciplinary.

Date Issued: 6/16/03

Signature: E. Smith

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

INSTITUTION: Bibb

NAME: McCray Robert

NUMBER: 167644 B/R/S

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: May have shoe replacement - old ones worn out. Start 4/25/03

Failure to follow the directions above may result in a disciplinary.

Date Issued: 4-25-03

Signature: Skinner LPN

*NaphCare*

## Release of Responsibility

Robert McCray
_Name of Inmate_

3-4-03 / 10:15 A
_Date & Time_

WDOC 167644 / 2-25-24
_Inmate ID Number / Date of Birth_

_____
_Date & Time_

I hereby refuse to accept the following treatment/recommendations:

For Prostate Ca treatment
Chemo / Radiation / Lupron any
Requesting Radioactive Seeding option.
Not approved per Corporate medical
director. RM

I acknowledge that I have been fully informed of and understand the above treatment(s) or recommendation(s) and the risk(s) involved in refusing. I hereby release and agree to hold harmless NaphCare, Inc., its employees and agents from all responsibility and ill effect which may result from this action.

Robert L. McCray
_Inmate Signature_

3/4/03
_Date & Time_

S. Benton RN / d. Laurence RN NSA
_Witness_

The aforementioned inmate has refused the listed medical treatment(s) and/or recommendation(s) and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date & Time

# DEPARTMENT OF CORRECTION

## EMERGENCY/_Walk down_ TREATMENT RECORD
(OTHER)

| DATE 3/3/03 | TIME 16 45 AM/PM | FACILITY _Kilby_ □ SIR □ PDL □ ESCAPEE | ☐ EMERGENCY ☑ OTHER |
|---|---|---|---|

ALLERGIES _Clonidine_

CONDITION ON ADMISSION: □ GOOD ☑ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA

VITAL SIGNS: TEMP 99.4 (ORAL) RECTAL   RESP 20   PULSE 76   B/P 120/76

RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S — "I'm having cold symptoms + chills that start last night."

(Denies to sign up for Sick Call)

**PHYSICAL EXAMINATION**

O — awake & alert & orient x 3, Color good, Skin W/D to touch. Chest CTA Bilateral, Abd soft + active Bowel Sounds present. A/ Pt in current R/t Chills + Cold P — Cold Tx

**ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION/SUTURES**

**ORDERS, MEDICATION, etc.**

① Cold Tx X 1 dose.
P.O. Dr Robbins/C.Brown

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** _Inmate Denies to sign up for S/C_

| RELEASE/TRANSFER DATE 3 3 03 | TIME 1645 AM/PM | RELEASE/TRANSFERRED TO ☑ DOC □ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE C.Brown LPN | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS #

# DEPARTMENT OF CORRECTIONS
## EMERGENCY/ _Well-Dnn_ TREATMENT RECORD
(OTHER)

DATE _2/9/03_  TIME _2350_ AM/PM    FACILITY _K CF_    □ SIR  □ PDL  □ ESCAPEE  □ _____

☐ EMERGENCY
☐ OTHER

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

ALLERGIES _C_

VITAL SIGNS: TEMP _101.1_  ORAL/RECTAL  RESP _20_  PULSE _82_  B/P _160/80_  RECHECK IF SYSTOLIC _____ <100 > 50

| NATURE OF INJURY OR ILLNESS | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

S- My throat seem to be a little sore. And I have chill in my chest.

PHYSICAL EXAMINATION

O- Skin warm to the touch resp c̄ use. No s/s ___ ___ ___ Lt hand ___ @ present ___ .

A- Alt in comfort c/t ↑ temp

ORDERS, MEDICATION, etc.

P- Tylenol ππ tabs given X1 dose

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RELEASE/TRANSFER DATE _02/08/03_  TIME _0800_ AM/PM    RELEASE/TRANSFERRED TO ☑ DOC  ☐ AMBULANCE  ☐ ___

CONDITION ON DISCHARGE
☑ SATISFACTORY  ☐ POOR
☐ FAIR  ☐ CRITICAL

NURSE'S SIGNATURE _____  DATE _2/9/03_    PHYSICIAN'S SIGNATURE _2/10/03_  DATE ___  CONSULTATION

PATIENT'S NAME (LAST, FIRST, MIDDLE)    AGE _16_  DATE OF BIRTH ___  R/S _B/M_  AIS #

# DEPARTMENT OF CORRECTIONS

B.62

## TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | | Patient Status | Rx. Ordered |
|---|---|---|---|---|
| 2/10/03 | OPC | | ☐ IP   ☒ OP | |

| Clinical Diagnosis | | Date of Onset |
|---|---|---|
| EkG Please | | Date of Surgery |

| AREA OF TREATMENT (CIRCLE) | PROGRESS NOTES: |
|---|---|
|  | EKG Done 2/10/03 |

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID No. |
|---|---|---|---|---|---|
| | | | | BM | |

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Kilby
_____
INSTITUTION

McCray Robert
_____
NAME

107044 B
_____
NUMBER    R/S

Lay-in for _____ days from _____ (date) due to _____ (date)

Instructions: Work Stop x2days
_____
_____
_____

*Failure to follow the directions above may result in a disciplinary.*

2/10/03
_____
Date Issued

V.O.A Lowery CRN
_____
Signature
M Stoney RN

E-53

---

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_____
INSTITUTION

Robert McCray
_____
NAME

107044 B/m
_____
NUMBER    R/S

Lay-in for _____ days from _____ (date) due to _____ (date) to _____

Instructions: May go to population on Medical free!
_____
_____
_____

*Failure to follow the directions above may result in a disciplinary.*

1-9-03
_____
Date Issued

D.E. Robbins
_____
Signature
M Baughm RN

# Infirmary Admission Record

| Inmate Name | McCrey Robert | ID # 167644 | Race Black | DOB ~~████~~ |
|---|---|---|---|---|

**Admission to be Completed by Person Receiving Patient in Infirmary**

Date 1-8-03   Time 1715   From Bibb Co Prison

Method ● Ambulatory ○ Wheelchair ○ Stretcher   Admitting M.D. _____

Admitting M.D. notified ○ AM ○ PM

Admitting Diagnosis _____

Admitting Orders ○ Yes ● No   Medical Record ○ Yes ● No   Transfer Medical Information ● Yes ○ No

**VITAL SIGNS** | Time 1715 | Wt 162 lb | BP 160/100 | Pulse 72 | Resp 20 | Temp 98.4

PPD Date _____ Results _____

Known Allergies ● Yes ○ No   If Yes, list and describe reaction

Food _____

Drug Cutnex

**Medications Patient is currently Take (Include over-the-counter medications)**

| Name | Dose / Time / Last Dose | Name | Dose / Time / Last Dose |
|---|---|---|---|
| ASA | 1 qd | HCTZ 25mg qd | |
| Tenormin 50mg | 1 qd | Lopid 600g bid | |
| Prazosin 2mg | 1 qd | Hytrin 2mg HS | Subie Flomax |

**Emotional Status** ○ Relaxed ● Cooperative ○ Withdrawn ○ Openly anxious ○ Uncooperative ○ Growing agitated

**Impairments**

Hearing ● Adequate   Decreased ○ Rt ○ Lt   Deaf ○ Rt ○ Lt   Hearing Aid ○ Rt ○ Lt

Vision ○ Adequate   Decreased ○ Rt ○ Lt   ● Glasses ○ Contacts ○ Cataracts ○ Artificial Eye ○ Glaucoma

Communication   Language ● English Other _____   Interpreter _____

Social History Divorce & children

Drug or Alcohol Use _____

Education Level Master in Psychology

Smoking No

**Skin Assessment**

Presence of skin lesions ○ Yes ● No   If Yes, describe on Skin Assessment Form (NC???)

Skin Color Pink   Skin Temperature ● Warm ● Dry ○ Cool ○ Moist

Edema Yes Describe 1 leg but things to bed & next day

Fingernails Color Pink   Condition Good

Toenails Color Pink   Condition Good

**Nutrition Assessment**

Last intake Food 1-8-03 (Date/Time)   Fluid 1/8/03 (Date/Time)

Recent weight changes (reason) _____ ○ Increase ○ Decrease

○ Difficulty in swallowing

○ Special Diet Regular

Feeding Tube ○ Yes ● No Type _____

**Elimination Assessment**

Last Bowel Movement 1/8/03   Constipation ● Yes ○ No   Diarrhea ○ Yes ● No

Urine Frequency Reg   Urgency ○ Yes ○ No   Discharge ○ Yes ○ No   Burning ○ Yes ○ N

**Potentional for Injury**

Steady on feet ● Yes ○ No   Unsteady on feet ○ Yes ● No   Aids to mobility ○ NA ○ Cane ○ Walker ○ Crutch

○ Wheelchair ○ Prosthesis

Recent falls ○ Yes ● No

Signature Charles Brown   Date 1-8-03

Infirmary Admission Record

# Medical Progress Notes - Infirmary Admission

Inmate's Name _McCray Robert_        Inmate No. _167644_

Date _1/8/03_        Time _1700_

| SOA | PLANS |
|---|---|
| **Brief History** | **Vitals:** P        B/P        R        T |
| | Diet |
| | Activity |
| | Medication Orders |
| | |
| | |
| | |
| **O. Physical Examination** | |
| _awake + alert + orient x 3, color good skin WD to touch_ | |
| | **I.V. Orders** |
| | _None_ |
| | **Other Orders** |
| **A. Admitting Diagnosis** | |
| Admitted by _Charles Brunly_ | |
| _____ Signature | |

Naphcare

# Graphic Record

Name MCCRAY ROBERT
ID# 767644
D.O.B.
Facility Kcc

| Date | | | | 1 | 8 | 03 | | 1 | 9 | 03 | | | | | | | | | | | | | | | | | | | | | |
|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hour | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Temperature graph (106 down to 96)

| | 4 am | | | | | | |
|--|------|--|--|--|--|--|--|
| Pulse / espirations | | 80/18 | | 80/20 | 82/20 | | |

| Hours | | | | | | |
|-------|--|--|--|--|--|--|
| 4 am | | | | | | |
| 8 am | 130/90 | | 120/80 | | | |
| 12 am | | | | | | |
| 4 am | | | | | | |
| 8 am | | 132/70 | | | | |
| 12 am | | | | | | |

Height / Urine / WFP / Activity rows (blank)

| 7-3 | |
| 3-11 | |
| 7-11 | |

nic Record



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray Robert | D.O.B.: |
|-----------|------------------------------|---------|

8/25/05

discussed treatment option for prostate CA (PSA 8.5, Gleason score-6.)

Options: Observation vs. External Beam vs. prostate Implant.

Discussion: He like to have prostate Implant. However, His prostate in large by digital Ex.
Therefore, he need Hormone shot before implant which cause side effects including erectile problem.
At this point, he like to wait ( watch option and then make a final decision.

Recommend: PSA check, every 3 months as watchful waiting option.

Robert Kim MD
Donald Urban MD

J. Pean fr MD
8/25/05
2

| Date/Time | Inmate's Name: | | | D.O.B.: / |
|---|---|---|---|---|

9/22/05 — 20#HCP re: flu prostate   Wt 154   T-97⁵   P-66
9⁵⁰   R-18  O2 sat 98%   (178/90)

S) Pt has not heard from parole board
He will not make a decision regarding
prostate treatment until he hears from
his parole board

A/ Prostate CA

P/ RTC in 4wk. — Awaiting pt to hear
from parole board and permission
to proceed w treatment of
his prostate CA.

11/28/05  TU HCP re: CA
wt 168, 60, 97%, 96², 120/70, 18

S) Pt S complaints today. Pt has hearing
on 11/21/05

P) Pt does not want any further intervention
until he hears from his hearing regarding
being released.
— concerns regarding waiting — this
may cause a change in the
options for treatment.



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert | D.O.B.: / / |
|---|---|---|

11/16/05 — To see M.D. for recheck. further Treatment.
Glen

S) Pt can't make a decision on what he wants to do. He has a parole meeting today.

O. No acute

R. Pt allowed to leave for Parole meeting he is to return to me in 1 wk

11/23/05
10⁰⁰ — 20#/CP re: see Dr. Peasant for f/u  Wt 158½  T-98°
P-69 R-18  B/P 128/64

S No complaint today

12/09/05 — To HCP re: wt bld