

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEFENDANT'S
EXHIBIT
A Part 2

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert     167644 | D.O.B.: |

7/28/05

⑤ Mr. McCray is a 72 yo BO⁻ ē prostate CA
Dx. approx 2 year ago. He wants radiation see
implants for treatment. He has been offered hyper,
external radiation as well. He states he has been
~~approved to~~ approved for the seed radiation — but
appears ~~that~~ him that we don't want to have
the Radiation ~~transplants~~.

All pt's information was sent to Dr. Urban at UAB
to consider implant therapy. After review of
all studies Dr. Urban wanted a current prostate
biopsy. Arrangements were made for prostate Bx
locally, but pt refused this biopsy (he states to me
today that he didn't refuse).

I called Dr. Urban and he agreed to see pt and
both ē patient ā the biopsy to talk + discuss
ē him options to proceed with implants or
take an alternative treatment plan. This
appt. date is 8/25/05.

I told Mr. McCray that appt is being made
but no dates given. I told him we would
see him q Wk until his appt ē Dr. Urban
to keep him from feeling he is being left in the
dark about his care. Hopefully, this will surpass
his feeling that we are not interested in him or
his health.

**Complete Both Sides Before Using Another Sheet**

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 8/4/05 12^00 p | DoHCP re: f/u c MD wt 161 T-98' P-48 R-20 O2 sat 98% 100/58 ——— D. Haynes LPN |
| | (S) F/U awaiting FWA for his prostate. He c/o Bilat Shoulder pain & weakness. Also c/o leg edema bilaterally |
| | (O) alert NAD - US as above repeat Pulse 52 lungs clr |
| | HA 5 mg |
| | A/P - HCVD - Prostate CA |
| | RTC to look to see for FWA c Dr. Urban [signature] |
| 8/11/05 | DoHCP re: f/u. Appt re-sched per HCP's — D. Haynes LPN |
| 8/16/05 | DoHCP re: f/u No Show ——— [signature] |
| 8/18/05 | DoHCP re: f/u |
| | (S) Feeling good, but still weak no [illegible] problems |
| | (O) 158 ~~[illegible]~~ 1/8 # |
| | (A) Prostate CA |
| | (P) awaiting FWA for UAB specialist visit [signature] |
| 8/25/05 | FWA c Dr Urban today Regarding CA of prostate |
| | (S) Pt given option of watching observation vs External beam vs implant. He would like implants. Dr. Urban states the gland is large and would require Lupron before implant treatment |
| | (P) Pt chooses to wait & watch - until after his parole hearing. We will need PSA q3 month while waiting [signature] |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCrary, Robert 167644 | D.O.B. |
|-----------|---------------------------------------|--------|

**4/19/05**
**2:45 P** 20 #/CP re. return from FWA    T-97.5  P-58  R-20
O2 sat 97%   B/p 168/98 ————— Jn Langston RN

**5/17/05**
**/55**

**6/20/05** S. Pt seen as intake 6/18/25. States was supposed
to be north isl. @ UAB for urological surgery (Each inpatient
O 72% B/M V.S. T. 98⁸  P. 76  R. 20  B/ 118/70
WT. 158 © AFEBRILE o.k. chest lungs clear heart tones o.k.
abdomen o.k. back 3 inch mass just ⊕ of midline LS spine
ⓐ History of untreated prostate cancer - Presently to get seen
ⓟ Return Thursday for Plan of Care through at UAB.
Ⓡ N/A                                        Robt J. Rowe MD

**7/19/05**
**11:50** Returned from FWA awaiting to be evaluated by HCP wt 158.6
T-97.5  P. 90  R-20  O2 sat 97%  108/70 ————— JM
error wrong pt.                              D. Angst

**7/19/05** 20 #CP re: f/u UM / sick call
S-I just feel really weak. It does not interfere
c̄ me doing stuff, it's just in my shoulders
O-Good ROM, Labs reviewed. Cont c̄ nocturia 7x/night
and sense of not emptying bladder
A/P- Will √ CBC c̄ CBC, ↑ Flomax. f/u 1 month. Discuss
c̄ Dr. Pleasant UAB Appt ————— L Martin

111 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Robert L McCray _____ Date of Request: 7-7-05

ID # 16764 _____ Date of Birth: �per_ Location: E-7-2

Nature of problem or request: Sever fatigue constant periodic brief sensations of dizziness. urinary evacuation difficulty nocturnal frequentcy X7 periodic spot bleeding ancle swelling

Signature: Robert L McCray

### DO NOT WRITE BELOW THIS LINE

Date: 7 / 8 /
Time: 1100 (AM) PM
Allergies: not a pres

> RECEIVED
> Date: 7/8/05
> Time: 915 pm
> Receiving Nurse Intials: _____

**(S)ubjective:** I have fatigue in my shoulder & torso. I have dizzy spell periodic, I do have difficulty w/ urinary stream, I do not complete empty blead clear yellow urine.

**(O)bjective  (V/S): T:** 98⁸  **P:** 64  **R:** 20  **BP:** 120/60  **WT:** NJ

C/O fatigue - Ambulate well but soft. also c/o dizziness. Bil Hand grip noted, PERRLA. A+O+ 3 Difficulty voiding. Able palpable - Some bladder distention.

**(A)ssessment:** Noted. No tenderness to touch. C/O anal bleeding - No blood on underware. Bil ankle edema + ⊕ 2 Alteration in Health Maintenance

**(P)lan:** MD / HCP to evaluate
Check pill call for any medican
Watch Newsletter for MD visit

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment  Return to Clinic PRN 7/9
CIRCLE ONE

Check One:  ROUTINE (√)  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert          167644 | D.O.B.: |
|-----------|-----------------------------------------------|---------|
| 6/27/05  10:40 AM | R'cvd @ sec/SHCU  Vol II of II  Ø meds ⟶ Pruitt MRC | |
| 6:00s | Wt 158  VS  BP 150/80  T 98¹  78 - R-18 attry | |
| | Both feet + ankles edematous between +1 + +2 D.Waler RN | |

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
# TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record
Institution: PCE
Date: 6/18/05  Time: 1005  AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

RECEIVING MEDICAL STATUS
☐ Population
☐ Infirmary
☐ Isolation

RELEASED: Inmate/Health Record
Institution: Staton
Date: 6/17/05  Time: 0200  AM/PM
RELEASE FROM:
☐ Infirmary  ☐ Segregation
☑ Population  ☐ Mental Health
☐ Other

RELEASE TO:
☐ DOC  ☐ Infirmary  ☐ Mental Health
☑ Fountain CORR
Institution/Work Release Center/Free-World Hospital

ALLERGIES: Catapres

PHYSICAL EXAMINATION
Date of last exam:
Chest X-Ray Date: 2/10/03  Result: Neg
PPD Reading
Classification:
Limitations:

LAB RESULTS - - LAST REPORT
| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | ☐ | ☐ |
| Urinalysis | | ☐ | ☐ |

| | YES | NO | |
|---|---|---|---|
| Wears Glasses/Contacts | ☐ | ☐ | |
| Dental Prosthesis | ☐ | ☐ | |
| Hearing Aide | ☐ | ☐ | |
| Other Prosthesis | ☐ | ☐ | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
CAD/HTN —— Prostate CA

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
Flomax 0.4mg ÷ PO qd  Mevacor 20mg PO qd
Diltiazem CD 240mg ÷ PO qd
ASA EC 325mg ÷ PO qd  Ducosate 100mg PO BID
Fiber Lax 625mg ÷ PO qd
Atenolol 150mg PO qd  Minipress 2mg ÷ PO BID
Vasotec 10mg PO qd

SCHEDULE FOR CHRONIC CARE CLINIC
DATE: _____  LAST CLINIC: HTN

MEDICATIONS: ☑ Sent w/ inmate  ☐ Not sent w/ inmate
X-RAY FILM: ☑ Sent w/ inmate  ☑ Not sent w/ inmate
HEALTH RECORD: ☑ Sent w/ inmate  ☑ Not sent w/ inmate
Released to: Fountain CORR
Date: 6/17/05  Time: 0200  AM/PM

MEDICATIONS: ☐ Received  ☐ Not Received
X-RAY FILM: ☐ Received  ☐ Not Received
HEALTH RECORD: ☐ Received  ☐ Not Received
CHART REVIEWED: ☑ YES  ☐ NO
Received by: _____
Date: 6/18/  Time: 0900  AM/PM

FOLLOW-UP CARE NEEDED  Date  Time  With Whom - - Location (Sending Nurse)  Date/Appt. Made w/Whom (Rec. Nurse)
☒ Medical  ☐ Dental  PRN  Dr Baires 6/20/05
☐ Mental Health

| HISTORY | | Yes | No |
|---|---|---|---|
| | Drug Use | | ✓ |
| | Mental Illness | | ✓ |
| | Suicide Attempt | | ✓ |
| | Chronic Care | ✓ | |

| STATUS | | | |
|---|---|---|---|
| | Special Diet | | |
| | Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

| SKIN | | Yes | No |
|---|---|---|---|
| | Open Sores | | |
| | Lice | | |
| | Edema | | |
| | Warm & Dry | | |
| | Cool & Moist | | |

| CONDITION | | | |
|---|---|---|---|
| | Alert | | |
| | Oriented | | |
| | Uncooperative | | |
| | Depressed | | |

INTAKE
Sick Call Procedures Explained: yes
Height: 67"
Weight: 165
Blood Pressure: 128/58
Temperature: 98.6
Pulse Resp.: 66/16
Other

Signature of Nurse Completing Assessment (Sending Nurse): C. Killian
Date: 6/17/05
Signature of Intake Screening Nurse (Receiving Nurse): Date: 6/18

INMATE NAME (LAST, FIRST, MIDDLE): McCRAY, Robert
DOC#: 167044  DOB:  Race/Sex: BM  FAC:

# STATON CORRECTIONAL CENTER
## RECEIVING SCREENING FORM

INMATE'S NAME: _Robert McCray_ AIS# _167644R_ DATE: _6/22/05_

TIME: _5:00_ DOB: _[redacted]_ OFFICER: _Lorenzo Davis_

### Booking Officer's Visual Opinion

|  | YES | NO |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infections which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawals? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any Medication which must be continuously administered or available? | ✓ | |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |
| 11 Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcer, high blood pressure or psychiatric disorder? | ✓ | |
| 12. Do you want to talk to a mental health counselor?  a. Did inmate respond? | ✓ | ✓ |
| 13. Do you have epilepsy? | | ✓ |
| 14. Do you have any medical problems we should know about? _Cancer_ | | ✓ |

FOR THE OFFICER: (circle action)

15. The inmate was: **A:** Released for normal processing. **B:** Referred to appropriate health care unit.
    **C:** Immediately sent to health care unit

_[signature]_ 　　　　　　　　　　　　_Lorenzo Davis_

INMATE'S SIGNATURE/AIS # 　　　　　　OFFICER'S SIGNATURE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: McCray, Robert 167644   D.O.B.: |
|-----------|------------------------------------------------|
| 2/4/05 | To see M.D. for FU. |
| wt 160 | 75, 98 SAT, 20, K40/76 |
| | S- Why am I here today. |
| | O- Discussed choice of treatments for CA. Still wants |
| | implants. Dr Williams in process of making appt. |
| | Dr Union (UAB) out of office till Monday. [signature] |
| 2/7/05 | To HCP re: sore throat |
| 4/18/05 | In MOU lying in bed. Awake et Alert x 3. |
| 2330 | Resp unlabored, Skin w/d to touch VS 98', 70, |
| | R, 140/88. FWA in AM — C Hill Sn |
| 5/3/05 | Dr. Paul Sharky's office contacted about pt. they will see |
| 10¹⁵ Pm | pt. but will need documentation showing that he will |
| | need biopsy of prostate. Pt. informed of above information |
| | above and documentation to be faxed pt. to Sharky's |
| | office. E. Ellis, RN |
| 5/16/05 | MOU for FWA 120/80 98³ 96% 70 20 — RH Smith [?] |
| 5/17/05 | Rec'd pt. from FWA - Wgt - 161 lbs BP 158/88 P 68 R 20 |
| 13⁰⁰ | T 98⁶ Pt refused to have Biopsy of prostate - E. Ellis, RN |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _____ | Institution: BIBB | Catapress |
| Date: _____ Time: _____ AM/PM | Date: 6-22-04 Time: _____ AM/PM | PHYSICAL EXAMINATION |
| RECEIVED FROM: | RELEASE FROM: | Date of last exam: _____ |
| Institution/Work Release Center/Free-World Hospital | ☐ Infirmary  ☐ Segregation | Chest X-Ray Date: 2-10-03 Result: Clear |
| _____ | ☐ Population  ☐ Mental Health | PPD Reading _____ |
| RECEIVING MEDICAL STATUS | ☐ Other _____ | Classification: _____ |
| ☐ Population | RELEASE TO: | Limitations: _____ |
| ☐ Infirmary | ☑ DOC  ☐ Infirmary  ☐ Mental Health | |
| ☐ Isolation | ☐ Staton | |
|  | Institution/Work Release Center/Free-World Hospital | |

| LAB RESULTS - - LAST REPORT | | | | | YES | NO |
|---|---|---|---|---|---|---|
| | Date | Normal | Abnormal | Wears Glasses/Contacts | ☐ | ☐ |
| CBC | _____ | ☐ | ☐ | Dental Prosthesis  upper | ☑ | ☐ |
| Urinalysis | _____ | ☐ | ☐ | Hearing Aide  lower | ☐ | ☑ |
| _____ | _____ | ☐ | ☐ | Other Prosthesis | ☐ | ☑ C. Hill, LPN |
|  |  |  |  |  |  | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

See chart

| CURRENT MEDICATION - - DOSAGE AND FREQUENCY | MEDICATIONS | ☐ Sent w / inmate | ☑ Not sent w / inmate |
|---|---|---|---|
| | X-RAY FILM | ☐ Sent w / inmate | ☑ Not sent w / inmate |
| See chart | HEALTH RECORD | ☑ Sent w / inmate | ☐ Not sent w / inmate |
| | Released to: Staton | | |
| | Date: 6-22-04 Time: _____ AM/PM | | |
| | MEDICATIONS | ☒ Received | ☐ Not Received |
| | X-RAY FILM | ☐ Received | ☑ Not Received |
| | HEALTH RECORD | ☑ Received | ☐ Not Received |
| SCHEDULE FOR CHRONIC CARE CLINIC | CHART REVIEWED | ☑ YES | ☐ NO |
| | Received by: C. Hill, LPN | | |
| DATE: _____ LAST CLINIC: _____ | Signature of Receiving Nurse | | |
| | Date: 6-25-04 Time: 2400 AM/PM | | |

| FOLLOW-UP CARE NEEDED | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical  ☐ Dental | _____ | _____ | _____ | _____ |
| ☐ Mental Health | _____ | _____ | _____ | _____ |

| HISTORY (SENDING NURSE) | Yes | No | | SKIN | Yes | No | INTAKE | |
|---|---|---|---|---|---|---|---|---|
| Drug Use | | ☑ | | Open Sores | | ☑ | Sick Call Procedures Explained | ☑ |
| Mental Illness | | ☑ | | Lice | | ☑ | Height | |
| Suicide Attempt | | ☑ | | Edema | | ☑ | Weight | 160 |
| Chronic Care | ☑ | | | Warm & Dry | ☑ | | Blood Pressure | 138/70 |
| STATUS Special Diet | | ☑ | | Cool & Moist | | ☑ | Temperature | 98.4 |
| Appearance | | ☑ | | CONDITION Alert | ☑ | | Pulse Resp. | 86/18 |
| | | | | Oriented | ☑ | | Other _____ | |
| | | | | Uncooperative | | ☑ | | |
| | | | | Depressed | | ☑ | | |

OTHER PERTINENT NURSING ASSESSMENT

| Graham LPN | 6-22-04 | C. Hill LPN | 6/25 |
|---|---|---|---|
| Signature of Nurse Completing Assessment (Sending Nurse) | Date | Signature of Intake Screening Nurse (Receiving Nurse) | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| mcCRAY RoBert | 167644 | _____ | B/m | BIBB |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

SCC

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 2/1/05 12:30ª | a 71 year old black male admit in the Miou per Dr Wellwin for a bee wound. c pt to cell B-hall. Alert & orient X3, Resp c ease - clear w/o for touch, Temp 98⁴, P 80, R20 and B/p 140/80. No acuea distress noted at this time ___ CC |
| 6-17-05 | Rec'd Vols IV & IV only |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| McCray, Robert | 67644 | ▓▓▓▓ | B/M | Staton |



| | | |
|---|---|---|
| Name Last Mc Cray, Robert First Middle Initial | AIS # 167644 | |
| Date 10/23/03 Allergies Ø | Facility Bibb | |
| SIG: RTC in 2 weeks | Discontinue | noted Brannon RN 7-4 |
| Care tid w/ feet Soak & also to wel... | Continue | |
| 15 btn KOP eye app | Increase | |
| | Decrease | NC002 |

| | | |
|---|---|---|
| Name Last McCray First Robert Middle Initial | AIS # P167644 | |
| Date 10/12/03 Allergies NKA | Facility Bibb | |
| SIG: (1) HCTZ 25 mg po BID x 90 days KOP | Discontinue noted P.D. 10/12/03 | |
| (2) Lopid 600mg po BID x 90 day KOP | Continue @ 1025 AM | |
| (3) atenolol 50 mg po q daily x 90days KOP | Increase | |
| (4) ASA 325mg po q daily x 90days KOP | Decrease | |
| (5) minipress 2mg po BID @ 90 days KOP | | |
| (6) Tylenol #4 tab po BID x 90 days | | NC002 |
| Violin Deglory/ B.S.A | | |

| | | |
|---|---|---|
| 3 Last 33 | | |
| Name McCray Robert Tums #1 tabs BID x 180 days | Facility x 180 days KOP | |
| Date 10/14/03 Allergies | Discontinue | |
| SIG: Catapres | Continue | |
| Redraw BSA | Increase | |
| Robert ... HCTZ 25 mg PID x 180 days | | |
| Lopid 600 mg PID x | | |
| Atenolol 2 mg pd | | |
| Physician Signature: | Decrease | NC002 |

| | | |
|---|---|---|
| Name Last McCray, Robert First Middle Initial | AIS # 767644 | |
| Date 7-11-03 Allergies NKA | Facility Bibb | |
| SIG: HCTZ 25mg PO q day | Discontinue | noted Brannock 7-11-03 1915 |
| Lopid 600mg PO BID | Continue | |
| atenolol 50mg PO q d | Increase | |
| ASA 325mg PO q d | Decrease | |
| minipress 2mg PO BID | X90 days KOP | |
| Physician Signature: Tylenol tabs 2 PO TID | | |

| | | Middle Initial | |
|---|---|---|---|
| Name (Last) McCray | (First) Robert | | AIS # 867644 |
| Date 6/17/03 | Allergies | | Facility 266 |

SIG.
1) What is lesion (MELANT?) - VAB (Dr. Hauge)
2) PSA, CBC, CMP (14) - done 7/9/03
3) May have coat - profile x 180 days
   (clk ___
   - print CA)

Physician Signature: [signature]

Discontinue
Continue          [signature] 7/12/03
Increase
Decrease          1145

NC002

---

| | | Middle Initial | |
|---|---|---|---|
| Name (Last) McCray | (First) Robert | | AIS # 167644 |
| Date 4/25/03 | Allergies | | Facility Bibb |

SIG.
1) May have shoe-replaced - worn out
2) CHECK with VAB/ DR. FIVENSH
   (TEL 205- 975- 0224
3) ask ___ 2 weeks

Physician Signature: [signature]

Discontinue  noted
             4/25/03
Continue     @ 11 Am
Increase     STyleOR W
Decrease

NC002

---

| | | Middle Initial | |
|---|---|---|---|
| Name (Last) McCray | (First) Robert | | AIS # 167644 |
| Date 4/17/03 | Allergies NKA | | Facility Bibb |

SIG.

D/C LUPRON (refund by pt)

Physician Signature: [signature]

Discontinue  Noted
             4/17/03
Continue     @ 680/p
Increase     [signature]
Decrease

NC002

---

| | | Middle Initial | |
|---|---|---|---|
| Name (Last) McCray, Robert | (First) | | AIS # 167644 |
| Date 4/15/03 | Allergies NKA | | Facility Bibb |

SIG.
1) HCTZ 25mg po QD x90days KOP
2) Lopid 600mg po bid x90d ___
3) Tenormin 50mg po QD x9 ___ is KOP
4) ASA 325mg po QD x 90 d ___
5) Minipress 2mg po Bid x9 ___

Physician Signature: ___ # to 65 po tid PRN x90 dAYS

Discontinue  Noted
             4/15/03
Continue
Increase
Decrease

---

| | |
|---|---|
| Name (Last) McCray (First) Robert (Middle Initial) | AIS # 167644 |
| Date 6/1/03   Allergies | Facility KCF |
| SIG:<br>1) Who was seen / melant?? - UAB (see chart?)<br>2) PSA, CBC, CMP (IM) June 7/9/03<br>3) my hand coat? refill × 180 KP<br>Physician Signature: | Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

---

| | |
|---|---|
| Name (Last) McCray (First) Robert (Middle Initial) | AIS # 167644 |
| Date 4/16/03   Allergies | Facility KCF |
| SIG:<br>Physician Signature: M. Robbins | Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

---

| | |
|---|---|
| Name (Last) McCray (First) Robert (Middle Initial) | AIS # |
| Date 2/10/03   Allergies Catapres NKA | Facility KCF |
| SIG:<br>Physician Signature: V.O. A | Discontinue<br>Continue<br>Increase<br>Decrease<br>NC002 |

---

| | |
|---|---|
| Name (Last) McCRAY (First) Robert (Middle Initial) | AIS # 167644 |
| Date 2/10/03   Allergies Catapress | Facility KCF |
| SIG:<br>① Chest X RAY R/o Pneumonia<br>② EKG<br>③ Amoxicillin 1gm  1 PO BID X 10 days<br>④ cold 2× BID X 7 days<br>⑤ CBC<br>Physician Signature: | Discontinue<br>Continue  N Stone f AN 2/10/03<br>Increase<br>Decrease |

Name: Last McCray First [illegible] Middle Initial
AIS # 167644
Date 6/11/03 Allergies
Facility [illegible]

SIG.
1) [illegible] Implant? - UAB [illegible]
2) PSA, CBC, CMP(m) [illegible] 11/13
3) [illegible] x 180 [illegible]

Physician Signature: [illegible]

Discontinue
Continue
Increase
Decrease

NC002

Name: Last McCray First Robert Middle Initial
AIS # 167644
Date 4/1/03 Allergies
Facility KCF

SIG.
[illegible] medical hold [illegible] Federal Camp (Bibb) [illegible] 10224 [illegible]

Physician Signature: [illegible]

Discontinue
Continue
Increase
Decrease

NC002

Name: Last McCray First Robert Middle Initial
AIS # 167644
Date 2-4-03 Allergies Catapres
Facility KCF

SIG. Lupron 7.5 mg [illegible] q mos x 4 mos

Physician Signature: V/O Dr Bhuta / Dr Robbins / [illegible]

Discontinue Noted
Continue 2-4-03
Increase S [illegible]
Decrease 10[15]/[illegible]

NC002

Name: Last McCray First Robert Middle Initial
AIS # 167644
Date 1-13-03 Allergies NKA
Facility KCF

SIG. Hytrin 2mg 9Am + 9hs
Cap. D 600mg B.I.D. x 180

Physician Signature: [illegible]

Discontinue
Continue
Increase
Decrease

Name **Last** McCray  **First** Robert  **Middle Initial**   AIS # _____
Date _____  Allergies _____  Facility _____

SIG.
*(illegible handwriting)*

Discontinue
Continue
Increase
Decrease

NC002

---

Name **Last** McCray  **First** Robert  **Middle Initial**   AIS # 167644
Date 1/9/03 0742  Allergies Catapress  Facility KCF

SIG.
10) Chem profile + CBC
11) *(illegible)* chart #2 available? error.
11) Please have most recent consult report by Dr *(illegible)* 2mos ago
    Bhuta faxed here if possible (from his office)

Physician Signature: *(signature)*

Discontinue
Continue 1-9-03
Increase S. Benton RN
Decrease

NC002

---

Name **Last** McCray  **First** Robert  **Middle Initial**   AIS # 167644
Date 1/9/03 0742  Allergies Catapress  Facility KCF

SIG.
6) HCTZ 25 mg po qd x 180d
7) Lopid 600 mg po bid x 180d
8) Tylenol Ti po q tid prn x 180d
9) Maalox 30 cc po tid prn x 180d

Physician Signature:

Discontinue 1-9-03
Continue S Benton RN
Increase
Decrease

NC002

---

Name **Last** McCray, Robert  **First**  **Middle Initial**   AIS # 167644
Date 1/9/03 0742  Allergies Catapress  Facility KCF

SIG.
1) May go to population - on medical hold.
2) D/C Prazosin
3) Hytrin 2 mg po qAM + qhs x 180d
4) Tenormin 50 mg po qd x 180d
5) ASA 325 mg po qd x 180d

Physician Signature:

Discontinue 1-9-03
Continue
Increase S Benton RN
Decrease

# NaphCare, Inc.

## Health Services Request Form

Inmate Name: Robert L. McCray  MECRAY    Date of Request: 2-8-03 11:45PM

AIS No.: 167644    Date of Birth: ~~████~~    Housing Loc.: N-86

Nature of problem or request: Chills an Temp 1101  Sore Throat
Chronic Care (prostate Cancer

Sign here for consent to be treated by health staff for the condition described above. Robert L McCray

Place this slip in Medical Box or designated area

## DO NOT WRITE BELOW THIS LINE

--------------------------------------------------------

### Health Care Documentation

Subjective: "I don't feel good. I've been running a fever. Got the chills yesterday afternoon. Have had pain & fluttering in my chest." c/o body aches in shoulders

Objective: BP 140/ P 108 R 20 T 102.9 WT 163
AA&O x3. Resp c̄ ease. Temp & Pulse ↑. No acute distress noted.
CV/an unremarkable

Assessment: Alt Comfort R/T fever & chills R/o Pneumonia

Plan: See NP ① chest x ray
② amoxicillin 1gm ō c0 BID x10 days
③ cold c̄ BID x 7 days  ④ CBC
④ EKG

Refer to:  PA/ Physician    Mental Health    Dental

Education: Per NP

Protocol used: (specify) _____

Signature: Nebekah Stough    Title: RN    Time: 0710    Date: 2/10/03

NAPHCARE, INC.

INTRASYSTEM TRANSFER FORM

HEALTH STATUS

Transferring
Facility:

Name _McCrays, Robert_
AIS _167644_
Age_____ Date of Birth _[redacted]_
Race _B_    Sex _M_

Date: _4/14/03_
Time_____
Allergies_____
Food Handler Approved  Y / N

Current Acute Conditions/Problems:_____
Chronic Conditions/ Problems:_____ _#TN, Prostate Ca_

Current Medications- Name, Dosage, Frequency, Duration:_____
    Acute short term medications_____

Chronic Long Term Medications_____ _See MAR_____

    Chronic Psychotropic Medications_____

Current Treatments:_____
Follow up care Needed_____

Last PPD _6-20-15_ Results____ mms Last Physical _6/20/02_
Chronic Clinics_____
Specialty Referrals_____
Significant Medical History_____

Physical Disabilities/Limitations_____
Assistive Devices/Prosthetics_____ Glasses_____ Contacts_____
Mental Health History/Concerns _Prostate Ca_

Substance abuse Y/N      Alcohol Y/N   Drugs Y/N
    Hx Suicide Attempt Date___/___/___
    Hx Psychotropic Medication
    Previous Psychiatric Hospitalizations

Signature/Title/Date
_Frances, LPN  4/14/03_

Transfer Reception Screening       _Prostate CA_
Date _1503_ Time _6:45_ am  pm
S: Current complaint _NBP Control of pain_

Current medications/Treatments
_See chart_

O Physical Appearance/Behavior _Good_

Deformities: Acute/Chronic_____

T _98_ P _70_ R _20_ B/P _130/80_
A

P Disposition (Instructions: Check or
    circle as appropriate)
_✓_ Routine sick call Instructions given

_✓_ Emergency referral
_✓_ HIV/TB Instructions given
_✓_ Physician referral
Urgent / Routine
        Medication Evaluation
        Work/Program Limitation
        Special Housing
        Specialty Referrals
        Chronic Clinics
        Mental Health
        OTHER
        Infirmary Placement

Receiving Facility:
_BiBB_

Signature/ Title:

NC 071



**PHYSICIAN PROGRESS NOTES**

Patient Name _Rosas A. Ray_  I.D. # _167674_   Institution _____

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 0/1/03 | 1015 | T 98.4   P 76   R 20   BP 110/... T 164   ~ A | |

S _Prostate Cancer Ca_

_Gives of fatigue drop cond dysfat._

O - _Nut lms_

- _? withflexation_

P - _UPG (?) ms Cancer_

E - _Sildenafin line_

T 97.4   P 60   R 18   BP 110/82  O1 154

S - Here for Flu appt for PSA. States being less prob c prostate
c/o of leg (B) threat toenails being too long

O - Heart num 3 n KR

Lngs - CTA (B)

PSA - 7.2   10/17/03

A - Prostate Ca

P - RTC in 2 weeks

Keith CNP

## NAPHCARE
## PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 1/9/03 | 0729 | 69 y.o. BM c̄ recently dx'd prostate Ca reportedly to undergo XRT. Denies sx except urinary hesitancy + ↑ frequency. No records presently available. |
| | | PMHx 1) HTN |
| | | PSHx 1) Orthopedic fx's + procedures ® LE. |
| | | Allergies: Catapress (?). |
| | | VSS. afebrile. alert, oriented x3. |
| | | HEENT ⊖. |
| | | Lungs clean. |
| | | Heart RRR s̄ m/gallop. |
| | | Abdomen soft c̄ organomegaly or mass. |
| | | Rectal not done. |
| | | |
| | | A/P) 1) HTN - controlled |
| | | 2) Prostate Ca. |
| | | Oncology to see |
| | | Get records. |
| | | Robins |
| | | |
| 1/10/03 | 0716 | VSS. afebrile. No %. |
| | | Records show Gleason #6 (3+3) adeno Ca of prostate without apparent metastases. |
| | | Present plans XRT + lupron. |
| | | Robins |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| McCraey, | Robert | | 167644 |



## PHYSICIAN PROGRESS NOTES

Patient Name: McCray Robert     I.D. # 16 7644     Institution Bibb

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/25/03 | Wt 164 | 138/78; 60, 18, 98² | |
| | S | PSA = 9.3 - ADENO Carcinoma Prostate Dx'd 1/03 | |
| | | Has declined clinic f/r this. Oncology to get ⊕ → 3 choices | |
| | | 1) Surgery - he refused | |
| | | 2) Radiation - " " | |
| | | 3) Seeding - this is his choice | |
| | | I'm having trouble finding the surgery option - I'll read. | |
| | | BUT - I found one brief cntr note dtd 2/7/03 says | |
| | | "Patient has decided to have prostate implant." to be clinic'd w/ UAB | |
| | O | PE Pleas't w/N w/o Bm in NAD | |
| | | Rectal - thick enlarged and tender - prostate firm | |
| | A | Adeno | |
| | P | Check about implant at UAB | |
| | E | Told him will clinic | |

CMSAL-001

## NAPHCARE
## NURSE'S NOTES

| DATE | TIME | |
|------|------|---|
| 1/8/03 | 1715 pm | A 69 y/o Black male admitted to dorm #13 from Bibb medical center undergoing *[illegible]* Medication therapy. Awake & alert & orient x3. Color good. Skin w/o *[illegible]* abnormal. Chest clr bilateral. Abd soft & active. Bowel sound present. P.O. meds given as order. *[initials]* |
| 1-9-03 | 0130 | S - No complaint voiced @ present time. O - A/O x3 *[illegible]* ō *[illegible]*, no s/s distress noted. Asleep @ this time. *[illegible]* A - Alt in comfort level *[illegible]* P - Plan care ō *[illegible]* Continue. *[illegible]* |
| 1-9-03 | 2000 | S - No complaint voiced. O - Awake & alert & orient x3. Color good. Skin w/o *[illegible]* A - Alt in comfort. RN *[illegible]* P - Cont prc *[illegible]* (Brown) |
| 1-9-03 | | R - Instructed to notify nursing staff if any Δ's in current health status. Inmate acknowledge understanding of instructions. — J. Scott, LPN |
| 1/10/03 | 0200 | S - No complaints voiced @ present time. O - Reposed ease, no distress noted @ present type. A - Alt important R/T Δ — P - Cont prc — O. Albus RN |

| NAME - LAST | FIRST | MIDDLE | AIS# |
|-------------|-------|--------|------|
| McCray | Robert | | 167644 |



# PRISON HEALTH SERVICES, INC.

### FACSIMILE TRANSMITTAL SHEET

TO: *Dr. Mosier / Michelle*  FROM: *Staton*

COMPANY: *PHS*  DATE:

FAX NUMBER: *395-8156*  TOTAL NO. OF PAGES INCLUDING COVER: *2*

PHONE NUMBER:

RE: *More Info on Urgent request*

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

If you receive this in error, please call _____. Thank you.

Michelle,

This inmate was transferred to Atmore by mistake now he is back @ Staton. Also this is an urgent request

Thanks,

Mr. Ellis

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | Office Visits: Outpatient Urology Referral | **Effective Dates:** | 04/21/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 3 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14940608 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
|---|---|---|
| Signature of Consulting Physician: | | |
| Reviewed and Signed By Medical Director: | | |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | Office Visits: Outpatient Urology Referral | **Effective Dates:** | 04/05/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14870716 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

| |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____ Date _____ Time _____

Reviewed and Signed By
Medical Director: _____ Date _____ Time _____

04/05/200

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | McCray, Robert | 02 02 05 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 -1538 | 167644 | 05 21 92 |

| Will there be a charge? ☑Yes ☐No | Sex ☑Male ☐Female | SS Number ▓▓▓▓▓ | Potential Release Date: (mm/dd/yy) 12 02 13 |
|---|---|---|---|

Responsible party:  ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

| Requesting Provider: | History of Illness/Injury/sypmtoms with Date of Onset: |
|---|---|

☐ Physician  ☑ NP, PA  ☐ Dental
Rasature CRNP

Gleason Score 6

Prostate CA followed by Dr B Hate and Dr S. White @ CA center

PSA 6.9 12/2/04

Facility Medical Director Signature and Date:
Jh Hulbx   2/8/05

☐ Service meets criteria for "approval via protocol"

**Results of a complaint directed physical examination:**

Bone Scan 1/17/05 - no significant Δ from Scan 8/31/04

Proximal sternum most suspicious and no definate mets

Radiographs clean except DJD

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DK)

☐ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___ / ___ / ___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐ Radiation therapy   ☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:

**Previous treatment and response (including medications):**

Refusal Lupron, Prostatectomy & Radiation

| Specialist referred to: | UAB Urology |
|---|---|

Type of Consultation, Treatment, Procedure or Surgery:
1 800 292 6508
(205) 975 - 0088
Consider radioactive seed implant

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___ / ___ / ___

Regional Medical Director Signature, printed name and date required:                                    (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

MONTGOMERY CANCER CENTER, LLC
4145 CARMICHAEL RD.
MONTGOMERY, AL 36106
(334) 273-7000
HARRY M. BARNES III, M.D., LAB DIRECTOR
CLIA 01D0669034
FINAL SAMPLE REPORT

Page: 1

Patient ID:   72229
Patient Name: McCray, Robert
DOB: ▓▓▓▓▓▓▓▓ Sex: M
Comments:

Reported: 12/02/04 10:28
Doctor: STEPHEN A. WHITE
Location: CARMICHAEL

Lab No:  104337048    Drawn: 12/02/04 09:26   Tech: KGT   Rec'd: 12/02/04 09:26   Tech: KGT
Comments: OV

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE | |
|---|---|---|---|---|---|
| *** HEMATOLOGY *** | | | $x10^3/uL$ | 4.00 | 10.00 |
| WBC | 4.63 | | $x10^6/uL$ | 4.50 | 6.20 |
| RBC | 4.63 | | g/dL | 13.5 | 18.0 |
| HGB | 13.7 | | % | 40.0 | 54.0 |
| HCT | 42.0 | | fL | 80.0 | 98.0 |
| MCV | 90.7 | | pg | 26.1 | 33.3 |
| MCH | 29.7 | | g/dL | 32.2 | 35.0 |
| MCHC | 32.7 | | $x10^3/uL$ | 150 | 400 |
| PLT | | (102)  L | fL | | |
| MPV | 9.50 | | | | |
| ** AUTO DIFF *** | | | $x10^3/uL$ | | |
| GRAN# | 2.42 | | $x10^3/uL$ | | |
| LYMPH# | 1.24 | | $x10^3/uL$ | | |
| MONO# | 0.555 | | $X10^3/uL$ | 0.000 | 0.200 |
| EO# | | 0.366  H | $x10^3/uL$ | 0.000 | 0.100 |
| BASO# | 0.046 | | % | 48.9 | 69.9 |
| GRAN% | 52.3 | | % | 22.4 | 43.6 |
| LYMPH% | 26.8 | | % | 0.00 | 12.00 |
| MONO% | 12.00 | | % | 0.00 | 7.00 |
| EO% | | 7.90  H | % | 0.000 | 2.500 |
| BASO% | 1.000 | | | | |
| *** COMPREHENSIVE METABOLIC PROFILE *** | | | mg/dL | 70 | 110 |
| GLUCOSE | 91 | | mg/dL | 6 | 20 |
| BUN | 9 | | mg/dL | 0.5 | 1.2 |
| CREATININE | | (1.5)  H | MEQ/L | 135 | 145 |
| SODIUM | 145 | | meq/l | 3.5 | 5.0 |
| POTASSIUM | 3.9 | | meq/l | 101 | 111 |
| CHLORIDE | 111 | | meq/l | 21 | 31 |
| CARBON DIOXIDE | 29 | | mg/dL | 8.5 | 10.5 |
| CALCIUM | 9.3 | | g/dL | 6.0 | 8.3 |
| TOTAL PROTEIN | 6.0 | | g/dL | 3.2 | 5.5 |
| ALBUMIN | 3.4 | | IU/L | 42 | 121 |
| ALK. PHOS. | (72) | | IU/L | 10 | 60 |
| ALT (SGPT) | 15 | | IU/L | 10 | 42 |
| AST (SGOT) | 21 | | mg/dL | 0.2 | 1.2 |
| TOTAL BILIRUBIN | 0.5 | | | | |

REVIEWED BY: _JAW_

MONTGOMERY CANCER CENTER, LLC
4145 CARMICHAEL RD.
MONTGOMERY, AL 36106
(334) 273-7000
HARRY M. BARNES III, M.D., LAB DIRECTOR
CLIA 01D0669034
FINAL SAMPLE REPORT

Page: 2

Patient ID:    72229                     Reported: 12/02/04 10:28
Patient Name: McCray, Robert             Doctor: STEPHEN A. WHITE
DOB: ████████    Sex: M                  Location: CARMICHAEL
Comments:
------------------------------------------------------|------------------------
Lab No:  104337048    Drawn: 12/02/04 09:26  Tech: KGT  Rec'd: 12/02/04 09:26 Tech: KGT
Comments: OV
------------------------------------------------------|------------------------

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| *** SPECIAL CHEMISTRY *** | | | | |
| PSA | 6.900 | | ng/mL | 0.000 - 10.000 |

REVIEWED BY: ___JAV___

**DEMOGRAPHICS**

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | McCray Robert | 12 02 04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1548 | | ▓▓▓▓▓▓ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567 - 1538 | 167644 | 05 12 92 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☐ Yes ☐ No | ☑ Male ☐ Female | ▓▓▓▓▓▓ | 12 07 13 |

Responsible party:  ☑ PHS   ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

| Requesting Provider: ☐ Physician ☑ NP, PA ☐ Dental | History of illness/injury/symptoms with Date of Onset: |
|---|---|
| ▓▓▓ ese, tu CRNP | Gleason Score 6 |

Facility Medical Director Signature and Date:

Prostate CA c possible mets

☐ Service meets criteria for "approval via protocol"

8-31-04 Bone scan shows abnormal uptake (R) Ribs, sternum ; possible

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

Results of a complaint directed physical examination: 4/5 some

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

CA Center- Dr Stephen White Want repeat Bone Scan ASAP

Estimated Date of Service (mm/dd/yy): 12 03 04

**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other: _____

Specialist referred to: Stephen White (CA Center)

Previous treatment and response (including medications):

Type of Consultation, Treatment, Procedure or Surgery:
CA. Center 01/17/05 9AM
Bone Scan - 1/17/05 9AM
4145 Carmichael Rd,

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___ / ___ / ___

FAXED 1/10/05

Regional Medical Director Signature, printed name and date required:

_____ / _____ / _____  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | Office Visits: Outpatient Urology Referral | **Effective Dates:** | 11/19/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14421611 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |



**PHS**
PRISON
HEALTH
SERVICES

# DEPARTMENT OF CORRECTIONS
## EYE CHART

| | OLD RX Worn from | | | | to | | |
|---|---|---|---|---|---|---|---|
| | Sph. | Cyl. | Axis | Prism | Base | Add | |
| | | | | | | | |
| | | | | | | | |

**Date**          **Time**

**Visual Requiremnts**

**Other Visual Requirements**

**Previous Eye History**

**Chief Visual Complaints**    20/50          20/30
                               w/glasses

**Detailed History**    20/50          20/100

**General Health**    Rx

**External Examination**    +100 - 150 x 018
                           +100 - 150 / 160 / +2.50
                                        cedd
                                        72/69

**Internal Examination**    SH 18
                            62/18/148

**Visual Field Screening**    OD          OS

**Tonometry**

**Instrument /**    OD          OS

| **V.A. (Habitual)** | **Dist.** | OD | OS | OU |
| | **Near** | OD | OS | OU |

**Dominance / Test**        /

| **Pupillary Reflexes** | Size | Light |
| | Consensual | Near |
| **Tests for Squint** | Inspection | |
| | Cover | |
| | Corneal Reflex | |

**PD / PP Conv**

**PP Acc**

**Versions**

**Rotations / Fixations**

| | OD | | OS |
|---|---|---|---|

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| 4-13-04 | Glasses Ordered | | (SA) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|

*78229*

# Montgomery Cancer Center
## 4145 Carmichael Road
## Montgomery, AL 36106
### 334-273-7000   FAX 334-260-2010

Patient Name: _Robert McCray_                    DOB: ▓▓▓▓

Type of Test(s): _Bone Scan_

**PLEASE COMPARE TO:** _____

Test Facility: _____

   Address: _____

   Phone No.: _01/17/04_

Appointment Date: _1-2-04   9 Am_

Primary Diagnosis: _Prostate CA_

Reason for Study: _Poss Bone Mets_

Special Instructions: _____

Nothing to Eat or Drink after _____

Appointment made By _Emma_ Date _1-2_ Appointment taken By _Kerry_

Physician Signature _____ Sgt M_____    **FAX 260-2010**

☐ Dr. Barnes        ☐ Dr. Thompson        ☐ Dr. White        ☐ Dr. Davidson

PFSVON/ALAONCO-REF



# Montgomery Cancer Center, LLC
4145 Carmichael Road
Montgomery, AL 36106
(334) 273-7000

Patient Name:  McCray, Robert                                           Act. #   72229

| Date | Time | Doctor | Resource | Service |
|------|------|--------|----------|---------|
| 12/09/2004 | 8:40 am | White MD, Stephen A | White MD, Stephen A | Test Result Office Visit |

Facility Name and Phone:    **1 Main Campus - MCC  (334) 273-7000**

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print an Authorization Letter to the service provider at the time of the Appointment

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number:<br>Staton 843 | Patient Name: (Last, First)<br>McCray, Robert | Date: (mm/dd/yy)<br>10 20 04 |
| Site Phone #<br>(334) 567 - 1548 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| Site Fax #<br>(334) 567 - 1538 | Inmate #<br>16 7644 | PHS Custody Date: (mm/dd/yy)<br>05 21 92 |
| | SS Number | Potential Release Date: (mm/dd/yy)<br>12 07 13 |

Will there be a charge? ☑Yes ☐No    Sex ☑Male ☐Female

Responsible party: ☑PHS ☐Auto Ins.    ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )    ☐Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☐Physician ☑NP, PA ☐Dental

*Haslitu CRNP*

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑Office Visit (OV) ☐X-ray (XR) ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS) ☐Dialysis (DA)
☑Routine ☐Urgent *1430*

Estimated Date of Service (mm/dd/yy) 11 02 04
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☑Radiation therapy ☑Chemotherapy
Number of Visits/Treatments: 3 ☐Other:____

Specialist referred to: *Stephen White (CA Center)*

Type of Consultation, Treatment, Procedure or Surgery:

*Evaluate i treat - Has Appt 11/2/04*
*12/2 @ 9:30am*

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

*Gleason Score 6*
*Prostate CA i possible mets*
*to Lower Lumbar Spine*
*Right Ribs, sternum*

**Results of a complaint directed physical examination:**

*Bonescan 8-3-04 abnormal*
*uptake (R) Ribs i sternum i*
*possible L5 spine*
*PSA 8.4 7/6/04*

**Previous treatment and response (including medications):**

*Appt 11/8 = urologist*

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: __/__/__

**FAXED**

Regional Medical Director Signature, printed name and date required: _____ / / (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth # 14 33698C |
|---|---|---|

UM Referral review form 2-05-2004

**PHS**

Form [...] st be Complete and Legible. You must Type or Print
*Please send this form with [...] Authorization Letter to the service provider at the ti [...] f the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** McCray Robert | **Date: (mm/dd/yy)** 09/27/04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓ |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 167644 | **PHS Custody Date: (mm/dd/yy)** 05/21/92 |
| **Will there be a charge?** ☑Yes ☐ No  **Sex** ☑ Male ☐ Female | **SS Number** ▓▓▓▓▓▓ | **Potential Release Date: (mm/dd/yy)** 12/07/13 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☑ NP, PA ☐ Dental
R Lassiter CRNP

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___  ☐ Other:___

**Specialist referred to:** Urologist (Bhuta

**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate & treat
11/8 @ 330pm
345 St Lukes Dr

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Prostate CA — Gleason Score 6

**Results of a complaint directed physical examination:**
Bone scan 8-31-04
abnormal uptake (R) ribs, sternum
& possible lower lumbar spine

**Previous treatment and response (including medications):**
See above

FAXED

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004



## Montgomery Cancer Center, LLC
4145 Carmichael Road
Montgomery, AL 36106
(334) 273-7000

Patient Name:  McCray, Robert                                                Act. #    72229

| Date | Time | Doctor | Resource | Service |
|------|------|--------|----------|---------|
| 11/02/2004 | 2:30 pm | White MD, Stephen A | White MD, Stephen A | Office Visit |

Facility Name and Phone:    **1 Main Campus - MCC   (334) 273-7000**

*fax → 567-1538*

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | Office Visits: Outpatient Oncology Referral | **Effective Dates:** | 09/29/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14243955 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | | Date | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | Time |

09/29/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form __st be Complete and Legible. You must Type or Print
*Please send this form with __ authorization Letter to the service provider at the ti__ f the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Staton 843 | **Patient Name: (Last, First)** McCray Robert | **Date: (mm/dd/yy)** 09/27/04 |
| **Site Phone #** (334) 567 - 1548 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ████████ |
| **Site Fax #** (334) 567 - 1538 | **Inmate #** 167644 | **PHS Custody Date: (mm/dd/yy)** 05/21/92 |
| **Will there be a charge?** ☑ Yes ☐ No / **Sex** ☑ Male ☐ Female | **SS Number** ████████ | **Potential Release Date: (mm/dd/yy)** 12/07/13 |

**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician ☑ NP, PA ☐ Dental

_signature_ Lassiter CRNP

**Facility Medical Director Signature and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☑ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __ / __ / __
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**
☑ Radiation therapy
☑ Chemotherapy
☐ Other:____
**Number of Visits/Treatments:**

**Specialist referred to:** Cancer Center
**Type of Consultation, Treatment, Procedure or Surgery:**
Evaluate and treats MGM Cancer Center
10/19 @ 230PM

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
Gleason Score 6
Prostate CA с possible Mets to Lower Lumber Spine Right Ribs / Sternum

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**
UM submitted also for urology.

**FAXED**

***For security and safety, please do not inform patien_ of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

**Date resubmitted:** __ / __ / __

**Regional Medical Director Signature, printed name and date required:**

_____ / __ / __ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** |
|---|---|---|

UM Referral review form 2-05-2004

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | X-Ray: Scan | **Effective Dates:** | 08/16/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14090950 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |
|---|

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |
| **\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*** |

Signature of Consulting Physician: _____
Date                Time

Reviewed and Signed By
Medical Director: _____
Date                Time

08/16/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible
*AFTER* RMD approval, fax to XXX XXX-XXXX.  You *must* Type or Print.



## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| **Staton 843** | McCray Robert | 8/12/04 |
| **Inmate #** | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| 167644  *Staton* | | ▮▮▮▮▮ |
| **Site Phone #** | | PHS Custody Date |
| (334) 567-1548 | ☑ Male   ☐ Female | 11/03 |
| **Site Fax #** | Will there be a charge for this Visit? | Potential Release Date |
| (334) 567-1538 | ☑ Yes   ☐ No | 12  D'T 13 |

Responsible party:  ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare and Medicaid Replacement)  ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:**  ☐ Physician  ☑ NP, PA  ☐ Dental
P Bass Fnp (NP)

**Facility Medical Director Signaure and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Dialysis (DA)
☐ Outpatient Surgery (OS)   ☐ Scheduled Admission (SA)

☐ Routine   ☑ Urgent

**Estimated Date of Service (mm/dd/yy)**

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ (Radiation, Chemotherapy)
**Number of Visits/Treatments**

**Type of Consultation, Treatment, Procedure or Surgery:**
DT Bone Scan for 7/4
Advanced Medical Bone
8/31 @ 8 4 SAM

You must include copies of pertinent lab, X-rays, and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/symptoms with Date of Onset:**
Prostate CA Gleason Score 6
Cancecare Center 1/14/03 → protest incomplete
infoplet  Rec → Radiation & Lupron
2/7/03 - Pt wants prostate Implant → Dr Fiveash

**Results of a complaint directed physical examination with objective findings:**
Had Bone Scan 11/22/02
Still Desires Lupron
Saw Dr Bhuta 4/30/04 for FU

**Previous treatment and response: (including medications)**
Lupron 7.5 2/03 & 3/03  no other tx
documented

FAXED

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

Date:

☐ Resubmitted with requested information.

**Regional Medical Director Signature, printed name and date required:**
_____ / _____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

04/05/2004 09:11 FAX                                    → BIBB                    @001/001

Region

# NON-FORMULARY **PHARMACY** REQUEST FORM
Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Bibb | McCray, Robert | 4/1/04 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 205-926-5252 | 167644 | ████ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| | | |

**Diagnosis**
adenoCA of prostate                          ☑ Male    ☐ Female

**Medication Allergies**
Catapres

---

**Requested Non-Formulary and Strength:**
Flomax 0.4mg

**Directions:**
7 qhs

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☐ 90 days  ☐ Other  180 days

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

71 yo bm c adeno CA prostate Feb 03 and took
Flomax per urology recommendation
(has tried Hytrin & discmed c limited
results)

**Compliance:**  ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**  ☑ Physician  ☐ NP/PA  ☐ Dentist

| Name: | James Whitley | Signature: | (signature) |
|---|---|---|---|
| Daytime Phone: | | Pager Number: | |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

---

**Determination:**  ☐ Approved    ☐ Additional information requested.    ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee.**

| Name: | (signature) | Signature: | (signature) |
|---|---|---|---|
| Date: | 4/5/04 | | |

.29

**FAXED**
10/22/02

## BAPTIST MEDICAL CENTER EAST
400 Taylor Road
Montgomery, AL 36117
(334) 277-8___

Name: MCCRAY ROBERT

MR#: E000221912
Sex: Male
DOB:

Account: E0229100034
Admit: 10/18/02
Room/Bed: -

Admit Type: Outpatient
Discharge Date: 10/18/02
Age: 69 Years
SS Number:
Adr ___ Physician: Bhuta, Dharampal P , MD

**S u r g i c a l    P a t h o l o g y    F i n a l    R e p o r t**

PATHOLOGY NO:    ES-02-0003773        Collected    10/18/02
                                      Received:    10/18/02 12:11:00 PM
                                      Physician:   Bell, Norman D, MD

**Performed At**

Baptist Medical Center East
400 Taylor Rd
Montgomery, Alabama 36117
phone (334) 244-8495    fax (334) 277-0471

**Clinical Information**
Increased PSA

**Final Diagnosis**

**A. RIGHT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:** CHRONIC INFLAMMATION,
BASAL CELL HYPERPLASIA AND FOCAL GLANDULAR ATROPHY.
- CARCINOMA NOT IDENTIFIED.

**B. LEFT SIDE OF PROSTATE GLAND, NEEDLE CORE BIOPSY:** PROSTATIC
ADENOCARCINOMA, INTERMEDIATE GRADE - GLEASON'S SCORE 6 (3+3) IN ONE CORE FROM
THE ANTERIOR WALL OF THE CAPSULE.
- MAXIMUM INVOLVED CORE VOLUME: 10%
- PERINEURIAL INVASION NOT IDENTIFIED.

MR#: E000221912
Printed 10/22/02 3:4 PM
Name: MCCRAY, ROBERT

Room/Bed: -
S:  B/8

Account: E0229100034
DOB

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name: MCCRAY, Robert

Account: E0229100034



| PATHOLOGY NO: | ES-02-0003773 | Collected: | 10/18/02 |
|---|---|---|---|
| | | Received: | 10/18/02 12:11:00 PM |
| | | Physician: | Bell, Norman D, MD |

CHRONIC AND FOCAL ACTIVE INFLAMMATION BASAL CELL HYPERPLASIA, FOCAL GLANDULAR ATROPHY.   NB/argh/10/21/02

Bell, Norman D, MD
(Electronically        )
Verified: 10/22/02 2:39 pm
NDB/ARH

## Gross Description

A. The specimen is received in a container of formalin labeled "right X4" and consists of 4 elongated white cores that rang_____are submitted in cassette A.

B. The specimen is received in a container of formalin labeled "left X4" and consists of 5 elongaged white cores that rang_____and are submitted in cassette B.   NB/argh/10/21/02

## Summary of Sections

A. 1 block, 3 H&E slides
B. 1 block, 3 H&E slides
SPECIAL STAIN. HMWK

## Microscopic Description

A. The cores show basal cell hyperplasia present in multiple foci, and a moderate lymphocytic infiltrate. Glandular atrophy is focally present. Carcinoma is not identified.

B. In one core that also has prominent skeletal muscle fibers (and so likely represents the anterior wall of the capsule) is seen a minute cluster of small glands which are closely adjacent to these fibers and which have enlarged atypical appearing nuclei. The neoplastic nature of these glands is further confirmed by the fact that

MR#: E000221012                        Room/Bed:                        Account: E0229100034
Printed: 10/22/02 3:14 PM              Sex        Male                   DOB
Name: MCCRAY, ROBERT

**BAPTIST MEDICAL CENTER EAST**
400 Taylor Road
Montgomery, AL 36117
(334) 277-8330

Name: MCCRAY, ROBERT

Account: E0229100034



PATHOLOGY NO:     ES-02-0003773     Collected:     10/18/02
                                    Received:      10/18/02 12:11:00 PM
                                    Physician:     Bell, Norman D, MD

they stain negative with HMWK, thus indicating loss of their basal layer. The neoplasm is approximately 10% of the core volume and is without perineurial invasion. The remainder of the cores show findings as described for part A, and active inflammation is also focally present in one of them.   NB/argh/10/21/02

Room/Bed:  -
Sex    Male

Account:    E0229100034
DOB

## Cancer Care Center of Montgomery

| | | |
|---|---|---|
| Medical Oncologist/Hematologist | Medical Oncologist/Hematologist | Radiation Oncologist |
| **Phatama Padavanija, M.D.** | **David G. Morrison, M.D.** | **Thomas E. Beatrous, M.D.** |

**PATIENT NAME:**   Robert McCray
**DATE:**   01/14/03
**CHART #:**   15067

### RADIATION THERAPY CONSULTATION

**DIAGNOSIS:** Adenocarcinoma of prostate with PSA 9.3 ng/ml.

**HISTORY:** I was asked to see patient regarding radiation therapy evaluation. Patient is a 70-year-old black male found on routine screening to have elevated PSA 9.3. Prostate biopsy showed Gleason score 6 adenocarcinoma from left lobe biopsies. Bone scan showed arthritic uptake at right knee, shoulders, elbows, feet, and sternomanubrial joint as well as uptake at L-5 vertebral body thought to represent arthritic change. Patient has undergone consultation regarding possible surgery. He has decided, however, to forego surgery and to take definitive treatment with radiation therapy plus Lupron injections. I have been asked to see patient regarding radiation therapy evaluation.

**PAST MEDICAL HISTORY:** Positive for history of hypertension. Negative for heart disease, diabetes, or collagen vascular disease. Previous surgeries: Repair of leg fractures in 1951 and on two separate occasions thereafter.

**CURRENT MEDICATIONS:** HCTZ 25 mg q. day, Lopid 600 mg b.i.d., Maalox 30 cc t.i.d. p.r.n., Hytrin q.h.s., Tenormin 50 mg q. day, aspirin 325 mg q. day.

**ALLERGIES:** Catapres.

**SOCIAL HISTORY:** Patient is divorced. He has worked as a teacher. He is presently an inmate at Kilby Correctional Facility. He denies chronic tobacco or alcohol use.

**FAMILY HISTORY:** Negative for cancer.

**REVIEW OF SYSTEMS:** Patient admits to frequent urination with nocturia times three. He denies painful urination, hematuria, diarrhea, or blood per rectum.

**PHYSICAL EXAMINATION:** Shows weight 160 pounds. Vital signs: See intake H&P data sheet.
GENERAL: Alert, oriented, black male in no distress.
HEENT: Extraocular muscles are intact. Oral cavity and oropharynx free of tongue and mucosal lesions.
NECK: Shows no venous distention, thyromegaly, or cervical/supraclavicular adenopathy.
RIB CAGE/SPINE: Nontender.
LUNGS: Clear with no signs of atelectasis, consolidation, or effusion.
HEART: Regular rate and rhythm. No diastolic murmurs.

Continued....

**PATIENT NAME:**   Robert McCray
**DATE:**                01/14/03

**Continued...Page 2**

ABDOMEN: Soft with normal liver span.  No masses.  There is no inguinal adenopathy.
GENITALIA: Penis and testes appear normal.
RECTAL: Shows 35 gram prostate, left lobe greater than right lobe with increased thickening of left lobe.  No rectal masses.  No blood on examining gloved finger.
EXTREMITIES: Free of edema.

**IMPRESSION:** Patient is a 70-year-old black male with newly diagnosed adenocarcinoma of prostate with elevated PSA 9.3 ng/ml.

**RECOMMENDATIONS/PLAN:** I have recommended definitive management with radiation therapy plus hormonal deprivation with Lupron injections for a cumulative of one year.  I have discussed rationale, risks, benefits, techniques, and results of radiation therapy.  Patient states that he would like to think about these recommendations before he makes final treatment decision.  We will have patient return next week to discuss his decision and to proceed on to CT directed simulation if he decides in favor of radiation therapy.

I appreciate this consultation and I will keep you apprised of patient's status as he progresses through treatment.

Best personal regards,


Thomas E. Beatrous, M.D.
Radiation Oncologist
Cancer Care Center of Montgomery

TEB/wm
D: 01/19/03
T: 01/20/03

CC:    Dr. Mike Robbins
          Dr. D. P. Bhuta

2/7/03 – PT. HAS DECIDED TO
HAVE PROSTATE IMPLANT. WILL
ARRANGE THIS AT UAB
MEDICAL CENTER WITH
DR. FIVEASH
TEL# 205-975-0224   TEB

Aug.12. 2004  8:47AM    X RAY                                                    No.0092  P. 1/2

XRYR5259
11.22/02                        CARL *AY METHODIST MEDICAL CENTER
OUTPCARE, 167844                        ROUTINE REPORT                                    PAGE    1
                                ADM  96247621    OUTP/*****  *    MCLANE, JERRY         00298/

BONE WHOLE BODY
REQ. FOR THURSDAY  11/21/02
ESCORT                                                         79368   ORDER #000100
                                                                       XRAY 9045715
PURPOSE FOR PROCEDURE  CA PROSTATE                            BIRTH DATE  03/19/??

PATIENT DIAGNOSIS  PROSTATE CA

BONE SCAN

HISTORY    PROSTATE CANCER

    THERE IS MARKEDLY INCREASED TRACER UPTAKE IN THE RIGHT KNEE THAT
IS PRESUMABLY RELATED TO ARTHRITIS AND/OR TRAUMA.  PLAIN FILM X-RAYS
COULD HELP FURTHER EVALUATE THIS.   THERE IS FOCALLY INCREASED TRACER
UPTAKE SEEN IN THE PEDICULAR REGION OF THE L5 VERTEBRAL BODY THAT MAY
WELL BE RELATED TO ARTHRITIS AND PLAIN FILM X-RAYS OF THIS MAY HELP
IN FURTHER EVALUATION. THERE IS ARTHRITIC UPTAKE IN BOTH SHOULDERS,
ELBOWS AND FEET.   THERE IS A SMALL FOCUS OF SLIGHTLY INCREASED TRACER
UPTAKE SEEN IN THE STERNOMANUBRIAL JOINT THAT PROBABLY IS ARTHRITIC
IN NATURE AND THERE IS ALSO A TINY FOCUS OF SLIGHTLY INCREASED TRACER
UPTAKE SEEN IN ONE OF THE LOWER POSTERIOR RIGHT RIBS (APPROXIMATELY
THE 10TH).   THERE IS ONLY FAINT INCREASED INTENSITY AND MAY BE RELATED
TO PREVIOUS TRAUMA.

OPINION
1.  MARKEDLY INCREASED TRACER UPTAKE RIGHT KNEE COULD BE RELATED
TO ARTHRITIS AND/OR TRAUMA.  PLAIN FILM X-RAYS OF THIS AREA COULD
HELP IN FURTHER EVALUATION.
2.  INCREASED TRACER ACTIVITY IN THE REGION OF THE L5 VERTEBRA
MAY BE RELATED TO ARTHRITIS AND PLAIN FILM X-RAYS OF THE LUMBAR
SPINE COULD HELP IN FURTHER EVALUATION OF THIS.
3.  ARTHRITIC UPTAKE NOTED IN THE SHOULDERS, ELBOWS AND FEET.
4.  FOCUS OF SLIGHTLY INCREASED TRACER UPTAKE AT THE STERNOMANUBRIAL
JOINT PROBABLY RELATED TO ARTHRITIS. FOCUS OF FAINTLY INCREASED
TRACER UPTAKE SEEN IN ONE OF THE LOWER RIGHT RIBS POSTERIORLY
PROBABLY RELATED TO PREVIOUS TRAUMA.  FOLLOW UP BONE SCAN IN 2-3
MONTHS MAY HELP FURTHER EVALUATE THESE AREAS.
RR

                                                    R Finley MD

RADIOLOGY REPORT
*TE 11/22/02
*ME 09:33 AM                    NAPHCARE, 167844
*GE                             OUTP/*****
*ART SECTION 00                 MCLANE, JERRY                96247621 B/M/04WY
                                   MED                       (ADM)11/21/02

Aug.12. 2004  8:48AM    X RAY                                    No.0092   P. 2/2

?RYRS?59
11/22/02 0  33 AM         CARRAWAY METHODIST MEDICAL CENTER
NAPHCARE, 167644               RADIOLOGY REPORT
                          ADM  0621762?   OUTP/****  ?    MCLANE, JE

```
 000000    U    U   TTTTT              PPPPP   TTTTT
 0    0    U    U     TT               P    P    TT
 0    0    U    U     TT               PPPPP    TT
 0    0    U    U     TT               P        TT
 000000    UUUUU      TT               P        TT
```

RADIOLOGY REPORT
ATE 11/22/02
TIME 08:33 AM          NAPHCARE, 167644
AGE  ? LAST            OUTP/****
HART SECTION 00        MCLANE, JERRY        0621762?
                       MED                  ADM 11/21/02

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

#### ADULT AND PEDIATRIC UROLOGY

345 ST. LUKES DRIVE
MONTGOMERY, AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1048

*February 17, 2003*

*Dr. Mike Robbins*

*RE: Robert McCray*
*Chart 376*
*SS#*

*Dear Dr. Robbins,*

*Mr. McCray is a 69 year-old gentleman with PSA of 9.3.*

*His entire metastatic workup was completely normal. His pathology report was adenocarcinoma of the prostate gland from the left lobe. He elected to have radiation therapy treatment but when he saw Dr. Beatrous, he decided that he might want to have surgery done.*

*He came back to us for further discussion. He was under the impression that I can take only the left part of the prostate out since only the left lobe of the prostate showed cancer. I have talked to him in detail and told him that it is impossible to take just one side of the prostate. I told him that if he undergoes surgery I would have to take the entire prostate out. Complications include impotency and urinary complications.*

*He elected to have radiation therapy treatment. Again, he should be started on Lupron injections of 7.5mg IM every month for a period of 3-4 months and then he can be referred to Dr. Beatrous for radiation therapy treatment. After this is completed he should continue hormone treatment. He should have PSA done once a year after completing both treatment regimens.*

*Again, I would like to stress that he elected to have radiation therapy treatment and that he should be started on Lupron as soon as possible.*

*Thank you,*

*D.P. Bhuta*

*DPB/amc*



**PATIENT NAME:**   **Robert McCray**
**DATE:**                   **01/14/03**

**Continued...Page 2**

ABDOMEN: Soft with normal liver span.  No masses.  There is no inguinal adenopathy.
GENITALIA: Penis and testes appear normal.
RECTAL: Shows 35 gram prostate, left lobe greater than right lobe with increased thickening of left
lobe.  No rectal masses.  No blood on examining gloved finger.
EXTREMITIES: Free of edema.

**IMPRESSION:** Patient is a 70-year-old black male with newly diagnosed adenocarcinoma of
prostate with elevated PSA 9.3 ng/ml.

**RECOMMENDATIONS/PLAN:** I have recommended definitive management with radiation
therapy plus hormonal deprivation with Lupron injections for a cumulative of one year.  I have
discussed rationale, risks, benefits, techniques, and results of radiation therapy.  Patient states that
he would like to think about these recommendations before he makes final treatment decision.  We
will have patient return next week to discuss his decision and to proceed on to CT directed
simulation if he decides in favor of radiation therapy.

I appreciate this consultation and I will keep you apprised of patient's status as he progresses
through treatment.

Best personal regards,

Thomas E. Beatrous, M.D.
Radiation Oncologist
Cancer Care Center of Montgomery

TEB/wm
D: 01/19/03
T: 01/20/03

CC:    Dr. Mike Robbins
          Dr. D. P. Bhuta

## Cancer Care Center of Montgomery

**Medical Oncologist/Hematologist**
**Phatama Padavanija, M.D.**

**Medical Oncologist/Hematologist**
**David G. Morrison, M.D.**

**Radiation Oncologist**
**Thomas E. Beatrous, M.D.**

**PATIENT NAME:** Robert McCray
**DATE:** 01/14/03
**CHART #:** 15067

### RADIATION THERAPY CONSULTATION

**DIAGNOSIS:** Adenocarcinoma of prostate with PSA 9.3 ng/ml.

**HISTORY:** I was asked to see patient regarding radiation therapy evaluation. Patient is a 70-year-old black male found on routine screening to have elevated PSA 9.3. Prostate biopsy showed Gleason score 6 adenocarcinoma from left lobe biopsies. Bone scan showed arthritic uptake at right knee, shoulders, elbows, feet, and sternomanubrial joint as well as uptake at L-5 vertebral body thought to represent arthritic change. Patient has undergone consultation regarding possible surgery. He has decided, however, to forego surgery and to take definitive treatment with radiation therapy plus Lupron injections. I have been asked to see patient regarding radiation therapy evaluation.

**PAST MEDICAL HISTORY:** Positive for history of hypertension. Negative for heart disease, diabetes, or collagen vascular disease. Previous surgeries: Repair of leg fractures in 1951 and on two separate occasions thereafter.

**CURRENT MEDICATIONS:** HCTZ 25 mg q. day, Lopid 600 mg b.i.d., Maalox 30 cc t.i.d. p.r.n., Hytrin q.h.s., Tenormin 50 mg q. day, aspirin 325 mg q. day.

**ALLERGIES:** Catapres.

**SOCIAL HISTORY:** Patient is divorced. He has worked as a teacher. He is presently an inmate at Kilby Correctional Facility. He denies chronic tobacco or alcohol use.

**FAMILY HISTORY:** Negative for cancer.

**REVIEW OF SYSTEMS:** Patient admits to frequent urination with nocturia times three. He denies painful urination, hematuria, diarrhea, or blood per rectum.

**PHYSICAL EXAMINATION:** Shows weight 160 pounds. Vital signs: See intake H&P data sheet.
GENERAL: Alert, oriented, black male in no distress.
HEENT: Extraocular muscles are intact. Oral cavity and oropharynx free of tongue and mucosal lesions.
NECK: Shows no venous distention, thyromegaly, or cervical/supraclavicular adenopathy.
RIB CAGE/SPINE: Nontender.
LUNGS: Clear with no signs of atelectasis, consolidation, or effusion.
HEART: Regular rate and rhythm. No diastolic murmurs.

Continued....



FROM : DPBHUTA                    FAX NO. : 3342795737          Dec. 29 2001 10:18AM  P1

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

#### ADULT AND PEDIATRIC UROLOGY

345 ST LUKES DRIVE
MONTGOMERY, AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1048

*November 13, 2002*

*Dr. McClain*
*C/O Kilby Correctional Facility*
*12201 Wares Ferry Road*
*Montgomery, AL 36116*

*RE: Robert McCray*
*   Age 70, sex M*
*   Chart 376*
*   SS#*

*Dear Dr McClain,*

*Just a brief note to inform you of the follow-up on Mr. McCray, 70 year-old gentleman with PSA of 9.3.*

*He underwent biopsy of prostate gland with no complications. His final pathology report was adenocarcinoma of the prostate gland. I have faxed a copy of the report to Kilby Correctional Facility.*

*I have not discussed the pathology report with Mr. McCray. He will need a bone scan. I will be glad to discuss a definite line of treatment with him in my office. Please let him know the results of the biopsy.*

*Once the bone scan is completed I will be glad to see him in my office.*

*Again, thank you for your referral,*

*D. P. Bhuta*

*DPB/amc*

# D. P. Bhuta, M.D., F.A.C.S.

DIPLOMATE AMERICAN BOARD OF UROLOGY

ADULT AND PEDIATRIC UROLOGY

345 ST. LUKES DRIVE
MONTGOMERY AL 36117

PHONE : (334) 279-5737
FAX: (334) 279-1048

November 18, 2002

Dr. McLain
Kilby Correctional Facility
12001 Wares Ferry Road
Montgomery, AL 36116

RE: Robert McCray
     Chart 376
     Age 69, sex M
     11/4/02

Mr. McCray came to see us for further follow-up. He had a biopsy done and his pathology report was adenocarcinoma of the prostate gland with Gleason score of 6 (3+3). Biopsy was positive from the left lobe. He has no other urological complaints. He is having difficulty voiding and claims that Flomax did help.

We have talked with him in detail about treatment. He elected not to have surgery done. We talked to him about radiation therapy treatment and Lupron injections. He agreed to have this treatment done. We told him that radiation therapy might not cure the prostate cancer. He understood.

He will need a bone scan. Once the bone scan is complete, he should have hormone treatment with Lupron injections. He will also have radiation therapy treatment.

Will send a letter to Kilby Correctional Facility. They will do the bone scan and if it is negative they will proceed with radiation therapy treatment and Lupron injections. He also needs to continue taking Flomax- we gave him the samples.

Copy to Dr. McLain

Thank you for your referral,

D. Bhuta

DB/amc

P. Bhuta, M.D., F.A.C.S
DIPLOMATE AMERICAN BOARD OF UROLOGY

ADULT AND PEDIATRIC UROLOGY

345 ST. LUKES DRIVE
MONTGOMERY, AL 36117
November 18, 2002

PHONE: (334) 279-5737
FAX (334) 279-1048

Dr. McLain
Kilby Correctional Facility
12201 Wares Ferry Road
Montgomery, Al 36116

RE: Robert McCray
    Chart 376
    Age 69, sex M
    11/4/02

Mr. McCray came to see us for further follow-up. He had a biopsy done and his pathology report was adenocarcinoma of the prostate gland with Gleason score of 6 (3+3). Biopsy was positive from the left lobe. He has no other urological complaints. He is having difficulty voiding and claims that Flomax did help.

We have talked with him in detail about treatment. He elected not to have surgery done. We talked to him about radiation therapy treatment and Lupron injections. He agreed to have this treatment done. We told him that radiation therapy might not cure the prostate cancer. He understood.

He will need a bone scan. Once the bone scan is complete, he should have hormone treatment with Lupron injections. He will also have radiation therapy treatment.

Will send a letter to Kilby Correctional Facility. They will do the bone scan and if it is negative they will proceed with radiation therapy treatment and Lupron injections. He also needs to continue taking Flomax- we gave him the samples.

Copy to Dr. McLain

Thank you for your referral,

D. P. Bhuta

DPB/amc

Faxed another copy 1/9/03  215-6698

*Outpatient*   *@ 7:00*    *10/4*

020920 BOPS06    Auth #: _____

**NaphCare** *(National Prison HealthCare)*
**Hospital/Consultant Referral Form**

Inmate Name: *McCray, Robert*    AIS#: *167644*    Date: *9/16/02*

DOB: ████████    Race: *B*    Sex: *M*    Allergies: *(aspress*

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current
symptoms, current treatments): *Saw Dr. Bhuta last week - See*

SERVICES REQUESTED/PROVIDER: *Bhuta wants to*
*biopsy the prostate*

Signature (M.D.): *Casey*

Pertinent Chronic Conditions/Diagnosis:
DOC Facility: *Bibb*
Receiving Facility/Hospital: *Dr Bhuta - Mont g*    Time Out: _____
Route of Transportation: (X) ____ Ambulance ____ DOC Van X    Return Time: _____
Date & Result/Last PPD: *6-16-01* *0mm*    Date & Result/Last Chest X-Ray    Other: _____

OFFSITE HEALTHCARE REPORT:

Orders/Recommendations:

Physician:
Notify (Facility): *Bibb - Dr Ashley*    at #: *205. 926.1612*    Date: ____    Time: ____
Advanced Medical Directive: Yes ____    (Attached) No X    of patient's discharge.
Report called to: (Name/Title): *N/A*
Signature & Title: *N/A*    Date: ____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

08/05/2002   09:23   2054588478                    S HAUSER @ NAPHCARE                    PAGE   02/02

*Sept 10, 2002*
*@ 2:00*

020806 B GU01

Auth #: _____

**NaphCare** *(National Prison HealthCare)*
**Hospital/Consultant Referral Form**

$4.1

Inmate Name: _McCray, Robert_ AIS#: _167644_ Date: _8/4/02_

DOB: ▓▓▓▓▓ Race: _B_ Sex _M_ Allergies: _Catapress_

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _See prior office sheets._
_Dr. McClure said to recheck PSA and_
_if ≥ 10, OK for urologist_
_PSA on 7/30/02 is 10.1_

SERVICES REQUESTED/PROVIDER: _Send to Dr. Bhuta,_
_he has seen patient before._

Signature (M.D.): _C Boggins_

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: _Bibb_                                Time Out: _____
Receiving Facility/Hospital: _Dr D P Bhuta_          Return Time: _____
Route of Transportation: (X) ___ Ambulance ___ (DOC Van X) Other ___
Date & Result/Last PPD: _6-16-01_    _Neg m_    Date & Result/Last Chest X-Ray ___

OFFSITE HEALTHCARE REPORT: _____

_____

_____

Orders/Recommendations: _____

_____

_____

_____

Physician: _____ Date: _____ Time: _____
Notify (Facility): _B GU DR Ahmed_ at # _205 926 1612_ of patient's discharge.
Advanced Medical Directive:  Yes ___ (Attached) No _____
Report called to: (Name/Title): _N/A_    Date: _____
Signature & Title: _N/A_    Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review * 205-458-8370 or 1-800-771-0315

_249-5737_

253 05/28 '02 07 ?

PAGE   2

**NaphCare** (Na... ...)
Hospital/Ca... ...

Inmate Name: _MC Crory, Robert_ ... ... _5/24/02_

DOB: ▓▓▓▓▓▓  Race: _B_  Sex: _AA_ ...

History of working diagnosis (when first recognized, p... ... lab results, current
symptoms, current treatments): _This gentleman: ... ... 8/24/1998._
_He had a PSA of 5.3 at ... ... las was_
_12.3. PSA on 3/6/02 was ... rectom_
_Starting on 2/20/02. ... 30 days_
_starting on 3/30/02 and ... 9.4._
SERVICES REQUESTED/PROVIDER: _On ... had no_
_nodules but was ... send_
_patient back to Dr. ... _

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: _Bibb_
Receiving Facility/Hospital: _Dr. DP Bhuta_
Route of Transportation: (X) _____ Ambulance _____
Date & Result Last PPD: _6/10/01  Ommm_

OFFSITE HEALTHCARE REPORT: _____
_____
_____

Orders/Recommendations: _____
_____
_____
_____

Physician: _____
Notify (Facility): _Bibb  DR Athley_ (at # ____)
Advanced Medical Directive: Yes ____ (Attached) ?
Report called to: (Name/Title): _____
Signature & Title: _____

Bill to NaphCare 950 22ⁿᵈ St. N. ...
Sharon Hauser, R.N. Director of Utilization ...

0315

Auth # 020806

9/1/ (illegible)
@ 2:00

NaphCare (National Prison Health Care)
Hospital Consultant Referral Form

$H$

Inmate Name: McCray, Robert   PSI _16__14_  Date: 8/4/02

DOB: ███████  Race: B  Sex: M  Allergies: Catapress

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _See prior office sheets_
_Dr. McClave said to patient R and_
_if ≥ 10, OK for arerpra___ and_
_PSA on 7/30/02 is 12?_

SERVICES REQUESTED/PROVIDER: _Send to Dr Bhuta,_
_he has seen patient before_
_(illegible) ongoing_

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: _Bibb_
Receiving Facility/Hospital: _Dr D.P Bhuta_
Route of Transportation: (X) ____ Ambulance ___ Van X  Other ____
Date & Result/Last PPD: _6-16-01_  (illegible)

OFFSITE HEALTHCARE REPORT: _1 P 5_
PSA  ↑
Prostate  (N)

Orders/Recommendations:
Plan  —
_samples_
_Please give_
Prostate to
Flomax P-O Cancer
mg P.O H S
× 2 we eol

Physician: _____
Notify (Facility): _Bibb/Dr Ahmed_ at # (illegible)  Time: _____
Advanced Medical Directive: Yes ___ (Attached) ___  patient's discharge.
Report called to: (Name/Title): _N/A_
Signature & Title: _N/A_

Bill to NaphCare 950 22nd St. N. Suite 51 (illegible) 203
Sharon Hauser, R.N. Director of Utilization R (illegible)   00-771-0315

Appt. Date: _____                                    Auth #:_____

### NaphCare *(National Prison HealthCare)*
### Hospital/Consultant Referral Form

Inmate Name: __MC Cray, Robert__    AIS#: __167644__    Date: __5/24/02__

DOB: ████████    Race: __B__    Sex: __M__    Allergies: __Catapress__

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): This gentleman saw Dr. Bhuta in 6/24/1998. He had a PSA of 5.3 at that time, & PSA on 2/16/02 was 12.3. PSA on 3/6/02 was 9.8 after 10 days of Bactrim starting on 2/20/02. I gave Bactrim for 30 days starting on 3/30/02 and PSA on 5/6/02 was 9.4.

SERVICES REQUESTED/PROVIDER: On 3/30/02, on exam prostate had no nodules but was enlarged moderately. Please send patient back to Dr. Bhuta.

Signature (M.D.): __Cray, MD__

Pertinent Chronic Conditions/Diagnosis: _____
DOC Facility: __Bibb__                                    Time Out: _____
Receiving Facility/Hospital: __Dr DP Bhuta- Monta__    Return Time: _____
Route of Transportation: (X) _____ Ambulance _____ (DOC Van X) Other: _____
Date & Result/Last PPD: __6-16-01 0mm.__    Date & Result/Last Chest X-Ray _____

**OFFSITE HEALTHCARE REPORT:** _____

_____

_____

_____

Orders/Recommendations: _____

_____

_____

_____

_____

_____

Physician: _____    Date: _____    Time: _____
Notify (Facility): __Bibb DrAbnull__ at: # __205 926-1612__ of patient's discharge.
Advanced Medical Directive: Yes _____    (Attached) No _____
Report called to: (Name/Title): _____    Date: _____
Signature & Title: _____    Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315



**LabCorp** Laboratory Corporation of America

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 336-684-3176-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SCC          FASTING: Y
             DOB: ▓▓▓▓▓

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCRAY,ROBERT | M | 72 / 8 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/02/2005 | 10:27 | 12/02/2005 | 12/04/2005 | 11:11 | 1810 |

| CLINICAL INFORMATION |
|---|
| CD- 41147608387 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 167644 |
|---|---|

**ACCOUNT:** Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                    AL   36205-0000
**ACCOUNT NUMBER:** 01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

> PSA, Serum (Serial Monitor)
    Prostate-Specific Ag, Serum   8.6H  ng/mL       0.0 - 4.0   MB
    Beckman (formerly Hybritech) ICMA methodology

LAB: MB LabCorp Birmingham        DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000



| Pat Name: MCCRAY,ROBERT | Pat ID: 167644 | Spec #: 336-684-3176-0 | Seq #: 1810 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**Serial Monitoring Report**

1912 Alexander Drive, Research Triangle Park, NC 27709    (919) 361-7700

Report Date: 12/05/2005

**Patient**

| | | |
|---|---|---|
| Name: | MCCRAY, ROBERT | Date of Birth: |
| Patient ID: | 167644 | Sex: M |
| SSN: | | |

**Account**

Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore AL 36025-
Branch:    ALB95

**Specimen**

| | | |
|---|---|---|
| Number: | 336-684-3176-0 | LLS Acc #: |
| Date: | 12/02/2005 | |
| Patient Age: | 72 Years/8 Months | |

| | | | |
|---|---|---|---|
| Account #: | 01308900 | Phone: | 334-567-1548 |
| Physician: | PEASANT J | | |



**Recent Result History**

| | Reference Range Low | High | 09/02/05 | 12/02/05 | | |
|---|---|---|---|---|---|---|
| PSA ng/mL | 0.0 | 4.0 | 7.6H | 8.6H | STATON | #12-8-05 |

**Relevant Notes**

An 'H' or an 'L' next to a numeric value in the recent result history indicates that the value is above or below the reference range for the given test.

Myla Lai-Goldman, MD, Medical Director
Andre Valcour, PhD, DABCC, FACB, Director of Esoteric Immunoassay

This document contains private and confidential health information protected by state and federal law.
This report is a compilation of previously reported tests and is provided to assist in the interpretation of test results and to aid prognosis.
Values obtained with different assay methodologies should not be used interchangeably in serial testing.
Assay results should not be interpreted as absolute evidence of the presence or absence of malignant disease.

**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

**LabCorp**
Laboratory Corporation of America

| SPECIMEN 245-684-3198-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | |
|---|---|---|
| SCC | FASTING: N DOB: | |

| CLINICAL INFORMATION |
|---|
| CD- 41147607302 |

| PHYSICIAN ID. PEASANT J | PATIENT ID. 167644 |
|---|---|

| PATIENT NAME MCCRAY,ROBERT | SEX M | AGE(YR./MOS.) 72 / 5 |
|---|---|---|

| PT. ADD.: |
|---|

ACCOUNT:  Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                      AL    36205-0000
ACCOUNT NUMBER:    01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/02/2005 | 10:36 | 9/02/2005 | 9/04/2005 | 11:11 | 148 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| PSA, Serum (Serial Monitor) | | | | |
| > Prostate-Specific Ag, Serum | 7.6H | ng/mL | 0.0 - 4.0 | MB |
| Beckman (formerly Hybritech) ICMA methodology | | | | |

LAB: MB LabCorp Birmingham                     DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,   AL 35233-0000



| Pat Name:  MCCRAY,ROBERT | Pat ID: 167644 | Spec #:  245-684-3198-0 | Seq #:  148 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



 LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

**LabCorp**
Laboratory Corporation of America

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 203-684-3176-0 | S | YX | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION

FASTING: Y
DOB:

PATIENT NAME          SEX      AGE(YR./MOS.)
MCCRAY,ROBERT          M        72  /  4

PT. ADD.:

CLINICAL INFORMATION
CD- 41147606768

PHYSICIAN ID.              PATIENT ID.
WILLIAMS W                 167644

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore          AL  36205-0000

ACCOUNT NUMBER:  01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/22/2005 | 7:18 | 7/22/2005 | 7/23/2005 | 11:13 | 9217 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | YX |
| Chemistries | | | | |
| Glucose, Serum | 86 | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | .0 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 15 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.5 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 10 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 107 | mmol/L | 96 - 109 | YX |
| Calcium, Serum | 9.2 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 2.8 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 3.8 | g/dL | 3.5 - 4.8 | YX |
| Globulin, Total | 3.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 92 | IU/L | 25 - 160 | YX |
| LDH | 201 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 18 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 15 | IU/L | 0 - 55 | YX |
| | **Please note reference interval change** | | | |
| GGT | 23 | IU/L | 0 - 65 | YX |
| Iron, Serum | 106 | ug/dL | 40 - 155 | YX |
| | | | | YX |
| | | | | YX |
| Lipids | | | | |
| Cholesterol, Total | 140 | mg/dL | 100 - 199 | YX |
| Triglycerides | 66 | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 53 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 13 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 74 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.0 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

|  | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

Pat Name  MCCRAY,ROBERT          Pat ID: 167644          Spec #: 203-684-3176-0          Seq #: 9217

Results are Flagged in Accordance with Age Dependent Reference Ranges



**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 126-684-3198-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: Y
DOB

PATIENT NAME

MCCRAY,ROBERT

PT. ADD.:

SEX M

AGE(YR./MOS.) 72 / 1

CLINICAL INFORMATION
CD- 41147605849

PHYSICIAN ID. WILLIAMS W

PATIENT ID. 167644

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore          AL   36025-0000

ACCOUNT NUMBER: 01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|---|
| 5/06/2005 | 7:00 | 5/06/2005 | 5/06/2005 | 23:35  7772 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | |
| Chemistries | | | | YX |
| Glucose, Serum | 93 | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 6.7 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 12 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.3 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 9 | | 8 - 27 | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.0 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 106 | mmol/L | 96 - 109 | YX |
| Carbon Dioxide, Total | 24 | mmol/L | 20 - 32 | YX |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 2.9 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 7.3 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 4.8 | YX |
| Globulin, Total | 3.2 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 109 | IU/L | 25 - 160 | YX |
| LDH | 188 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 20 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | YX |
| GGT | 20 | IU/L | 0 - 65 | YX |
| Iron, Serum | 80 | ug/dL | 40 - 155 | YX |
| | | | | YX |
| Lipids | | | | YX |
| Cholesterol, Total | 138 | mg/dL | 100 - 199 | YX |
| Triglycerides | 71 | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 48 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 14 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 76 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.9 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 126-684-3198-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

FASTING: Y
DOB:

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCRAY,ROBERT | M | 72 / 1 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/06/2005 | 7:00 | 5/06/2005 | 5/06/2005 | 23:35 | 7772 |

**CLINICAL INFORMATION**
CD- 41147605849

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 167644 |
|---|---|

ACCOUNT: Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                    AL  36025-0000
ACCOUNT NUMBER:  01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report


**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN<br>320-684-3247-0 | TYPE<br>S | PRIMARY LAB<br>YX | REPORT STATUS<br>COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- 41147604061

SCC          FASTING: Y
             DOB█████████

PHYSICIAN ID.          PATIENT ID
WILLIAMS W             167644

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCRAY,ROBERT | M | 71 / 8 |

PT. ADD.:

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore                AL. 36205-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 11/15/2004 | 8:00 | 11/15/2004 | 11/16/2004 | 7:54 | 4366 |

ACCOUNT NUMBER:    01308900

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| BMP without BUN/Cr | | | | | |
| Glucose, Serum | 72 | mg/dL | 65 - 99 | | YX |
| BUN | 13 | mg/dL | 5 - 26 | | YX |
| Creatinine, Serum | 1.5 | mg/dL | 0.5 - 1.5 | | YX |
| Sodium, Serum | 143 | mmol/L | 135 - 148 | | YX |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | | YX |
| Chloride, Serum | 106 | mmol/L | 96 - 109 | | YX |
| Carbon Dioxide, Total | 22 | mmol/L | 20 - 32 | | YX |

LAB: YX LabCorp Montgomery Hull
543 Hull Street, Montgomery,  AL 36104-0000

DIRECTOR: Alton Sturtevant B PhD

11-16-04

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report



**PHS**
PRISON
HEALTH
SERVICES

**DEPARTMENT OF CORRECTIONS**

Staton

DATE: 1/10/05

### URINALYSIS

| | |
|---|---|
| LEUKOCYTES — 0 | BLOOD — trace |
| NITRITE — 0 | SPEC. GRAVITY — 1.020 |
| UROBILINOGEN — 0 | KETONE — 0 |
| PROTEIN — 0 | GLUCOSE — 0 |
| pH — 5 | HCG — 0 |

(Add: Final Labs Here)

1/12/05 @

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX |
|---|---|---|---|
| McCray, Robert | 167644 | | B/M |

**LABORATORY REPORTS**

PHS-MD-70012



# Laboratory Corporation of America

| SPECIMEN 188-205-5027-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| SCC                     FASTING: Y<br>DOB: ▮▮▮▮ |

| CLINICAL INFORMATION |
|---|
| CD- 41147602780 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCRAY,ROBERT | M | 71 / 3 |
| PT. ADD.: | | |

| PHYSICIAN ID. SONNIER M | PATIENT ID. 167644 |
|---|---|

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore          AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/06/2004 | 9:00 | 7/06/2004 | 7/07/2004 | 7:55 | 2352 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| BMP without BUN/Cr | | | | |
| Glucose, Serum | 93 | mg/dL | 65 – 99 | MB |
| BUN | 18 | mg/dL | 5 – 26 | MB |
| Creatinine, Serum | 1.5 | mg/dL | 0.5 – 1.5 | MB |
| Sodium, Serum | 142 | mmol/L | 135 – 148 | MB |
| Potassium, Serum | 3.9 | mmol/L | 3.5 – 5.5 | MB |
| Chloride, Serum | 104 | mmol/L | 96 – 109 | MB |
| Carbon Dioxide, Total | 21 | mmol/L | 20 – 32 | MB |
| Prostate-Specific Ag, Serum | 8.4H | ng/mL | 0.0 – 4.0 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham, AL 35233-0000

*urology c/s done*

*9/28/04*

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN 218-684-3252-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #:  1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SCC          FASTING: Y
             DOB: ▓▓▓▓

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| MCCRAY,ROBERT | M | 71 / 4 |

PT. ADD.:

CLINICAL INFORMATION
CD- 41147603113

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 167644 |
|---|---|

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore          AL   36205-0000
ACCOUNT NUMBER:   01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/05/2004 | 9:00 | 8/05/2004 | 8/06/2004 | 9:29 | 2938 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | YX |
| Chemistries | | | | |
| Glucose, Serum | 95 | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 9.7H | mg/dL | 2.4 - 8.2 | YX |
| BUN | 19 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 1.7H | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 11 | | 8 - 27 | |
| Sodium, Serum | 144 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 3.8 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 104 | mmol/L | 96 - 109 | YX |
| Calcium, Serum | 10.3 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 3.0 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 8.2 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 4.6 | g/dL | 3.5 - 4.8 | YX |
| Globulin, Total | 3.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 81 | IU/L | 25 - 160 | YX |
| LDH | 197 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 19 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | YX |
| GGT | 25 | IU/L | 0 - 65 | YX |
| Iron, Serum | 61 | ug/dL | 40 - 155 | YX |
| | | | | YX |
| | | | | YX |
| Lipids | | | | |
| Cholesterol, Total | 170 | mg/dL | 100 - 199 | YX |
| Triglycerides | 134 | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 44 | mg/dL | 40 - 59 | YX |
| VLDL Cholesterol Cal | 27 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 99 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.9 | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.6 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

|  | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio.   Other

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN 218-684-3252-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SCC                          FASTING: Y
                             DOE

| CLINICAL INFORMATION CD- 41147603113 | |
|---|---|
| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 167644 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **MCCRAY,ROBERT** | M | 71 / 4 |

PT. ADD.:

ACCOUNT: STATON CORRECTIONAL FACILITY
PRISON HEALTH SERVICES
2690 Marion Spillway Road
Elmore          AL   36205-0000
ACCOUNT NUMBER:  01308900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/05/2004 | 9:00 | 8/05/2004 | 8/06/2004 | 9:29 | 2938 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of pre-mature CHD. | | | |
| | | | | YX |
| **Thyroid** | | | | YX |
| TSH | 0.694 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 9.1 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 29 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.6 | | 1.2 - 4.9 | |
| | | | | YX |
| **CBC, Platelet Ct, and Diff** | | | | YX |
| White Blood Cell (WBC) Count | 5.0 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.80 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.5 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 42.5 | % | 36.0 - 50.0 | YX |
| MCV | 89 | fL | 80 - 98 | YX |
| MCH | 30.2 | pg | 27.0 - 34.0 | YX |
| MCHC | 34.0 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.7 | % | 11.7 - 15.0 | YX |
| > Platelets | 85 L | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 47 | % | 40 - 74 | YX |
| Lymphs | 39 | % | 14 - 46 | YX |
| Monocytes | 8 | % | 4 - 13 | YX |
| Eos | 5 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 2.4 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.0 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | YX |
| Hematology Comments: | Note: | | | YX |

Unable to perform accurate platelet
count due to platelet clumps. Plate-
lets appear decreased on slide.

8/9/04

LAB: MB LabCorp Birmingham                DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

LAB: YX LabCorp Montgomery Hull           DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp®**

| Specimen # | Type | Primary Lab | Status | | | |
|---|---|---|---|---|---|---|
| 32-005-0168-0 | S | MB | PRELIM PG 1 | 03 1 | | |

Additional Information

DOB: ▮▮▮▮

CD- 51617866682

| ient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| CCRAY, ROBERT | M | 071/02 |

ient Address

Clinical Information          05/12/04   08:52 ET

| Physician ID | Patient ID |
|---|---|
| WHITLEY | 167644 |

Account

BIBB CORRECTIONAL FACILITY          01705900
PRISON HEALTH SERVICES                       05
565 BIBB LANE                                         05
BRENT                  , AL  35034-0000
205-926-5252        ALB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 5/10/04 | 05/11/04 | 05/12/04 | 1176 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| P14+LP+5AC | | | | | MB |
| emistries | | | | | |
| lucose, Serum | 103 | H | mg/dL | 65 - 99 | MB |
| ric Acid, Serum | 9.7 | H | mg/dL | 2.4 - 8.2 | MB |
| UN | 23 | | mg/dL | 5 - 26 | MB |
| reatinine, Serum | 1.8 | H | mg/dL | 0.5 - 1.5 | MB |
| UN/Creatinine Ratio | 13 | | | 8 - 27 | |
| odium, Serum | 138 | | mmol/L | 135 - 148 | MB |
| otassium, Serum | 5.2 | | mmol/L | 3.5 - 5.5 | |
| hloride, Serum | 105 | | mmol/L | 96 - 109 | |
| arbon Dioxide, Total | 16 | L | mmol/L | 20 - 32 | MB |
| alcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | |
| hosphorus, Serum | 2.6 | | mg/dL | 2.5 - 4.5 | |
| rotein, Total, Serum | 7.5 | | g/dL | 6.0 - 8.5 | MB |
| lbumin, Serum | 4.1 | | g/dL | 3.5 - 4.8 | |
| lobulin, Total | 3.4 | | g/dL | 1.5 - 4.5 | |
| /G Ratio | 1.2 | | | 1.1 - 2.5 | |
| ilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| lkaline Phosphatase, Serum | 88 | | IU/L | 25 - 160 | MB |
| DH | 545 | H | IU/L | 100 - 250 | MB |
| ST (SGOT) | 32 | | IU/L | 0 - 40 | MB |
| LT (SGPT) | 10 | | IU/L | 0 - 40 | MB |
| GT | | | WILL FOLLOW | | MB |
| ron, Serum | 124 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| pids | | | | | MB |
| holesterol, Total | 202 | H | mg/dL | 100 - 199 | MB |
| riglycerides | 180 | H | mg/dL | 0 - 149 | MB |
| DL Cholesterol | 43 | | mg/dL | 40 - 59 | MB |
| LDL Cholesterol Cal | 36 | | mg/dL | 5 - 40 | |
| DL Cholesterol Calc | 123 | H | mg/dL | 0 - 99 | |
| omment | | | | | MB |

    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | > or=130 |
| 2+ Risk Factors | <130 | > or=130 | > or=130 |
| 0-1 Risk Factors | <160 | > or=160 | > or=190 |

| . Chol/HDL Ratio | 4.7 | ratio units | 0.0 - 5.0 |
|---|---|---|---|
| stimated CHD Risk | 0.9 | times avg. | 0.0 - 1.0 |
| | | T. Chol/HDL Ratio | |

©2004 Laboratory Corporation of



**LabCorp®**

| Specimen # | Type | Primary Lab | Status | | | |
|---|---|---|---|---|---|---|
| 82-005-0168-0 | S | MB | FINAL | PG 1 | 03 1 | 05/12/04 16:17 ET |

Additional Information

DOB:

CD- 51617866682

| ent Name | Sex | Age (Yr/Mos) |
|---|---|---|
| CCRAY, ROBERT | M | 071/02 |

ent Address

| Clinical Information | | |
|---|---|---|
| Physician ID | Patient ID | |
| WHTLEY | 167644 | |
| Account | | |

BIBB CORRECTIONAL FACILITY        01705900
PRISON HEALTH SERVICES                        05
565 BIBB LANE                                          05
BRENT            , AL  35034-0000
205-926-5252      ALB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 5/10/04 | 05/11/04 | 05/12/04 | 1181 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| P14+LP+5AC | | | | | MB |
| emistries | | | | | MB |
| Glucose, Serum | 103 | H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 9.7 | H | mg/dL | 2.4 - 8.2 | MB |
| BUN | 23 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | (1.8) | H | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | | 8 - 27 | |
| Sodium, Serum | 138 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 5.2 | | mmol/L | 3.5 - 5.5 | |
| Chloride, Serum | 105 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 16 | L | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.6 | |
| Phosphorus, Serum | 2.6 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.5 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 4.8 | |
| Globulin, Total | 3.4 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 88 | | IU/L | 25 - 160 | MB |
| LDH | 545 | H | IU/L | 100 - 250 | MB |
| AST (SGOT) | 32 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 10 | | IU/L | 0 - 40 | MB |
| GGT | 2 | | IU/L | 0 - 65 | MB |
| **Result Repeated** | | | | | |
| Iron, Serum | 124 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 202 | H | mg/dL | 100 - 199 | MB |
| Triglycerides | 180 | H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 43 | | mg/dL | 40 - 59 | |
| VLDL Cholesterol Cal | 36 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | (123) | H | mg/dL | 0 - 99 | MB |

Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD) | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |
| T. Chol/HDL Ratio | 4.7 | ratio units | 0.0 - 5.0 |
| Estimated CHD Risk | (0.9) | times avg. | 0.0 - 1.0 |

©2004 Laboratory Corporation of America® Hr
All Rights

**LabCorp**®

| Specimen # | Type | Primary Lab | Status | | | |
|---|---|---|---|---|---|---|
| 32-005-0168-0 | S | MB | FINAL | PG 2 | 03 1 | |

Additional Information

CD- 51617866682

DOB:

Clinical Information    05/12/04    16:17 ET

| Physician ID | Patient ID |
|---|---|
| WHITLEY | 167644 |

| Client Name | Sex | Age (Yr/Mos) |
|---|---|---|
| MCCRAY, ROBERT | M | 071/02 |

Client Address

Account

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 05/10/04 | 05/11/04 | 05/12/04 | 1181 |

BIBB CORRECTIONAL FACILITY        01705900
PRISON HEALTH SERVICES            05
565 BIBB LANE                    05
BRENT              , AL  35034-0000
205-926-5252        ALB

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

T. Chol/HDL Ratio

```
                          Men    Women
          1/2 Avg.Risk    3.4     3.3
              Avg.Risk    5.0     4.4
           2X Avg.Risk    9.6     7.1
           3X Avg.Risk   23.4    11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

---

LAB: MB LabCorp Birmingham            DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

---

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 205-581-3600 LAB: 205-581-3500
                      LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Rese

CRAY, ROBERT            PATID: 167644        REPORT SPEC DATE: 05/11/2004

| | Specimen # | Type | Print | Report Status | PG | | | | **LabCorp**® |
|---|---|---|---|---|---|---|---|---|---|
| 06-005-0143-0 | | S | M | FINAL | 1 | 03 | 1 | | |
| IME 0900 | | | | | | | | | 04/16/04  06:08 ET |
| BX | | | | | | | | | |

DOB:

CD- 51617864404

Clinical Information

Physician ID  WHITLEY

| Patient Name: | | Sex | Age (Yr/Mos) | | Physician ID  WHITLEY | Patient ID  167644 |
|---|---|---|---|---|---|---|
| CCRAY, ROBERT | | M | 077/01 | | | |

Patient Address:

| | | | | Account |
|---|---|
| BIBB CORRECTIONAL FACILITY | 01705900 |
| PRISON HEALTH SERVICES | 05 |
| 565 BIBB LANE | 05 |
| BRENT            , AL  35034-0000 | |
| 205-926-5252        ALB | |

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 4/15/04 | 04/15/04 | 04/16/04 | 0861 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | | MB |
| Chemistries | | | | | |
| Glucose, Serum | 103 | H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 9.3 | H | mg/dL | 2.4 - 8.2 | MB |
| BUN    >Kidney | 24 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | (2.0) | H | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | | 8 - 27 | |
| Sodium, Serum | 138 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 21 | | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 2.7 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.2 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 4.8 | |
| Globulin, Total | 3.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 94 | | IU/L | 25 - 160 | MB |
| LDH | 196 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 18 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 8 | | IU/L | 0 - 40 | MB |
| GGT | 19 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 88 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| | | | | | MB |
| Lipids | | | | | |
| Cholesterol, Total | 221 | H | mg/dL | 100 - 199 | MB |
| Triglycerides | 132 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | (41) | | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 26 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 154 | H | mg/dL | 0 - 99 | MB |

Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |
| 2+ Risk Factors | <130 | >or=130 | >or=130 |
| 0-1 Risk Factors | <160 | >or=160 | >or=190 |

| | | | |
|---|---|---|---|
| T. Chol/HDL Ratio | 5.4 | H ratio units | 0.0 - 5.0 |
| Estimated CHD Risk | 1.1 | H times avg. | 0.0 - 1.0 |
|     (The CHD Risk is based | | T. Chol/HDL Ratio | |

| 06-005-0143-0 | Specimen # | Type S | Prim. P. | Report Status FINAL | PG 2 | 03 | 1 | | **LabCorp**® |
|---|---|---|---|---|---|---|---|---|---|

TME 0900
BX

CD- 51617864404

Additional Information:    DOB:

04/16/04   06:08 ET

Clinical Information

| Physician ID | WHITLEY | | |
|---|---|---|---|
| | WHITLEY | Patient ID | 167644 |

| tient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| ICCRAY, ROBERT | M | 071/01 |

Account
BIBB CORRECTIONAL FACILITY        01705900
PRISON HEALTH SERVICES              05
565 BIBB LANE                       05
BRENT           , AL  35034-0000
205-926-5252    ALB

tient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 04/15/04 | 04/15/04 | 04/16/04 | 0861

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Other factors affect CHD | 1/2 Avg.Risk | | 3.4 | 3.3 | |
| Risk such as hypertension, | Avg.Risk | | 5.0 | 4.4 | |
| smoking, diabetes, severe | 2X Avg.Risk | | 9.6 | 7.1 | |
| obesity, and family | 3X Avg.Risk | | 23.4 | 11.0 | |
| history of premature CHD.) | | | | | |
| BC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.5 | | X 10-3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.53 | | X 10-6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.0 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 41.1 | | % | 36.0 - 50.0 | MB |
| MCV | 91 | | fL | 80 - 98 | MB |
| MCH | 31.0 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.8 | | % | 11.7 - 15.0 | MB |
| Platelets | 141 | | X 10-3/uL | 140 - 415 | MB |
| Polys | 54 | | % | 40 - 74 | MB |
| Lymphs | 29 | | % | 14 - 46 | MB |
| Monocytes | 12 | | % | 4 - 13 | MB |
| Eos | 4 | | % | 0 - 7 | MB |
| Basos | 1 | | % | 0 - 3 | MB |
| Polys (Absolute) | 2.4 | | X 10-3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.3 | | X 10-3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.5 | | X 10-3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute Value) | 0.2 | | X 10-3/uL | 0.0 - 0.4 | MB |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | MB |
| | | | | | MB |
| rostate-Specific Ag, Serum | 9.6 | H | ng/mL | 0.0 - 4.0 | MB |

LAB: MB LabCorp Birmingham            DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

--------------------------------------------------------------

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 205-581-3600 LAB: 205-581-3500
                    LAST PAGE OF REPORT

McCRAY, Robert - 167644

ID:    #STAT#040408100822

D.O.B.:
Meds:
Class:
Dr:
Tech:

04/08/2004  10:08:22

| | | |
|---|---|---|
| Vent. Rate: | 63 | bpm |
| RR Interval: | 940 | ms |
| PR Interval: | 174 | ms |
| QRS Duration: | 86 | ms |
| QT Interval: | 370 | ms |
| QTc Interval: | 375 | ms |
| QT Dispersion: | 56 | ms |
| P-R-T AXIS: | 65° | -13°  44° |

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Anal



25 mm/s

Mc Craig

114/65    p 64    After Laying ↓

11:50 Am

102/59    p 52    Clammy , Dizzy
attempted to draw Blood no Luck
Rescheduled

CONTINUED REPORT

7186929   AREA/ROUTE/STOP: QBHM000
BIBB CORRECTIONAL FACILITY
565 BIBB LN
BRENT, AL 35034-4040

**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| MCCRAY, ROBERT | 457644 | | 60 | | BIBB CORRECTIONAL F |

| PAGE | REQUISITION NO. / ACCESSION NO. | LAB REF | COLLECTION DATE & TIME | DOB IN-DATE | REPORT DATE & TIME |
|---|---|---|---|---|---|
| 2 553413 | AT298848C | | 02152002 7:00 AM 02162002 | 02162002 | 8:58AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

FINAL

Date of Birth: ███

PROSTATE SPECIFIC ANTIGEN                                                                AT
  TOTAL PSA                          12.3 H      NG/ML        < OR = 4.0

      THE REAGENT MANUFACTURER OF THIS ASSAY IS
      ABBOTT DIAGNOSTICS.


      BECAUSE THE CONCENTRATION OF PSA IN ANY GIVEN SPECIMEN
      CAN VARY DUE TO DIFFERENCES IN ASSAY METHODS AND REAGENT
      SPECIFICITY, VALUES FROM DIFFERENT ASSAY METHODS
      CANNOT BE USED INTERCHANGEABLY. SERUM PSA LEVELS,
      REGARDLESS OF VALUE, SHOULD NOT BE INTERPRETED AS
      ABSOLUTE EVIDENCE OF THE PRESENCE OR ABSENCE OF
      DISEASE.


          >> END OF REPORT - MCCRAY, ROBERT AT298848C <<

7186929   AREA/ROUTE STOP: QBHM000
BIBB CORRECTIONAL FACILITY
565 BIBB LN
BRENT, AL 35034-4040



**Quest Diagnostics**

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| MCCRAY,ROBERT | | 167644 | | | 68 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 8581465 | AT703985C | | 03052002 7:45 AM | 03062002 | 03062002 | 8:22AM |

REMARKS

EASTERN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ▓▓▓▓▓▓                                                                    AT
PROSTATE SPECIFIC ANTIGEN
   TOTAL PSA                        9.8 H        NG/ML        < OR = 4.0

        THE REAGENT MANUFACTURER OF THIS ASSAY IS
        ABBOTT DIAGNOSTICS.

        BECAUSE THE CONCENTRATION OF PSA IN ANY GIVEN SPECIMEN
        CAN VARY DUE TO DIFFERENCES IN ASSAY METHODS AND REAGENT
        SPECIFICITY, VALUES FROM DIFFERENT ASSAY METHODS
        CANNOT BE USED INTERCHANGEABLY. SERUM PSA LEVELS,
        REGARDLESS OF VALUE, SHOULD NOT BE INTERPRETED AS
        ABSOLUTE EVIDENCE OF THE PRESENCE OR ABSENCE OF
        DISEASE.


        >> END OF REPORT - MCCRAY,ROBERT AT703985C <<


                                    3/16/02
                                    Pull Chart
                                    CD

LABORATORY REPORT

7186938   AREA/ROUTE/STOP: QMGY011
KILBY CORRECTIONAL FACILITY
12201 WRES FERRY RD
MOUNT MEIGS, AL 36057


**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| MCCRAY,ROBERT | 167644 | | 69 | M | OPC |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 5952954 | AT515234K | | 02102003 10:54 AM | 02112003 | 02112003 | 8:11AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|---|
| | FINAL | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

Date of Birth: ████████
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300

AT

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | | 13.8 H | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 4.32 | | MILL/MCL | 4.20-5.80 |
| HEMOGLOBIN | 13.6 | | G/DL | 13.2-17.1 |
| HEMATOCRIT | 39.6 | | % | 38.5-50.0 |
| MCV | 91.5 | | FL | 80.0-100.0 |
| MCH | 31.5 | | PG | 27.0-33.0 |
| MCHC | 34.4 | | G/DL | 32.0-36.0 |
| RDW | 13.2 | | % | 11.0-15.0 |
| PLATELET COUNT | | 122 L | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | | 12365 H | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | | 455 L | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | | 952 H | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 28 | | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 0 | | CELLS/MCL | 0-200 |
| NEUTROPHILS | 89.6 | | % | |
| LYMPHOCYTES | 3.3 | | % | |
| MONOCYTES | 6.9 | | % | |
| EOSINOPHILS | 0.2 | | % | |
| BASOPHILS | 0.0 | | % | |

                >> END OF REPORT - MCCRAY,ROBERT AT515234K <<



LABORATORY REPORT



Quest
Diagnostics

| | |
|---|---|
| PATIENT NAME | McCRAY, ROBERT |
| PATIENT ID | 167644 |
| ROOM NO. | |
| AGE | 69 |
| SEX | M |
| PHYSICIAN | ROBBINS |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 5952520 | A1778256J | | 01092003 1:30 PM | 01102003 | 01102003 | 7:55AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|

Date of Birth

A COPY OF THIS REPORT HAS BEEN SENT TO: HAPHCARE INC
                                        950 22ND ST S STE 825
                                        BIRMINGHAM, AL 35205-3803

COMPREHENSIVE METABOLIC

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | 81 | | MG/DL | 65-109 | |
| UREA NITROGEN (BUN) | 16 | | MG/DL | 7-30 | |
| CREATININE | | 2.0 H | MG/DL | 0.9-1.5 | |
| | | VERIFIED | | | |
| BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 | |
| SODIUM | 144 | | MMOL/L | 135-146 | |
| POTASSIUM | 4.3 | | MMOL/L | | |
| CHLORIDE | 108 | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 26 | | MMOL/L | | |
| CALCIUM | 9.6 | | MG/DL | 8.0-10.5 | |
| PROTEIN, TOTAL | 7.0 | | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.0 | | G/DL | 3.2-4.8 | |
| GLOBULIN | 3.0 | | G/DL | 2.0-4.0 | |
| ALBUMIN/GLOBULIN RATIO | 1.3 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.5 | | MG/DL | 0.0-1.2 | |
| ALKALINE PHOSPHATASE | 71 | | U/L | 20-125 | |
| AST | 23 | | U/L | | |
| ALT | 15 | | U/L | | |

LABORATORY REPORT

7486938  AREA/ROUTE/SLOPE UNGY011
KILBY CORRECTIONAL FACILITY
12291 WARES FERRY RD
MOUNT MEIGS, AL 36057

Quest
Diagnostics

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| MCCRAY,ROBERT | | 167644 | | | 69 | M | ROBOTMS |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 2 | 5952520 | AT778256J | | 01092003 1:39 PM | 01102003 | 01102003 | 7:55AM |

REMARKS

PHYSICIAN
TIME

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth:
CBC (INCLUDES DIFF/PLT) (CONTINUED)
ABSOLUTE BASOPHILS        16                              CELLS/MCL    0-200
NEUTROPHILS               54.4                            %
LYMPHOCYTES               28.1                            %
MONOCYTES                 12.1                            %
EOSINOPHILS               5.1                             %
BASOPHILS                 0.3

                >> END OF REPORT   MCCRAY,ROBERT AT778256J <<



INDICATES TESTING SITE SEE REVERSE