

CAMIN JAY HEALTH INFORMATION SYST

*M^c Cray Robert*

※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※
* ORDER/RESULT INQ   XRY        RESULT DISPLAY              12:41 PM 11/27/02 *
* DSCH/※※※※-※ NAPHCARE, 167644        06217631 B/M/069Y MCLANE, JERRY        *
* BONE WHOLE BODY                      000100 0657152                        *
*                                                                            *
* BONE SCAN                                                                  *
*                                                                            *
* HISTORY:  PROSTATE CANCER                                                  *
*                                                                            *
*     THERE IS MARKEDLY INCREASED TRACER UPTAKE IN THE RIGHT KNEE THAT       *
* IS PRESUMABLY RELATED TO ARTHRITIS AND/OR TRAUMA.  PLAIN FILM X-RAYS       *
* COULD HELP FURTHER EVALUATE THIS.  THERE IS FOCALLY INCREASED TRACER       *
* UPTAKE SEEN IN THE PEDICULAR REGION OF THE L5 VERTEBRAL BODY THAT MAY      *
* WELL BE RELATED TO ARTHRITIS AND PLAIN FILM X-RAYS OF THIS MAY HELP        *
* IN FURTHER EVALUATION. THERE IS ARTHRITIC UPTAKE IN BOTH SHOULDERS,        *
* ELBOWS AND FEET.  THERE IS A SMALL FOCUS OF SLIGHTLY INCREASED TRACER      *
* UPTAKE SEEN IN THE STERNOMANUBRIAL JOINT THAT PROBABLY IS ARTHRITIC        *
* IN NATURE AND THERE IS ALSO A TINY FOCUS OF SLIGHTLY INCREASED TRACER      *
* UPTAKE SEEN IN ONE OF THE LOWER POSTERIOR RIGHT RIBS (APPROXIMATELY        *
* THE 10TH).  THERE IS ONLY FAINT INCREASED INTENSITY AND MAY BE RELATED     *
*                                                                            *
* TO PREVIOUS TRAUMA.                                                        *
*                                                                            *
* OPINION:                                                                   *
* 1. MARKEDLY INCREASED TRACER UPTAKE RIGHT KNEE COULD BE RELATED            *
* TO ARTHRITIS AND/OR TRAUMA.  PLAIN FILM X-RAYS OF THIS AREA COULD          *
* HELP IN FURTHER EVALUATION.                                                *
* 2. INCREASED TRACER ACTIVITY IN THE REGION OF THE L5 VERTEBRA              *
* MAY BE RELATED TO ARTHRITIS AND PLAIN FILM X-RAYS OF THE LUMBAR            *
* SPINE COULD HELP IN FURTHER EVALUATION OF THIS.                            *
* 3. ARTHRITIC UPTAKE NOTED IN THE SHOULDERS, ELBOWS AND FEET.               *
* 4. FOCUS OF SLIGHTLY INCREASED TRACER UPTAKE AT THE STERNOMANUBRIAL        *
* JOINT PROBABLY RELATED TO ARTHRITIS. FOCUS OF FAINTLY INCREASED            *
* TRACER UPTAKE SEEN IN ONE OF THE LOWER RIGHT RIBS POSTERIORLY              *
* PROBABLY RELATED TO PREVIOUS TRAUMA.  FOLLOW UP BONE SCAN IN 2-3           *
* MONTHS MAY HELP FURTHER EVALUATE THESE AREAS.                              *
*                                                                            *
* RB                                                                         *
*                                                                            *
*                                                                            *
*                                                                            *
*                                     DR R W FINLEY                          *
* FUNCTION                                        PAT-ORDERS      & ENTER *
*                                                                            *
*                         ** END OF RESULT **                                *
※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※

# TechCare

**Annual Health & TB Screening Appointment**

11/21/2002

| | |
|---|---|
| Name | **MCCRAY,ROBERT** |
| DOC # | **167644** |
| Birth Date | |

| | |
|---|---|
| Appointment Date | **6/20/2002** |

### TB Screening Data

| | |
|---|---|
| Date Given | 6/20/2002 |
| Site Given | Left Arm |
| Lot # | 4525G261 |
| Nurse Administering | SKINNNER |
| Date Read | 6/22/2002 |
| Size in MM | 0 |
| Nurse Reading | SKINNER |

### Medical Data

| | |
|---|---|
| Current Weight | 162 |
| Previous Weight | 164 |
| Height | NA |
| Blood Pressure | 154/88 |
| Recent Chest Pain | No |
| Kitchen Clearance | Yes |
| Productive Cough | No |
| Any Bleeding | Yes |
| Diabetic | NA |
| Diabetic Condition | NA |
| Prosthetic | NA |
| Duty Status | |

### Emergency Contact Data

| | |
|---|---|
| Name | ROBERT MCCRAY |
| Phone | 703-803-7288 |
| Address | UNK |

# D. P. Bhuta, M.D., F.A.C.S.

### DIPLOMATE AMERICAN BOARD OF UROLOGY

### ADULT AND PEDIATRIC UROLOGY

345 ST. LUKES DRIVE
MONTGOMERY, AL 36117

PHONE: (334) 279-5737
FAX: (334) 279-1048

*October 27, 2002*

*Dr. McClain*
*Kilby Correctional Facility*
*12201 Wares Ferry Road*
*Montgomery, AL  36116*

*RE: Robert McCray*  #167644
    *Age 70, sex M*
    *Chart 376*
    *SS#* ▓▓▓▓▓▓▓

*Dear Dr. McClain,*

*Just a brief note to inform you of the follow-up on Mr. McCray, 70 year-old gentleman with PSA of 10.4. In 1997 his PSA was 6.1.*

*He was having some difficulty voiding and I started him on Flomax~ samples were given.  Because of high PSA he was advised to have ultrasound and biopsy of the prostate gland.  Biopsy was positive from the left lobe of the prostate gland.  I faxed you a copy of the report.*

*Mr. McCray will need bone scan to make sure there is no metastasis.  He needs to return to me for further follow-up after this.  We will then discuss a definite line of treatment.*

*Enclosed are copies of the pathology report for your records.*

*Thank you,*

*D.P. Bhuta*

*DPB/amc*

BIBB CORRECTIONAL FACILITY
565 BIBB LN
BRENT, AL. 35034-404

**Quest Diagnostics**

MCCRAY,ROBERT                                    69        LYRENE,GEORGE A

| PATIENT NAME | 9681600 AT010519E | PATIENT ID | 0430200 | 05012002 | 8:30AM |
|---|---|---|---|---|---|

| AGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | EASTERN TIME |
|---|---|---|---|---|---|---|---|

REMARKS

FINAL

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| SPECIFIC A | | IN RANGE | OUT OF RANGE | | | |
| TOTAL PSA | | | 9.4 H | NG/ML | < OR = 4.0 | |

THE REAGENT MANUFACTURER OF THIS ASSAY IS
ABBOTT DIAGNOSTICS.

BECAUSE THE CONCENTRATION OF PSA IN ANY GIVEN SPECIMEN
CAN VARY DUE TO DIFFERENCES IN ASSAY METHODS AND REAGENT
SPECIFICITY, VALUES FROM DIFFERENT ASSAY METHODS
CANNOT BE USED INTERCHANGEABLY. SERUM PSA LEVELS,
REGARDLESS OF VALUE, SHOULD NOT BE INTERPRETED AS
ABSOLUTE EVIDENCE OF THE PRESENCE OR ABSENCE OF
DISEASE.

>> END OF REPORT - MCCRAY,ROBERT AT010519E <<

5/6/02

# D. P. Bhuta, M.D.

DIPLOMATE AMERICAN BOARD OF UROLOGY

ADULT AND PEDIATRIC UROLOGY

303 SOUTH RIPLEY STREET
SUITE 4400 PROFESSIONAL BUILDING
MONTGOMERY, AL 36104
PHONE: (334) 264-1445

8032 WINTON BLOUNT BLVD.
MONTGOMERY, AL 36117
PHONE: (334) 280-0147
280-0148

June 24, 1998

Dr. An
Kilby Correctional Center
Mt. Meigs, Al. 36057

RE: Robert McCray

Dear Dr. An:

I appreciate your referral of Mr. McCray, with a P.S.A. of 5.3 which is normal for his age specific P.S.A. ratio.

He has some obstructive symptoms but with no nocturia. He has frequency every one to two hours and is voiding with a slow stream. His urinalysis was normal. He has no infection. His prostate was enlarged but it was not tender and no nodules were felt. His CBC and Chemistry were within normal limits. Definitely, he needs and I.V.P. He needs a periodical follow up for his P.S.A. Further treatment will depend upon I.V.P. report. Please send me a copy of the I.V.P. report.

Sincerely,

D.P. Bhuta, M.D.

DPB/bn

02/12/2003  12:22   2055025989                RADIOLOGY ASSOC OF AL                    PAGE  12

**NaphCare**

## X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Kilby | 3/10/03 | OPR | ○ Inpatient  ⊠ Outpatient |

Examination Requested

*Chest X-ray*

Clinical Diagnosis

*R/o Pneumonia*

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 3/10/03 | | |

### Report of Findings

MCCRAY, ROBERT  ID 167644

PA CHEST  02/10/03

**THE THORACIC AORTA IS MILDLY TORTUOUS.   NO PNEUMONIA OR
ANY OTHER SIGNIFICANT RADIOGRAPHIC ABNORMALITY IS
IDENTIFIED.  NO CHANGE FROM 11/06/97.**

RP
R. FINLEY, M.D.

2/12/03

_____  M.D.
Physician's Signature

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| McCray, Robert | | | | Bm | 167644 |

X-Ray Requisition and Report

NCO5B

# RADIOLOGY ASSOCIATES OF ALABAMA, P.C.

P.O. Box 10168  ·  Birmingham, Alabama 35202-0168  ·  205-870-0123    Fax 205-870  7

NAME: MCCRAY, ROBERT
FACILITY: BIBB
DOB
ID # 167644

AP CHEST 02/18/02

THE HEART AND LUNGS AND SKELETAL STRUCTURES ARE NORMAL.

RP

S. LOVELESS, M.D.

## PRELIMINARY
## UNSIGNED REPORT

## X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Wm. Donaldson Corr. Fac. | 8/30/00 | Dr Faulcon | G-41 |

**EXAMINATION REQUESTED**

Xray C spine
C Lt shoulder

**CLINICAL DIAGNOSIS**

P pain/stiffness

CA

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | 9\18\00 |
|---|---|---|---|
| | 8-31-00 | | |

**REPORT OF FINDINGS**

Cervical spine: Satisfactory alignment is noted. There are
hypertrophic changes present in the lower cervical area. There is
no evidence of an acute fracture.
IMPRESSION: HYPERTROPHIC CHANGES LOWER CERVICAL SPINE.

Left shoulder:
The examination shows no evidence of recent fracture or other sig-
nificant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

d & t: September 5, 2000
abs

Thomas J. Payne, III, M.D.
Board Certified Radiologist

SIGNATURE

| PATIENT'S LAST NAME    FIRST    MIDDLE | DATE OF BIRTH | R/S | ID NUMBER |
|---|---|---|---|
| McCraw Robert | ▭ | B/m | 1676 |

# CONSULTATION
# PROVIDED
# BY
# CAHABA IMAGING, P.C.

Homewood Plaza Office Bldg.
3125 Independence Drive, Suite 105
Homewood, AL 35209
(205)802-6100 * 1-800-535-2189 * Fax: (205) 870-1207

B-85

| NAME McCray, Robert | AGE | 3/25/99 DATE OF EXAM 3-30-99 | PATIENT # 167644 |
|---|---|---|---|
| CLINIC NAME Donaldson | PROVIDER NAME Dr. Claybaun | | |
| PROCEDURES: CXR, PA & LAT | HISTORY CCC → HTN | | |
| | c/o night seats in past, again now | | |

ROBERT MCCRAY  167644

CHEST:  The heart is not enlarged.  The lungs are clear.
IMPRESSION;  NORMAL CHEST

D & T:  March 31, 1999            *Thomas J. Payne, III, M.D. lba*

Report electronically signed.
Original signature on file.

# CONSULTATION
# PROVIDED
# BY
# CAHABA IMAGING, P.C.

### Homewood Plaza Office Bldg.
### 3125 Independence Drive, Suite 105
### Homewood, AL 35209
### (205)802-6100 * 1-800-535-2189 * Fax: (205) 870-1207

*B-85*

| NAME *McCray, Robert* | AGE | DATE OF EXAM *3-30-99* | PATIENT # *167644* |
|---|---|---|---|
| CLINIC NAME *Donaldson* | PROVIDER NAME *Dr. Clayborn* | | |
| PROCEDURES: *CXR, PA & LAT* | HISTORY *CCC → HTN* *c/o 'night sweats in past, again new* | | |

*3/25/99*

ROBERT MCCRAY  167644

CHEST:  The heart is not enlarged.  The lungs are clear.
IMPRESSION;  NORMAL CHEST

D & T:  March 31, 1999          *Thomas J. Payne, III, M.D./ba*

Report electronically signed.
Original signature on file.



# DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

# DENTAL RECORD



| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination: 3/23/05

Initial Classification:

Oral Pathology .................................
- Gingivitis
- Vincent's Infection
- Stomatitis
- Other Findings

Occlusion

Roentgenograms .................................
- Periapical
- Bitewing
- Other

## Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☑ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

## SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 3/23/05 | | | Annual Exam + Medical history update. Pt. so taking out dentures at night | MR | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| McCray, Robert | 167644 | | B/m | Staton |

PHS-MD-70015

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

**NAME** McCray, Robert     **ID#** 167644     **RACE** B/m

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



**Date of Initial Examination:** 6/6/00

**Initial Classification:**

**Oral Pathology:**

   Gingivitis

   Vincent's Infection

   Stomatis

   Other Findings

**Occlusion**

**Roentgenograms:**

   Periapical

   Bitewing

   Panarex

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? 6/6 | | | Acquired Immune Deficiency (AIDS/HIV)? | | |
| Allergies | | | Gastrointestinal disorders | | |
| Anemia | | | Glaucoma | | |
| Asthma or other respiratory problems | | | Heart disease or murmur | | |
| Blood pressure conditions | | ✗ | Hepatitis | | |
| Diabetes | | | Kidney problems | | |
| Epilepsy | | | Reactions to anesthetics or medications | ✗ | |
| Excessive bleeding after surgery | | | Rheumatic fever | | |
| Fainting | | | Taking any medication | | |
| Pregnant? | | | Thyroid conditions | | |

AUG-11-2004 20:08  FROM:D P BHUTA                3342791048              TO:   71538              P.2

Robert McCray
Chart 376
Age 71 ,sex M
4/30/04

Mr. McCray came back to us for follow-up.  He is known to us.  He was supposed to go
to Birmingham to have radioactive seed implant.  He did not go for the procedure.  We
again talked to him about the radiation therapy treatment because of his age and multiple
medical problems, but he elected to have Lupron injections.  we will make appropriate
arrangements and discuss with his doctor.

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | McCray, Robert | **Inmate Number:** | 167644MC |
| **Service Authorized:** | Office Visits: Outpatient Urology Referral | **Effective Dates:** | 04/05/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Bibb Correctional facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 13655462 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

---

**Clinical Summary or Attached Report**

Pt with Prostate cap. - waiting for Radiation seed implant.

Bone Scan +ve

Plan: - do x-ray 10 & 11th Rib.
      - do x-ray of Lumbar Spine
Please do x-ray, send me the report

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date: 11/8/04    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: 11/9/04    Time: _____

Case 2:05-cv-00887 ~~FILE Fust Be Completed Legibly. You must Type~~ 04/14/2006 Page 1 PHS

Please send this form with the authorization Letter to the service provider at the the Appointment

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| BIBB 831 | McCray, Robert | 04.01.04 |

| Site Phone # | Alias: (Last, First.) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 205-225-0338  926-5752 ext# 230 | | ~~(blacked out)~~ |

| Site Fax # - | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 205-225-0338 | 167644 | 05.01.92 |

| Will there be a charge?  ☒ Yes ☐ No | Sex  ☒ Male ☐ Female | SS Number __ __ __ - __ __ - __ __ __ __ | Potential Release Date: (mm/dd/yy) 12.07.13 |
|---|---|---|---|

| Responsible party: | ☒ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid): |
|---|---|---|

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

_James Whitley_

**Facility Medical Director Signature and Date:**

_J Puhur_

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☒ Routine   ☐ Urgent @ 9:30A

**Estimated Date of Service (mm/dd/yy)** 04.30.04
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other: 29-5737

**Specialist referred to:** Dr D. P Bhuta

**Type of Consultation, Treatment, Procedure or Surgery:**

Urology eval.

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

71 yo bm z adenoCA prostate in Feb. 03.
he saw urology / oncology Last year 2003

**Results of a complaint directed physical examination:**

bm in NAD
unremarkable
Discus with pt
Pt ~~want~~ want Radio-active
Seed implants at U.A.B

**Previous treatment and response (including medications):**

PSA on 4/2/04 - 9.6
Last PSA Feb 03 - 9.3
wants Seed implant

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: __ __ / __ __ / __ __

**Regional Medical Director Signature, printed name and date required:** _____ / _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 1365S462 |
|---|---|---|

UM Referral review form 2-05-2004

## NON-FORMULARY REQUEST FOR:

EMERGENCY                    NON-EMERGENCY

NOTE: A COPY OF THE ORDER MUST ACCOMPANY THIS FORM!!

Institution _Billy_                          Date _2-4-03_

Inmate Name _Robert McCrary_    Inmate # _167644_

Drug/Dose Requested _Lupron 7.5 mg alt M - 2 mos_

Estimated Duration of Treatment _X 4 mos_

Reason for Non-Formulary Drug Request _Prostate cancer_
(must include diagnosis) _will start Radiation_

_after Lupron inj's X 4_
List of Formulary Agents/Doses Already Tried _ordered per_
_outside physician_
_Dr. Bhuta_

Ordering
Physician's Signature _[signature]_          Date _2-4-03_

*******************************************************************

Approved (YES/NO)        Approval Date _____

NaphCare Medical Director/Clinical Pharmacist Signature          Date

02-15-01

Appt. Date: _2-3-03_
_2:00PM_

Auth #: _030129KG400_

## NaphCare *(National Prison HealthCare)*
## Hospital/Consultant Referral Form

Inmate Name: _McCray, Robert_     AIS#: _167 444_     Date: _1-2803_

DOB: ____     Race: _B_     Sex: _M_     Allergies: _Catapres_

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _Prostate Cancer - was referred for radiation but refused - wanted to have surgery._

SERVICES REQUESTED/PROVIDER: _Dr Bhata_
_discuss surgery option_

_L. Laurence RN NSA_ Signature (M.D.): _RBhe_

Pertinent Chronic Conditions/Diagnosis: _See above_
DOC Facility: _Kilby_
Receiving Facility/Hospital: _Dr Bhata_     Time Out: ____
Route of Transportation: (X) ___ Ambulance ___ DOC Van _X_ Other: _United_     Return Time: ____
Date & Result/Last PPD: ____     Date & Result/Last Chest X-Ray ____

OFFSITE HEALTHCARE REPORT:
_Pt decided for Radiation_
_Please make sure he get Lupron_
Orders/Recommendations: _7-5 mg I-M O 1 mouth_
_X 4 mouth than Radiation_
_than continue Lupron X 1 yr_

Physician: ____     Date: ____     Time: ____
Notify (Facility): _Kilby_     at #: _334 215-6706_     of patient's discharge.
Advanced Medical Directive: Yes ____     (Attached) No ____
Report called to: (Name/Title): ____
Signature & Title: ____     Date: ____
                              Date: ____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

_Order of 2-4-03_

_2234.99_

Appt. Date: _____      Auth #:_____

B 2 6 6

### NaphCare *(National Prison HealthCare)*
### Hospital/Consultant Referral Form

Inmate Name: _McCray Robert_   AIS#: _167644_   Date: _2-10-03_

DOC: ▓▓▓▓▓   Race: _B_   Sex: _M_   Allergies: _Catapres_

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): _Prostate Cancer — referred to Kirby for radiation — decided he wants the prostate implant tx — Dr Beatrous said he would be a good candidate if this kind of tx provided._

SERVICES REQUESTED/PROVIDER: _Dr John Fiveash — B'ham_
_Consult for Prostate Implant_ ⟶ _Cameway._
_Phone # (205) 975-0224_

Signature (M.D.): _RMC_

Pertinent Chronic Conditions/Diagnosis: _See above_

DOC Facility: _Kirby_  ?  _____ Time Out: _____

Receiving Facility/Hospital: _____ Return Time: _____

Route of Transportation: (X) ____ Ambulance ____ DOC Van ____ Other: _____

Date & Result/Last PPD: _____ Date & Result/Last Chest X-Ray _____

**OFFSITE HEALTHCARE REPORT:** _____
_____
_____
_____

Orders/Recommendations: _____
_____
_____
_____
_____
_____
_____
_____

Physician: _Kirby_   Date: _____   Time: _____

Notify (Facility): _Kirby_   at: # _334 215 6706_   of patient's discharge.

Advanced Medical Directive: Yes _/_ (Attached) No _____

Report called to: (Name/Title): _____   Date: _____

Signature & Title: _____   Date: _____

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315

FROM CAHABA IMAGING                    (TUE)NOV 16 2004 12:26/ST. 12:21/NO. 6312281305 P  8

HCX

HEALTHCARE CORRECTIONS

## RADIOLOGY SERVICES REQUEST AND REPORT

Name: ~~Scurry, Freddie~~

State ID No: 16 7644

DOB: ~~████~~

INSTITUTION: SCC

Race: B          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D. McArthur | 11/11/04 | 8:00/12 | ✓ | | |

HISTORY/DIAGNOSIS:

X-ray to 90 ⊗ Pt. to Dr. Bhuta office)

Low back pain c̄ pain + spasms going both of both sides from back.

**X-RAY REQUEST**

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS ✓ | TOES |
| CONE DOWN SELLA TURCICA | ✓ | LUMBAR SPINE | | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | |

**REPORT**

McCray

BILATERAL RIBS: The ribs appear intact. No destructive lesion is noted. There is no evidence of recent fracture.

LUMBAR SPINE: The vertebral body heights are maintained. No significant disc space narrowing is detected. There is increased density noted involving the posterior elements at the lumbosacral level. No destructive lesion is apparent.
IMPRESSION: DEGENERATIVE JOINT DISEASE, L5-S1.

D & T: 11-16-04  Thomas J. Payne, III, M.D./rr  Board Certified Radiologist (Signature on file)

_JJ 11-17-04_

J. Kenbetz  RT
X-RAY TECHNOLOGIST'S NAME (PRINT)

_J. Gabriel_
X-RAY TECHNOLOGIST'S SIGNATURE

11-15-04
DATE, TIME  EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)                    RADIOLOGIST'S SIGNATURE                    DATE SIGNED

273-2218

Facility Name: Staton Correctional Facility

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year of Charting: 12/05

**Diltiazem HCl Coated Beads 240MG Cap SR 24HR   30.00**
Take 1 capsule(s) by mouth daily
Start Date: 09-10-2005   Stop Date: 09-09-2006
Prescriber: Barnett, John   RX #: 250583059

**Atenolol 50MG Tab   30.00**
Take 1 tablet(s) by mouth daily
Start Date: 09-10-2005   Stop Date: 09-09-2006
Prescriber: Barnett, John   RX #: 250578566

**Lovastatin 20MG Tab   30.00**
Take 1 tablet(s) by mouth daily
Start Date: 09-10-2005   Stop Date: 09-09-2006
Prescriber: Barnett, John   RX #: 250578567

**Docusate Sodium 100MG Cap   60.00**
Take 1 capsule(s) by mouth twice daily
Start Date: 09-10-2005   Stop Date: 09-09-2006
Prescriber: Barnett, John   RX #: 250578575

**Prazosin HCl 1MG Cap   120.00**
Take 2 capsule(s) by mouth twice daily
Start Date: 09-01-2005   Stop Date: 08-31-2006
Prescriber: Peasant, John   RX #: 250531058

**Fiber-Lax 625MG Tab   60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 09-10-2005   Stop Date: 09-09-2006
Prescriber: Peasant, John   RX #: 250578569

Diagnosis
Allergies

Nurse's Signature / Initial / Nurse's Signature / Initial

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock

Housing Unit: Population
Patient ID Number: 167644
Patient Name:
**McCray, Robert**

Facility Name: Staton Correctional Facility

Month/Year of Charting: 12/05

| Medication | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 325MG EC Tab    30.00**
Take 1 tablet(s) by mouth daily

Start Date: 09-10-2005
Stop Date: 09-09-2006
Prescriber: Peasant, John
RX #: 250578573

**Flomax 0.4MG Cap SR 24HR    30.00**
Take 1 capsule(s) by mouth daily

Start Date: 10-21-2005
Stop Date: 10-20-2006
Prescriber: Peasant, John
RX #: 250804826

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 167644
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |

Facility Name: Staton Correctional Facility

Month/Year of Charting: 11/05

**Diltiazem HCl Coated Beads / 240MG / Cap SR 24HR / []    30.00**

Take 1 capsule(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 09-10-2005
Stop Date: 09-09-2006
Prescriber: Barnett, John
RX #: 250583059

**Atenolol 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

# 30  11/24/05

Start Date: 09-10-2005
Stop Date: 09-09-2006
Prescriber: Barnett, John
RX #: 250578566

**Lovastatin 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

# 30  11/24/05

Start Date: 09-10-2005
Stop Date: 09-09-2006
Prescriber: Barnett, John
RX #: 250578567

**Docusate Sodium 100MG Cap    60.00**

Take 1 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Start Date: 09-10-2005
Stop Date: 09-09-2006
Prescriber: Barnett, John
RX #: 250578575

**Flomax 0.4MG Cap SR 24HR    30.00**

Take 1 capsule(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

# 30  11/24/05

Start Date: 09-01-2005
Stop Date: 08-31-2006
Prescriber: Peasant, John
RX #: 250531055

**Prazosin HCl 1MG Cap    120.00**

Take 2 capsule(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

11/24/05

Start Date: 09-01-2005
Stop Date: 08-31-2006
Prescriber: Peasant, John
RX #: 250531058

**Diagnosis**

**Allergies**

Housing Unit: Population
Patient ID Number: 167644
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|-------------------|---------|-------------------|---------|---------------------|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |

Facility Name: Staton Correctional Facility

Month/Year of Charting: 11/05

**Fiber-Lax 625MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 09-10-2005    Prescriber: Peasant, John
Stop Date: 09-09-2006    RX #: 250578569

**Aspirin EC 325MG EC Tab    30.00**
Take 1 tablet(s) by mouth daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 09-10-2005    Prescriber: Peasant, John
Stop Date: 09-09-2006    RX #: 250578573

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Nurse's Signature    Initial    Nurse's Signature    Initial

Allergies

Housing Unit: Population
Patient ID Number: 167644
Patient Name:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock

0/20/2005 10:51 FAX 3343958156          REGIONAL OFFICE              → STATON          ☑001/003
                                                                                        ☑003/003

/19/2005 WED 15:17  FAX 334 5   2538 Staton Health Unit

NON-FORMULARY **PHARMACY** REQUEST FORM                              PHS
Form must be complete and legible. You must Type or Print.

Region

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| A-452 -STATON | McCray Robert | 10-19-05 |

Site Phone #          Inmate #                Date of Birth: (mm/dd/yy)
567-1548             167644

SPP ID #              PHS Custody Date
Site Fax #
567-1538             A-452

Diagnosis                                                    ☑ Male   ☐ Female
Obstructive Voidg sx 2nd to Prostate Ca  X

Medication Allergies
Catapress

Requested Non-Formulary and Strength:
Flomax 0.4mg SR

Directions:
↑ po qd x 365d (KOP)

Duration of Therapy:
(Maximum Approval is 90 days per request)
☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☐ 90 days  ☑ Other  365d

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.
Pt c Ca of prostate - pt on Flomax &
HTN - to shrink prostate
- pt on Lupron. Radiation implants
- Pt has been seen by Urology & this is safe

Compliance:  ☐ > 80%  ☐ < 80%   (Determined by Review of MAR)

Practitioner Information:  ☑ Physician  ☐ NP/PA  ☐ Dentist

Name: Jim Peasant                    Signature: _____

Daytime Phone: 334-567-1548          Pager Number:

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

Determination: ☑ Approved  ☐ Additional information requested  ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

                                      Signature: Dr McQueen R 10-19-05

Name:

Date:

Region

# NON-FORMULARY PHARMACY REQUEST FORM
### Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| A-452-STATON | McCray Robert | 10-19-05 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 567-1548 | 167644 | ▓▓▓▓▓ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| 567-1538 | A-452 | |

**Diagnosis**
Obstructive Voiding sy 2nd to Prostate Ca    X Male   ☐ Female

**Medication Allergies**
Catapress

**Requested Non-Formulary and Strength:**
Flomax 0.4mg SR

**Directions:**
↑ po qd X 365d (KOP)

**Duration of Therapy:**
(Maximum approval is 90 days per request).

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☐ 90 days  ☒ Other  365d

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Pt c CA of prostate - pt on Flomax &
HTN ↓↓ to Shrink prostate
        Pt anticipate Radiation implant
- Pt has been seen by Urology & this is A safe

**Compliance:**  ☐ > 80%  ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**  ☒ Physician  ☐ NP/PA  ☐ Dentist

Name: Jm Pleasant          Signature: [signature]

Daytime Phone: 334-567-1548    Pager Number:

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|
| | | | |

**Corporate/Regional Medical Director/Designee**

Name: _____    Signature: _____

Date: _____

Region _____    NON-FORMULARY PHARMACY REQUEST FORM                    PHS

Form must be complete and legible.  You must Type or Print

| Site Name and Number | Patient Name:  (Last, First) | Todays Date:  (mm/dd/yy) |
|---|---|---|
| STATON CA-452 | McCray, Robert | 1/28/05 |

③

| Site Phone # | Inmate # | Date of Birth:  (mm/dd/yy) |
|---|---|---|
|  | 167644 | ▓▓▓▓▓▓▓ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
|  |  |  |

**Diagnosis**

Obstructive Voiding Sx 2° to Prostate CA          ☐ Male   ☐ Female

**Medication Allergies**

Catapress

**Requested Non-Formulary and Strength:**

Flomax .4 mg QD x 92 days NGP

**Directions:**

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☐ 90 days   ☐ Other _____

**Justification for this non-formulary drug.  Include previous therapeutic interventions including lifestyle changes.**

Obstructive Voiding Sx on Prozosin
Ht of Prostate CA / recieving tx of this now
This is a refill

**Compliance:**   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☐ Physician   ☒ NP/PA   ☐ Dentist

| Name: | MCArthur PAC | Signature: | [signature] |
|---|---|---|---|
| Daytime Phone: |  | Pager Number: |  |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields.  Incomplete non-formulary requests will not be reviewed.  Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner.  Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

**Corporate/Regional Medical Director/Designee**

| Name: | | Signature: | |
|---|---|---|---|
| Date: | | | |

29

07/22/2005 14:07 FAX 3343958156        REGIONAL OFFICE        → STATON        ☑ 003/003
07/21/2005 THU 20:46 FAX 334 ? 1538 Staton Health Unit        ☑ 003/004

Region: _____ **NON-FORMULARY PHARMACY REQUEST FORM**        PHS
Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| STATON CA-452 | McCray, Robert | 7-19-05 |

| Site Phone #: | Inmate #: | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334 567 1548 | 167644 | ~~(redacted)~~ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| 334 567 1538 | | |

Diagnosis
Prostate CA                                                            ☑ Male   ☐ Female

Medication Allergies
hypersensitivity - Catapress

Requested Non-Formulary and Strength:
Flomax 0.4 mg BID

Directions:

Duration of Therapy:
(Maximum approval is 90 days per request)
☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.
Been on Flomax 0.4 mg QD - cnts c frequency
nocturia x 7/night

Compliance:   ☑ > 80%   ☐ < 80%   (Determined by Review of MAR)

Practioner Information:   ☐ Physician   ☑ CRNP/PA   ☐ Dentist

| Name: Lasater CRNP | Signature: _____ |
|---|---|
| Daytime Phone: 334 567-1548 | Pager Number: |

It is the prescribing practioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practioner. Verbal approval is acceptable if the prescribing practioner is not available.

Determination:   ☑ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee
Name: **Will Mosier, MD**        Signature: _____

Date: 7/22/05

29

7/26/2005 11:25 FAX 3343958156          REGIONAL OFFICE          → STATON          ☑ 004
07/22/2005 FRI 12:43 FAX 334 ¯ 1538 Staton Health Unit          ☑ 003/006

Region: ____     NON-FORMULARY **PHARMACY** REQUEST FORM          PHS
Form must be complete and legible. You must Type or Print.

| Site Name and Number: | Patient Name: (Last, First) | Today's Date: (mm/dd/yy) |
|---|---|---|
| STATON (A-4S) | McCray Robert | 7-19-05 |

| Site Phone #: | Inmate #: | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334 567 1548 | 167644 | ▆▆▆▆▆▆ |

| Site Fax #: | SPP ID #: | PHS Custody Date |
|---|---|---|
| 334 567 1538 | | |

Diagnosis
Prostate CA                                              ☑ Male     ☐ Female

Medication Allergies
hypersensitivity - Catapress

Requested Non-Formulary and Strength:
Flomax 0.4mg BID

Directions:

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other _____

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Been on Flomax 0.4mg QD - cmts c̄ frequency
nocturia x7/night

Compliance:   ☑ ≥ 80%   ☐ < 80%   (determined by Review of MAR)

Practitioner Information:          ☐ Physician   ☑ NP/PA   ☐ Dental

Name: Lasater CRNP                 Signature: Lasater _____

Daytime Phone: 334 567-1548        Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete illegible non-formulary request is the sole responsibility of the prescribing practitioner. Alternative products are acceptable if the prescribing practitioner is not available.

| Determination: | ☑ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

Corporate/Regional Medical Director/Designee

Name: _____          Signature: _____

Date: 7/23/__

Region _____     NON-FORMULARY PHARMACY REQUEST FORM     PHS

Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| STATON CA-452 | McCray, Robert | 7-19-05 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334 567 1548 | 167644 | ▓▓▓▓▓▓ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| 334 567 1538 | | |

**Diagnosis**

Prostate CA                                    ☒ Male    ☐ Female

**Medication Allergies**

hypersensitivity - Catapress

**Requested Non-Formulary and Strength:**

Flomax 0.4 mg BID

**Directions:**

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☒ 90 days   ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Been on Flomax 0.4 mg QD - cnts c̄ frequency,
nocturia x 7/night

Compliance:   ☒ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☐ Physician   ☒ NP/PA   ☐ Dentist

Name: Lasiter CRNP          Signature: _____

Daytime Phone: 334 567-1548     Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

**Corporate/Regional Medical Director/Designee**

Name: _____          Signature: _____

Date: _____

II of II

| Facility Name: | Staton Correctional Facility | | | | | | | | | | | Month/Year of Charting: | | | | | | | | 10/05 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Fiber-Lax 625MG Tab     60.00**

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 09-10-2005     Prescriber: Peasant, John
Stop Date: 09-09-2006     RX #: 250578569

**Aspirin EC 325MG EC Tab     30.00**

Take 1 tablet(s) by mouth daily

Start Date: 09-10-2005     Prescriber: Peasant, John
Stop Date: 09-09-2006     RX #: 250578573

Start Date:     Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | Burna RN | NS | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show |

Housing Unit: Population
Patient ID Number: 167644
Patient Name:

II of II

| Facility Name: Staton Correctional Facility | | Month/Year of Charting: 10/05 |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Diltiazem HCl Coated Beads / 240MG / Cap SR 24HR / []   30.00**
Take 1 capsule(s) by mouth daily
Start Date: 09-10-2005   Prescriber: Barnett, John
Stop Date: 09-09-2006   RX #: 250583059

**Atenolol 50MG Tab   30.00**
Take 1 tablet(s) by mouth daily
Start Date: 09-10-2005   Prescriber: Barnett, John
Stop Date: 09-09-2006   RX #: 250578566

**Lovastatin 20MG Tab   30.00**
Take 1 tablet(s) by mouth daily
Start Date: 09-10-2005   Prescriber: Barnett, John
Stop Date: 09-09-2006   RX #: 250578567

**Docusate Sodium 100MG Cap   60.00**
Take 1 capsule(s) by mouth twice daily
Start Date: 09-10-2005   Prescriber: Barnett, John
Stop Date: 09-09-2006   RX #: 250578575

**Flomax 0.4MG Cap SR 24HR   30.00**
Take 1 capsule(s) by mouth daily
Start Date: 09-01-2005   Prescriber: Peasant, John
Stop Date: 08-31-2006   RX #: 250531055

**Prazosin HCl 1MG Cap   120.00**
Take 2 capsule(s) by mouth twice daily
Start Date: 09-01-2005   Prescriber: Peasant, John
Stop Date: 08-31-2006   RX #: 250531058

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | | | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted In Error 5. Lock Down 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other |

Housing Unit: Population
Patient ID Number: 167644
Patient Name:
**McCray, Robert**
Date of Birth:

PAGE IOFII

| Facility Name: | Staton Correctional Facility | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | 09/05 | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Flomax 0.4MG Cap SR 24HR      60.00**

Take 1 capsule(s) by mouth twice daily

× 365 days   KOP

#30  9/19/05

#30

Start Date: ~~07-26-2005~~ 8/30/05     Prescriber: Lassiter, Lisa

Stop Date: ~~10-23-2005~~ 8/30/06     RX #: 250279057

---

Prazosin (minipres)

0.2mg ī po daily

× ~~too~~ 365 days   KOP

Robert Long Cen

#120  4/8/05

Start Date: ~~8/4/05~~ 8/30/05     Prescriber: Peasant, J

Stop Date: ~~11/24/05~~ 8/30/06     RX #:

---

Atenulul 50mg

ī tab QD

× 365 days   KOP

Robert Long Cen

#30  9/14/05

Start Date: 8/30/05     Prescriber: Peasant

Stop Date: 9/30/06     RX #:

---

Lovastatin 20mg

QD ī tablet

× 365 days

Robert Long Cen

#30  9/14/05    error

Start Date: 8/30/05     Prescriber: Peasant

Stop Date: 9/30/06     RX #:

---

Fiber lax 625mg

tab ī BID

× 365 days

Robert Long Cen

#60  9/14/05

Start Date: 8/30/05     Prescriber: Peasant

Stop Date: 9/30/06     RX #:

---

ASA 625mg

ī tab QD

enteric coated

× 365 days

Robert Long Cen

#30  9/14/05

Start Date: 8-30-05     Prescriber: Peasant

Stop Date: 9-30-06     RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Clewel | a | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 167644 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Mccray, Robert** | | | | | 9 No Show |

II of II

| Facility Name: | Month/Year of Charting: |
|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Docusate Sodium
100 mg ī capsule
BID X 365 days
KOP

Start Date: 8-30-5    Prescriber: Pleasant
Stop Date: 9-30-06    RX #:
#30  9/14/05

Diltiazem HCl
240mg SR 24°
ī capsule    KOP
X 365 days

Start Date: 8-30-05    Prescriber: Pleasant
Stop Date: 9-30-06    RX #:
#30  9/14/05

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Clara | Cl | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: | | | | | 6. Self Administered |
| Patient ID Number: WAG44 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | Date of Birth: | | | | 10. Other |

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _McCray Robert_    AIS# _167644_

Medication Allergies: _Catapres (hypersensitive to it)_

**Medical: Chronic (Long-Term) Problems**
         **Roman Numerals for Medical/Surgical**

**Mental Health Code: SMI  HARM  HIST  NONE**
         **Capital Letter for Psychiatric Behavior**

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| updated 8/2/05 | Prostate CA | | | |
| | HTN | | | |
| | Dyslipidemia | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

**Facility Name:** Staton Correctional Facility   **Month/Year of Charting:** 08/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Atenolol 50MG Tab  20.00**
TAKE 1 TABLET(S) BY MOUTH DAILY
*KEEP ON PERSON*
KOP
revised 8/30/05 X 365 days
Start Date: 01-21-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-08-2005 8/30/06  RX #: 6827831

**Lovastatin 20MG Tab  20.00**
TAKE 1 TABLET(S) BY MOUTH DAILY
*KEEP ON PERSON*
KOP
revised 8/30/05 X 365 days
Start Date: 01-21-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-08-2005 8/30/06  RX #: 6827847

**Fiber-Lax 625MG Tab  40.00**
TAKE 1 TABLET(S) BY MOUTH TWICE
DAILY *KEEP ON PERSON*
KOP
revised 8/30/05 X 365 days
Start Date: 01-21-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-08-2005 8/30/06  RX #: 6827878

**Aspirin 325MG Tab  0**
TAKE 1 TABLET(S) BY MOUTH DAILY
*DO NOT CRUSH* *KEEP ON PERSON*
Enteric Coated
KOP
revised 8/30/05 X 365 days
Start Date: 01-21-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-08-2005 8/30/06  RX #: 6827957

**Docusate Sodium 100MG Cap  60.00**
TAKE 1 CAPSULE(S) BY MOUTH
TWICE DAILY *KEEP ON PERSON*
*DO NOT CRUSH*
KOP
revised 8/30/05 X 365 days
Start Date: 01-21-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-08-2005 8/30/06  RX #: 6828159

**Diltiazem HCl CR 240MG Cap SR 24HR  30.00**
TAKE 1 CAPSULE(S) BY MOUTH DAILY
*KEEP ON PERSON*
KOP
revised 8/30/05 X 365 days
Start Date: 05-04-2005 8/30/05  Prescriber: McArthur, Donald
Stop Date: 08-11-2005 8/30/06  RX #: 7350211

**Diagnosis**
**Allergies**
**Housing Unit:** Population
**Patient ID Number:** 167644
**Patient Name:** Mccray, Robert

Nurse's Signature / Initial / Nurse's Signature / Initial

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

Facility Name: Staton Correctional Facility

Month/Year of Charting: 08/05

**Flomax 0.4MG Cap SR 24HR    30.00**
TAKE 1 CAPSULE(S) BY MOUTH DAILY
*KEEP ON PERSON* **NON-FORMULARY APPROVED UNTIL 8-10-05 *DO NOT CRUSH*
KOP

revised 8/30/05 X 365 days

Start Date: 05-13-2005   Prescriber: McArthur, Donald
Stop Date: 08-10-2005   RX #: 7398720

**Prazosin (minipress) 2mg ↑ BID KOP**

D/C 8/4/05

Start Date:   Prescriber:
Stop Date:   RX #:

**Prazosin (Minipress) 0.2mg '/I PO dAily** x 90 DAY cons 365 days
8/30/05 — 9/30/05

revised 8/3/5

Start Date: 8-30-5   Prescriber: Peasant
Stop Date: 9-30-05   RX #:

Diagnosis
Allergies
Housing Unit: Population
Patient ID Number: 167644
Patient Name: **Mccray, Robert**

Nurse's Signature   Initial   Nurse's Signature   Initial

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flomax 0.4mg ῑ PO
BID x 90days

TO 6A
P 6

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

STARTING FOR _____ THROUGH _____

Physician _____

Physician _____ 

Allergies **CATARESS**

Diagnosis _____

| Medicaid Number | Medicare Number | Complete Entries Check |
|---|---|---|

Telephone No. _____
Alt. Telephone _____
Medical Record No. _____

Rehabilitative Potential _____

By: _____  Title: _____  7-20-05

PATIENT CODE    ROOM NO.    BED    FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

07/01/2005

STDT01

(STA-452) STATON CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ATENOLOL (TENORMIN) 50MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* RX: 6827831 MCARTHUR, P.A., DONALD, PA START - 01/21/2005 STOP - 08/08/2005 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVASTATIN (MEVACOR) 20MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* RX: 6827847 MCARTHUR, P.A., DONALD, PA START - 01/21/2005 STOP - 08/08/2005 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FIBER-LAX (CARDS) 625MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 6827878 MCARTHUR, P.A., DONALD, PA START - 01/21/2005 STOP - 08/08/2005 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENTERIC COATED ASPIRIN 325MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH* *KEEP ON PERSON* RX: 6827757 MCARTHUR, P.A., DONALD, PA START - 01/21/2005 STOP - 08/08/2005 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DOCUSATE SOD (COLACE) (CARDS) 100MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* *DO NOT CRUSH* RX: 6828159 MCARTHUR, P.A., DONALD, PA START - 01/21/2005 STOP - 08/08/2005 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRAZOSIN (MINIPRESS) 2MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 7004393 WILLIAMS, M.D., WINFRED, MD START - 02/24/2005 STOP - 07/27/2005 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DILTIAZEM-XT (CARDIZEM-CD) "QD" 240MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON PERSON* RX: 7350211 MCARTHUR, P.A., DONALD, PA START - 05/04/2005 STOP - 08/11/2005 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLOMAX (TAMSULOSIN) 0.4MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON PERSON* *NON-FORMULARY APPROVED UNTIL 8-10-05 *DO NOT CRUSH* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 7398720 MCARTHUR, P.A., DONALD, PA START - 05/13/2005 STOP - 08/10/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | |
|---|---|---|---|---|
| Physician | MCARTHUR, P.A., DONALD | | Telephone No. | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | 167644 |
| Allergies | NONE KNOWN | | Rehabilitative Potential | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: RN | Date 6/30/05 |
| PATIENT | | PATIENT CODE | ROOM NO | BED | FACILITY C |

# MEDICATION ADMINISTRATION RECORD

06/01/2005

(STA-452) STATON CORRECTIONAL FAC

STDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*
RX: 6827831 MCARTHUR, P.A. , DONALD , PA
START - 01/21/2005    STOP - 08/08/2005

LOVASTATIN (MEVACOR) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*
RX: 6827847 MCARTHUR, P.A. , DONALD , PA
START - 01/21/2005    STOP - 08/08/2005

FIBER-LAX (CARDS) 625MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*
RX: 6827878 MCARTHUR, P.A. , DONALD , PA
START - 01/21/2005    STOP - 08/08/2005

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH* *KEEP ON PERSON*
RX: 6827757 MCARTHUR, P.A. , DONALD , PA
START - 01/21/2005    STOP - 08/08/2005

DOCUSATE 500 (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* *DO NOT CRUSH*
RX: 6828159 MCARTHUR, P.A. , DONALD , PA
START - 01/21/2005    STOP - 08/08/2005

PRAZOSIN (MINIPRESS) 2MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*
RX: 7004393 WILLIAMS, M.D. , WINFRED , MD
START - 02/24/2005    STOP - 07/27/2005

DILTIAZEM-XT (CARDIZEM-CD) "QD" 240MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON PERSON*
RX: 7350211 MCARTHUR, P.A. , DONALD , PA
START - 05/04/2005    STOP - 08/11/2005

FLOMAX (TAMSULOSIN) 0.4MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON PERSON* *NON-FORMULARY APPROVED UNTIL 8-10-05 *DO NOT CRUSH*

RX: 7398720 MCARTHUR, P.A. , DONALD , PA
START - 05/19/2005    STOP - 08/10/2005

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          06/01/2005          THROUGH          06/30/2005

| Physician | MCARTHUR, P.A. , DONALD | Telephone No. | | Medical Record No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NONE KNOWN | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | | Medicare Number | | Complete Entries Checked By | | | |
|---|---|---|---|---|---|---|---|

PATIENT:                                          PATIENT CODE    ROOM NO    BED  FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

Pg II op II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diltiazem CD 240 mg. P.O. QD 5/2/05 Provdalp 8/12/05 | 6A | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flomax 0.4 mg. P.O. QD × 90 days KOP 5-5-05 – 8-2-05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Enema ↑ @ 5⁣³⁰/A 5/16/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR 5/1/05     THROUGH 5/31/05

| | Telephone No. | |
|---|---|---|
| Physician | | Medical Record No. |
| Alt. Physician | Alt. Telephone | 270-1676 |
| Allergies Catapress | Rehabilitative Potential | |
| Diagnosis | | |

| Medicaid Number | Medicare Number | Complete Meds Checked By B Kennell | Title Lpn | Date |
|---|---|---|---|---|

| | PATIENT CODE | ROOM NO. | BED | FACILITY C... |

# MEDICATION ADMINISTRATION RECORD
05/01/2005

STDT01

pg I og II                                (STA-452) STATON CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*     CoA  KOP
RX:   6827831 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

ENALAPRIL (VASOTEC) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*     CoA  KOP
RX:   6827840 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

LOVASTATIN (MEVACOR) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON*     CoA  KOP
RX:   6827847 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

FIBER-LAX (CARDS) 625MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*     CoA  CoP  KOP
RX:   6827878 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

DILTIAZEM-XT (CARDIZEM-CD) "QD" 120MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY *KEEP ON PERSON*     CoA  KOP
RX:   6827895 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

ENTERIC COATED ASPIRIN 325MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH* *KEEP ON PERSON*     CoA  KOP
RX:   6827937 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

DOCUSATE SOD (COLACE) (CARDS) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* *DO NOT CRUSH*     CoA  CoP  KOP
RX:   6826159 MCARTHUR, P.A., DONALD, PA
START - 01/21/2005   STOP - 08/08/2005

PRAZOSIN (MINIPRESS) 2MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*     CoA  CoP  KOP
RX:   7004393 WILLIAMS, M.D., WINFRED, MD
START - 02/24/2005   STOP - 07/27/2005

Flomax 0.4mg - p.o. qd ×9 days KOP 7/29/05     CoA  KOP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR        05/01/2005        THROUGH        05/31/2005

| | | |
|---|---|---|
| Physician    WILLIAMS, M.D., WINFRED | Telephone No. | Medical Record No. |
| Alt. Physician | Alt. Telephone | |
| Allergies    NONE KNOWN | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: |
| PATIENT | | PATIENT CODE    ROOM NO.    BED    FACILITY C... |