DEFENDANT'S EXHIBIT
A Part 5

# MEDICATION ADMINISTRATION RECORD

I of I

| MDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiber Lax 625mg i PO TIO PRN KOP x180(d) 01/16/04 → 12/10/04 | 6 12 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mevacor 20mg i QHS & FOX KOP 5/20/04 → 5/20/05 | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| v Minipress 1mg i QD x180(d) 4/12/04 → 10/12/04 | Cam | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| v HCTZ 25mg i QD x180(d) 4/12/04 → 10/12/04 | 6am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Isordil 10mg i QAM x180(d) 4/11/04 → 10/11/04 | Cam | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Floma x 0.4mg i QHS x 180(d) 4/11/04 → 10/11/04 | 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Metamucil TIO x180 i pk 4/11/04 → 10/11/04 | 6 12 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg i BIO x180(d) 4/11/04 → 10/11/04 | CoAm 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii TABS BIO x180(d) PRN 1-26-04 → 7-26-04 | Cam 6pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 7/1/04 | THROUGH 7/31/04 | | |
|---|---|---|---|
| Physician Bonner | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies Catapres | | Rehabilitative Potential | |
| Diagnosis | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By M. marsh | Title LPN | Date 0/25/4 |

# MEDICATION ADMINISTRATION RECORD
06/01/2004

(BBB-456) BIBB CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCUSATE SOD (COLACE) (CARDS) 100MG CAP TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY *DO NOT CRUSH* RX:  5446018 WHITLEY, M.D., JAMES P, MD START - 04/06/2004    STOP - 10/02/2004 | 3a / 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLOMAX (TAMSULOSIN) 0.4MG CAP TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME *NON-FORMULARY APPROVED UNTIL 7-5-04 *DO NOT CRUSH* RX:  5453460 WHITLEY, M.D., JAMES P, MD START - 04/07/2004    STOP - 07/05/2004 | 1C O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB TAKE 1 TABLET(S) BY MOUTH  DAILY FOR 180 DAYS RX:  5497404 WHITLEY, M.D., JAMES P, MD START - 04/14/2004    STOP - 10/10/2004 | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRAZOSIN (MINIPRESS) 2MG CAP TAKE 1 CAPSULE(S) BY MOUTH  DAILY RX:  5601087 WHITLEY, M.D., JAMES P, MD START - 05/08/2004    STOP - 11/03/2004 | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mevacor 20mg ÷ q HS X duration | 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fibrocon 625mg ÷ Tid PRN (when comes in) | 3A 9A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR          06/01/2004          THROUGH          06/30/2004

| | | |
|---|---|---|
| Physician  WHITLEY, M.D., JAMES P | Telephone No. | Medical Record No. |
| Alt. Physician | Alt. Telephone | |
| Allergies  NONE KNOWN | Rehabilitative Potential | |
| Diagnosis | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: |

P II of II

Title:          Date: 5/30/1

PATIENT CODE    ROOM NO.    BED (FACILI

# MEDICATION ADMINISTRATION RECORD
06/01/2004

6-22-04 Stator

(BBB-456) BIBB CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY AS NEEDED RX:  5138831 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | 9a 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CALCIUM CARB.CHEW(TUMS)(CARDS) 500MG TAB TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY AS NEEDED RX:  5138839 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | 9a 3p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NITRO **SL** (NITROSTAT 4X25) 0.4MG TAB DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED AS DIRECTED *KEEP ON PERSON* RX:  5138849 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GEMFIBROZIL (LOPID) 600MG TAB TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY *KEEP ON PERSON* RX:  5138857 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | K O P  3p | 3a 6 SU 50    D/C    6 M/0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL (TENORMIN) 50MG TAB TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON PERSON* RX:  5138863 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | IC O P | 3p pills  5/23/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENTERIC COATED ASPIRIN 325MG TAB TAKE 1 TABLET(S) BY MOUTH  DAILY *KEEP ON PERSON* *DO NOT CRUSH* RX:  5138867 RAYAPATI, SAM , START - 01/31/2004    STOP - 07/28/2004 | IC O P | 30 pills  5/28/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ISOSORBIDE DIN (ISORDIL) 10MG TAB TAKE 1 TABLET(S) BY MOUTH  IN THE MORNING RX:  5444384 WHITLEY, M.D., JAMES P, MD START - 04/04/2004    STOP - 09/30/2004 | 9a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DILTIAZEM (CARDIZEM) *TABLET* 120MG *TAB* TAB TAKE 1 TABLET(S) BY MOUTH  DAILY RX:  5444388 WHITLEY, M.D., JAMES P, MD START - 04/04/2004    STOP - 09/30/2004 | | D/C  4/13 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PSYLLIUM INST(HYDROCI-METAMU) PKT DISSOLVE 1 PACKET(S) IN LIQUID & DRINK 3 TIMES DAILY RX:  5446017 WHITLEY, M.D., JAMES P, MD START - 04/06/2004    STOP - 10/02/2004 | 3a 9a 3p | 50    D/C'd | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2004 | THROUGH | 06/30/2004 | | Medical Record No |
|---|---|---|---|---|---|
| Physician | WHITLEY, M.D., JAMES P | | Telephone No. | | |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | PT & II | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Check | By: | Title: LPN | Date: 5/3 |

# MEDICATION ADMINISTRATION RECORD

*MAR ReWritten - Not with Med records on transfer*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Filan Con 625mg ÷ | 4 | | | | | | | | | | | | | | | | | | | | | | DCd | | | | | | | | |
| ⌐o TID PRN KOP | 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X 180d | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | 4/ | | | | |
| 6/10/04 - 12/10/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minron 20mg ÷ q hs | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X FDX | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/20/04 - 5/20/05 | KOP no | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ↓ Minipress 1mg ÷ q̄d x 180d | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/12/04 - 10/12/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ↓ HCTZ 25mg ÷ q̄d x 180d | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/12/04 - 10/12/04 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| cardil 10mg ÷ q Am x 180d | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/1/04 - 10/1/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hytrin✗ Flomax 0.4mg ÷ q hs x 180d | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/1/04 - 10/1/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Metamucil TID x 180d ÷ PK | 6 / 12 / 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/1/04 - 10/1/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg ÷ Bid x 180d | 6A | | | | | | | | | | | | | | | | | | | | | | | | DCd | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | 4/ | | | | |
| 4/1/04 - 10/1/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ⌐ Bid x 180d PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X 180d PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR 6/1/04 | THROUGH 6/30/04 | | |
|---|---|---|---|
| Physician Sonnier / McArthur | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies Catapres | | Rehabilitative Potential | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: DeBeck Con | Title: | Date: 6/25/0 |

# MEDICATION ADMINISTRATION RECORD

*New MAR    Re Written from Orders on chart*    2 of 2

| TDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 325mg ii tabs bid x 180d PRN 1/26/04 - 7/26/04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tums ii tabs bid x180d 1/26/04 - 7/26/04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NTG 1/150 SL as ordered x180d KOP 1/26/04 - 7/26/04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ 25mg bid x 180d KOP 1/22/04 - 7/26/04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atenolol 50 mg qd x180d Robert F McCorm. KOP 1/26/04 - 7/26/04 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA EC 325mg qd x180d Robert F McCorm. KOP 1/26/04 - 7/26/04 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Feller Lax 1 tab P.O. T 10 Robert F McCorm. | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vasotec 10mg qday x 60 days 6/29/04 — 8/29/04 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flomax 0.4mg p.o. qhs x 90 days 6/3/04 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 6/1/04 | THROUGH | 6/30/04 | | |
|---|---|---|---|---|---|
| Physician Sannier | | | Telephone No. | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | |
| Allergies Catapres | | | Rehabilitative Potential | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | | Complete Entries Checked By: B Suchla | Title: | Date: 6/23/0 |

# MEDICATION ADMINISTRATION RECORD
05/01/2004

(BBB-456) BIBB CORRECTIONAL FAC

| STDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCUSATE SOD (DOLACE) (CARDS) 100MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *DO NOT CRUSH* RX: 5446018 WHITLEY, M.D., JAMES P, MD START - 04/06/2004 STOP - 10/02/2004 | 0300 / 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FLOMAX (TAMSULOSIN) 0.4MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME **NON-FORMULARY APPROVED UNTIL 7-5-04 *DO NOT CRUSH* | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 5453460 WHITLEY, M.D., JAMES P, MD START - 04/07/2004 STOP - 07/05/2004 PRAZOSIN (MINIPRESS) 1MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY FOR 180 DAYS RX: 5487395 WHITLEY, M.D., JAMES P, MD START - 04/14/2004 STOP - 10/10/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY FOR 180 DAYS RX: 5487404 WHITLEY, M.D., JAMES P, MD START - 04/14/2004 STOP - 10/10/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prazosin (minipress) 2mg Po QD X 180 days 5/6/04 to 11/6/04 Whitley | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AF cream tid x 7days Topically 5/6 to 5/13 Whitley | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2004 THROUGH 05/31/2004

| Physician | WHITLEY, M.D., JAMES P | | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|
| Alt. Physician | NONE KNOWN | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | | | Date: 4/29 |

Page II of II

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cardizem 120mg PO
Q Day X 180 days
0900 ω D/C 4/3/04
4/2/04 - 10/02/04 Whitley

Flomax 0.4mg ≡
q HS x 180 days
1500 00000 om 30 p/s
4-1-04 Dr Whitley stop 10-03-04

metamucil TID x
180 days TIKT
0300
0900
1500

Colace 100mg BID
X 180 days
0300
1500
41-04 Dr Whitley stop 10-03-04

Minipress 1mg ≡ po qd
X 180 days
9A
p
04/12/04 Whitley LD 10/12/04    HA's KOP

HCTZ 25mg ≡ Po qd X 180d
9A
p
04/12/04 Whitley LD 10/12/04    HA's KOP

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4/2/04   THROUGH 4/30/04

Physician Whitley

Alt. Physician

Telephone No

Alt. Telephone

Medical Record No.

Allergies NKA

Rehabilitative Potential

Diagnosis

Pg 2

Medicaid Number | Medicare Number | Complete Entries Checked
By Childress   Title QN   Date 4/L

**...TION ADMINISTRATION RECORD**

(BRB-456) BIRB CORRECTIONAL FAC

...1/2004

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOSIN (MINIPRESS) 1MG CAP TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 5138826 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | *Rec'd 60 pills 2-20-04* ←order changed 4/12/04 | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 5138831 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CALCIUM CARB. CHEW(TUMS)(CARDS) 500MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 5138839 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NITRO **SL** (NITROSTAT 4X25) 0.4MG TAB DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED AS DIRECTED *KEEP ON PERSON* RX: 5138849 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 5138854 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | *Rec'd 104 tab 2/20/04* ←ORDER changed 4/1/04 see next page | | | | | | | | | | | | | | | | | | |
| GEMFIBROZIL (LOPID) 600MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 5138857 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | *Rec'd 60 pills 3/21/04* | | | | | | | | | | | | | | | | | | |
| ATENOLOL (TENORMIN) 50MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* RX: 5138863 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | *Rec'd 30 pills 3/3/04* | | | | | | | | | | | | | | | | | | |
| ENTERIC COATED ASPIRIN 325MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* *DO NOT CRUSH* RX: 5138867 RAYAPATI, SAM , START - 01/31/2004 STOP - 07/28/2004 | K O P | | | | | | | | | | | | *Rec'd 30 pills 3/22/04* *Rec'd 30 pills 4/22/04* | | | | | | | | | | | | | | | | | | |
| *Isordil 10 mg tqam 90 x 180 days 04/02/04 - 11/02/04 White* | 0300 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 04/01/2004 | THROUGH | 04/30/2004 | Telephone No. | Medical Record No. |
|---|---|---|---|---|---|
| Physician RAYAPATI, SAM | | | | Alt. Telephone | |
| Alt. Physician | | | | | |
| Allergies NONE KNOWN | | | | Rehabilitative Potential | |

Diagnosis                           *Pg 1 of 2*

| Medicaid Number | Medicare Number | Complete Entries Checked By: *B Keller* | Title: *CPN* | Date: *3/...* |

# MEDICATION ADMINISTRATION RECORD

03/01/2004
TDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PRAZOSIN (MINIPRESS) 1MG CAP** — TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* — RX: 5138826 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/25/2004 — KOP — Rec 60 pills 2-20-04

**ACETAMINOPHEN (TYLENOL) 325MG TAB** — TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED — RX: 5138831 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/28/2004

**CALCIUM CARB. CHEW(TUMS)(CARDS) 500MG TAB** — TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED — RX: 5138839 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/28/2004

**NITRO **SL** (NITROSTAT 4X25) 0.4MG TAB** — DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED AS DIRECTED *KEEP ON PERSON* — RX: 5138849 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/28/2004 — KOP

**HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB** — TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* — RX: 5138854 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/25/2004 — KOP — Rec 104 tabs 2-20-04

**GEMFIBROZIL (LOPID) 600MG TAB** — TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* — RX: 5138857 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/28/2004 — KOP — Rec 60 pills 2-20-04

**ATENOLOL (TENORMIN) 50MG TAB** — TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* — RX: 5138863 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/25/2004 — KOP — Rec 2-17-01 27 pills — 3/13/04 30 pills

**ENTERIC COATED ASPIRIN 325MG TAB** — TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* *DO NOT CRUSH* — RX: 5138867 RAYAPTI, SAM — START - 01/31/2004 STOP - 07/28/2004 — KOP — 2-20-04 30 pills

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2004 THROUGH 03/31/2004
Physician RAYAPTI, SAM
Alt. Physician
Allergies NONE KNOWN
Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: Owens | Title: LRPN | Date: 3-24

# MEDICATION ADMINISTRATION RECORD

(BBB-456) BIBB CORRECTIONAL FAC

02/01/2004

TDT01



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
(KOP)
RX: 4814944 MOSIER, M.D., WILLARD, MD
START - 11/16/2003    STOP - 02/13/2004

*See below*

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
(KOP)
RX: 4814947 MOSIER, M.D., WILLARD, MD
START - 11/16/2003    STOP - 02/13/2004

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY (KOP)
RX: 4814949 MOSIER, M.D., WILLARD, MD
START - 11/16/2003    STOP - 02/13/2004

ASPIRIN (5 GR)(ASA) 325MG TAB
TAKE 1 TABLET(S) BY MOUTH DAILY (KOP)
TAKE WITH FOOD OR MILK
RX: 4814952 MOSIER, M.D., WILLARD, MD
START - 11/16/2003    STOP - 02/13/2004

PRAZOSIN (MINIPRESS) 1MG CAP
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
(KOP)
RX: 4814954 MOSIER, M.D., WILLARD, MD
START - 11/16/2003    STOP - 02/13/2004

HCTZ 25mg BID
X 180 days
KOP
Start 1-25-04    end 7-25-04

Lopid 600mg BID
X 180 days
KOP
1/27/04    # 42 pills
Start 1-25-04    end 7-25-04

Atenolol 50 mg qday
X 180 days
KOP
recd 3/17/04
20 pills
Start 1-25-04    end 7-25-04

ASA EC 325mg qday
X 180 days
KOP
Start 1-25-04    end 7-25-04

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 02/01/2004 | THROUGH | 02/29/2004 | | |
|---|---|---|---|---|---|
| Physician  MOSIER, M.D., WILLARD | | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies  NONE KNOWN | | | Rehabilitative Potential | | |
| Diagnosis | | | | I of II | |
| Medicaid Number | Medicare Number | Complete Entries Checked: | | Title: CPN | Date: 1/29 |

# MEDICATION ADMINISTRATION RECORD

TDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prazosin (minipress) 1mg BID x 180 days | K | | | | | | | | | | | 1/27/04 #42 pills | | | | | | | | | | | | | | | | | | | |
| start 1-25-04 end 7-25-04 | O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nitro SL 1/150 as ordered x 180 days | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start 1-25-04 end 7-25-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii tabs BID x 180 DAYS PRN | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| start 1-25-04 end 7-25-04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tums ii tabs BID x 180 days PRN  mm 1-26-04 - 8-26-04 | 3A 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR 2/1/04 | THROUGH 2/29/04 | | |
| Physician Rayapati | | Telephone No. | Medical Record No. |
| Alt. Physician | | Alt. Telephone | |
| Allergies NKA | | Rehabilitative Potential | |
| Diagnosis | | II of II | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: Williams | Title: LPN    Date: 1/29/04 |
| PATIENT | | PATIENT CODE | ROOM NO: | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25mg BID x 180d  Rayapati/wB  Start 1-26-04 Stop 7-26-04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lopid 600mg BID x180d  Rayapati/wB  tart 1-26-04 Stop 7-26-04 | K3A O3P | | | | | | | | | | | | | | | | | | Robert pale hay  #42 pills 1/27/04 R | | | | | | | | | | | | | |
| Atenolol 50mg qd x180d  Rayapati/wB  tart 1-26-04 Stop 7-26-04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA EC 325mg qd x 180d  Rayapati/wB  tart 1-26-04 Stop 7-26-04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minipress 1mg BID x 180d  Rayapati/wB  Start 1-26-04 Stop 7-26-04 | K3A O3P | | | | | | | | | | | | | | | | | | Robert pale Crax  #42 pills 1/27/04 R | | | | | | | | | | | | | |
| Nitro SL 1/150 as ordered  x 180 days  Rayapati/wB  Start 1-26-04 Stop 7-26-04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii tabs BID  x 180 days PRN Rayapati/wB  Start 1-26-04 Stop 7-26-04 | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | R | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 1-1-04 | THROUGH | 1-31-04 | | |
|---|---|---|---|---|---|
| Physician | | Rayapati | | Telephone No. | Medical Record No |
| Alt. Physician | | | | Alt. Telephone | |
| Allergies | NKA | | | Rehabilitative Potential | P II of II |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked  Thahn Bingham | RN | | Date: 1-26- |

# MEDICATION ADMINISTRATION RECORD

(BBB-456) BIBB CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 5138831 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CALCIUM CARB. CHEW (TUMS) (CARDS) 500MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED RX: 5138839 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NITRO **SL** (NITROSTAT 4X25) 0.4MG TAB DISSOLVE ONE TABLET UNDER TONGUE AS NEEDED AS DIRECTED *KEEP ON PERSON* RX: 5138849 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GEMFIBROZIL (LOPID) 600MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON* RX: 5138857 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATENOLOL (TENORMIN) 50MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* RX: 5138863 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENTERIC COATED ASPIRIN 325MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY *KEEP ON PERSON* *DO NOT CRUSH* RX: 5138867 RAYAPATI, SAM, START - 01/31/2004 STOP - 07/28/2004 | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ISOSORBIDE DIN (ISORDIL) 10MG TAB TAKE 1 TABLET(S) BY MOUTH IN THE MORNING RX: 5444384 WHITLEY, M.D., JAMES P, MD START - 04/04/2004 STOP - 09/30/2004 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DILTIAZEM (CARDIZEM) *TABLET* 120MG *TAB* TAB TAKE 1 TABLET(S) BY MOUTH DAILY RX: 5444386 WHITLEY, M.D., JAMES P, MD START - 04/04/2004 STOP - 09/30/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PSYLLIUM INST (HYDROCI-METAMU) PKT DISSOLVE 1 PACKET(S) IN LIQUID & DRINK 3 TIMES DAILY RX: 5446017 WHITLEY, M.D., JAMES P, MD START - 04/06/2004 STOP - 10/02/2004 | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2004 THROUGH 05/31/2004

Physician WHITLEY, M.D., JAMES P

Physician

| | Telephone No. | | Medical Record No. |
|---|---|---|---|
| NONE KNOWN | Alt Telephone | | |
| Allergies | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: |
|---|---|---|

# MEDICATION ADMINISTRATION RECORD

1/01/2004

DT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| CTZ (HYDROCHLOROTHIAZIDE) 25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>(KOP)<br>RX: 4814744 MOSIER, M.D. , WILLARD , MD<br>START - 11/16/2003    STOP - 02/13/2004 | K O P | 30 pill 12/2/03 |
| GEMFIBROZIL (LOPID) 600MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>(KOP)<br>RX: 4814947 MOSIER, M.D. , WILLARD , MD<br>START - 11/16/2003    STOP - 02/13/2004 | K O P | 60 pill 12/25/03 |
| TENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY (KOP)<br>RX: 4814749 MOSIER, M.D. , WILLARD , MD<br>START - 11/16/2003    STOP - 02/13/2004 | K O P | 30 pill 12/13/03 |
| ASPIRIN (5 GR)(ASA) 325MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY (KOP)<br>TAKE WITH FOOD OR MILK.<br>RX: 4814752 MOSIER, M.D. , WILLARD , MD<br>START - 11/16/2003    STOP - 02/13/2004 | K O P | 30 pill 12/14/03 |
| PRAZOSIN (MINIPRESS) 1MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>(KOP)<br>RX: 4814754 MOSIER, M.D. , WILLARD , MD<br>START - 11/16/2003    STOP - 02/13/2004 | K O P | 60 pill 12/25/03 |
| Tylenol 325mg ï tabs po 0900<br>BïD X 90 days 1500<br>Stop 1/10/04 | 0900<br>1500 | |
| mintox ï tab po TiD<br>X 90 days<br>Stop 1/10/04 | 0300<br>0900<br>1500 | |
| ibuquick ï po q5mN<br>X 3 doses | K O P | |
| Tylenol 325mg ïï BID X 90d<br>Rayopati / wB<br>Start 1-26-04 Stop 4-26-04 | 9A<br>3P | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | | |
|---|---|---|---|---|
| STARTING FOR | 01/01/2004 | THROUGH | 01/31/2004 | |
| Physician | MOSIER, M.D. , WILLARD | | Telephone No. | Medical Record No. |
| Physician | | | Alt. Telephone | |
| Allergies | NONE KNOWN | | Rehabilitative Potential | PI of II |
| Diagnosis | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked:<br>By: Cochran | Title: Lpn | Date: 12/30/03 |
|---|---|---|---|---|
| PATIENT | | PATIENT CODE | ROOM NO. | BED  FACILITY CC |

# MEDICATION ADMINISTRATION RECORD

12/01/2003
STDT01

(BBB-456) BIBB CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY
(KOP)
RX:    4814944 MOSIER, M.D., WILLARD, MD
START – 11/16/2003    STOP – 02/13/2004/WB
**KOP**   rec'd 11-16-03

GEMFIBROZIL (LOPID) 600MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY
(KOP)
RX:    4814947 MOSIER, M.D., WILLARD, MD
START – 11/16/2003    STOP – 02/13/2004/WB
**KOP**   rec'd 11-19-03

ATENOLOL (TENORMIN) 50MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY (KOP)
RX:    4814949 MOSIER, M.D., WILLARD, MD
START – 11/16/2003    STOP – 02/13/2004/WB
**KOP**   rec'd 11-18-03

ASPIRIN (5 GR)(ASA) 325MG TAB
TAKE 1 TABLET(S) BY MOUTH  DAILY (KOP)
TAKE WITH FOOD OR MILK.
RX:    4814952 MOSIER, M.D., WILLARD, MD
START – 11/16/2003    STOP – 02/13/2004/WB
**KOP**   rec'd 11-16-03

PRAZOSIN (MINIPRESS) 1MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY
(KOP)
RX:    4814954 MOSIER, M.D., WILLARD, MD
START – 11/16/2003    STOP – 02/13/2004 (wl)
**KOP**   rec'd 11-19-03

Tylenol 325mg ii tabs BID
X 90d         Mozier/wb
      Stop 1-10-04     **9A / 3P**

Mintox ii tabs TID
X 90d         Mozier/wb
      Stop 1-10-04     **3A / 9A / 3P**

Nitro. quick i po
q 5min. x 3 doses     **KOP**   rec'd 11-9-03

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 12/01/2003 | THROUGH | 12/31/2003 | |
|---|---|---|---|---|
| Physician MOSIER, M.D., WILLARD | | | Telephone No | Medical Record No |
| Alt Physician | | | Alt. Telephone | |
| Allergies  NONE KNOWN | | | Rehabilitative Potential | |
| Diagnosis | | | | |
| Medicaid Number | Medicare Number | | Complete Entries Checked By: | |

# MEDICATION
# ADMINISTRATION RECORD   NaphCare

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| 77882 HYDROCLOROTHIAZIDE 25 MG TAB<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE 1 TABLET(S) TWICE DAILY BY<br>MOUTH FOR 90 DAYS KEEP ON<br>PERSON  *Delong/WB* | K<br>O<br>P | rec'd 10-16-03    SEE<br>N/O |
| 277883 GEMFIBROZIL 600 MG TAB (LOPID)<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE 1 TABLET(S) TWICE DAILY BY<br>MOUTH FOR 90 DAYS KEEP ON<br>PERSON  *Delong/WB* | K<br>O<br>P | rec'd 10-16-03    SEE<br>N/O |
| 277886 ATENOLOL 60 MG TAB (TENORMIN)<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE ONE TABLET(S) EACH DAY BY<br>MOUTH FOR 90 DAYS KEEP ON<br>PERSON  *Delong/WB* | K<br>O<br>P | rec'd 10-16-03    SEE<br>N/O |
| 277889 ASPIRIN 325MG TAB 325 MG TAB<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE ONE TABLET(S) EACH DAY BY<br>MOUTH FOR 90 DAYS KEEP ON<br>PERSON  *Delong/WB* | K<br>O<br>P | rec'd 10-11-03    SEE<br>N/O |
| 277901 PRAZOSIN HCL 1 MG CAP<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE 1 CAPSULE(S) TWICE DAILY BY<br>MOUTH FOR 90 DAYS KEEP ON<br>PERSON  *Delong/WB* | K<br>O<br>P | rec'd 10-20-03    SEE<br>N/O |
| 77911 ACETAMINOPHEN 325MG TAB 325 MG TAB (TY<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE TWO TABLET(S) TWICE DAILY<br>BY MOUTH FOR 90 DAYS  *Delong/WB* | 9A<br><br>3P | |
| 277915 MINTOX PLUS TAB<br>Start: 10/13/03  Stop: 01/10/04<br>TAKE TWO TABLET(S) THREE TIMES A<br>DAY BY MOUTH FOR 90 DAYS  *Delong/WB* | 7A<br>9A<br>3P | |
| Nitro Quick<br>: po. q 5 min X 3 dose | | Recieved 1 Bottle 11/9/03 |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **11/01/03**     THROUGH     **11/01/03**

| | | |
|---|---|---|
| Physician  *Delong* | Telephone No. | Inmate No |
| Alt. Physician | Alt. Telephone | **167644-AL0** |
| Allergies  **NKA** | Rehabilitative<br>Potential | |

Diagnosis

| | | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|---|

# MEDICATION
# ADMINISTRATION RECORD 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCTZ 25mg tabs T po BID x 90days KOP mozier/ms start 11/14/03 stop 2/14/04 | K 0300  D  P 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| lopid 600mg tabs T po BID x 90days-KOP mozier/ms start 11/14/03 stop 2/14/04 | K 0300  D  P 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Atenelol 50mg tabs T po QDAY x 90days mozier/ms start 11/14/03 stop 2/14/04 | K 0300  D  P 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASA (EC) 325mg tabs T po QDAY x 90days KOP mozier/ms start 11/14/03 stop 2/14/04 | D 300  K  P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| minipress 1mg tabs T po BID x 90days - KOP mozier/ms start 11/14/03 stop 2/14/04 | K 0300  D  P 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 1-1-03       THROUGH 11-30-03

Physician Mozier

Telephone Number
Alt. Telephone

Inmate No. 167044

Cataopress

Rehabilitative
Potential

| Id Number | Medicare Number | Complete Entries Checked | |
|---|---|---|---|
| | | By: Skinner LPN | |
| | | Title: | Date: 11-14-03 |

**CATION**
**ADMINISTRATION RECORD** ◄ **NaphCare** ► 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _Atenolol_ 50mg P.O Bid<br>x90dap  Delons 1/P<br>10/2/3          1/12/04 | K<br>op | | | | | | | | | | | → | | | | | | | | | | | | | | | | | |
| ASA 325mg P.O ea<br>x90dap  KOP  Delns 1/P<br>10/2/3          1/12/04 | K<br>op | | | | | | | | | | | → | | | | | | | | | | | | | | | | | |
| _Ismupress_ 1mg po Bid<br>x90dap  KOP  Delons 1/P<br>10/2/3          1/12/04 | K<br>op | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| _Tylenol_ ✓ tab p.o Bid<br>x90dap  KOP  Delons 1/P<br>PRN<br>10/2/3          1/12/04 | K<br>pp | | | | | | | | | | | → | | | | | | | | | | | | | | | | | |
| _Mintey_ ✓ tabs p.o Tid<br>x90mp KOP  Delns 1/P<br>10/2/3          1/12/04 | 0300<br>0900<br>1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **MEDICATIONS** | **HOUR** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  10-12-03          THROUGH  10-31-03

Physician  _Delong_

Alt Physician

Allergies  NKA

Diagnosis

Telephone Number

Alt. Telephone

Rehabilitative
Potential

Inmate No  16764

_pg II of II_

| Medicaid Number | Medicare Number | Complete Entries Checked<br>By:  _J P Mel_ | Title:  _LPN_ |
|---|---|---|---|

PATIENT CODE          ROOM

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29210 HYDROCHLOROTHIAZIDE 25 MG TAB Start: 07/15/03 Stop: 01/10/04 TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Delung/AP* | K /p Hct | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See below
Hct 30 tablets 9-17-03

| 229211 GEMFIBROZIL 600 MG TAB (LOPID) Start: 07/15/03 Stop: 10/12/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Delung/AP* | K /p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See below

| 229213 ATENOLOL 50 MG TAB (TENORMIN) Start: 07/15/03 Stop: 10/12/03 TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Delung/AP* | K /p Hct | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See below
Hct 28 tablets 9-17-03

| 229215 ASPIRIN 325MG TAB 325 MG TAB Start: 07/15/03 Stop: 10/12/03 TAKE ONE TABLET(S) EACH DAY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Delung/AP* | K /p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Tablets 10-1-03

| 229217 PRAZOSIN HCL 2 MG CAP Start: 07/15/03 Stop: 10/12/03 TAKE 1 CAPSULE(S) TWICE DAILY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Neves/AP* | K /p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See next page

| 29219 ACETAMINOPHEN 325MG MG TAB 325 MG TAB (TY) Start: 07/15/03 Stop: 10/12/03 TAKE TWO TABLET(S) THREE TIMES A DAY BY MOUTH FOR 90 DAYS KEEP ON PERSON | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See next page

| 229224 MINTOX PLUS TAB Start: 07/15/03 Stop: 10/12/03 TAKE TWO TABLET(S) THREE TIMES A DAY BY MOUTH FOR 90 DAYS KEEP ON PERSON *Delung/AP* | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

See next page

| HCTZ 25mg P.O. Bid x90days Kop *Delung/AP* 10/12/03          1/12/3 | K /p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Lopid 600mg P.O. Bid x 90days Kop *Delung/AP* 10/12/3          1/12/3 | K /p | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    10/01/03    THROUGH    10/01/03 — 10-31-03

Physician    *Delung*    *Hill / Neves*

Alt. Physician

Allergies    NKA

Telephone No.

Alt Telephone

Rehabilitative Potential

Inmate No    167644-A

Diagnosis

Pg I of II

Medicaid Number    Medicare Number    Completed    By:

9/23

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **29210 HYDROCHLOROTHIAZIDE 25 MG TAB** Start: 07/15/03  Stop: 01/10/04 **TAKE ONE TABLET(S) EACH DAY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229211 GEMFIBROZIL 600 MG TAB (LOPID)** Start: 07/15/03  Stop: 10/12/03 **TAKE 1 TABLET(S) TWICE DAILY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229213 ATENOLOL 50 MG TAB (TENORMIN)** Start: 07/15/03  Stop: 10/12/03 **TAKE ONE TABLET(S) EACH DAY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229215 ASPIRIN 325MG TAB 325 MG TAB** Start: 07/15/03  Stop: 10/12/03 **TAKE ONE TABLET(S) EACH DAY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229217 PRAZOSIN HCL 2 MG CAP** Start: 07/15/03  Stop: 10/12/03 **TAKE 1 CAPSULE(S) TWICE DAILY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229219 ACETAMINOPHEN 325MG TAB 325 MG TAB (TY** Start: 07/15/03  Stop: 10/12/03 **TAKE TWO TABLET(S) THREE TIMES A DAY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **229224 MINTOX PLUS  TAB** Start: 07/15/03  Stop: 10/12/03 **TAKE TWO TABLET(S) THREE TIMES A DAY BY MOUTH  FOR 90 DAYS KEEP ON PERSON** *Delmy/jp* | 0300 0900 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  **09/01/03**  THROUGH  **09/04/03**

Physician  *Delmy*
Alt. Physician
Allergies  **NKA**

Diagnosis:

Complete Entries Checked
By:  *Sprince*    Title:  *LPN*    Date:  *8/28*

PATIENT
**MCCRAY, ROBERT**    PATIENT CODE  **167644**    Inmate No  **167644-**

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 229210 HYDROCHLOROTHIAZIDE 25 MG TAB<br>Start: 07/15/03  Stop: 01/10/04<br>TAKE ONE TABLET(S) EACH DAY BY<br>MOUTH  FOR 90 DAYS KEEP ON<br>PERSON | | | | | | | | | | | *LAST 7/16/03* | | | | | | | | | | | | | | | | | | | |
| 229211 GEMFIBROZIL 600 MG TAB (LOPID)<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE 1 TABLET(S) TWICE DAILY BY<br>MOUTH  FOR 90 DAYS KEEP ON<br>PERSON | | | | | | | *LAST 7/8/03* | | | | | | | | | | | | | | | | | | | | | | |
| 229213 ATENOLOL 50 MG TAB (TENORMIN)<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE ONE TABLET(S) EACH DAY BY<br>MOUTH  FOR 90 DAYS KEEP ON<br>PERSON | | | | | | *LAST 7/17/03* | | | | | | | | | | | | | | | | | | | | | | | |
| 229215 ASPIRIN 325MG TAB 325 MG TAB<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE ONE TABLET(S) EACH DAY BY<br>MOUTH  FOR 90 DAYS KEEP ON<br>PERSON | | | | | *LAST 7/17/03* | | | | | | | | | | | | | | | | | | | | | | | | |
| 229217 PRAZOSIN HCL 2 MG CAP<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE 1 CAPSULE(S) TWICE DAILY BY<br>MOUTH  FOR 90 DAYS KEEP ON<br>PERSON | | | | | *LAST 7/17/03* | | | | | | | | | | | | | | | | | | | | | | | | |
| 229219 ACETAMINOPHEN 325MG TAB 325 MG TAB (TY<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE TWO TABLET(S) THREE TIMES A<br>DAY BY MOUTH  FOR 90 DAYS KEEP<br>ON PERSON | 3A<br>9A<br>3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 229224 MINTOX PLUS  TAB<br>Start: 07/15/03  Stop: 10/12/03<br>TAKE TWO TABLET(S) THREE TIMES A<br>DAY BY MOUTH  FOR 90 DAYS KEEP<br>ON PERSON | 3A<br>9A<br>3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| ORDERED FOR | 08/01/03 | THROUGH | 08/04/03 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone # | | Inmate No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NKA | | Rehabilitation Potential | | 167644-A |
| Diagnosis | | | | | |

| | | Complete Entries Checked By | Title: LPN | Date: 7/09 |
|---|---|---|---|---|

| PATIENT |
|---|
| MCCRAY, ROBERT |

| PATIENT CODE | ROOM NO | BED | FACILITY |
|---|---|---|---|
| 167644 | | | |

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**57729 ALAMAG ANTACID 360 ML SUSP**
Start: 02/25/03  Stop: 07/10/03
30CC THREE TIMES DAILY AS NEEDED
FOR 180 DAYS RX914624

*See Below*

**157732 TERAZOSIN 2MG CAP 2 MG CAP**
Start: 02/25/03  Stop: 07/10/03
TAKE ONE CAPSULE(S) EVERY MORNI
MOUTH  AND TAKE ONE CAPSULE(S)
BEDTIME BY MOUTH FOR 180 DAYS R

*See Below*

**183144 HYDROCHLOROTHIAZIDE 25 MG TAB**
Start: 04/16/03  Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH  FOR 90 DAYS KEEP ON
PERSON

*last received #6 4-03*

**183147 GEMFIBROZIL 600 MG TAB (LOPID)**
Start: 04/16/03  Stop: 07/14/03 9-23-03
TAKE 1 TABLET(S) TWICE DAILY BY
MOUTH  FOR 90 DAYS KEEP ON
PERSON

*last received # 60*  *rec'd 26  7/8/03*

**183148 ATENOLOL 50 MG TAB (TENORMIN)**
Start: 04/16/03  Stop: 07/14/03 9-23-03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH  FOR 90 DAYS KEEP ON
PERSON

*last received 6-4-03*  *# 12   7/8/03*

**83150 ASPIRIN 325MG TAB 325 MG TAB**
Start: 04/16/03  Stop: 07/14/03 9-23-03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH  FOR 90 DAYS KEEP ON
PERSON

*last received # 36 6-19-03*  *received*

**183152 PRAZOSIN HCL 2 MG CAP**
Start: 04/16/03  Stop: 07/14/03 9-23-03
TAKE 1 CAPSULE(S) TWICE DAILY BY
MOUTH  FOR 90 DAYS KEEP ON
PERSON

**183154 ACETAMINOPHEN 325MG TAB 325 MG TAB (TYL** | 3A
Start: 04/16/03  Stop: 07/14/03 | 9A
TAKE TWO TABLET(S) THREE TIMES A | 3P
DAY BY MOUTH  AS NEEDED FOR 90
DAYS

**183155 MINTOX PLUS TAB** | 3A
Start: 04/16/03  Stop: 07/14/03 | 9A
TAKE TWO TABLET(S) THREE TIMES A | 3P
DAY BY MOUTH  AS NEEDED FOR 90
DAYS

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 07/01/03 | THROUGH 07/01/03  7-31-03 | | Inmate No |
|---|---|---|---|
| Physician *Delong* | | Telephone No | |
| Alt. Physician | | Alt. Telephone | 167644-AI |
| Allergies NKA | | Rehabilitated | |
| | | Potential | |

| Diagnosis | | | |
|---|---|---|---|
| Nurse in Number | | Complete Entries Checked | Date: 6-03 |
| | | By: *Brannen* | Title: *Rn* |
| | | PATIENT CODE | ROOM NO | BED | FACIL |

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**57729 ALAMAG ANTACID 360 ML SUSP**
Start: 02/25/03 Stop: 07/10/03
30CC THREE TIMES DAILY AS NEEDED
FOR 180 DAYS RX914624

**157732 TERAZOSIN 2 MG CAP**
Start: 02/25/03 Stop: 07/10/03
TAKE ONE CAPSULE(S) EVERY MORNI
MOUTH AND TAKE ONE CAPSULE(S)
BEDTIME BY MOUTH FOR 180 DAYS R

**183144 HYDROCHLOROTHIAZIDE 25 MG TAB**
Start: 04/16/03 Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON

**183147 GEMFIBROZIL 600 MG TAB (LOPID)**
Start: 04/16/03 Stop: 07/14/03
TAKE 1 TABLET(S) TWICE DAILY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON

**183148 ATENOLOL 50 MG TAB (TENORMIN)**
Start: 04/16/03 Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON

**83150 ASPIRIN 325MG TAB 325 MG TAB**
Start: 04/16/03 Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON

**183152 PRAZOSIN HCL 2 MG CAP**
Start: 04/16/03 Stop: 07/14/03
TAKE 1 CAPSULE(S) TWICE DAILY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON

**183154 ACETAMINOPHEN 325MG TAB 325 MG TAB (TYL**
Start: 04/16/03 Stop: 07/14/03
TAKE TWO TABLET(S) THREE TIMES A
DAY BY MOUTH AS NEEDED FOR 90
DAYS

**183155 MINTOX PLUS TAB**
Start: 04/16/03 Stop: 07/14/03
TAKE TWO TABLET(S) THREE TIMES A
DAY BY MOUTH FOR 90
DAYS

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/03    THROUGH 06/01/03

| Physician | De Jong | Telephone etc | | Inmate No. |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | 167644-1 |
| Allergies | NKA | Rehabilitation Potential | | |

Diagnosis

| Medical Number | Medical Number | Complete Entries Checked By O. King | | Title: LPN | Date: 5/2 |
|---|---|---|---|---|---|

| PATIENT | MCCRAY, ROBERT | | PATIENT CODE 167644 | ROOM NO | BED | FACI |
|---|---|---|---|---|---|---|

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**157729 ALAMAG ANTACID 360 ML SUSP**
Start: 02/25/03  Stop: 07/10/03
30CC THREE TIMES DAILY AS NEEDED
FOR 180 DAYS RX914624

SEE BELOW

**157732 TERAZOSIN 2 MG CAP**
Start: 02/25/03  Stop: 07/10/03
TAKE ONE CAPSULE(S) EVERY MORNI
MOUTH AND TAKE ONE CAPSULE(S)
BEDTIME BY MOUTH FOR 180 DAYS R

SEE BELOW

**183144 HYDROCHLOROTHIAZIDE 25 MG TAB**
Start: 04/16/03  Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON
K O P
Robert J McCray
med 30 pills

**183147 GEMFIBROZIL 600 MG TAB (LOPID)**
Start: 04/16/03  Stop: 07/14/03
TAKE 1 TABLET(S) TWICE DAILY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON
K O P

**183148 ATENOLOL 50 MG TAB (TENORMIN)**
Start: 04/16/03  Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON
K O P
Robert J McCray
med 30 pills

**183150 ASPIRIN 325MG TAB 325 MG TAB**
Start: 04/16/03  Stop: 07/14/03
TAKE ONE TABLET(S) EACH DAY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON
K O P

**183152 PRAZOSIN HCL 2 MG CAP**
Start: 04/16/03  Stop: 07/14/03
TAKE 1 CAPSULE(S) TWICE DAILY BY
MOUTH FOR 90 DAYS KEEP ON
PERSON
K O P

**183154 ACETAMINOPHEN 325MG TAB 325 MG TAB (TYL**
Start: 04/16/03  Stop: 07/14/03
TAKE TWO TABLET(S) THREE TIMES A
DAY BY MOUTH AS NEEDED FOR 90
DAYS
3A 9A 3P

**183155 MINTOX PLUS TAB**
Start: 04/16/03  Stop: 07/14/03
TAKE TWO TABLET(S) THREE TIMES A
DAY BY MOUTH AS NEEDED FOR 90
DAYS
3A 9A 3P

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/03    THROUGH 05/01/03

Physician Dr. Jones
Alt. Physician
Allergies **NKA**

Telephone No
Alt. Telephone
Rehabilitative
Potential

Inmate No
167644-

Diagnosis

Medicaid Number     Medicare Number     Complete Entries Checked
By:  A. King     Title: LPN     Date:

PATIENT
MCCRAY, ROBERT     167644

ROOM/NO     BED   FACI

NC001

# MEDICATION
# ADMINISTRATION RECORD



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|

914615 HCTZ 25MG TABLET  01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 07/10/03
— 0900 / 0700

914617 GEMFIBROZIL TAB 600MG
01/11/03
TAKE 1 TABLET TWICE A DAY FOR
180 DAYS
Stop: 07/10/03
— 0900 / 0400 / 1800

914621 ACETAMINOPHEN TAB 325MG
01/11/03
TAKE 2 TABLETS THREE TIMES A DAY
AS NEEDED FOR 180 DAYS
Stop: 07/10/03
— 0200 / 0800 / 0900 / 1800

914624 ALAMAG SUS  01/11/03
30CC THREE TIMES A DAY AS NEEDED
FOR 180 DAYS
Stop: 07/10/03
— 0200 / 0900 / 1800

914625 ATENOLOL TAB 50MG
01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 01/11/04
— 0900 / 0700

914626 ASPIRIN TAB 325MG
01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 07/10/03
— 0400 / 0900

914627 TERAZOSIN HCL CAP 2MG
01/11/03
TAKE 1 CAPSULE EVERY MORNING AND
TAKE 1 CAPSULE AT BEDTIME FOR
180 DAYS
Stop: 07/10/03
— 0400 / 0900 / 2100

918934 LUPRON DEPOT INJ 7.5MG UD
02/04/03
GIVE 7.5MG INTRAMUSCULAR EVERY
MONTH FOR 4 MONTHS *AT597*
Stop: 06/04/03
— 0900

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 03/01/03 | THROUGH | 03/31/03 | Telephone No | Inmate No |
|---|---|---|---|---|---|
| Physician | | | | Alt. Telephone | 167644- |
| Alt. Physician | | | | Rehabilitation | |
| Allergies | NKA | | | Potential | |

Diagnosis

| Medical Number | Medical Number | Complete Entries Checked By _Doretta Pillard_ | Title: LPN | Date: 4/2 |
|---|---|---|---|---|
| | | PATIENT CODE | ROOM NO | BED FAC |

# MEDICATION
# ADMINISTRATION RECORD



2 of 2

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

914615 HCTZ 25MG TABLET 01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 07/10/03

914617 GEMFIBROZIL TAB 600MG
01/11/03
TAKE 1 TABLET TWICE A DAY FOR
180 DAYS
Stop: 07/10/03

914621 ACETAMINOPHEN TAB 325MG
01/11/03
TAKE 2 TABLETS THREE TIMES A DAY
AS NEEDED FOR 180 DAYS
Stop: 07/10/03

914624 ALAMAG SUS 01/11/03
30CC THREE TIMES A DAY AS NEEDED
FOR 180 DAYS
Stop: 07/10/03

914625 ATENOLOL TAB 50MG
01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 01/11/04

914626 ASPIRIN TAB 325MG
01/11/03
TAKE 1 TABLET EVERY DAY FOR 180
DAYS
Stop: 07/10/03

914627 TERAZOSIN HCL CAP 2MG
01/11/03
TAKE 1 CAPSULE EVERY MORNING AND
TAKE 1 CAPSULE AT BEDTIME FOR
180 DAYS
Stop: 07/10/03

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

NUMBER P    02/01/03    THROUGH    02/28/03

Physician

Alt Physician

Allergies    NKA

Diagnosis

Complete Entries Checked
By: Danette Dillard    Title: LPN    Date: 21

Inmate No
167644-

RED  FACIL

# MEDICATION
# ADMINISTRATION RECORD



202 (RCC)

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lupron 7.65 IM q mos x 4 mos 2-4-03 | 9am | | | | | | | | | | | | 50 | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 2-1-03 THROUGH 2-28-03

Physician: Robbins

Catapres

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No.

| Medicaid Number | Medicare Number | Complete Entries Checked By: S. Benton | Title: RN | Date: 2-4-0 |
|---|---|---|---|---|

PATIENT CODE / ROOM NO | BED | FACILITY C

# DICATION
# MINISTRATION RECORD  ◄ NaphCare ►

① of ②

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| oxacillin 1gm ⊤ bid x10d 10/03  2/18/03 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| rm ii po bid x7d 10/03  2/16/03 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| enol ii po bid x7d 10/03  2/16/03 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| afenssin ii po bid d 10/03  2/16/03 | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ING FOR 2/10/03   THROUGH 2/28/03

Physician R Lowery CRNP

Catapress

| Telephone Number | Inmate No. 167644 |

Complete Entries Checked By: R Horlen RN

# MEDICATION
# ADMINISTRATION RECORD  ◄ NaphCare ►

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

ASA + po ⅀
x 180d
1/8/03 — 7-8-03

-Opid 600mg po
Bid   x 180d
1/8/03 — 7-8-03

HCTZ 25mg + ⅝d
x 180d
1/8/03 — 7-8-03

Tenormin 50mg po
+ ⅝d  x 180d
1-8-03 — 7-8-03

D/C 1-9-03

Tylenol II po + d
prn  x 180d
-9-03 — 7-9-03

Maalox 30cc po
bid prn
1-9-03 — 7-9-03

x 180d
9/03 — 7/9/03

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

G FOR 1/8/03  THROUGH 1/31/03

Dr. Robbins

Telephone Number
Alt. Telephone
Rehabilitative Potential

Inmate No. 167644

Medicare Number

Completed Entries Checked
By: Charles Brown  Title: LPN   Date: 1-8-03

# EYE EXAMINATION SHEET

**Facility:** Staton Correction Facility

**Date of Request:** 1/18/06

**Subjective:**

**Past History:**

## CONSULTATION REPORT

| | | W/Glasses | W/O Glasses | |
|---|---|---|---|---|
| **Snelling:** | OD | 20\30 | 20\20 | |
| | OS | 20\24 | 20\70 | |

**OPHTH & EXT:**
Dilated Eye Exam
(YES)    NO
(circle one)

20b CW / WNL

Mydriatic solution 1 to 2 gts per eye.

_____
Optometrist Signature

**New RX:**    OD

OD +050 -150 X 004
OS +075 -175 162 / +250
adl
66/63

_____
Nurse Signature

**Glaucoma:** YES    (NO)
(circle one)

IOP: _____
Details:

**Cataracts:** (YES)    NO
(circle one)
Details: MODERATE CORTICAL TX
← NO NOW

**Frame:**
**Size:** 54/18/145
**Color:**
**Seg Ht:** 27

_____
Optometrist Signature/Date    MD 1/18/06

| Last Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| McCray, Robert | | | 72 | B/M | 167644 |