Robert L. McCray
P.O. Box 2292
Montgomery, Alabama
  36102-2292

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
  36101-0711