IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. MCCRAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-887-MEF |
| ) | (WO) |
| PRISON HEALTH SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

There being no objections to the Report and Recommendation filed by the Magistrate Judge on April 3, 2006 (Doc. 28) and upon an independent review of the file in this case, the Recommendation is adopted, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Plaintiff's claims against Defendant McClain are DISMISSED;

2. Defendant McClain is DISMISSED as a party to this case; and

3. This case with respect to the remaining defendants is referred back to the Magistrate Judge for further proceedings.

Done this the 25th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE