IN THe UNITed STATes DisTRicT CouRT
FoR THe MiddLe DisTRicT Of AlAbAMA
NoRTHERN DiVisioN

RECEIVED

2006 MAY 12 A 10: 10

MAY 9, 2006
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RobeRT L McCRAy

PlAiNTiff,

V.

2:05-CV-887-MEF

PRisoN HeAlTH SeRViCes, eTAl.,

DefeNdANTs.

Request FoR TweNly DAys ExTeNsioN
To Respond To DefeNdANTs, BelATed
SpeciAl RepoRT.

FoR good cAuse, ComeS Now plAiNTiff, RobeRT
L. McCRAy, RequesTiNg This HoNoRAble CouRT To
gRANT AN exTeNsioN of TweNly-one (21) dAys iN which
PlAiNTiff To ANsweR defeNdANTs' SpeciAl RePoRT iN
This pleAdiNg.

That wish requesT is iN good, oweiNg To medicAl
difficulTy plAiNTiff is uNAble To meeT The TiMe AlloTTed
ANd cAN show A plAiN pATTeRN of lAck of foRThRighTNess
Resulting iN MATeRiAl iNjuRy To plAiNTiff.

Respectfully plaintiff holds That The facts are The perview of A jury to decide And This honorable Court decide The law certainly Not the defendants

It is plaintiff's prayer the court Allow the request extension And A hearing in this matter be granted

Respectfully

Robert L. McCray
P.O. Box 2292
Montgomery, Alabama
36102