IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ROBERT L. MCCRAY, #167 644          *

    Plaintiff,                                  *

    v.                                              *          2:05-CV-887-MEF

PRISON HEALTH SERVICES, *et al*.,    *

    Defendants.                               *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 35) is GRANTED; and

2. Plaintiff is GRANTED an extension from May 8, 2006 to May 30, 2006 to file his

response to Defendants' written report.

Done, this 16th day of May 2006.

                          **/s/ Delores R. Boyd**
                          DELORES R. BOYD
                          UNITED STATES MAGISTRATE JUDGE