IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT L. MCCRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-887-MEF |
| | )  (WO) |
| PRISON HEALTH SERVICES, INC., | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on November 5, 2007 (Doc. #38), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The motion for summary judgment filed by Defendants (Doc. #29) be GRANTED, and this case be DISMISSED with prejudice;

2. Judgment be ENTERED in favor of DEFENDANTS and against Plaintiff; and

3. The costs of this proceeding be TAXED against Plaintiff for which execution may issue.

Done this the 26th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE